No. 23-3089

IN THE

# United States Court of Appeals
# for the Third Circuit

IN RE: MERCK MUMPS VACCINE LITIGATION

CHATOM PRIMARY CARE, P.C., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED; ET AL.,

*Plaintiffs-Appellees,*

v.

MERCK & CO., INC.,

*Defendant-Appellant.*

On Interlocutory Appeal from the United States District Court
for the Eastern District of Pennsylvania
No. 2:12-cv-3555-CFK, Judge Chad F. Kenney

**JOINT APPENDIX
VOLUME 5, PP. 1265-1414.**

ROBINS KAPLAN LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
(212) 980-7400

SPECTOR ROSEMAN & KODROFF PC
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
(212) 496-0300

*Interim Co-Lead Counsel for Plaintiffs-
Appellees*

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600

MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
(215) 963-5000

Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
(410) 244-7400

*Counsel for Defendant-Appellant
Merck & Co., Inc.*

# TABLE OF CONTENTS

**Page**

## REDACTED VOL. 1, PP. 1-98

Defendant Merck's Notice of Appeal, dated November 17, 2023
(ECF 371)..........................................................................................Appx1

Order of the Honorable Chad F. Kenney, dated July 27, 2023 (ECF
357) ...................................................................................................Appx3

Memorandum Opinion of the Honorable Chad F. Kenney, dated
July 27, 2023 (ECF 356)..................................................................Appx5

Redacted Memorandum Opinion of the Honorable Chad F. Kenney,
dated July 27, 2023 (ECF 361) .....................................................Appx50

Order of the Honorable Chad F. Kenney Granting Merck's Motion
for Interlocutory Appeal, dated October 10, 2023 (ECF 370) .................Appx95

## REDACTED VOL. 2, PP. 99-544

U.S. District Court Docket Entries .................................................Appx99

Order of the Honorable Chad F. Kenney, Case 2:10-cv-04374-CFK,
dated July 27, 2023 (ECF 351) ...................................................Appx140

Memorandum Opinion of the Honorable Chad F. Kenney, Case
2:10-cv-04374-CFK, dated July 27, 2023 (ECF 350) ............................Appx142

Transcript of Proceedings held before the Honorable Chad F.
Kenney on January 24, 2023 (ECF 344) ....................................Appx180

Merck's Presentation Used During Proceedings held before the
Honorable Chad F. Kenney on January 24, 2023 (ECF 346)..................Appx284

Order Denying Relators' Motion to De-Designate and Unseal
Portions of the Deposition of Dr. David Kessler, dated May 16,
2019 (ECF 253)...........................................................................Appx297

# TABLE OF CONTENTS—Continued

**Page**

Transcript of Proceedings held before Magistrate Judge Lynne A. Sitarski on April 22, 2019 (ECF 247)......................................................Appx305

Merck's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment, dated January 10, 2020 (ECF 274) .......................................................................................................Appx384

Declaration of Lisa C. Dykstra in Support of Merck's Motion for Summary Judgment, dated January 10, 2020 (ECF 275).......................Appx405

    Exhibit 1 to Dykstra Declaration—Chapter "Mumps Vaccines" in the book Vaccines..............................................................................Appx413

    Exhibit 2 to Dykstra Declaration—Excerpts from the expert report of Gary L. Freed, M.D., MPH.......................................................Appx446

    Exhibit 3 to Dykstra Declaration—World Health Organization, Weekly epidemiological record, dated February 16, 2006...................Appx449

    Exhibit 4 to Dykstra Declaration—Morbidity and Mortality Weekly Report ("MMWR") Recommendations and Reports, Prevention of Measles, Rubella, Congenital Rubella Syndrome, and Mumps, 2013 Summary Recommendations of the Advisory Committee on Immunization Practices (ACIP), dated June 14, 2013....................................................................................................Appx462

    Exhibit 5 to Dykstra Declaration—ACIP's Vaccine Recommendations and Guidelines—MMR Vaccine Recommendations, reviewed November 21, 2014................................Appx503

    Exhibit 6 to Dykstra Declaration—CDC webpage Mumps For Healthcare Providers, reviewed March 15, 2019 ...............................Appx506

    Exhibit 7 to Dykstra Declaration—CDC webpage Mumps Vaccination, reviewed March 8, 2019...................................................Appx511

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 8 to Dykstra Declaration—FDA in Brief: FDA reiterates the importance of vaccines such as the Measles, Mumps, and Rubella (MMR) vaccine, dated September 6, 2009 ...........................................................................................Appx515

Exhibit 9 to Dykstra Declaration—PeterMarks, M.D., Ph.D., FDA, statement on confidence in MMR vaccine, dated April 22, 2019...........................................................................Appx518

Exhibit 10 to Dykstra Declaration—MMR II package insert ...............Appx522

Exhibit 11 to Dykstra Declaration—Excerpts of Plaintiffs' Amended Objections and Responses to Merck's First and Second Sets of Interrogatories, dated August 17, 2017........................Appx534

**REDACTED VOL. 3, PP. 545-964**

Exhibit 12 to Dykstra Declaration—Excerpts from deposition of GlaxoSmithKline ("GSK") taken January 4, 2018 ...........................Appx545

Exhibit 13 to Dykstra Declaration—Excerpts from deposition of Chatom Primary Care, P.C. taken October 27, 2016 ........................Appx571

Exhibit 14 to Dykstra Declaration—Excerpts from the deposition of Andrew Klein, M.D. taken December 19, 2016..............Appx578

Exhibit 15 to Dykstra Declaration—Excerpts from the deposition of John Ivan Sutter, M.D. taken November 10, 2016 ...........................................................................................Appx587

Exhibit 16 to Dykstra Declaration—Document titled "History of GSK's Priorix Development," dated December 12, 2001, bates stamped GSK-MMR-01394–GSK-MMR-0013952.....................Appx601

Exhibit 17 to Dykstra Declaration—FDA document titled "Vaccine Product Approval Process," dated December 9, 2019 ..........Appx614

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 18 to Dykstra Declaration—GSK's webpage titled "Our Vaccines," dated December 16, 2019....................................................Appx617

Exhibit 19 to Dykstra Declaration—CDC's webpage titled "Vaccine Testing and the Approval Process," dated December 9, 2019...............................................................................................Appx626

Exhibit 20 to Dykstra Declaration—CBER letter to GSK (then SmithKline Beecham Pharmaceuticals), dated July 25, 1997, bates stamped GSK-MMR-IND-0000001 ............................................Appx630

Exhibit 21 to Dykstra Declaration—Document tiled "Chronology of GSK's MMR Development," dated November 19, 2014, bates stamped GSK-MMR-0017805–GSK-MMR-0017812................................................................................................Appx634

Exhibit 22 to Dykstra Declaration—CBER letter to GSK (then SmithKline Beecham Pharmaceuticals), dated September 2, 1997, bates stamped GSK-MMR-IND-0000004–GSK-MMR-IND-0000007 ..........................................................................................Appx643

Exhibit 23 to Dykstra Declaration—CBER letter to GSK (then SmithKline Beecham Pharmaceuticals), dated March 2, 1998, bates stamped GSK-MMR-IND-0000234–GSK-MMR-IND-0000245................................................................................................Appx648

Exhibit 24 to Dykstra Declaration—CBER letter to GSK (then SmithKline Beecham Pharmaceuticals), dated June 10, 1998, bates stamped GSK-MMR-IND-0001556–GSK-MMR-IND-0001557 ...............................................................................................Appx661

Exhibit 25 to Dykstra Declaration—FDA's Guidance for Industry IND Meetings for Human Drugs and Biologics, May 2001....................................................................................................Appx664

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 26 to Dykstra Declaration—GSK's LVV meeting minutes from March 30, 1999, bates stamped GSK-MMR-0007419–GSK-MMR-0007442.................................................Appx678

Exhibit 27 to Dykstra Declaration—GSK's LVV meeting minutes from June 20, 1999, bates stamped GSK-MMR-0002751–GSK-MMR-0002769............................................Appx703

Exhibit 28 to Dykstra Declaration—GSK's COVDEV meeting minutes from October 26, 1999, bates stamped GSK-MMR-0002316–GSK-MMR-0002321............................................Appx723

Exhibit 29 to Dykstra Declaration—GSK's LVV meeting minutes from April 6, 2000 bates stamped GSK-MMR-0002363–GSK-MMR-0002365............................................Appx730

Exhibit 30 to Dykstra Declaration—GSK's LVV meeting minutes from April 4, 2000, bates stamped GSK-MMR-0003560–GSK-MMR-0003589............................................Appx734

Exhibit 31 to Dykstra Declaration—GSK's LVV meeting minutes from December 11, 2000, bates stamped GSK-MMR-0002532–GSK-MMR-0002561............................................Appx765

Exhibit 32 to Dykstra Declaration—GSK employee Barbara Howe's performance planning from January 2001, bates stamped GSK-MMR-0034863–GSK-MMR-0034870.........................Appx796

Exhibit 33 to Dykstra Declaration—GSK's LVV project highlights from March 2002, bates stamped GSK-MMR-0005881–GSK-MMR-000589.............................................Appx805

Exhibit 34 to Dykstra Declaration—GSK's LVV project team minutes from March 2, 2002, bates stamped GSK-MMR-0005880 (cover email) and GSK-MMR-0005919–GSK-MMR-0005966 (attached project team minutes)..............................................Appx825

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 35 to Dykstra Declaration—GSK Letter to FDA, dated February 26, 2003, bates stamped GSK-MMR-IND-0015154–GSK-MMR-IND-0015159 ....................................................................Appx875

Exhibit 36 to Dykstra Declaration—GSK's USDEV meeting minutes from June 17, 2003, bates stamped GSK-MMR-0107829–GSK-MMR-0107845 ............................................................Appx882

Exhibit 37 to Dykstra Declaration—GSK CLIRA briefing document from April 14, 2008, bates stamped GSK-MMR-0056536–GSK-MMR-0056559 ............................................................Appx900

Exhibit 38 to Dykstra Declaration—Internal GSK email chain, dated April 5, 2005, bates stamped GSK-MMR-0008618–GSK-MMR-0008622 ................................................................Appx925

Exhibit 39 to Dykstra Declaration—MMWR Weekly, Notice to Readers: Licensure of a Combined Live Attenuated Measles, Mumps, Rubella and Varicella Vaccine, dated December 2, 2005...................................................................................................Appx931

Exhibit 40 to Dykstra Declaration—MMWR Weekly, Update: Recommendations from the Advisory Committee on Immunization Practices (ACIP) Regarding Administration of Combination MMRV Vaccine, dated March 14, 2008 ........................Appx936

Exhibit 41 to Dykstra Declaration—ACIP Vaccines for Children Program—Resolution No. 06/09-3 Vaccines to Prevent Measles, Mumps, Rubella, and Varicella, dated June 25, 2009................................................................................................Appx941

Exhibit 42 to Dykstra Declaration—GSK Clinical Study Report, Immunogenicity of GlaxoSmithKline Biologicals' MMRV vaccine vs. ProQuad, Study No. 110078, updated June 3, 2010, bates stamped MRK-KRA-00086998–MRK-KRA00087014 ........................................................................................Appx945

**TABLE OF CONTENTS—Continued**

Exhibit 43 to Dykstra Declaration—N. Klein et al., Immunogenicity and Safety of GSK Biologicals' MMRV Vaccine Versus ProQuad when Co-administered with Hepatitis A and Pneumococcal Conjugate Vaccines to Children Aged 12-14 Months, bates stamped MRK-KRA00089420 ................................Appx963

**REDACTED VOL. 4, PP. 965-1264**

Exhibit 44 to Dykstra Declaration—GSK presentation titled MMRV 054 immunogenicity results and implications for Varicella and MMRV global vaccine development, dated October 6, 2009, bates stamped GSK-MMR-0030060–GSK-MMR-0030100 ...................................................................Appx965

Exhibit 45 to Dykstra Declaration—GSK's minutes of Priorix Type C meeting from October 8, 2010, bates stamped GSK-MMR-IND-0019649–GSK-MMR-IND-0019655..............................Appx1007

Exhibit 46 to Dykstra Declaration—GSK document titled US Commercial Justification to proceed with the MMR Clinical Development Plan for GSK, bates stamped GSK-MMR-0028006–GSK-MMR-0028012..........................................Appx1015

Exhibit 47 to Dykstra Declaration—Internal GSK email chain, dated April 8, 2015, bates stamped GSK-MMR-0017848–GSK-MMR-0017849........................................................Appx1023

Plaintiffs' Responses to Merck's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment Motion, dated February 10, 2020 (ECF 277) .....................................Appx1026

Plaintiffs' Additional Disputed Material Facts in Opposition to Merck's Summary Judgment Motion, dated February 11, 2020 (ECF 285)...............................................................Appx1061

## TABLE OF CONTENTS—Continued

**Page**

Declaration of John A. Macoretta in Support of Plaintiffs' Opposition to Merck's Motion for Summary Judgment, dated February 10, 2020 (ECF 278) ............................................................... Appx1127

    Exhibit 1 to Macoretta Declaration—Consolidated Amended Complaint ........................................................................................ Appx1136

    Exhibit 2 to Macoretta Declaration—ACIP recommendations for 3rd dose ...................................................................................... Appx1199

    Exhibit 3 to Macoretta Declaration—Memo re neutralizing antibody test vs. efficacy and effectiveness 9/10/99 .......................... Appx1205

    Exhibit 4 to Macoretta Declaration—Kessler deposition excerpts ......................................................................................... Appx1252

**VOL. 5, PP. 1265-1414**

    Exhibit 4 to Macoretta Declaration—Kessler deposition excerpts (*Cont'd from Volume 4*) ......................................................... Appx1265

    Exhibit 5 to Macoretta Declaration—Arvin report ............................ Appx1272

    Exhibit 6 to Macoretta Declaration—Atkinson report ........................ Appx1352

    Exhibit 7 to Macoretta Declaration—Shapiro report .......................... Appx1395

**REDACTED VOL. 6, PP. 1415-1864**

    Exhibit 7 to Macoretta Declaration—Shapiro report (*Cont'd from Volume 5*) ...................................................................... Appx1415

    Exhibit 8 to Macoretta Declaration—Pallansch deposition excerpts ......................................................................................... Appx1417

    Exhibit 9 to Macoretta Declaration—Nichols deposition excerpts ......................................................................................... Appx1422

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 10 to Macoretta Declaration—Email from William Bellini to Don Latner re seed grant—letter of intent, dated July 29, 2010..............................................................................Appx1425

Exhibit 11 to Macoretta Declaration—Arvin deposition excerpts ........................................................................Appx1434

Exhibit 12 to Macoretta Declaration—Temte deposition excerpts ........................................................................Appx1443

Exhibit 13 to Macoretta Declaration—Musey deposition excerpts ........................................................................Appx1446

Exhibit 14 to Macoretta Declaration—Donald deposition excerpts ........................................................................Appx1450

Exhibit 15 to Macoretta Declaration—Excerpt of Merck sales data showing Sutter purchases............................................Appx1461

Exhibit 16 to Macoretta Declaration—Cohen deposition excerpts ........................................................................Appx1464

Exhibit 17 to Macoretta Declaration—USDEV Objectives Presentation 2004, bates stamped GSK-MMR-0048890–GSK-MMR-0048937 ........................................................................Appx1489

Exhibit 18 to Macoretta Declaration—Copmann report ....................Appx 1538

Exhibit 19 to Macoretta Declaration—FDA Conversation—Priorix IND submission 8/14/97, bates stamped GSK-MMR-IND-0047012–GSK-MMR-IND-0047014............................................Appx1649

Exhibit 20 to Macoretta Declaration—FDA Conversation—Priorix IND submission, Dec. 2nd CDI Meeting 12/18/97, bates stamped          GSK-MMR-IND-0047687–GSK-MMR-IND-0047689................................................................Appx1653

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 21 to Macoretta Declaration—FDA Conversation Resolve Clin Hold 5/19/98, bates stamped GSK-MMR-IND-0047730–GSK-MMR-IND-0047733 ................................................Appx1657

Exhibit 22 to Macoretta Declaration—FDA Conversation—Priorix IND—Request for Additional Information 6/16/98, bates stamped GSK-MMR-IND-0047766–GSK-MMR-IND-0047769................................................................................Appx1662

Exhibit 23 to Macoretta Declaration—Email—FDA, CBER Meeting with SmithKline Beecham 7/13/98, bates stamped GSK-MMR-IND-0047780–GSK-MMR-IND-0047782 .....................Appx1667

Exhibit 24 to Macoretta Declaration—SKB to FDA Additional information on serological assays 2/11/99, bates stamped GSK-MMR-IND-0002263–GSK-MMR-IND-0002328...............................Appx1671

Exhibit 25 to Macoretta Declaration—FDA Comment Letter, dated March 31, 1999, bates stamped GSK-MMR-0238172–GSK-MMR-0238179 ........................................................................Appx1738

Exhibit 26 to Macoretta Declaration—GSK Response to FDA Letter re SKB BB-IND 7229 7/21/1999, bates stamped GSK-MMR-IND-0012425–GSK-MMR-IND-0012558...............................Appx1747

**REDACTED VOL. 7, PP. 1865-2078**

Exhibit 26 to Macoretta Declaration—GSK Response to FDA Letter re SKB BB-IND 7229 7/21/1999, bates stamped GSK-MMR-IND-0012425–GSK-MMR-IND-0012558 (*Cont'd from Volume 6*)............................................................................Appx1865

Exhibit 27 to Macoretta Declaration—A Statistical Evaluation of the PRIORIX Safety Database, bates stamped GSK-MMR-IND-0008415–GSK-MMR-IND-0008700.........................................Appx1882

## TABLE OF CONTENTS—Continued

**Page**

### REDACTED VOL. 8, PP. 2079-2314

Exhibit 27 to Macoretta Declaration—A Statistical Evaluation of the PRIORIX Safety Database, bates stamped GSK-MMR-IND-0008415–GSK-MMR-IND-0008700   (*Cont'd from Volume 7*) ............................................................................Appx2079

Exhibit 28 to Macoretta Declaration—Monthly Report 03/00, bates stamped GSK-MMR-0132149–GSK-MMR-0132158...............Appx2169

Exhibit 29 to Macoretta Declaration—Priorix NPV analysis 2004, bates stamped GSK-MMR-0032950–GSK-MMR-0032952................................................................................................Appx2180

Exhibit 30 to Macoretta Declaration—Priorix Commercial Strategy, bates stamped GSK-MMR-0033405–GSK-MMR-0033407................................................................................................Appx2184

Exhibit 31 to Macoretta Declaration—CODEV Meeting 02/00, bates stamped GSK-MMR-0002907–GSK-MMR-0002915...............Appx2188

Exhibit 32 to Macoretta Declaration—CBER wants 2nd supplier email 05/10, bates stamped GSK-MMR-0033402–GSK-MMR-0033403 ..........................................................................Appx2198

Exhibit 33 to Macoretta Declaration—Preliminary CBER Response to Questions in Briefing Package 4/25/12, filename "GSK-MMR-IND-0029256 AEO," bates stamped GSK-MMR-IND-0029256–GSK-MMR-IND-0029263 ........................................Appx2201

Exhibit 34 to Macoretta Declaration—Type C Meeting Briefing Document, bates stamped GSK-MMR-IND-0047987–GSK-MMR-IND-0048098 ..........................................................................Appx 2210

## TABLE OF CONTENTS—Continued

**Page**

**REDACTED VOL. 9, PP. 2315-2764**

Exhibit 34 to Macoretta Declaration—Type C Meeting Briefing Document, bates GSK-MMR-IND-0047987–GSK-MMR-IND-0048098 (*Cont'd from Volume 8*) ...............................................Appx 2315

Exhibit 35 to Macoretta Declaration—HHS to SKB removing Clinical Hold 6/10/98, bates stamped GSK-MMR-IND-0001556–GSK-MMR-IND-0001557 ....................................Appx2323

Exhibit 36 to Macoretta Declaration—PRIOrix IND—Discussion regarding neutralization assay data to validate ELISA, dated November 3, 1998, bates stamped GSK-MMR-IND-0002235–GSK-MMR-IND-0002238 .......................................Appx2326

Exhibit 37 to Macoretta Declaration—Serological Method Validation Package Serial 0300, bates stamped GSK-MMR-IND-0048337–GSK-MMR-IND- 0048395 ......................................Appx 2331

Exhibit 38 to Macoretta Declaration—CBER wants PRN emails 04/11, bates stamped GSK-MMR-0033555–GSK-MMR-0033557 ................................................................Appx2391

Exhibit 39 to Macoretta Declaration—Kessler report.........................Appx2395

**REDACTED VOL. 10, PP. 2765-3214**

Exhibit 39 to Macoretta Declaration—Kessler report (*Cont'd from Volume 9*) ....................................................................Appx2765

**REDACTED VOL. 11, PP. 3215-3354**

Exhibit 39 to Macoretta Declaration—Kessler report (*Cont'd from Volume 10*) ..................................................................Appx3215

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 40 to Macoretta Declaration—MMRV PT minutes 04/09, bates stamped GSK-MMR-0139217–GSK-MMR-0139219..............................................................................................Appx3327

Exhibit 41 to Macoretta Declaration—CBER Feedback on MMR Phill US Program: Implications for the CDP 3/25/11, bates stamped GSK-MMR-0358790–GSK-MMR-0358820...............Appx3331

**REDACTED VOL. 12, PP. 3355-3489**

Exhibit 41 to Macoretta Declaration—CBER Feedback on MMR Phill US Program: Implications for the CDP 3/25/11, bates stamped GSK-MMR-0358790–GSK-MMR-0358820 (*Cont'd from Volume 11*).....................................................................Appx3355

Exhibit 42 to Macoretta Declaration—FDA/Sponsor Final Meeting Summary 1/18/12, bates stamped GSK-MMR-IND-0028982–GSK-MMR-IND-0028996 ...................................................Appx3363

Exhibit 43 to Macoretta Declaration—Status emails 05/15, bates stamped GSK-MMR-0202523–GSK-MMR-0202525...............Appx3379

Exhibit 44 to Macoretta Declaration—Development Status PPT 05/15, bates stamped GSK-MMR-0353359–GSK-MMR-0353389..............................................................................................Appx3383

Exhibit 45 to Macoretta Declaration—CDC MMRV Minutes 03/15, bates stamped GSK-MMR-0157661–GSK-MMR-0157662..............................................................................................Appx3415

Exhibit 46 to Macoretta Declaration—MMR positioning PPT 06/17, bates stamped GSK-MMR-0092611–GSK-MMR-0092639..............................................................................................Appx3418

Exhibit 47 to Macoretta Declaration—Priorix Mkt analysis, bates stamped GSK-MMR-0023989–GSK-MMR-0023993...............Appx3448

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 48 to Macoretta Declaration—US MMR Comm. Evaluation, bates stamped GSK-MMR-0120409–GSK-MMR-0120413........................................................................................Appx3454

Exhibit 49 to Macoretta Declaration—Email lawsuit implications for Priorix 09/14, bates stamped GSK-MMR-0170372–GSK-MMR-0170374.........................................................Appx3460

Exhibit 50 to Macoretta Declaration—Emails on our lawsuits, bates GSK-MMR-0098659–GSK-MMR-0098660............................Appx 3464

Exhibit 51 to Macoretta Declaration—ProQuad Original Application, bates stamped MRK-CHA00158126–MRK-CHA00158176....................................................................................Appx3467

## VOL. 13, PP. 3490-3664

Exhibit 51 to Macoretta Declaration—ProQuad Original Application, bates stamped MRK-CHA00158126–MRK-CHA00158176 (*Cont'd from Volume 12*)..........................................Appx3490

Exhibit 52 to Macoretta Declaration—Troncoso deposition excerpts ................................................................................................Appx3522

Exhibit 53 to Macoretta Declaration—Malone report.........................Appx3527

Exhibit 54 to Macoretta Declaration—Durbin report .........................Appx3618

## REDACTED VOL. 14, PP. 3665-4114

Exhibit 54 to Macoretta Declaration (*Cont'd from Volume 13*)—Durbin report ..............................................................................Appx3665

Exhibit 55 to Macoretta Declaration—Pasetti expert report...............Appx3698

Exhibit 56 to Macoretta Declaration—Priorix, Combined Measles, Mumps and Rubella Live (Attenuated) Viral Vaccine,

# TABLE OF CONTENTS—Continued

**Page**

bates stamped GSK-MMR-IND-0019450–GSK-MMR-IND-0019476..................................................................................Appx3763

Exhibit 57 to Macoretta Declaration—Durbin deposition excerpts ...............................................................................Appx3791

Exhibit 59 to Macoretta Declaration—Rationale for the MMRII End Expiry Clinical Studies, bates stamped MRK-CHA01893680–MRK-CHA01893730.................................................Appx3796

Exhibit 60 to Macoretta Declaration—The Pediatric Infectious Disease Journal 9/9/99, bates stamped MRK-CHA00088592–MRK-CHA00088593 ........................................................................Appx3848

Exhibit 61 to Macoretta Declaration—HHS to SKB re clinical hold on study 9/2/97, bates stamped GSK-MMR-IND-0000004 –GSK-MMR-IND-0000007 ...............................................................Appx3851

Exhibit 62 to Macoretta Declaration—Klein curriculum vitae ...........Appx3856

Exhibit 63 to Macoretta Declaration—Klein deposition excerpts ...............................................................................Appx3859

Exhibit 64 to Macoretta Declaration—Sutter curriculum vitae ..........Appx3875

Exhibit 65 to Macoretta Declaration—Donald curriculum vitae ........................................................................................Appx3879

Exhibit 66 to Macoretta Declaration—McGuire report .....................Appx3883

Exhibit 67 to Macoretta Declaration—Development Safety Update report 5 12/2/15, bates stamped GSK-MMR-IND-0045740–GSK-MMR-IND-0045873 .................................................Appx4030

## TABLE OF CONTENTS—Continued

**Page**

**REDACTED VOL. 15, PP. 4115-4475**

Exhibit 67 to Macoretta Declaration—Development Safety Update report 5 12/2/15, bates stamped GSK-MMR-IND-0045740–GSK-MMR-IND-0045873 (*Cont'd from Volume 14*)………Appx4115

Exhibit 68 to Macoretta Declaration—GSK FDA Briefing 3/03, bates stamped GSK-MMR-0000162–GSK-MMR-0000227……………Appx4165

Exhibit 69 to Macoretta Declaration —MMR/V Vaccines in the US Market GSK Market Entry PPT 6/30/11, bates stamped MRK-CHA00090552–MRK-CHA00090552_00028 ………………Appx4232

Exhibit 70 to Macoretta Declaration—MMR/V—US Competitive Gap Assessment Overview PPT 3/12/12, bates stamped MRK-CHA00096569–MRK-CHA00096592……………Appx4261

Exhibit 71 to Macoretta Declaration—Email from Beringer to Chirgwin re SB's MMR Vaccine in Germany 3/11/98, bates stamped MRK-CHA00422304–MRK-CHA00422306……………Appx4286

Exhibit 72 to Macoretta Declaration—CRRC Development Projects report 6/17/03, bates stamped MRK-CHA00190427–MRK-CHA00190513 ………………Appx4290

Exhibit 73 to Macoretta Declaration—2nd Head-to-Head Trial Agenda PPT, bates stamped MRK-CHA00553594–MRK-CHA00553594_00016……………Appx4378

Exhibit 74 to Macoretta Declaration—Comp Intel GSK MMRV Vaccines Final Report 19 December 2011, bates stamped MRK-CHA00270441–MRK-CHA00270441x_00089 ……………Appx4395

**VOL. 16, PP. 4476-4564**

Exhibit 74 to Macoretta Declaration—Comp Intel GSK MMRV Vaccines Final Report 19 December 2011, bates stamped

## TABLE OF CONTENTS—Continued

Page

MRK-CHA00270441–MRK-CHA00270441x_00089 (*Cont'd from Volume 15*) .................................................Appx4476

Exhibit 75 to Macoretta Declaration—CLINICAL STUDY REPORT 3/6/03, bates stamped MRK-CHA00045593–MRK-CHA00045708 .................................................................Appx4485

**REDACTED VOL. 17, PP. 4565-4781**

Exhibit 75 to Macoretta Declaration—CLINICAL STUDY REPORT 3/6/03, bates stamped MRK-CHA00045593–MRK-CHA00045708 (*Cont'd from Volume 16*) ...........................Appx4565

Exhibit 76 to Macoretta Declaration—Memo—Preliminary Analysis of Mumps Neutralization Assay Data from 006, bates stamped MRK-CHA01447368–MRK-CHA01447381 ......................Appx4602

Exhibit 77 to Macoretta Declaration—MMR Strategy PPT 02/10, bates stamped GSK-MMR-0023439–GSK-MMR-0023497 ................................................................Appx4617

Exhibit 78 to Macoretta Declaration—MMR and MMRV PPT 10/08, bates stamped GSK-MMR-0118444–GSK-MMR-0118458 ................................................................Appx4677

Exhibit 79 to Macoretta Declaration—Transcript of GSK Vaccines Investor event 9/2019 ...........................................Appx4693

Exhibit 80 to Macoretta Declaration—CDTF "Why Take a Chance?" 02/98, bates stamped MRK-CHA00666494–MRK-CHA00666596 .................................................................Appx4732

**VOL. 18, PP. 4782-5014**

Exhibit 80 to Macoretta Declaration—CDTF "Why Take a Chance?" 02/98, bates stamped MRK-CHA00666494–MRK-CHA00666596 (*Cont'd from Volume 17*) ...........................Appx4782

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 81 to Macoretta Declaration—Defense Action Plan TPAC BACKGROUND from CDTF 06/99, bates stamped MRK-CHA00285276–MRK-CHA00285296 .....................................Appx4836

Exhibit 82 to Macoretta Declaration—Memo re New Stabilizer for MMR II 7/26/02, bates stamped MRK-CHA00207690–MRK-CHA00207735 ..........................................................................Appx4858

Exhibit 83 to Macoretta Declaration—Walters Memo re Statement of Interest 11/00, bates stamped MRK-CHA00325472–MRK-CHA00325491 ................................Appx4905

Exhibit 84 to Macoretta Declaration—Summary of the 11/15/00 CDOC Meeting, bates stamped MRK-CHA01727942 –MRK-CHA01727951 ....................................................................Appx4926

Exhibit 85 to Macoretta Declaration—Memo re Vaccine Biometrics Research Highlights 11/00, bates stamped MRK-CHA00582932–MRK-CHA00582937 ................................Appx4937

Exhibit 86 to Macoretta Declaration—Report following up CBER communications 1996-98 re mumps expiry spec, bates stamped MRK-CHA00019225–MRK-CHA00019245 .......................Appx4944

Exhibit 87 to Macoretta Declaration—T-PAC Review Background Package PPT 10/02, bates stamped MRK-CHA00281084–MRK-CHA00281121 ................................Appx4966

Exhibit 88 to Macoretta Declaration—End Expiry study status & Regulatory implications PPT 10/11/02, bates stamped MRK-CHA00040705–MRK-CHA00040705_00029 ...................................Appx5005

**VOL. 19, PP. 5015-5464**

Exhibit 88 to Macoretta Declaration—End Expiry study status & Regulatory implications PPT 10/11/02, bates stamped MRK-

## TABLE OF CONTENTS—Continued

**Page**

CHA00040705–MRK-CHA00040705_00029 (*Cont'd from Volume 18*) ............................................................Appx5015

Exhibit 89 to Macoretta Declaration—Email re draft CRRC document for review 9/30/2002, bates stamped MRK-CHA01582137–MRK-CHA01582139 ...............................Appx5035

Exhibit 90 to Macoretta Declaration—Email re MMRII Background package for CRRC 10/2/02, bates stamped MRK-CHA00615147–MRK-CHA00615174 ...............................Appx5039

Exhibit 91 to Macoretta Declaration—Mumps Expiry—Label PPT, bates stamped MRK-CHA00086318–MRK-CHA00086318_00003 ..................................................Appx5070

Exhibit 92 to Macoretta Declaration—M-M-R®II Mumps Expiry Mumps Potency Claim in Label PPT, bates stamped MRK-CHA00334863–MRK-CHA00334868 ...................................Appx5074

Exhibit 93 to Macoretta Declaration—Email re Mumps expiry trial 3/8/98, bates stamped MRK-CHA00095320–MRK-CHA00095321 ..................................................Appx5081

Exhibit 94 to Macoretta Declaration—Pasetti deposition excerpts .............................................................Appx5084

Exhibit 95 to Macoretta Declaration—HHS to Merck response to 6/24/98 IND amendment 9/8/98, bates stamped MRK-CHA00001467–MRK-CHA00001469 ...............................Appx5094

Exhibit 96 to Macoretta Declaration—Memo from Manal Morsy to Henreitta Ukwu subject: BB-IND 1016: Summary of discussion with Dr. Kathryn Carbone and Ms. Luba Vujcic (CBER) regarding the Mumps neutralization assay, dated Feb. 8, 2000, bates stamped MRK-CHA00001255–MRK-CHA00001257 ..................................................Appx5098

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 97 to Macoretta Declaration—Internal Merck memo subject: Mumps neutralization meeting minutes, dated Sept. 16, 1999, bates stamped MRK-CHA00020425–MRK-CHA00020427 .................................................................... Appx5102

Exhibit 98 to Macoretta Declaration—CBER Background 11/99, bates MRK-CHA00020635–MRK-CHA00020642 ................. Appx5106

Exhibit 99 to Macoretta Declaration—Email re MMR and MMRV highlights 10/10/1999, bates stamped MRK-CHA01898773–MRK-CHA01898776 ................................................ Appx5115

Exhibit 100 to Macoretta Declaration—Krah deposition excerpts ............................................................................. Appx5120

Exhibit 101 to Macoretta Declaration—Mumps Neutralization Assay Development, bates stamped MRK-CHA00336905–MRK-CHA00336918 ........................................................... Appx5137

Exhibit 102 to Macoretta Declaration—Minutes from the CAS meeting: August 16, 1999–9/6/99, bates stamped MRK-CHA00015686–MRK-CHA00015689 ................................................ Appx5152

Exhibit 103 to Macoretta Declaration—Memo re Mumps Neutralization Assay Meeting Minutes 9/29/99, bates stamped MRK-CHA00020428–MRK-CHA00020429 .................................... Appx5157

Exhibit 104 to Macoretta Declaration—MMR II End Expiry Trial PPT, bates stamped MRK-CHA00025315–MRK-CHA00025315_00007 ....................................................... Appx5160

Exhibit 105 to Macoretta Declaration—Email and attachments, Backgrounder for CAS 6/20/00, bates stamped MRK-CHA00026466–MRK-CHA00026489 ................................................ Appx5168

# TABLE OF CONTENTS—Continued

Exhibit 106 to Macoretta Declaration—Backgrounder for MMR II Clinical Development Plan, bates stamped MRK-CHA00048747–MRK-CHA00048760 .................................................Appx5194

Exhibit 107 to Macoretta Declaration—Draft Memo re DMC Background Package for Program Update 8/12/02, bates stamped MRK-CHA00247555–MRK-CHA00247563 .......................Appx5209

Exhibit 108 to Macoretta Declaration—MMR/V Global Franchise Book 2016-2020, bates stamped MRK-CHA01061158–MRK-CHA01061223 .................................................Appx5219

Exhibit 109 to Macoretta Declaration—The MMR II Competitive Defense Task Force report, bates stamped MRK-CHA00186793–MRK-CHA00186795 .................................................Appx5286

Exhibit 110 to Macoretta Declaration—Email re SB in Our Backyard 7/1/98, bates stamped MRK-CHA00095281–MRK-CHA00095282 .................................................Appx5290

Exhibit 111 to Macoretta Declaration—Memo re Monthly Highlights for October 1998 10/30/98, bates stamped MRK-CHA00273313–MRK-CHA00273314 .................................................Appx5293

Exhibit 112 to Macoretta Declaration—Merck email re draft CRRC document for review 9/30/2002, bates stamped MRK-CHA01508932–MRK-CHA01508934 .................................................Appx5296

Exhibit 113 to Macoretta Declaration—CRRC 007 PPT 10/8/02, bates stamped MRK-CHA00025831–MRK-CHA00025831_00034 .................................................Appx5300

Exhibit 114 to Macoretta Declaration—MMR II CRRC PPT 10/8/02, bates stamped MRK-CHA00021133–MRK-CHA00021167 .................................................Appx5335

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 115 to Macoretta Declaration—Voicemail meeting summary re: end expiry, bates stamped MRK-CHA00020421–MRK-CHA00020422 ..........................................................................Appx5371

Exhibit 116 to Macoretta Declaration—Memo re Minutes: M-M-R®II Post CDOC meeting 12/23/99, bates stamped MRK-CHA00020412–MRK-CHA00020414.................................................Appx5374

Exhibit 117 to Macoretta Declaration—Memo re Options and proposed path forward for the Mumps Expiry Trial, bates stamped MRK-CHA00086292–MRK-CHA00086293.......................Appx5378

Exhibit 118 to Macoretta Declaration—Merck MMR II drug insert, bates stamped MRK-CHA00757060–MRK-CHA00757063...................................................................................Appx5381

Exhibit 119 to Macoretta Declaration—MMR II label 4/1999, bates stamped MRK-CHA01449029–MRK-CHA01449040..............Appx5386

Exhibit 121 to Macoretta Declaration—Stannard deposition excerpts .................................................................................Appx5399

Exhibit 122 to Macoretta Declaration—Memo re Historical Review and Confirmation of Mumps Potency Targets 4/2011, bates stamped MRK-CHA01456760–MRK-CHA01456760..............Appx5402

Exhibit 124 to Macoretta Declaration—HHS Warning Letter to Merck 2/9/01, bates stamped MRK-CHA00209399–MRK-CHA00209409...................................................................................Appx5404

Exhibit 126 to Macoretta Declaration—Memo re Team Biologics Close Out—Form FDA 483 10/11/00, bates stamped MRK-CHA00071265–MRK-CHA00071271 .....................................Appx5416

Exhibit 127 to Macoretta Declaration—Summary: Work-in-progress as of sept. 19, 1999 - Vaccine Programs, bates stamped MRK-CHA00198876–MRK-CHA00198891 .....................................Appx5424

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 128 to Macoretta Declaration—Email—Mumps end-expiry 2/26/01, bates stamped MRK-CHA00549510–MRK-CHA00549535 ...................................................................................Appx5441

**VOL. 20, PP. 5465-5914**

Exhibit 128 to Macoretta Declaration—Email—Mumps end-expiry 2/26/01, bates stamped MRK-CHA00549510–MRK-CHA00549535 (*Cont'd from Volume 19*) ...........................................Appx5465

Exhibit 129 to Macoretta Declaration—Email re Mumps update 3/5/01, bates stamped MRK-CHA00616007–MRK-CHA00616010 ...............................................................................Appx5504

Exhibit 130 to Macoretta Declaration—Response to FDA 483 Observation 3 Analysis of Mumps Stability Data, bates stamped MRK-CHA00086295–MRK-CHA00086297 ....................................Appx5509

Exhibit 131 to Macoretta Declaration—Draft response to FDA 483 Observation 3, bates stamped MRK-CHA00562230–MRK-CHA00562241 ........................................................................Appx5513

Exhibit 132 to Macoretta Declaration—Merck response to Warning Letter 3/8/2001, bates stamped MRK-CHA01537603 –MRK-CHA01537611 ........................................................................Appx5526

Exhibit 133 to Macoretta Declaration—Draft response to FDA 483 Observation 3 .................................................................Appx5536

Exhibit 134 to Macoretta Declaration—Margolskee deposition excerpts ................................................................................Appx5557

Exhibit 135 to Macoretta Declaration—Memo re Executive summary CBER/Merck meeting 4/4/2001, bates stamped MRK-CHA01649955–MRK-CHA01649956 ....................................Appx5567

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 136 to Macoretta Declaration—Memo re Minutes, Meeting with CBER on 4/4/01 Re: Stability 4/9/01, bates stamped MRK-CHA00049238–MRK-CHA00049240 ...................... Appx5570

Exhibit 137 to Macoretta Declaration—Email re CRRC Agenda—22JANUARY02 1/21/02, bates stamped MRK-CHA00561350–MRK-CHA00561355 ................................................ Appx5574

Exhibit 138 to Macoretta Declaration—Memo re MMR II Mumps End Expiry label change—filing strategy 8/2/01, bates stamped MRK-CHA00247149–MRK-CHA00247152 ...................... Appx5581

Exhibit 139 to Macoretta Declaration—Email re MMR Mumps Expiry Dating 9/5/2002, bates stamped MRK-CHA01562819–MRK-CHA01562820 .......................................................... Appx5586

Exhibit 140 to Macoretta Declaration—Memo re Preparations for the Mumps Stability—CBER discussion 3/19/0, bates stamped MRK-CHA00019430–MRK-CHA00019432 ...................... Appx5589

Exhibit 141 to Macoretta Declaration—Email from Bennett to Antonello re MMR Mumps Expiry Dating 9/5/02, bates stamped MRK-CHA00780325–MRK-CHA00780326 ...................... Appx5593

Exhibit 142 to Macoretta Declaration—Memo re Mumps End Expiry study issues 9/27/02, bates stamped MRK-CHA00019246–MRK-CHA00019267 ................................................ Appx5596

Exhibit 143 to Macoretta Declaration—Email re Prep for CBER discussion on mumps stability/expiry 3/14/01, bates stamped MRK-CHA00562218–MRK-CHA00562219 ...................... Appx5619

Exhibit 144 to Macoretta Declaration—Summary of the 12/20/00 CRRC Meeting, bates stamped MRK-CHA01727952–MRK-CHA01727970 .......................................................... Appx5622

# TABLE OF CONTENTS—Continued

Exhibit 145 to Macoretta Declaration—Bennett memo re Stability 10/00, bates stamped MRK-CHA00562292–MRK-CHA00562299 ......................................................................Appx5642

Exhibit 146 to Macoretta Declaration—Email re Specification for MMR Range 12/5/2012, bates stamped MRK-CHA01579943–MRK-CHA01579945 ................................Appx5651

Exhibit 147 to Macoretta Declaration—Email re Timing for analysis of mumps neutralization assay data 4/10/02, bates stamped MRK-CHA00561310–MRK-CHA00561312 ......................Appx5655

Exhibit 148 to Macoretta Declaration—Redacted Assay Program charts, bates stamped MRK-CHA00440797–MRK-CHA00440811 ......................................................................Appx5659

Exhibit 149 to Macoretta Declaration—Memo re CBER teleconference 12/7/01, bates stamped MRK-CHA00019434–MRK-CHA00019437 ......................................................................Appx5675

Exhibit 150 to Macoretta Declaration—Draft summary of call re CBER data concerns, bates stamped MRK-CHA00024596–MRK-CHA00024599 ......................................................................Appx5680

Exhibit 151 to Macoretta Declaration—Consultation with Fairweather on Vaccine Stability 12/14/00, bates stamped MRK-CHA00590949–MRK-CHA00590958 ....................................Appx5685

Exhibit 152 to Macoretta Declaration—Email from Rubinstein to Krah titled "Do you need any help?" 1/17/03, bates stamped MRK-CHA00051640–MRK-CHA00051642 ....................................Appx5696

Exhibit 153 to Macoretta Declaration—CRRC 007 PPT 10/8/2002, "MRK-CHA00027726," bates stamped MRK-CHA00027726–MRK-CHA00027726_00029 ....................................Appx5700

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 154 to Macoretta Declaration—Morsy deposition excerpts ................................................................................Appx5730

Exhibit 155 to Macoretta Declaration—Shaw memo to Krah re Monthly report for August, 2000 8/23/00, bates stamped MRK-CHA00016632–MRK-CHA00016635 ................................................Appx5733

Exhibit 156 to Macoretta Declaration—Virus & Cell Biology Research Procedure 12/18/00, bates stamped MRK-CHA00002189–MRK-CHA00002198 ................................................Appx5738

Exhibit 157 to Macoretta Declaration—Merck Response to FDA Request for Information, dated Nov. 17, 2004, bates stamped MRK-CHA00126963–MRK-CHA00126971 .......................Appx5749

Exhibit 158 to Macoretta Declaration—Distribution of 6-week Mumps Titers Using Wild-type ELISA, bates stamped MRK-CHA00561418–MRK-CHA00561421 ................................................Appx5759

Exhibit 159 to Macoretta Declaration—Email—Draft document Mumps cutoff for CBER submission 5/7/02, bates stamped MRK-CHA00544296–MRK-CHA00544296 .......................Appx5764

Exhibit 160 to Macoretta Declaration—HHS questions 10/99, bates stamped MRK-CHA00761482–MRK-CHA00761484..............Appx5766

Exhibit 161 to Macoretta Declaration—Merck response to FDA Request for Information 11/15/06, bates stamped MRK-CHA00000393–MRK-CHA00000409 ................................................Appx5770

Exhibit 162 to Macoretta Declaration—Response to FDA Request for Info (Mumps Cutoff Document) June 10, 2002, bates stamped MRK-CHA00761628–MRK-CHA00761702..............Appx5788

Exhibit 163 to Macoretta Declaration—Merck Response to FDA Request for Information 4/13/05, bates stamped MRK-CHA00000315–MRK-CHA00000360 ................................................Appx5864

**TABLE OF CONTENTS—Continued**

**Page**

Exhibit 164 to Macoretta Declaration—Krahling deposition excerpts ...............................................................Appx5911

**VOL. 21, PP. 5915-6364**

Exhibit 164 to Macoretta Declaration—Krahling deposition excerpts (*Cont'd from Volume 20*) ......................................Appx5915

Exhibit 165 to Macoretta Declaration—Wlochowski deposition excerpts ...............................................................Appx5930

Exhibit 166 to Macoretta Declaration—Stark expert report ..............Appx5952

Exhibit 167 to Macoretta Declaration—Redacted 2007 schedule 12/23/07, bates stamped MRK-CHA00489903–MRK-CHA00490080 .................................................................Appx5982

Exhibit 168 to Macoretta Declaration—Memo re Review of mumps AIGENT neutralization data 8/1/01, bates stamped MRK-CHA00026864–MRK-CHA00026864 ...................................Appx6161

Exhibit 169 to Macoretta Declaration—Assay chart 2001, bates stamped MRK-CHA00050333–MRK-CHA00050342 .......................Appx6163

Exhibit 170 to Macoretta Declaration—Email re Serum sample request MTA w/ CBER & manuscript 8/24/11, bates stamped MRK-CHA00030994–MRK-CHA00030998 ...................................Appx6174

Exhibit 171 to Macoretta Declaration—Email from Krah to Shaw re Update on mumps Nt 8/15/00, bates stamped MRK-CHA00068546–MRK-CHA00068546..............................................Appx6180

Exhibit 172 to Macoretta Declaration—TO DO LIST 8-26-00, filename "MRK-CHA00273243," bates stamped MRK-CHA00273243–MRK-CHA00273244...............................................Appx6182

## TABLE OF CONTENTS—Continued

Exhibit 173 to Macoretta Declaration—Email from Emini to Krah re Update on Mumps Nt Studies 3/30/00, bates stamped MRK-CHA00336323–MRK-CHA00336325 ....................................Appx6185

Exhibit 174 to Macoretta Declaration—Email—Info on efficacy at potency below release 2/01, bates stamped MRK-CHA00549462–MRK-CHA00549463................................................Appx6189

Exhibit 175 to Macoretta Declaration—11/18/98 CDOC meeting, bates stamped MRK-CHA01731773–MRK-CHA01732028 ...................................................................Appx6192

**REDACTED VOL. 22, PP. 6365-6814**

Exhibit 175 to Macoretta Declaration—11/18/98 CDOC meeting, bates stamped MRK-CHA01731773–MRK-CHA01732028 (*Cont'd from Volume 21*) ...........................................Appx6365

Exhibit 176 to Macoretta Declaration—Email re Comparing Mumps WT ELISA and AAIGENT Assay 7/3/04, bates stamped MRK-CHA00791315–MRK-CHA00791319 ......................Appx6449

Exhibit 177 to Macoretta Declaration—Memo re Study KM—248 Questionable ELISA Results 11/1/01, bates stamped MRK-CHA00760670–MRK-CHA00760672................................................Appx6455

Exhibit 178 to Macoretta Declaration—Interchangeability of MMR II and other brands, particularly Priorix, bates stamped MRK-CHA00013730–MRK-CHA00013731 ....................................Appx6459

Exhibit 179 to Macoretta Declaration—Antonello deposition excerpts ...............................................................................Appx6462

Exhibit 181 to Macoretta Declaration—Schodel deposition excerpts ...............................................................................Appx6478

# TABLE OF CONTENTS—Continued

Exhibit 182 to Macoretta Declaration—Atkinson deposition excerpts ...............................................................Appx6485

Exhibit 183 to Macoretta Declaration—Calcott expert report ............Appx6488

Exhibit 184 to Macoretta Declaration—CDAB MMR meeting 08/11, bates stamped GSK-MMR-0195819–GSK-MMR-0195842...............................................................................Appx6606

Exhibit 185 to Macoretta Declaration—Olsen Notebook, bates stamped MRK-CHA00667718–MRK-CHA00667760 .......................Appx6631

Exhibit 186 to Macoretta Declaration—MMR II End Expiry Trial PPT 9/1/15, bates stamped MRK-CHA00020420–MRK-CHA00020420_00004 ........................................................Appx6675

Exhibit 187 to Macoretta Declaration—Merck MMR II drug insert, bates stamped MRK-CHA00757072–MRK-CHA00757076 ................................................................Appx6680

Exhibit 188 to Macoretta Declaration—Merck MMR II drug insert, bates stamped MRK-CHA00757100–MRK-CHA00757103 ................................................................Appx6686

Exhibit 189 to Macoretta Declaration—MMR II Label 10/2015, bates stamped MRK-CHA01449260–MRK-CHA01449270..............Appx6691

Exhibit 190 to Macoretta Declaration—ProQuad Label 8/2005, bates stamped MRK-CHA00177125–MRK-CHA00177136..............Appx6703

Exhibit 191 to Macoretta Declaration—ProQuad label 2005, bates stamped MRK-CHA01449181–MRK-CHA01449182..............Appx6716

Exhibit 192 to Macoretta Declaration—Email—MMR CDTF Issues—Agenda for April 16th Meeting 4/15/98, bates stamped MRK-CHA00014679–MRK-CHA00014679 ....................................Appx6719

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 194 to Macoretta Declaration—Email PRIOrix, Resolution of Clinical Hold, with Serology Commitments 5/28/98, bates stamped GSK-MMR-IND-0047759–GSK-MMR-IND-0047761 (AEO) ................................................................Appx6721

Exhibit 195 to Macoretta Declaration—Critical Development Issues Meeting Request—PRIOrix 9/30/97, bates stamped GSK-MMR-IND-0047563–GSK-MMR-IND-0047653 (AEO) .........Appx6725

## REDACTED VOL. 23, PP. 6815-7035

Exhibit 195 to Macoretta Declaration—Critical Development Issues Meeting Request—PRIOrix 9/30/97, bates stamped GSK-MMR-IND-0047563–GSK-MMR-IND-0047653 (AEO) (*Cont'd from Volume 22*)....................................................Appx6815

Exhibit 196 to Macoretta Declaration—MMRV Assumptions 04/05, bates stamped GSK-MMR-0008618–GSK-MMR-0008622....................................................................................Appx6817

Exhibit 197 to Macoretta Declaration—MMR Status Update 08/15, bates stamped GSK-MMR-0166681–GSK-MMR-0166683....................................................................................Appx6823

Exhibit 198 to Macoretta Declaration—Sims deposition excerpts ...............................................................................Appx6827

Exhibit 199 to Macoretta Declaration—CLIRA PPT 05/10 "GSK-MMR-0233649," bates stamped GSK-MMR-0233649–GSK-MMR-0233707 ..........................................................Appx6830

Exhibit 200 to Macoretta Declaration—Impact of Vaccine Supply Disruptions PPT June 2008, bates stamped MRK-CHA00087356–MRK-CHA00087385 ...............................Appx6890

Exhibit 201 to Macoretta Declaration—FDA Conversation—PRIOrix IND submission, Clinical Hold 10/16/97, bates

# TABLE OF CONTENTS—Continued

**Page**

stamped          GSK-MMR-IND-0047657–GSK-MMR-IND-0047660 (AEO)..................................................................Appx6921

Exhibit 202 to Macoretta Declaration—SKB Resp to Continuation of Clinical Hold 2/6/98, bates stamped GSK-MMR-IND-0000018–GSK-MMR-IND-0000200 (AEO)...................Appx6926

## REDACTED VOL. 24, PP. 7036-7264

Exhibit 202 to Macoretta Declaration—SKB Resp to Continuation of Clinical Hold 2/6/98, bates stamped GSK-MMR-IND-0000018–GSK-MMR-IND-0000200          (AEO) (*Cont'd from Volume 23*).......................................................Appx7036

Exhibit 203 to Macoretta Declaration—FDA Conversation—PRIOrix IND—Clinical Hold, Serology Issues 4/17/98, bates stamped          GSK-MMR-IND-0047710–GSK-MMR-IND-0047713 (AEO)..................................................................Appx7110

Exhibit 204 to Macoretta Declaration—GSK Response to FDA Letter re SKB BB-IND 7229 1/25/01, bates stamped GSK-MMR-IND-0014686–GSK-MMR-IND-0014718 (AEO)...................Appx7115

Exhibit 205 to Macoretta Declaration—Draft CLIRA MMR mtg summary 04/08, bates stamped GSK-MMR-0118967–GSK-MMR-0118992 .........................................................Appx7149

Exhibit 206 to Macoretta Declaration—The Vaccine Research Strategic Plan 2004 Vaccine TARC PPT 3/12/04, bates stamped MRK-CHA00084920–MRK-CHA00084955 ....................................Appx7176

Exhibit 207 to Macoretta Declaration—GSK-CDC meeting re MMR Phase II 3/12/2015, bates stamped GSK-MMR-0261594–GSK-MMR-0261612 ...........................................................Appx7213

# TABLE OF CONTENTS—Continued

Page

Exhibit 208 to Macoretta Declaration—GSK presentation titled "Serological Assays for MMR US," bates stamped GSK-MMR-007480–GSK-MMR-0074814...................................................Appx7233

Exhibit 209 to Macoretta Declaration—Redacted executive summary, bates stamped MRK-CHA00551830–MRK-CHA00551858 .......................................................................................Appx7248

## VOL. 25, PP. 7265-7714

Exhibit 209 to Macoretta Declaration—Redacted executive summary, bates stamped MRK-CHA00551830–MRK-CHA00551858 (*Cont'd from Volume 24*) ...........................................Appx7265

Exhibit 210 to Macoretta Declaration—TPAC BACKGROUND Prepared by Project Team 01/00, bates stamped MRK-CHA00575892–MRK-CHA00575906 ......................Appx7278

Exhibit 211 to Macoretta Declaration—CDOC Critical Activities 1/18/00, bates stamped MRK-CHA01719139–MRK-CHA01719314 .......................................................................................Appx7294

Exhibit 212 to Macoretta Declaration—Redacted Staub curriculum vitae, bates stamped MRK-CHA00527025–MRK-CHA00527026 .......................................................................................Appx7471

Exhibit 213 to Macoretta Declaration—MEETING PROCEEDINGS: Team Issues Tarrytown 1999 Accomplishments, bates stamped MRK-CHA00285430–MRK-CHA00285440 .......................................................................Appx7474

Exhibit 214 to Macoretta Declaration—CDOC Critical Activities 7/13/99, bates stamped MRK-CHA01718123–MRK-CHA01718285 .......................................................................................Appx7486

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 215 to Macoretta Declaration—MVD & Global Commercial Overview and 5yr Plan 11/12, bates stamped MRK-CHA00472315–MRK-CHA00472355 .....................................Appx7650

Exhibit 216 to Macoretta Declaration—Update on Mumps Expiry PPT, bates stamped MRK-CHA00019085–MRK-CHA00019085_020.............................................................Appx7692

Exhibit 217 to Macoretta Declaration—Email re call with Baylor Re VARIVAX and MMR II 11/16/98, bates stamped MRK-CHA00095065–MRK-CHA00095065 .....................................Appx7713

**REDACTED VOL. 26, PP. 7715-8164**

Exhibit 218 to Macoretta Declaration—Draft/summary of meeting: 8/17/99 (M. Morsy) Subject: MMR II CDTF, bates stamped MRK-CHA00198869–MRK-CHA00198870.......................Appx7715

Exhibit 219 to Macoretta Declaration—Email re Summary of FDA Inspection; MMR II IND 1016 8/7/0, bates stamped MRK-CHA00052249–MRK-CHA00052253 .....................................Appx7718

Exhibit 220 to Macoretta Declaration—Memo re Line Extension for MMR II, dated July 3, 2002, bates stamped MRK-CHA00407295–MRK-CHA00407298 .....................................Appx7724

Exhibit 221 to Macoretta Declaration—Industry overview report, bates stamped MRK-CHA00084900–MRK-CHA00084919 .......................................................................Appx7729

Exhibit 222 to Macoretta Declaration—Building On Our Success Vaccine Franchise 12/10, bates stamped MRK-CHA00952822–MRK-CHA00952860................................Appx7750

Exhibit 223 to Macoretta Declaration—2011 Pediatric A Franchise Profit Plan Kickoff 6/23/10, bates stamped MRK-CHA01063090–MRK-CHA01063120................................Appx7790

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 224 to Macoretta Declaration—Vaccine Contracting Strategy Draft Team Meeting PPT 5/3/07, bates stamped MRK-CHA00931221–MRK-CHA00931235 ................................................Appx7822

Exhibit 225 to Macoretta Declaration—Heads Up for MRL Regulatory Issues PPT, bates stamped MRK-CHA00185985–MRK-CHA00186038 .........................................................................Appx7838

Exhibit 226 to Macoretta Declaration—Unnamed Merck document beginning with "Mike, From my perspective the highest priority is ensuring compliance...," bates stamped MRK-CHA01649892- MRK-CHA01649893 ....................................Appx7893

Exhibit 227 to Macoretta Declaration—483 Response 10/24/02, bates stamped MRK-CHA00784030–MRK-CHA00784046 ....................................................................................Appx7896

Exhibit 228 to Macoretta Declaration—The 2002 Vaccine Research Strategic Plan (2002 Vaccine RPRC) May 22, 2002, bates stamped MRK-CHA00290551- MRK-CHA00290645 .............Appx7914

Exhibit 229 to Macoretta Declaration—CBER letter to Merck re AIGENT and ELISA 10/27/2000, bates stamped MRK-CHA00001231–MRK-CHA00001236 ................................................Appx8010

Exhibit 230 to Macoretta Declaration—Summary of 10/08 CDC MMR/V meeting, bates stamped GSK-MMR-0127565–GSK-MMR-0127566 .........................................................................Appx8017

Exhibit 231 to Macoretta Declaration—Memo re Mumps Neutralization Assay Meeting Minutes 9/29/99, bates stamped MRK-CHA01897739–MRK-CHA01897741 ....................................Appx8020

Exhibit 232 to Macoretta Declaration—Email—In light of the stability monitoring discussion for mumps 11/4/02, bates stamped MRK-CHA00501762–MRK-CHA00501765 .......................Appx8024

## TABLE OF CONTENTS—Continued

Exhibit 233 to Macoretta Declaration—MEASLES Review of Findings and Path Forward—R. McKee 6/02, bates stamped MRK-CHA00494158–MRK-CHA00494161 ....................................Appx8029

Exhibit 234 to Macoretta Declaration—CDOC Critical Activities 10/12/99, bates stamped MRK-CHA01718799–MRK-CHA01718971 ..........................................................................Appx8034

**REDACTED VOL. 27, PP. 8165-8614**

Exhibit 234 to Macoretta Declaration—CDOC Critical Activities 10/12/99, bates stamped MRK-CHA01718799–MRK-CHA01718971 (*Cont'd from Volume 26*)................................Appx8165

Exhibit 235 to Macoretta Declaration—Email re GSK MMRV 6/1/04, bates stamped MRK-CHA00553400–MRK-CHA00553400 ..........................................................................Appx8208

Exhibit 236 to Macoretta Declaration—CDOC Critical Activities 1/15/98, bates stamped MRK-CHA01715116–MRK-CHA01715303 ..........................................................................Appx8210

Exhibit 237 to Macoretta Declaration—MMR II Stability Investigation Summary Report 4/19/99, bates stamped MRK-CHA00049011–MRK-CHA00049050................................Appx8399

Exhibit 238 to Macoretta Declaration—Supplemental Biologics License Application 1/29/04, bates stamped MRK-CHA00135652–MRK-CHA00135653................................Appx8440

Exhibit 239 to Macoretta Declaration—HHS to Merck approving request to sBLA 12/6/07, bates stamped MRK-CHA00141976–MRK-CHA00141977................................Appx8443

Exhibit 240 to Macoretta Declaration—Email re Validation protocol for AIGENT assay 10/30/2000, bates stamped MRK-CHA00759836–MRK-CHA00759839................................Appx8446

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 241 to Macoretta Declaration—handwritten list of "plates thrown out," bates stamped MRK-CHA00055013– MRK-CHA00055013 ......................................................................Appx8451

Exhibit 242 to Macoretta Declaration—Kessler Exhibit 3.................Appx8453

Exhibit 243 to Macoretta Declaration—MMR II Label 10/2000, bates stamped MRK-CHA00757064–MRK-CHA00757067..............Appx8496

Exhibit 244 to Macoretta Declaration—GSK submission of mumps PRN data to CBER 2/2007, bates stamped GSK-MMR-IND-0048396–GSK-MMR-IND-0048595 .........................................Appx8501

**REDACTED VOL. 28, PP. 8615-8900**

Exhibit 244 to Macoretta Declaration—GSK submission of mumps PRN data to CBER 2/2007, bates stamped GSK-MMR-IND-0048396–GSK-MMR-IND-0048595    (*Cont'd    from Volume 27*) .............................................................................Appx8615

Exhibit 245 to Macoretta Declaration—DOJ to Merck re MMR II Vaccine Investigation 2/25/11, bates stamped MRK-CHA0002441–MRK-CHA0002681 ....................................................Appx8702

**REDACTED VOL. 29, PP. 8901-9064**

Exhibit 245 to Macoretta Declaration—DOJ to Merck re MMR II Vaccine Investigation 2/25/11, bates stamped MRK-CHA0002441–MRK-CHA0002681 (*Cont'd from Volume 28*) ..........Appx8901

Exhibit 246 to Macoretta Declaration—Clin. Proj. Team Minutes 05/12, bates stamped GSK-MMR-0120690–GSK-MMR-0120697 ......................................................................Appx8944

Exhibit 247 to Macoretta Declaration—MMRV Serology Strategy 10/06, bates stamped GSK-MMR-0124176–GSK-MMR-0124189 ......................................................................Appx8953

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 248 to Macoretta Declaration—MMRV Clinical Dev. Plan 11/06, bates stamped GSK-MMR-0124203–GSK-MMR-0124263 ...............................................................................Appx8968

Exhibit 249 to Macoretta Declaration—FDA Response to MMR-II File 3/12/01, bates stamped MRK-CHA00017036–MRK-CHA00017115 ..........................................................Appx9030

**REDACTED VOL. 30, PP. 9065-9408**

Exhibit 249 to Macoretta Declaration—FDA Response to MMR-II File 3/12/01, bates stamped MRK-CHA00017036–MRK-CHA00017115 (*Cont'd from Volume 29*)................................Appx9065

Exhibit 250 to Macoretta Declaration—Minutes from January 19, 1999 Meeting, bates stamped MRK-CHA00200264–MRK-CHA00200270 ...................................................................Appx9111

Exhibit 251 to Macoretta Declaration—Draft PROPOSED NEW STABILIZER FOR M-M-R®II Prepared by M-M-R II PDT, dated July 12, 2002, bates stamped MRK-CHA00239179–MRK-CHA00239199 ...............................................Appx9119

Exhibit 252 to Macoretta Declaration—Chart—Outstanding Issues/risks for ProQuad CTD Submission and Licensure, bates stamped MRK-CHA00544510–MRK-CHA00544511 .......................Appx9141

Exhibit 253 to Macoretta Declaration—MMR II Mumps Expiry Mumps Potency Claim in Label PPT, bates stamped MRK-CHA00562323–MRK-CHA00562323_00006...................................Appx9144

Exhibit 254 to Macoretta Declaration—CBER letter to Merck re end expiry 9/8/1998, bates stamped MRK-CHA01620351–MRK-CHA01620353 ..........................................................Appx9151

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 255 to Macoretta Declaration—GSK record of conversation with CBER 10/20/1999, bates stamped GSK-MMR-0003481–GSK-MMR-0003482.................................................Appx9155

Exhibit 256 to Macoretta Declaration—GSK request to CBER for critical development meeting 10/2/1998, bates stamped GSK-MMR-IND-0002123–GSK-MMR-IND-0002169 .....................Appx9158

Exhibit 257 to Macoretta Declaration—Preliminary CBER Response to Questions in Briefing Package 12/15/2011, bates stamped         GSK-MMR-IND-0028959–GSK-MMR-IND-0028968....................................................................................Appx9206

Exhibit 258 to Macoretta Declaration—CDOC Critical Activities 12/11/00, bates stamped MRK-CHA01721668–MRK-CHA01721851 ..........................................................Appx9217

Exhibit 259 to Macoretta Declaration—GSK Request to CBER for teleconference 2/18/98 bates stamped GSK-MMR-IND-0000201–GSK-MMR-IND-0000205 ..................................Appx9402

Exhibit 260 to Macoretta Declaration—GSK letter to CBER re modified mumps PRN 9/2011, bates stamped GSK-MMR-IND-0022162–GSK-MMR-IND-0022163........................................Appx9408

**REDACTED VOL. 31, PP. 9409-9514**

Exhibit 260 to Macoretta Declaration—GSK letter to CBER re modified mumps PRN 9/2011, bates stamped GSK-MMR-IND-0022162–GSK-MMR-IND-0022163    (*Cont'd    from Volume 30*)..........................................................................Appx9409

Exhibit 261 to Macoretta Declaration—PPD Letter authorizing GSK use of ELISA 9/12/2011, bates stamped GSK-MMR-IND-0022165–GSK-MMR-IND-0022166........................................Appx9411

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 262 to Macoretta Declaration—Mumps serology strategy in support of Phase III Priorix development, bates stamped GSK-MMR-IND-0022180–GSK-MMR-IND-0022186.............................................................................Appx9414

## REDACTED VOL. 32, PP. 9515-9964

Exhibit 262 to Macoretta Declaration—Mumps serology strategy in support of Phase III Priorix development, bates stamped GSK-MMR-IND-0022180–GSK-MMR-IND-0022186 (*Cont'd from Volume 31*).......................................Appx9415

Exhibit 263 to Macoretta Declaration—Merck sBLA submission to lower mumps end expiry to 4.1, bates stamped MRK-CHA00000032–MRK-CHA00000139 .....................................Appx9422

Exhibit 264 to Macoretta Declaration—TPAC Presentation Product Development Plan for Varicella—Containing Vaccines 9/19/1999, bates stamped MRK-CHA00286492–MRK-CHA00286526 ...................................................................Appx9531

Exhibit 265 to Macoretta Declaration—MMR status update 08/15, bates stamped GSK-MMR-0091480–GSK-MMR-0091483.............................................................................Appx9567

Exhibit 266 to Macoretta Declaration—VMC Charter and Kickoff 7/1999, bates stamped MRK-CHA01614561–MRK-CHA01614665 ...................................................................Appx9572

Exhibit 267 to Macoretta Declaration—Protocol 007: AIGENT Assay Issues Impact on Study Criteria 10/1/2002, bates stamped MRK-CHA01649759–MRK-CHA01649780 ......................Appx9678

Exhibit 268 to Macoretta Declaration—Email re Manufacturing Changes—Mumps—Draft Document for Mumps Assessment 6/25/2008, bates stamped MRK-CHA00351591–MRK-CHA00351616 ...................................................................Appx9701

# TABLE OF CONTENTS—Continued

Exhibit 269 to Macoretta Declaration—BPDR 3/5/2001, bates stamped MRK-CHA00754239–MRK-CHA00754244 ......................Appx9728

Exhibit 270 to Macoretta Declaration—BPDR 4/20/2001, bates stamped MRK-CHA00754233–MRK-CHA00754238 ......................Appx9735

Exhibit 271 to Macoretta Declaration—GSK submission of Priorix IND 7/25/1997, bates stamped GSK-MMR-0000001–GSK-MMR-0000003 ..........................................................................Appx9742

Exhibit 272 to Macoretta Declaration—Email re Priorix history summary 12/18/200, bates stamped GSK-MMR-0013941–GSK-MMR-0013952 ..........................................................................Appx9746

Exhibit 274 to Macoretta Declaration—Martin deposition excerpts ................................................................................Appx9759

Corrected Additional Disputed Material Facts in Opposition to Merck's Motion for Summary Judgment (ECF 295) ...........................Appx9764

Declaration of John A. Macoretta in Support of Plaintiffs' Corrected Memorandum in Opposition to Merck's MSJ (ECF 295).....................Appx9824

Exhibit 58A to Macoretta Declaration—Corrected Yagodich deposition excerpts .............................................................Appx9833

Exhibit 120A to Macoretta Declaration—Corrected Burlington deposition excerpts .............................................................Appx9841

Exhibit 123A to Macoretta Declaration—Corrected Bramble deposition excerpts .............................................................Appx9847

Exhibit 125A to Macoretta Declaration—Corrected Bennett deposition excerpts .............................................................Appx9854

Exhibit 180A to Macoretta Declaration—Corrected Kuter 30(b)(6) deposition excerpts ...............................................Appx9860

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 193A to Macoretta Declaration—Corrected Grad expert report excerpts..........................................................Appx9866

Exhibit 273A to Macoretta Declaration—Corrected Reynolds deposition excerpts ............................................................Appx9920

Exhibit 275 to Macoretta Declaration—Sutter deposition excerpts ...........................................................................Appx9929

Exhibit 276 to Macoretta Declaration—Email from S. Olsen to H. Matthews re: Head to head results, bates stamped MRK-KRA010626382–MRK-KRA00626384 .............................................Appx9934

Exhibit 277 to Macoretta Declaration—MMR-II Package insert, revised 9/2019.........................................................Appx9937

Exhibit 278 to Macoretta Declaration—Dekleva deposition excerpts ...........................................................................Appx9948

Exhibit 279 to Macoretta Declaration—FDA letter approving a change in labeling protocol, dated December 8, 2007, bates stamped MRK-KRA01519087–MRK-KRA01519088 ......................Appx9954

Exhibit 280 to Macoretta Declaration—Merck's ProQuad Original License Application, dated August 27, 2004, bates stamped MRK-KRA00157572–MRK-KRA00157573 ......................Appx9956

Exhibit 281 to Macoretta Declaration—Email transmitting Merck's submission to the DOJ, dated April 10, 2012, bates stamped MRK-KRA0002549-MRK-KRA002575..............................Appx9958

**REDACTED VOL. 33, PP. 9965-10137**

Exhibit 281 to Macoretta Declaration—Email transmitting Merck's submission to the DOJ, dated April 10, 2012, bates stamped MRK-KRA0002549–MRK-KRA002575 (*Cont'd from Volume 32*) ..................................................................Appx9965

## TABLE OF CONTENTS—Continued

**Page**

Merck's Response to Plaintiffs' Corrected Additional Disputed
Material Facts, dated March 10, 2020 (ECF 301) ................................Appx9985

Declaration of Lisa C. Dykstra in Support Merck's Reply (ECF 303)
.............................................................................................................Appx10053

    Exhibit 48 to Dykstra Declaration—Cohen deposition excerpts ......Appx10056

    Exhibit 49 to Dykstra Declaration—Copmann deposition
    excerpts .............................................................................................Appx10061

    Exhibit 50 to Dykstra Declaration—Sutter deposition excerpts .......Appx10066

    Exhibit 51 to Dykstra Declaration—Summary of Payments,
    Sutter Deposition Exhibit No. 7, bates stamped CPC001468-
    CPC001497 .......................................................................................Appx10071

Plaintiffs' Presentation Used During Motion for Summary
Judgment Hearing, dated January 31, 2023 (ECF 375)......................Appx10102

Page 262

1    A.  And I'm telling you what Merck did here --
2  right? -- was to monop- -- to use non-IP patent,
3  non-intellectual property barriers to impede
4  competition.  That's what Merck did here.  I'm not
5  telling you what the company felt or an individual
6  felt.  But I'm telling you what the evidence shows
7  that the company did.
8    Q.  If the FDA wanted product manufactured at any
9  point dated differently, they could have insisted upon
10  that with Merck; correct?
11    MS. SCANLAN:  Objection.
12    THE WITNESS:  It raises a complex -- after
13  the product was on the market?  Probably not.  You
14  own -- I believe you copyright the label.  As my
15  friend Sandy Quig has often said, the manufacturer
16  owns the label.  It can negotiate with you.  Prior --
17  post 2007 -- I'd want to go back and read 5050.  Once
18  a product is on the market, the rules change.  FDA did
19  not have, certainly up to 2007, the ability to change
20  a label on its own, and I have to read those sections.
21  BY MS. HARDWAY:
22    Q.  At any point for product that was not yet on
23  the market, the FDA could have insisted on a different
24  dating period; correct?
25    A.  No.  FDA could have not approved the product,

Page 263

1  but FDA is in a negotiation on the label.
2    Q.  The expiration period, you're saying, is
3  solely a labeling issue?  Is that your testimony?
4    MS. SCANLAN:  Objection.  Mischaracterizes
5  the prior testimony.
6    THE WITNESS:  I'm not sure I understand your
7  question.
8  BY MS. HARDWAY:
9    Q.  So it's your testimony that at no point prior
10  to 2007 the FDA could have insisted on a shorter
11  dating period for MMR?
12    A.  So what I'm saying is that FDA gets to
13  approve a product or not approve a product at the
14  point that an application is submitted.  FDA has the
15  ability to go seize a product or enjoin a company from
16  selling that product.  Once a product -- if it's
17  adulterated.  But FDA doesn't get the ability to come
18  in and change the label.  It would be a negotiation
19  with the company.
20    Q.  And it can't insist on changes to the
21  manufacturing specifications?
22    MS. SCANLAN:  Objection.
23    THE WITNESS:  The FDA is not going to --
24  again, FDA can approve a product, not approve a
25  product, take enforcement action.  Those are all

Page 264

1  negotiations.  FDA would not do that, can't order a
2  manufacturing change.  It could take enforcement
3  action and approve a product.  I don't think any
4  authority in the Act allows -- gives the commissioner
5  the ability to order a company to manufacture a
6  product a certain way.
7    It could not approve the product.  It can try
8  to seize the product if it's adulterated, but the FDA
9  doesn't have specific authority I believe, to change
10  the manufacturing specs.
11    (Pause in proceedings.)
12  BY MS. HARDWAY:
13    Q.  Dr. Kessler, on Page 519 of your report,
14  Paragraph 419.
15    A.  519.  Yes, ma'am.
16    Q.  You state that --
17    A.  I'm sorry.  Paragraph --
18    Q.  419.  You state that "With regard to FDA
19  requirements, a vaccine is adulterated if a
20  manufacturer does not have procedures that are
21  designed to assure that the product has the identity,
22  strength, purity, or potency it purports or represents
23  to have."  And then you go on to state that "Merck did
24  not have adequate procedures to assure that MMR II
25  vaccine had not less than 4.3 log 10 TCID 50 per dose

Page 265

1  through end expiratory."
2    Which procedures are you referring to that
3  Merck lacked?
4    A.  Well, it's the procedures to assure that you
5  met 4.3.
6    Q.  Right.  I'm asking which specific procedures
7  are you referring to that Merck lacked?
8    A.  The procedures -- I mean if you take -- just
9  take the one January 21, 2002 E-mail at the current
10  release spec.  Approximately 7 percent of the lots are
11  expected to be below 4.3.  So that obviously means you
12  didn't have the procedures in place to assure that it
13  would meet 4.3.
14    Q.  I'm asking -- I realize -- I'm asking for a
15  list of procedures that you're saying Merck lacked.
16  Which procedures are you referring to?
17    A.  The procedures to produce a vaccine that met
18  4.3.  Whatever you needed to do to assure 4.3.  You
19  couldn't assure that 4.3.  So obviously you lacked
20  those procedures.
21    Q.  It's a circular answer, Dr. Kessler.  I'm
22  asking for specific procedures.  Which part of the --
23  which part of the procedures. which specific
24  procedures in the production of MMR II was Merck
25  lacking?

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Appx1265

```
 1            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
     - - - - - - - - - - - - - - x
 3   UNITED STATES OF           :
     AMERICA, ex rel.,          :
 4   STEPHEN A. KRAHLING and    :
     JOAN A. WLOCHOWSKI,        :   Civil Action No.
 5                              :   10-4374 (CDJ)
          Plaintiffs,           :
 6                              :   Volume II of II
        v.                      :   7:28 p.m. - 11:33 p.m.
 7                              :
     MERCK & CO., INC.,         :
 8                              :
          Defendants.           :
 9   - - - - - - - - - - - - - - x
     IN RE: MERCK MUMPS         :   Master File No.
10   VACCINE ANTITRUST          :   12-03555 (CDJ)
     LITIGATION                 :
11                              :
     THIS DOCUMENT RELATES      :   Friday, September 28, 2018
12   TO:  ALL ACTIONS.          :   Washington, D.C.
     - - - - - - - - - - - - - - x
13
     Volume II of the Videotaped Deposition of:
14
                 DAVID KESSLER, M.D.,
15
     called for oral examination by counsel for the
16
     Defendants, pursuant to notice, at the law offices of
17
     Venable, LLP, 600 Massachusetts Avenue, Northwest,
18
     Washington, D.C. 20001, before Christina S. Hotsko,
19
     RPR, CRR, of Veritext Legal Solutions, a Notary
20
     Public in and for the District of Columbia, beginning
21
     at 7:28 p.m., when were present on behalf of the
22
     respective parties:
23
                 VERITEXT LEGAL SOLUTIONS
24                  MID-ATLANTIC REGION
              1801 Market Street - Suite 1800
25                Philadelphia, PA  19103
```

Appx1266

Page 334

1 submission, right?
2      MS. SCANLAN: Objection. Lacks
3 foundation.
4      THE WITNESS: There were a lot of
5 complete responses that were given.
6      (Kessler Deposition Exhibit 38 marked
7      for identification and attached to the
8      transcript.)
9 BY MS. HARDWAY:
10     Q. Before we actually get to this,
11 Dr. Kessler, I wanted to tie up something that
12 we had been talking about earlier.
13     A. Sure.
14     Q. With regard to the design of 007, I had
15 asked you if Merck and FDA -- if Merck met with
16 FDA and conducted teleconferences to reach
17 agreement on the neutralization assay to be
18 used.
19     A. We discussed that.
20     MS. SCANLAN: I objected to the
21 foundation of that, and you never followed up
22 with anything.
23 BY MS. HARDWAY:
24     Q. So your report, Dr. Kessler, on page
25 36 --

Page 335

1      A. Yes, ma'am. Let me get there. Yes.
2      Q. Paragraph 77 that begins on page 36 and
3 continues on page 37.
4      A. Yes.
5      Q. The last sentence in that paragraph,
6 right before paragraph 78, you state, "As
7 described below, Merck met with FDA and
8 conducted teleconferences to reach agreement on
9 the neutralization assay to be used in protocol
10 007."
11     Do you see that?
12     A. They did conduct teleconferences, yes.
13     Q. And they reached an agreement on 007,
14 correct?
15     MS. SCANLAN: Objection.
16 Mischaracterizes what the statement says.
17     THE WITNESS: Yeah, it says that was the
18 purpose of this. As you know, there are a lot
19 of back and forths. So as I said -- I think I
20 testified Merck allowed it -- Merck. I
21 apologize.
22     FDA allowed it to go forward. But as
23 you know, there's also, there's documentations
24 saying why -- we see no need for you to use IgG
25 at certain points -- anti-IgG, sorry. We see no

Page 336

1 need for that. We don't usually do that.
2      So obviously, Merck is making certain
3 arguments. It's not getting a seroconversion
4 rate that it thinks is acceptable, and it's
5 trying to come up -- make an argument to get a
6 test that works backwards to get to that
7 seroconversion rate.
8 BY MS. HARDWAY:
9      Q. So you're saying that the FDA said that
10 they saw no need for anti-IgG?
11     A. At a certain point, there is that
12 statement at one point in time. That statement
13 is certainly met -- stated "at one point in
14 time." I'm happy to find it, and I think it's
15 in the report.
16     MS. HARDWAY: I think we're going to go
17 ahead and take a break now, Dr. Kessler.
18     THE WITNESS: My pleasure.
19     VIDEO TECHNICIAN: We're going off the
20 record. This is the end of Media Unit 6. The
21 time is 8:45 p.m.
22     (A recess was taken.)
23     VIDEO TECHNICIAN: We're back on the
24 record. This is the beginning of Media Unit 7.
25 The time is 9:06 p.m.

Page 337

1 BY MS. HARDWAY:
2      Q. I'm going to show you what we're going
3 to mark as the next two exhibits.
4      The first one is 39.
5      A. I thought we did 39.
6      MS. SCANLAN: I had 37 as the last one,
7 so what is 38?
8      MS. WYSOCKI: It is 0032.
9      MS. SCANLAN: Oh, got it. Okay, you're
10 right, Kathleen. Sorry.
11     (Kessler Deposition Exhibit 39 marked
12     for identification and attached to the
13     transcript.)
14     MS. HARDWAY: And then Exhibit 40.
15     (Kessler Deposition Exhibit 40 marked
16     for identification and attached to the
17     transcript.)
18     THE WITNESS: Thank you.
19 BY MS. HARDWAY:
20     Q. So what I've marked as Exhibits 39 and
21 40, Dr. Kessler, are responses by Merck to
22 requests that CBER made regarding the 2004 PAS.
23     And specifically, Exhibit 39 is an
24 April 13, 2005, letter from Alison Fisher to
25 Dr. Norman Baylor following up on a December 3,

16 (Pages 334 - 337)

Appx1267

Page 342

1 basically quote, the science related to the
2 immunogenicity has substantially evolved since
3 our initial testing. And it's Dr. Houn who's
4 recommending that.
5    I called Dr. Houn. I know Dr. Houn
6 well. I didn't relate to anything about the
7 matter, but I asked her, since this was not
8 confidential, it was an FDA document, I simply
9 said, you know, do you recall back in 2007 that
10 you suggested that the ELISA results, that the
11 science has changed on ELISA since the
12 initiation of this study, initiation and there
13 was a change in ELISA.
14    And I know, yeah, Dr. Houn very well.
15 I've worked with her and appointed her in a
16 number of her jobs. Just asked that question.
17    I said, you're an expert on ELISA?
18    She said, no.
19    I said, well, you said the science has
20 changed. You're making that suggestion. Is
21 that, in fact, the case?
22    And she says, I don't -- I mean, I don't
23 want to quote her exactly, but basically she had
24 no knowledge that the science had changed.
25    I said, well, why would you say

Page 343

1 something like that?
2    She said, well, we needed a basis in
3 order to -- we said something in the past so we
4 need to say something in the future.
5    So again, it's a rationale that was used
6 but -- to justify this letter, but I certainly
7 wouldn't subscribe to your view that, in fact,
8 the science has changed, and Dr. Houn could not
9 corroborate that the science had changed, even
10 though she was the one who suggested it.
11 BY MS. HARDWAY:
12    Q. When did you place that call to
13 Dr. Houn?
14    A. Several days ago.
15    Q. Why did you -- you issued your report
16 early in 2018, correct, Dr. Kessler?
17    A. Yeah.
18    Q. Why did you wait until several days ago
19 to contact Dr. Houn?
20    A. Because I hadn't seen that document.
21    Q. And why is it -- are you relying on the
22 conversation that you had with Dr. Houn to form
23 your opinions in this case?
24    A. There's no need to. I mean, it's
25 just -- it's supportive of my opinions, but I

Page 344

1 wanted make sure I wasn't missing anything.
2    ELISA did not correlate clinically. It
3 did not have clinical relevance. It didn't
4 correlate well with PRN, certainly around the
5 cutoff. It doesn't measure specific
6 neutralization tests. Because, I mean, if it
7 did, I wanted to know about that. So I wanted
8 to make sure that I wasn't -- that my
9 understanding was right.
10    So I think it's probably best to say
11 Dr. Houn corroborated -- I mean, I didn't
12 understand -- I wanted to know whether there was
13 a basis that I was missing, and the answer is
14 no, there was no basis.
15    The ELISA test is not -- it's not that
16 the science evolved and then it could be used.
17 It needed to be correlated.
18    And as your own expert, Patriarca, says,
19 ELISA -- the justification of ELISA was that it
20 was linked to the PRN test, and the PRN test was
21 linked to clinical relevance.
22    But we know that those things are, in
23 fact -- those links were broken. But you can't
24 just -- you can't justify using the ELISA test,
25 especially against not a true wild-type, as was

Page 345

1 done here with -- in this case. The science
2 doesn't support that.
3    Q. Did you contact Dr. Rubin?
4    A. No, I did not call Dr. Rubin. He's at
5 the agency. I'd be happy to do that and talk to
6 him about this matter if you release me. But
7 Dr. Rubin's name -- well, I don't know -- I
8 don't believe I know Dr. Rubin. I know
9 Dr. Houn.
10    Q. Did you talk to Dr. Carbone?
11    A. No, I did not. You asked me before.
12 The only one I spoke to, I mean, who was at the
13 agency -- and again, not about -- I didn't
14 discuss this matter. I just said I had a
15 specific question. And it was a
16 non-confidential document that I just wanted to
17 know if she had a basis that the science had
18 evolved.
19    MS. HARDWAY: All right. We're going to
20 take a five-minute break.
21    VIDEO TECHNICIAN: We're going off the
22 record. The time is 9:18 p.m.
23    (A recess was taken.)
24    VIDEO TECHNICIAN: Back on the record.
25 The time is 9:27 p.m.

18 (Pages 342 - 345)

Page 362

1    A.  In 2007?
2    Q.  Right.  FDA did not make a finding at
3  that point that the M-M-R II label was
4  misleading, did it?
5    MS. SCANLAN:  Objection.  Lacks
6  foundation.
7    THE WITNESS:  No.  Because, again, of
8  Merck's representations that there was clinical
9  relevance to the data and that there was support
10  for that 4.1, and as well as the fact that that
11  logic that Merck used with FDA that these things
12  were linked got them to be able to be -- say
13  that there was 98 percent -- greater than 96
14  percent.  And they submitted results of
15  seroconversion rates between 94 and 98 percent
16  on the WT ELISA, and for 4.1 93 and 92 percent
17  on the agent.
18    So again, what you have is the agency
19  relying on Merck because it believes that the
20  tests that Merck is giving have clinical
21  relevance and that that link, as Patriarca said,
22  was all connected.
23  BY MS. HARDWAY:
24    Q.  And, in fact, at no time up through
25  today in September of 2018 has the FDA found the

Page 363

1  M-M-R II label to be misleading, correct?
2    A.  You'd have to ask.  I mean, there's been
3  no -- there's been no public statements to that
4  that I'm -- that I have seen whatsoever.  The
5  label says that their clinical studies have
6  supported 96 percent, and that's what it holds
7  GSK to and others to.
8    And by doing that, again, Merck has --
9  Merck has stood in the way of GSK and others to
10  meet a standard which it, itself, could not
11  meet, except for the logic and the information
12  that the company provided FDA.
13    Q.  The FDA approved the ProQuad label when
14  they approved the license for ProQuad, right?
15    A.  Yes, ma'am.  Again, on the basis of the
16  WT ELISA and the same flawed logic that Merck
17  represented.
18    (Kessler Deposition Exhibit 44 marked
19    for identification and attached to the
20    transcript.)
21  BY MS. HARDWAY:
22    Q.  Exhibit 44, Dr. Kessler, is the --
23    A.  I don't have that.
24    Q.  I'm sorry.
25    A.  Oh, I'm sorry.  I do have it.  Not

Page 364

1  paying attention.
2    Q.  Exhibit 44 is CBER's clinical review of
3  the study submitted in support of a licensure of
4  ProQuad, correct?
5    A.  Correct.
6    Q.  And if you turn with me to page 8 of
7  this.
8    A.  Yes, ma'am.  FDA page 8?
9    Q.  Page 8.
10    A.  Yes.
11    Q.  This isn't Bates labeled.
12    A.  Yes, ma'am.
13    Q.  Under Efficacy 3.1.2 --
14    A.  Yes.
15    Q.  -- the third sentence says, "The
16  efficacy of ProQuad was inferred using
17  immunological assays to demonstrate that
18  vaccine-specific antibody responses for each
19  vaccine antigen, following a single dose of
20  ProQuad, were not inferior to those seen
21  following immunization with licensed M-M-R II
22  and VARIVAX given concurrently at separate
23  sites."
24    A.  Yeah.  Basically, a bioequivalence
25  study, in essence.

Page 365

1    Q.  And then the next paragraph down --
2    A.  You notice they don't use the term
3  "adequate and well-controlled trials."  They
4  inferred from immunological assays.
5    And obviously, again, this is an
6  equivalence.  This is equivalent to MMR, and MMR
7  has these varied layers of how they got to
8  approval.
9    Q.  And in the second paragraph, probably
10  about nearly halfway down, it says, "The cutoffs
11  for each assay."
12    A.  Yes.
13    Q.  "The cutoffs for each assay were chosen
14  to detect levels of antibodies that had been
15  previously associated with protection in other
16  studies."
17    Do you see that?
18    A.  As Merck represented.
19    Q.  And then it talks about "the positive
20  mumps seroresponse correlated with greater or
21  equal to 10 mumps ELISA antibody units," right?
22    A.  Exactly what Merck said to the FDA, that
23  10 was the number.  That correlated.  Merck
24  didn't tell them that there wasn't any clinical
25  relevance to the 10, as the record shows Merck

23 (Pages 362 - 365)

Page 374

1    A. Wait. Yes.
2    Q. You see a table 8 on page 1640?
3    A. I see it well, and I know it well.
4    Q. This table, more so than 6D, would
5  actually allow the FDA to look at the data on an
6  even more granular level, correct?
7    A. No. It makes it look like the
8  discordance is expected.
9    Q. What do you mean by that?
10    A. Because you're obscuring -- I mean,
11  nowhere can you sit here -- again, let me just
12  show you.
13        If I ask you where's the break in 6D --
14  you may want to just focus on that or go
15  closer -- it's quite clear where the break is.
16  And it's not at 10AB, right? There's no way you
17  can look at this data and see where the break
18  is, right? There is no obvious break by looking
19  at this.
20        Again, it's -- so again, the 6D was
21  taken out. 10AB should not have been in the
22  cutoff. And Merck stated the reasons why it
23  took it out, because it was concerned that based
24  on that data on 6D it would not -- FDA wouldn't
25  buy the 10AB cutoff.

Page 375

1    Q. Dr. Kessler, you testified that you
2  would leave to the experts what the cutoff
3  should be, right?
4    A. The exact cutoff. You want to talk
5  about exactly what the number is, I'm not going
6  to testify exactly what the number is.
7        But when you look at this, there is
8  no -- first of all, let's just put on the
9  record, this whole issue of a cutoff, cutoff,
10  actually, because you've not correlated ELISA
11  with anything, right, it has no -- and you
12  recognize that it doesn't have any clinical
13  relevance, this is sort of a, you know, a minor
14  issue arguing what the cutoff is.
15        I mean, you can't -- you can't set a
16  cutoff level and expect it to have clinical
17  relevance if it has no clinical relevance. You
18  can't set a cutoff level based on a PRN test if
19  your PRN test is inadequate.
20        So again, we're into the surreal here.
21  I mean, all you can say is that a cutoff will
22  label certain things as positive and certain
23  things as negative, but there's no clinical
24  relevance to this.
25    Q. Dr. Kessler, you testified earlier today

Page 376

1  that you've never chosen a cutoff in an ELISA,
2  right?
3    A. It doesn't -- I've -- I certainly have
4  been involved in cutoff issues in other
5  contexts. And I could tell you, if you want to
6  eliminate a discordance, you don't accept these
7  percentages of 11, these -- these rates of
8  discordance.
9    Q. So you're of the opinion, Dr. Kessler,
10  that the FDA would be unable to calculate rates
11  of discordance based on table 8?
12    A. I'm of the opinion that it's your
13  responsibility -- your client's responsibility
14  to provide FDA with adequate data, and it's your
15  client's responsibility to provide a clinically
16  meaningful and adequate and well-controlled set
17  of data that if the cutoff is part of that, that
18  had to be clinically relevant. And it had to be
19  linked, according to Dr. Patriarca, and that
20  link didn't exist.
21    Q. Dr. Kessler, are you of the opinion that
22  the FDA would have been unable to calculate
23  rates of discordance using table 8?
24    A. There was -- I have no opinion on --
25  you'd have to ask FDA whether it could have

Page 377

1  generated table 6D and how it would have
2  generated 6D. I leave it to others to testify
3  how FDA viewed that or what it would have done.
4        But clearly, again, you don't come up
5  with 10AB when you look at 6D.
6    MS. HARDWAY: All right. We're going to
7  take a short break.
8    VIDEO TECHNICIAN: The we're going off
9  the record. This is the end of Media Unit 7.
10  The time is 10:18 p.m.
11    (A recess was taken.)
12    VIDEO TECHNICIAN: We're back on the
13  record. This is the beginning of Media Unit 8.
14  The time is 10:39 p.m.
15  BY MS. HARDWAY:
16    Q. Dr. Kessler, if you could take out
17  Exhibit 44, which is the ProQuad clinical
18  review, and turn to page 245 of that review,
19  please.
20    A. Just hold on one second. I'd be happy
21  to do that. I just want to take a quick look.
22    MS. SCANLAN: Kathryn, would you just
23  say that page number again, please.
24    MS. HARDWAY: 245.
25

26 (Pages 374 - 377)

Page 390

1    MS. WYSOCKI: It's Exhibit 3.
2    THE WITNESS: Is it marked?
3    MS. SCANLAN: It does have an exhibit
4  number on it.
5    THE WITNESS: Oh, I'm sorry.
6    MS. HARDWAY: Exhibit 3.
7    UNIDENTIFIED MALE: Yeah, Exhibit 3.
8    THE WITNESS: I didn't realize.
9  BY MS. HARDWAY:
10    Q. Do you agree, Dr. Kessler, that the
11  projected potency at end expiry column that is
12  throughout this report -- there's a "Projected
13  Potency At End Expiry" column, right?
14    A. Yes.
15    Q. And you'd agree that that projected
16  potency at end expiry is based on a Merck
17  stability model?
18    A. It's based on the Dr. Margoslskee -- the
19  analysis that Dr. Margoslskee used, and I used
20  the exact methodology that Dr. Margoslskee used.
21    Q. But for the projected potency, the
22  specific projected potency, that's based on a
23  Merck stability model, correct?
24    A. That Dr. Margoslskee -- again, I used
25  exactly Dr. Margoslskee's model and

Page 391

1  Dr. Margoslskee's number.
2    Q. And then there is an "Actual Potency
3  Below 4.3 At End Expiry" column, right?
4    A. Yes.
5    Q. And there are -- most of that column
6  contains question marks, right?
7    A. Correct.
8    Q. With a few exceptions which we'll --
9    A. Yeah, no. I've sought that data. I
10  mean, when I can find those in BPBRs or in other
11  documents, I attempted to fill that in.
12    If you have that data, again, within the
13  next, you know, short period of time, 30 days or
14  so, if you can provide me that, I think that
15  would be helpful. And certainly I'm open to
16  that.
17    I don't know where -- where I can -- I
18  mean, I've sought that. I don't know whether
19  it's in your LIMS database. I don't know which
20  databases it's in to find that data.
21    Q. Okay. Just so that the record is clear,
22  the question mark in the actual potency column
23  reflects that you don't know what the actual
24  potency is at the end of expiry for those lots,
25  right?

Page 392

1    A. I've sought that answer, and I hope it
2  exists. And if you could share that data with
3  me, I would appreciate it. It's possible I
4  missed it and it's in some documents, but I've
5  tried hard to find it.
6    Q. And so for the lots where you have a
7  question mark, which is a vast majority of the
8  lots in this chart, you don't know whether those
9  lots lost a log -- a 1.0 log over the 24-month
10  expiry period, right?
11    A. That's correct. I'm using exactly what
12  Dr. Margoslskee used. And I'm happy to be
13  informed that -- of that data. And if you could
14  share that data with me, I would appreciate it.
15    Q. All right. I'm going to show you what
16  we're going to mark as the next exhibit. I only
17  have one copy. Sorry.
18    (Kessler Deposition Exhibit 48 marked
19      for identification and attached to the
20      transcript.)
21  BY MS. HARDWAY:
22    Q. And if you would turn with me to the
23  Bates ending 2621.
24    A. 2621, 2621. Yes, ma'am.
25    Q. And this is a letter to Karen Goldenthal

Page 393

1  from Manal Morsy?
2    A. Yes.
3    Q. And it's in reference, as you'll see on
4  the first page, to a November 29, 2000 telephone
5  conference call.
6    A. Correct.
7    Q. And it was a meeting at Merck's request
8  to discuss with Dr. Carbone and her laboratory
9  staff Merck's newly developed mumps antibody
10  neutralization assay and to clarify some of the
11  comments, questions CBER provided Merck in a
12  letter dated October 27, 2000.
13    A. Correct.
14    Q. Do you see that?
15    A. I do.
16    Q. And in the -- you'll see actually again
17  on the first page, right before the bolded text,
18  it says, "The three issues for discussion with
19  CBER scientists in the requested teleconference
20  are: Background attached."
21    Do you see that?
22    A. Yes, I do.
23    Q. And if we go to the attachment, which is
24  Bates ending in 2623 --
25    A. Correct.

30 (Pages 390 - 393)

Appx1271

# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI, | Civil Action No. 10-4374 (CDJ) |
| *Plaintiffs,* | |
| v. | |
| MERCK & CO., INC., | |
| *Defendant.* | |
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION | Master File No. 12-3555 (CDJ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**Expert Report of Ann M. Arvin, MD**

1

CONFIDENTIAL

## I. QUALIFICATIONS

I am a Medical Doctor, with a board certification in Pediatrics.

I received my B.A degree from Brown University, my M.A degree from Brandeis University, and my M.D. degree from the University of Pennsylvania. After graduation from medical school, I did an internship and residency in pediatrics at the University of California, San Francisco ("UCSF"), including a year as Chief Resident at Mt. Zion Hospital. I then spent three years in post-doctoral training in infectious diseases, under the direction of Dr. Thomas C. Merigan at Stanford University and Dr. Moses Grossman at UCSF. Dr. Merigan is recognized internationally for his research on antiviral drugs and his leadership of clinical trials to develop HIV/AIDS therapies. Dr. Grossman was a nationally renowned specialist in pediatric infectious diseases and served as Chief of Pediatrics at the San Francisco General Hospital for 30 years. Following the completion of my post-doctoral training, I was recruited to join the faculty at Stanford University in September, 1978, as an assistant professor in the Department of Pediatrics, Infectious Diseases Division, of the School of Medicine. I have remained at Stanford throughout my career, having been promoted to associate professor and then to my current position as the Lucile Salter Packard Professor of Pediatrics and Professor of Microbiology and Immunology. The faculty who are specialists in pediatric infectious diseases are practicing physicians at the Packard Children's Hospital at Stanford. We provide care to infants and children hospitalized for the diagnosis and treatment of viral, bacterial and fungal infections and for those who have acquired infections as a complication of underlying diseases such as cancer or following surgery. In addition to my own clinical work, I was the Chief of the Pediatric Infectious Diseases Division from 1984 to 2006, overseeing the care provided by the other

2

specialists and trainees in pediatric infectious diseases at the Packard Children's Hospital at Stanford.

From 2001 to the present, I have had a faculty leadership role at Stanford University, serving as Associate Dean of Research until 2006, and then as the Vice Provost and Dean of Research.

My professional career, spanning almost four decades, has been devoted to the study of infectious diseases and microbiology and immunology, focusing on understanding the mechanisms of these diseases, how the immune system responds to viral infections and vaccines, and approaches to their diagnosis, treatment and prevention, especially in infants and children. My research has been funded by the National Institutes of Health ("NIH"). Much of my work has been about varicella zoster virus ("VZV"), which is the virus that causes chickenpox (varicella) and shingles (herpes zoster). I was closely involved with the original NIH program to develop the varicella vaccine, supervising vaccine trials at Stanford and in particular, investigating the immune response to this vaccine in healthy and immunocompromised children and adults, and with subsequent studies of the vaccine by Merck. I carried out the first clinical study to demonstrate that bone marrow transplant patients could be immunized with an inactivated VZV vaccine to reduce their risk of herpes zoster; this observation was the proof of concept for the development of the live attenuated zoster vaccine and other vaccines against shingles. My laboratory also investigated the immune response to the live zoster vaccine in elderly adults.

The investigation of age-related changes in the immune response of infants and children to viruses and vaccines has been a major interest and includes several studies analyzing the humoral and cell-mediated responses to measles and mumps vaccines. I established the

3

CONFIDENTIAL

Stanford-Lucile Packard Children's Hospital (LPCH) Vaccine Program in 1997, which led to several major multi-investigator NIH grants to study immunity induced by viral vaccines, especially vaccines against influenza. I have also published clinical research on other herpesviruses, including herpes simplex and cytomegalovirus infections in pregnancy and the newborn.

I have published 244 peer-reviewed articles, 135 peer-reviewed chapters and monographs, including many on viral vaccines, and edited seven books. Since 1995, I have been an author of the chapter on Varicella Zoster Virus in <u>Fields Virology</u>, which is considered to be the leading text on virology.

I have been elected to the Infectious Disease Society of America, the Pediatric Infectious Disease Society, the American Academy of Pediatrics, the Association of American Physicians, the American Association for Advancement of Science and the American Academy of Microbiology. I was elected to the National Academy of Medicine in 2003 and to the American Academy of Arts & Sciences in 2012, which are considered the most prestigious organizations in my field.

In the course of my career, I have served by invitation on the Food and Drug Administration ("FDA") Vaccines and Related Biological Products Advisory Committee ("VRBPAC") which evaluates evidence related to FDA license applications and makes recommendations to the FDA regarding approval of those applications, and as a consultant for the Center for Biologics Evaluation and Research ("CBER"). From 2001-2004, I was a member of the National Vaccine Advisory Committee ("NVAC"), serving as the chair of the subcommittee on Future Vaccines. The NVAC makes recommendations to the Director of the National Vaccine Program on ways to develop vaccines to prevent infectious disease and prevent

4

CONFIDENTIAL

adverse reactions to vaccines.  I was a member of the World Health Organization ("WHO")

Steering Committee on Research Related to Measles Vaccines from 2002-2007 and was the chair

of that committee from 2003-2007.  I have served on many national committees including the

Director's Council, National Institute of Allergy and Infectious Diseases (2007-2011) and the

Committee on Science, Technology and Law, National Academy of Science (2014-present).

A copy of my current curriculum vitae is attached at Appendix 1.  In addition to the

references cited herein, I have also reviewed the amended complaint in this action.

I have not provided deposition testimony or testified at trial as an expert in the past four

years.

My fee is $500/hour for my work in connection with this matter.

## II. SUMMARY OF OPINIONS

A. Over the years, there have been several failed attempts to develop a mumps vaccine, due either to unacceptable safety risks or poor protection against disease.  In contrast, the Merck mumps vaccine, a component of its MMR II (measles-mumps-rubella) and ProQuad (measles-mumps-rubella-varicella) combination vaccines, has been very safe and highly effective during its more than five decades of use in the United States.

B. The fundamental criterion for assessing how well a vaccine works is whether it controls the disease in the population.  This assessment is based on comparing rates of disease in people who have received the vaccine to rates of disease in people who have not been vaccinated.  The FDA relies on this evidence of vaccine efficacy from clinical trials in deciding whether to approve a vaccine for which there is no vaccine currently available.  The CDC relies on effectiveness data obtained by surveillance for disease to evaluate how well a vaccine that has been licensed for use in clinical care is working.  Laboratory tests have been developed that can measure various components of the immune response after vaccination but these assays do not give us direct information about disease control.  For public health purposes, what matters is whether the vaccine program is helping to control disease in the population at risk.

C. In addition to the fact that controlling disease is the fundamental metric of vaccine effectiveness rather than the results of laboratory tests, their application in an effort to predict disease control is uncertain.  The immune mechanisms by which vaccination protects people from disease are poorly understood.  Infection with viruses such as mumps or vaccination with live mumps vaccines are known to cause the immune system

5

CONFIDENTIAL

to make antibodies, referred to as humoral immunity and also to generate T cells that can recognize the virus, referred to as cellular immunity. However, the respective roles of these two components of the immune system in protection from disease are not clearly defined. For viruses like mumps, we do not have a laboratory test that provides an absolute correlate of protection if the person is exposed. Therefore, even if we could be sure that generation of antibodies is the most important immune response for protection from mumps disease, we are not able to determine from the results of a test for mumps antibodies whether a particular person will be protected from disease.

D. For these reasons, although laboratory assays for mumps are used in certain circumstances, such as to compare different mumps vaccine doses or dosage regimens, the results from such an assay cannot be used to determine whether recipients of the vaccine will be protected from disease at that time they are tested, whether it is six weeks or many years after they are given the vaccine. For the same reason, laboratory tests do not reveal whether the capacity of the immune system to prevent mumps disease wanes over time.

E. My lab published a study in 2001 in which we measured the immune responses to vaccination for measles and mumps with the Merck measles, mumps and MMR II vaccines when administered to infants at various ages, including 12 months. The mumps antibody response was measured by a plaque reduction neutralization assay, performed in a laboratory at the California Department of Health directed by Dr. Bagher Forghani. Our results showed a seroconversion rate of 93% for those children vaccinated at 12 months, which I understand was essentially the same seroconversion rate as was found by Merck when it performed a mumps plaque reduction neutralization assay at its laboratory. The fact that our study found a nearly identical seroconversion rate as the Merck study supports the validity of the Merck findings since both assays were used to test U.S. children given MMR II in the same time period.

## III. BACKGROUND

### A. The development of live virus vaccines

Smallpox was the first disease to be controlled by vaccination. Like later viral vaccines, the development of smallpox vaccine started from observing the pattern of spread of the disease in communities and what groups were at risk and who was spared. When epidemics occurred, people who had survived smallpox in previous outbreaks were spared but milkmaids who had had cowpox also had either no illness or mild smallpox. Therefore cowpox (vaccinia) inoculation was evaluated as a way to interrupt the transmission of smallpox from an infected to a

6

CONFIDENTIAL

susceptible person or to modify the severity of the disease in the vaccinated person. Testing was done first in small numbers of people and then expanded to universal vaccination campaigns. This history illustrates the fundamental principles about how live viral vaccines are developed. The approach is empirical, based on observations in the population at risk, finding or producing a weakened form of a virus that can be tested for effects on transmission of the natural virus in the susceptible population and on evaluating whether symptoms are prevented or less severe after an exposure to the natural virus.

This empirical approach was used to develop polio, measles, mumps, and rubella vaccines in the 1950s and 1960s and most recently the varicella (chickenpox) vaccine. These are referred to as live attenuated vaccines because the natural virus, recovered from an infected person, is the starting material used to produce the weakened vaccine virus. First, the natural virus is used to infect human or animal cells that are grown in culture dishes in the laboratory. The natural virus can multiply in these cells but they are not the types of cells that are usually infected in the human body when the virus causes illness. As a result, the virus must adapt in order to make new virus particles in cells which differ from its typical cell environment in the infected person. The genetic changes that allow adaptation to the abnormal cell environment in the laboratory have the potential to make the virus less infectious for people. This weakening of the capacity of the natural virus to cause illness is called attenuation. However, whether or not the virus has become attenuated can only be determined empirically, by inoculating susceptible individuals and observing for symptoms like those that are associated with the natural virus infection. Some individuals may have mild symptoms due to the vaccine virus but attenuation means the live virus vaccine does not cause the disease that would be observed with natural virus infection. When evidence of attenuation has been obtained in initial small clinical studies, the

7

CONFIDENTIAL

vaccine is tested in larger cohorts of susceptible individuals who are then monitored for vaccine side effects and, most importantly, for the outcome of exposures to the natural virus. These larger studies, often called field trials, are necessary to establish the efficacy of the vaccine for preventing or reducing the severity of natural virus infection. These studies are designed to determine the risk/benefit profile of the vaccine when compared to the morbidity and mortality caused by the natural virus. Because most live attenuated vaccines must be given to healthy children, minimizing risk is of the utmost importance. Vaccines are judged to be effective based on an assessment of whether people who are vaccinated have either no disease or a mild illness if they encounter the natural virus. By this fundamental criterion, the live virus vaccines used to protect against the consequences of measles, mumps, rubella and varicella have had a tremendous impact on public health, reducing the incidence of illness and deaths caused by epidemics of these previously ubiquitous viral infections to few or none each year in the United States.

Each step involved in creating and testing a live attenuated virus vaccine is undertaken in close consultation and with supervision by the FDA, whether the entity developing the vaccine is a company or a federal agency, because only the FDA can approve a vaccine for use in the United States. The FDA decision is based on the documentation of both safety and efficacy of the vaccine. Recommendations for implementation of the vaccine for clinical care are provided by the Advisory Committee on Immunization Practices ("ACIP") of the Centers for Disease Control ("CDC").

After a live virus vaccine is introduced, the CDC conducts continuous surveillance of vaccine safety and effectiveness. The understanding gained after vaccine approval is essential because widespread use alters the epidemiology of outbreaks caused by the natural virus and the

8

CONFIDENTIAL

dose regimen, age for administering the vaccine or other recommendations may need to be changed in order to optimize the benefits of the vaccine program. Since live virus vaccines are used for childhood immunization programs world-wide, the WHO also makes recommendations for use and monitors vaccine safety and effectiveness.

### B. Immunity to viruses and live viral vaccines

Scientific knowledge about immunity to viruses has expanded dramatically in the decades since the 1980s. Because most live virus vaccines were developed before this time, information about how the human immune system responds to viral infections and to viral vaccines has been acquired in parallel. Although the tools to measure immunity were quite limited in the 1950s and 1960s, the concept that live virus vaccines would be effective against viral infections was based on the idea that attenuated viruses would induce immune responses that were similar to those elicited by the natural virus. This is often referred to as "natural immunity" or "naturally acquired immunity." Since natural immunity was shown to be effective against exposures that occurred in different geographical locations, where there might be some variation in the natural virus strain, live virus vaccines were expected to have the same profile.

Broadly, the control of viral infections is mediated by two arms of the immune system, including B cells which produce antibodies that can inhibit virus infection, and T cells which amplify the B cell response, release antiviral proteins called cytokines, and have the capacity to destroy virus-infected cells, referred to as T cell cytotoxicity. It is important to note that the relatively recent development of more advanced laboratory methods to measure immunity means that live virus vaccines had already eliminated most natural infections caused by these viruses. As a result, there are not many comparisons of natural and vaccine immunity in the same age

9

CONFIDENTIAL

group. In fact, much of what is known about viral immunity is from studies of viral vaccine-induced immunity.

Methods to measure antibodies are called serologic tests or tests for humoral immunity; those for T cells are called cellular immunity assays. Antibody and cellular immunity assays typically have a range of sensitivity (precision) for determining whether the person has any immunity to the virus of interest. These methods can be made somewhat more quantitative by measuring antibodies in dilutions of the blood sample, referred to as antibody titers, and cellular immunity assays may be used to determine the frequency of T cells that recognize a particular virus.

While both arms of the immune system contribute, the evidence is that T cell responses are critical for recovery from the first infection with the virus. After an individual has had a particular viral infection, the immune system maintains a "memory" of the virus, so that antibodies and T cells that recognize the virus are already present in the body if the person has a new exposure. The memory responses are high for a period of time after the infection, typically for several months, and then decline, but the immune system remains prepared for a new exposure. In contrast to the first exposure, when the individual had no pre-existing immunity, the outcome of subsequent exposures is either no symptoms or a mild illness. It is possible that some re-exposures result in silent infections that boost the memory immune responses. The level of protection against any signs of illness due to a re-exposure may also vary depending on the virus.

However, since the antiviral immune response is made up of multiple components, it has not been possible to determine which component, if any, can be used as a reliable measure for determining protection. Such a reliable test is referred to as a "correlate of protection." For

10

CONFIDENTIAL

example, some individuals may have no detectable antibodies while others have no detectable T cell response to a virus and yet both may be protected from illness; some may have low antibody levels and be protected while others have signs of infection despite having higher levels of antibodies in their blood. Thus, the goal of defining a test that correlates with either protection or susceptibility to re-infection in a particular individual has proved elusive. Nevertheless, serologic testing of a population can be done to determine the percentage who have or lack antibodies to a virus as a strategy to estimate whether there are likely to be enough susceptible people to sustain an outbreak of the virus. Serologic testing can also have uses in regulatory contexts where the FDA may accept use of immunogenicity data as a surrogate under appropriate circumstances.

As was anticipated, the immune response to live virus vaccines has characteristics like natural immunity in that these vaccines elicit both antiviral antibodies and T cell immunity. The pattern of the response is also similar, with initial antibody and T cell responses being higher and declining over time. However, just as the use of immunologic tests to predict the susceptibility to re-infection of an individual who has naturally-acquired immunity is problematic, it is equally difficult to determine whether live virus vaccine immunity may wane to a level that is no longer protecting the individual using these laboratory methods. When studies have been possible, as in the case of the live varicella vaccine, most breakthrough infections in immunized children have been attributable to failure to respond to the vaccine initially, which is called "primary vaccine failure," rather than waning immunity. Surveillance for outbreaks is the best strategy to determine if a booster dose of a live virus vaccine should be added, rather than using immunologic tests. The same is true more generally for assessing how well the vaccine is working in the population. On-going re-evaluation of the recommended vaccine dose, the

11

Appx1283

number of doses and the age when the vaccine doses should be given is an essential part of how these vaccines are deployed in clinical practice.

## IV. MUMPS

Mumps, the once ubiquitous childhood disease, generally presents as fever and parotitis, or inflammation of one or both parotid (salivary) glands. However, more serious complications can occur. Prior to introduction of MMR, "mumps was the leading cause of viral encephalitis and sudden onset deafness in the United States."[1] The most frequent complications of mumps in children, meningitis and mild meningoencephalitis, can result in death, albeit rarely.[2] Unilateral or bilateral permanent hearing loss has an estimated incidence rate of 0.5 to 5.0 per 100,000 cases of mumps and "the incidence rate of minor degrees of hearing impairment, such as high-tone hearing loss, is probably much higher."[3]

Other complications of mumps include orchitis in post-pubescent males, and less frequently oophoritis in post-pubescent females. Although rare, sterility has resulted after some cases of bilateral orchitis.[4] Mumps has been associated with pancreatitis and it can possibly trigger diabetes mellitus.[5] Severe and fatal nephritis has also been "reported as a rare

---

[1] Rubin, S. Mumps Vaccines (Chapter 40). Plotkin S, Orenstein W, Offit P, Edwards K, Editors. Vaccines. 7th Edition. Philadelphia: Elsevier (2018) 663-688 at 663. Hereinafter referred to as "Rubin."

[2] Cherry J, Quinn K. Mumps Virus. Cherry J, Harrison G, Kaplan S, Steinbach W, Hotez P, Editors. Feigin and Cherry's Textbook of Pediatric Infectious Diseases. 8th Edition. Philadelphia: Elsevier (2019) 1771-1779 at 1775. Hereinafter referred to as "Cherry and Quinn."

[3] Cherry and Quinn at 1776.

[4] Cherry and Quinn at 1775.

[5] Cherry and Quinn at 1775.

12

CONFIDENTIAL

complication of mumps."[6]   Additionally, while there is no evidence that gestational mumps increases the risk of developmental abnormalities, an increased rate of spontaneous abortion has been reported in women who contracted mumps during the first trimester of pregnancy.[7]

## V. MUMPS VACCINES

### A. Background

The first mumps vaccines introduced in the United States and elsewhere in the 1950s were made by inactivating the virus using formalin. These inactivated mumps vaccines proved to be poorly protective and were replaced by live attenuated mumps vaccines, including the Jeryl Lynn strain vaccine manufactured by Merck, in the 1960s.[8]   The Jeryl Lynn strain was combined with the Merck live attenuated measles and rubella vaccine viruses to make the MMR vaccine, which was licensed in 1971. This was followed by MMR II, which was licensed in 1978. In 2005, Merck's quadrivalent measles, mumps, rubella, and varicella vaccine, ProQuad, (MMR-V) was licensed in the United States. Accordingly, the Jeryl Lynn strain mumps vaccine has been the mumps component of Merck's mumps-containing combination vaccines given to children as routine pediatric care and to susceptible adults in the United States since the early 1970s.

### B. Safety of the Merck mumps vaccine

As described above, live virus vaccine safety is assessed during clinical trials that are conducted before the FDA licenses the vaccine and safety data is collected for continual review

---

[6] Cherry and Quinn at 1776.

[7] Cherry and Quinn at 1776.

[8] Rubin at 668, 669.

CONFIDENTIAL

by the CDC following licensure. The safety data is more robust and reliable the longer a vaccine has been in use and the more experience that pediatricians and health authorities have had with the vaccine. Since the Jeryl Lynn mumps strain has been given to hundreds of millions of people over more than 50 years, administered either as mumps vaccine alone or as the mumps component of MMR, MMR II, and MMR-V, the safety of this strain is very well established. In contrast to the safety profile of the Merck mumps vaccine, other mumps vaccine strains have been found to be poorly attenuated and have been implicated in aseptic meningitis, which is one of the complications of natural mumps infection. Mumps vaccines that were made from the Urabe Am 9 strain have now been withdrawn from clinical use in "Canada, Japan, the United Kingdom, and several other countries due to the increased incidence of aseptic meningitis following vaccination;" some data also suggests that the L-Zagreb strain may be associated with aseptic meningitis.[9] Mumps vaccine strains can also be over-attenuated as shown by the experience with the Rubini strain which was used as a mumps vaccine by several countries, replacing the under-attenuated Urabe strain.[10] When experience with Rubini strain mumps vaccines showed little or no effectiveness in clinical practice, the WHO recommended against their use and these vaccines have been withdrawn.[11]

---

[9] McClean H, Hickman C, Seward J. The Immunological Basis for Immunization Series: Module 16: Mumps. World Health Organization (2010) at 3, 4. Hereinafter referred to as the "Mumps Module."

[10] Mumps Module at 3.

[11] Mumps Module at 3.

CONFIDENTIAL

In a recent review, CDC experts stated that "MMR vaccine generally is well-tolerated and rarely associated with serious adverse events."[12] Many pediatric infectious disease experts and microbiologists who study mumps virus have published on the safety of vaccines containing the Jeryl Lynn mumps strain. According to FDA experts, MMR vaccines have "an excellent safety profile"[13] and "[o]ver 500 million doses of the Jeryl Lynn-based MuV vaccines have been distributed worldwide, with few serious adverse effects noted."[14]

These assessments of the safety of the Merck mumps vaccine are consistent with my experience and knowledge from more than 35 years as a pediatric infectious disease specialist and an expert in virology and on the immune response to viruses and viral vaccines.

### C. Effectiveness of the Merck mumps vaccine

The fundamental criterion for vaccine effectiveness is the impact of universal vaccination programs on the burden of disease caused by the virus in the population. Although the percent reduction compared to the historical incidence of mumps disease varies slightly year by year in the United States, the overall impact of the mumps vaccine has been dramatic. CDC surveillance

---

[12] McLean H, Fiebelkorn A, Temte J, Wallace G. Prevention of Measles, Rubella, Congenital Rubella Syndrome, and Mumps, 2013: Summary Recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR Recommendations and Reports. (2013) 62-04:1-34 at 14. Hereinafter referred to as "2013 MMWR."

[13] Rubin at 680.

[14] Rubin S, Sauder C, Carbone K. Mumps Virus. Knipe D, Howley P, Editors. Fields Virology. 6th Edition. Philadelphia: Wolters Kluwer (2013) 1024-1041 at 1037. Hereinafter referred to as "Rubin, Sauder, Carbone."

15

CONFIDENTIAL

Appx1287

shows that mumps disease has been reduced by 99% since the pre-vaccine era.[15] Drs. Cherry and

Quinn described the effectiveness of various mumps strain vaccines as follows:

> In a review of 47 publications documenting the vaccination status of patients during
> 50 outbreaks from 1977 through 2008, Dayan and Rubin calculated that the
> effectiveness of prior vaccination with one dose of vaccine ranged from 72.8% to
> 91% for the Jeryl Lynn strain, from 54.4% to 93% for the Urabe strain, and from 0%
> to 33% for the Rubini strain. Vaccine effectiveness after two doses of mumps vaccine
> was reported in three outbreaks and ranged from 91% to 94.6%. [16]

The current CDC assessment of mumps vaccine effectiveness as set forth on its website is 78%

(range 49% to 92%) for one dose and 88% (range 31% to 95%) for two doses.[17]

The fact that mumps outbreaks have occurred in recent years even though the

recommended two doses of vaccine have been given to most children in the United States does

not mean that the mumps vaccine is ineffective. This point is emphasized by experts as follows:

"Data from many of these outbreaks indicate that mumps vaccination was effective to a large

degree and likely responsible for limiting outbreak size. In the one study in which it was

possible to calculate, vaccine effectiveness was estimated at 80%, demonstrating a great benefit

to vaccination."[18] Mumps experts from the FDA have also said that "[u]se of live, attenuated

mumps vaccines have nearly eliminated the disease from countries with high vaccine coverage

rates of a two-dose regimen, although sporadic and sometimes large mumps outbreaks continue

---

[15] CDC Website at https://www.cdc.gov/mumps/vaccination.html (last accessed June 5, 2018).

[16] Cherry and Quinn at 1777.

[17] CDC Website at https://www.cdc.gov/mumps/vaccination.html (last accessed June 5, 2018).

[18] Rubin at 676 (referencing Marin M, Quinlisk P, Shimabukuro T, et al. Mumps vaccination coverage
and vaccine effectiveness in a large outbreak among college students—Iowa, 2006. Vaccine. (2008)
26:3601-3607).

16

CONFIDENTIAL

to occur even in highly vaccinated populations."[19]  They also note "the dramatic reductions in

mumps incidence in countries with high two-dose vaccine coverage"[20] and "the remarkable

decline in the incidence of mumps and related sequelae."[21]  In the United States, these

achievements were accomplished with Merck mumps vaccines containing the Jeryl Lynn strain.

Scientists from the CDC and state health departments have published many papers on their

investigations of mumps outbreaks.  Two reports, each with 20 or more public health authors,

were published in the New England Journal of Medicine.  In the first paper describing the 2006

Midwest outbreak, the authors noted that "mumps vaccine probably prevented U.S. patients from

numbering in the tens or hundreds of thousands."[22]  In the second paper describing the 2009-10

mumps outbreak in New Jersey and New York, the authors noted "[t]he fact that the outbreak did

not spread to surrounding communities highlights the effectiveness of the two-dose MMR

vaccine schedule in most settings."[23]

       In addition, limiting the severity of disease when it does occur is an important benefit of

vaccination.  As reported, "[n]umerous studies indicate that mumps vaccination attenuates the

---

[19] Rubin, Sauder, Carbone at 1024.

[20] Rubin, Sauder, Carbone at 1032.

[21] Rubin, Sauder, Carbone at 1037.

[22] Dayan G, Quinlisk M, Parker A, et al. Recent Resurgence of Mumps in the United States. NEJM. (2008) 358:1580-1589 at 1587.

[23] Barskey A, Schulte C, Rosen J, et al.  Mumps Outbreak in Orthodox Jewish Communities in the United States. NEJM. (2012) 367:1704-1713 at 1711.

17

CONFIDENTIAL

course of disease, complications, and complication severity"[24] and "despite less-than-ideal performance by mumps vaccines, it must be kept in mind that the preponderance of data demonstrate these products to be highly effective and solely responsible for the near elimination of this once ubiquitous disease in all countries where mumps-containing vaccine is rigorously used."[25]  In the United States, this near elimination has been accomplished with Merck's Jeryl Lynn mumps strain vaccines.

I agree with the experts from the CDC and the FDA that the Merck mumps vaccine has led to a remarkable reduction in the incidence of mumps disease and its serious complications in the United States.  I also agree with the experts from the CDC and the FDA that Merck's mumps vaccine has been documented to remain highly effective even though there have been outbreaks in highly vaccinated populations in recent years.  In fact, these outbreaks have had a limited impact on public health because of the effectiveness of the mumps vaccine.

**D.  Context for effectiveness evaluation**

The incidence of mumps in the United States hit all-time lows in the first five years of this century, with the annual nationwide total being about two or three hundred reported cases.[26] The number of reported cases rose in 2006 to 6,584.[27]  In most of the years since then, the

---

[24] Rubin at 676.

[25] Rubin at 688.

[26] 2013 MMWR at 7.

[27] Marin, M, Marlow, M., Moore, K., Patel, M. Recommendation of the Advisory Committee on Immunization Practices for Use of a Third Dose of Mumps Virus-Containing Vaccine in Persons at

18

CONFIDENTIAL

number of cases reported annually has been in either the hundreds or the low thousands, with no

year exceeding the number of cases in 2006.[28]    The CDC has been attempting to develop a

better understanding of this uptick in the number of cases, recognizing, of course, that the

number of cases being reported remains far below the number of cases reported in the pre-

vaccine era (approximately 186,000 cases annually).[29]    It has also recently recommended use of

a third dose of vaccine in an outbreak setting and indicated that it is also considering use of a

third dose more generally.[30]    Various causes of the mumps outbreaks are being considered by

the CDC, one of which is waning immunity.[31]

---

Increased Risk for Mumps During an Outbreak. MMWR Recommendations and Reports. (2018) 67
(1):33-38 at 33.  Hereinafter referred to as "2018 MMWR."

[28] Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2012.
MMWR (2014) 61 (53): 1-121 at 105 (https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6153a1.htm);
Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2013.
MMWR (2015) 62 (53): 1-119 at 31 (https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6253a1.htm);
Centers for Disease Control and Prevention. Summary of Notifiable Infectious Diseases and Conditions—
United States, 2014. MMWR (2016) 63 (54): 1-152 at 31
(https://www.cdc.gov/mmwr/volumes/63/wr/mm6354a1.htm?s_cid=mm6354a1_w); Centers for Disease
Control and Prevention. Summary of Notifiable Infectious Diseases and Conditions—United States,
2015. MMWR (2017) 64 (53): 1-143 at 32
(https://www.cdc.gov/mmwr/volumes/64/wr/mm6453a1.htm?s_cid=mm6453a1_w); Centers for Disease
Control and Prevention. National Notifiable Disease Surveillance System. 2016 Annual Tables of
Infectious Diseases Data. (Table 1) Atlanta, GA. CDC Division of Health Informatics and Surveillance,
2017. (https://wonder.cdc.gov/nndss/static/2016/annual/2016-table1-H.pdf); Centers for Disease Control
and Prevention. National Notifiable Disease Surveillance System. Weekly Tables of Infectious Diseases
Data. (Table II) Atlanta, GA. CDC Division of Health Informatics and Surveillance.
(https://stacks.cdc.gov/view/cdc/52258).  All the websites identified in this footnote were last accessed on
June 10, 2018.

[29] Mumps Cases and Outbreaks at https://www.cdc.gov/mumps/outbreaks.html (last accessed June 10,
2018).

[30] 2018 MMWR at 36.

[31] 2018 MMWR at 36.

19

CONFIDENTIAL

Appx1291

The current experience with mumps shares many similarities with our experience with other vaccine-preventable diseases.

First, it is not uncommon to see increases in the incidence of vaccine preventable diseases even after vaccination programs have resulted in substantial decreases. One classic example is pertussis. Figure 1 is a graph showing reported incidence of pertussis since introduction of pertussis vaccine nearly 100 years ago. As can be seen, in 2006, when there were 6,584 reported cases of mumps, there were 15,632 cases of pertussis.[32] In the current decade, the annual number of cases of pertussis reported annually has ranged from 13,278 on the low end to 48,277 on the high end.[33] These numbers exceed the number of reported cases of mumps by several orders of magnitude.

Figure 2 is a graph showing the number of mumps cases reported annually from 1968 to 2017. In comparing Figures 1 and 2, one can see the general similarity, broadly speaking, of increases for several years after preceding years of lower annual totals. In fact, the increase in recent years with pertussis shows a higher number of cases, as compared to mumps. For mumps, as well as for pertussis, the total in recent years is far below that seen in the pre-vaccine era.[34]

---

[32] 2018 MMWR at 33; CDC website at https://www.cdc.gov/pertussis/surv-reporting/cases-by-year.html (last accessed June 10, 2018).

[33] CDC website at https://www.cdc.gov/pertussis/surv-reporting/cases-by-year.html (last accessed June 10, 2018); Centers for Disease Control and Prevention. National Notifiable Disease Surveillance System. Weekly Tables of Infectious Diseases Data. (Table II) Atlanta, GA. CDC Division of Health Informatics and Surveillance. (https://stacks.cdc.gov/view/cdc/52258) (last accessed June 10, 2018).

[34] Rubin at 684; CDC website at https://www.cdc.gov/mmwr/preview/mmwrhtml/rr55e223a1.htm (last accessed June 10, 2018).

CONFIDENTIAL

When there is an increase in disease after introduction of a vaccine, CDC and other public health experts explore possible strategies to address the increase. One consideration is often whether to administer another dose of vaccine, as is now being considered for mumps. This occurred with varicella (chickenpox) vaccine. Figure 3 depicts the number of cases of chickenpox reported since 1995 when the vaccine for chickenpox was first licensed in the United States. As can be seen, the number of cases decreased relatively steadily from that time until approximately 2003, when the number of cases increased quite sharply, with approximately twice the number of cases in 2006 and 2007 as compared to the numbers seen between 2001 and 2003. The solution was to recommend a second dose of vaccine for all age groups, which occurred in 2006.[35] That has resulted in a return to a downward trend, although the annual number of chickenpox cases continues to exceed the number of mumps cases.

The CDC has pursued a similar course of adding doses with pertussis, for which it recommended a booster dose in 2005.[36] The booster dose for pertussis has not been as effective as the second dose for chickenpox, and pertussis has proven to be more challenging to control than other diseases, including mumps, as shown by the data presented in Figures 1-3.

---

[35] Marin, M, Guris, D, Chaves, S, Schmid, S, Seward, J. Prevention of Varicella Recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR Recommendations and Reports. (2007) 56(RR04):1-40, at 22. Hereinafter referred to as "2007 Varicella MMWR."

[36] Broder, K et al. Preventing Tetanus, Diphtheria, and Pertussis Among Adolescents: Use of Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccines Recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR Recommendations and Reports. (2006). 55(RR3): 1-34; Kretsinger K et al. Preventing Tetanus, Diphtheria, and Pertussis Among Adults: Use of Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine Recommendations of the Advisory Committee on Immunization Practices (ACIP) and Recommendation of ACIP, supported by the Healthcare Infection Control Practices Advisory Committee (HICPAC), for Use of Tdap among Health-Care Personnel. MMWR Recommendations and Reports. (2006). 55(RR17): 1-37.

21

CONFIDENTIAL

When the CDC and other public health experts evaluate increases in disease after initial decreases from introduction of a vaccine, one consideration is often waning immunity. By its nature, waning immunity cannot be detected immediately. Pertussis provides another good comparison with mumps. Waning immunity is one of several factors that have been considered by public health experts as an explanation for the increase we have seen in incidence of pertussis.[37] Despite nearly a century of experience with pertussis vaccination, our understanding of waning immunity of pertussis vaccination is still quite limited.[38] According to the CDC,

> DTaP vaccines are 80% to 90% effective. Among kids who get all 5 doses of DTaP on schedule, effectiveness is very high within the year following the 5th dose – at least 9 out of 10 kids are fully protected. There is a modest decrease in effectiveness in each following year. About 7 out of 10 kids are fully protected 5 years after getting their last dose of DTaP and the other 3 out of 10 kids are partially protected – protecting against serious disease.

> CDC's current estimate is that in the first year after getting vaccinated with Tdap, it protects about 7 out of 10 people who receive it. There is a decrease in effectiveness in each following year. About 3 or 4 out of 10 people are fully protected 4 years after getting Tdap.[39]

---

[37] CDC Website at https://www.cdc.gov/pertussis/about/faqs.html (last accessed June 10, 2018); Misegades L, Winter K. et al. Association of Childhood Pertussis With Receipt of 5 Doses of pertussis Vaccine by Time Since Last Vaccine Dose, California, 2010. JAMA (2012) 308(20): 2126-2132 at 2130-2131.

[38] A December 18, 2013 document entitled, Childhood Whooping Cough Vaccine Protects Most Children For At Least 5 Years, that is available via a link on the CDC Website at https://www.cdc.gov/pertussis/about/faqs.html provides in relevant part as follows: "CDC researchers expected that protection would fade over time, but before now did not have concrete estimates on long-term duration of protection."

[39] CDC Website at https://www.cdc.gov/pertussis/about/faqs.html (last accessed June 5, 2018). The two vaccines currently used to protect against pertussis (whooping cough) are DTaP (a pediatric combination diphtheria, tetanus, and acellular pertussis vaccine administered to infants and children) and Tdap (a combination tetanus, diphtheria, and acellular pertussis vaccine recommended for use by adolescents and adults).

22

CONFIDENTIAL

I mentioned above that a decision was made in 2006 to recommend a second dose of chickenpox vaccine. At that time, although some believed that waning immunity could be the cause of the uptick in chickenpox cases that we were seeing,[40] I disagreed with that view.[41] The ACIP's decision to recommend another dose was not based on waning immunity.[42] Nevertheless, this was another example of consideration being given to waning immunity as a possible explanation for an increase in incidence of a vaccine-preventable disease. As noted above, introduction of a second dose has led to a reduction, but not yet a complete eradication, of chickenpox. It remains to be seen whether chickenpox vaccine will lead to a sustained disease reduction comparable to what was documented in past decades with mumps vaccine, whether waning immunity might contribute to an increase in chickenpox incidence in subsequent decades, and whether a third dose of mumps vaccine, if ultimately recommended, will further enhance the dramatic reduction of mumps incidence the way the second dose of chickenpox vaccine appears to have impacted the incidence of chickenpox.

In summary, there is nothing unusual about a pattern of increased disease incidence after a period of reduction due to vaccination. These patterns include observations of disease incidences of vaccine-preventable diseases in the range of what has occurred for mumps in recent years (or higher) and effectiveness rates in the range that we currently estimate for mumps vaccine. Further, it is typical to consider waning immunity as a possible explanation for such an

---

[40] Chaves S, Gariullo P, Zhang J, et al. Loss of Vaccine-Induced Immunity to Varicella over Time. NEJM. (2007) 356:1121-1129, at 1126.

[41] Gershon, A, Arvin, A, Shapiro, E, et al. Varicella Vaccine. NEJM (2007) 356(25):2648-2649.

[42] 2007 Varicella MMWR at 22.

23

CONFIDENTIAL

Appx1295

increase and to consider the addition of another vaccine dose as a possible strategy to address the increase.

### E. Evaluation of mumps immunity

The effort to understand mumps immunity is subject to the general caveats about the limitations in scientific knowledge concerning the role of different components of the immune response to natural virus infections and live viral vaccines. As my colleague Professor Sharon Chen and I have written: "Whether protective immunity is induced by viral vaccines is often proved conclusively only after widespread implementation of immunization programs, as illustrated by the impact of vaccines against childhood diseases, such as measles, mumps and rubella."[43] As we noted, "serologic assays are used...even though protection is likely to require adequate T-cell-mediated immunity."[44] We elaborated on the role of seroconversion in understanding protection:

> Effective vaccines are expected to elicit seroconversion in most vaccine recipients, which may require the administration of several doses. Nevertheless, seroconversion is not invariably a predictable marker of protective immunity...In some cases, detection of any antibodies to viral proteins correlates with protection whereas in other cases, a "protective" titer is defined as greater than or equal to a particular concentration of antibodies. The appropriate laboratory marker of protection may also differ depending upon the nature of the vaccine being evaluated. For example, inactivated vaccines often elicit higher titers of virus-specific antibodies that correlate with protection while live attenuated vaccines are more likely to induce cellular immunity and lower antibody titers...Live attenuated virus vaccines often induce a more persistent cell-mediated immune response, which affords protection even when antibody titers fall below the threshold of detection in standard serologic assays.[45]

---

[43] Arvin A, Chen S. Vaccines, Viral. Schaechter ME. The Encyclopedia of Microbiology. Oxford: Elsevier (2009) 796-804 at 802. Hereinafter referred to as Arvin and Chen.

[44] Arvin and Chen at 802.

24

CONFIDENTIAL

Thus, while assays to measure antibodies and cell-mediated immunity are used to evaluate vaccines, we do this with a recognition of the uncertain relationship between what component of the overall immune response is measured by the assay, and whether the person who has been vaccinated will be protected from disease.

This point is particularly relevant to the effort to understand mumps outbreaks in vaccinated populations. As noted above, waning immunity to mumps has been considered a possible factor. It is conceivable that levels of mumps immunity could fall below a threshold for protection but this cannot be determined definitively by immunologic testing without an assay that is known to correlate with protection. As has been noted by many experts, if waning of immunity is occurring, it "may be a consequence of the success of the mumps vaccination program itself in reducing wild-type virus circulation, resulting in reduced opportunities for periodic boosting, which in the past may have served to maintain immunity"[46] and "[o]ne possibility could be, ironically, the success of the vaccine itself; that is, decreased opportunities for periodic natural boosting."[47]

Because we do not have laboratory assays for immune responses that are accepted as a definitive correlate with protection of the individual, it is not surprising that CDC experts have stated that "[t]he immune response to mumps vaccination probably involves both the humoral

---

[45] Arvin and Chen at 802.

[46] Rubin, Sauder, Carbone at 1038.

[47] Rubin at 679.

CONFIDENTIAL

and cellular immune response, but no definitive correlates of protection have been identified."[48]

Latner and colleagues from the CDC recently observed that "it is not known what (if any) specific humoral or cellular components of the anti-mumps immune response may provide reliable assurance of protection against symptomatic wild-type mumps infection. It is also assumed that neutralizing antibody is likely essential for protection, while cell-mediated immunity (CMI) is perhaps necessary but is probably not sufficient."[49] Thus, in addition to uncertainty about what the data from laboratory tests means about protection from disease, we also cannot be sure whether the more meaningful lab tests would be those measuring humoral immunity or those measuring cellular immunity.

As Professor Chen and I noted, "[i]n practice, the definition of immunologic correlates of vaccine protection is rarely straightforward. The immunogenicity of vaccines is usually assessed by comparison with immune responses that follow natural infection with the same virus, but in most instances, specific correlates of protection are not known for naturally acquired immunity."[50] For example, it has been suggested that a measles antibody titer of 120 IU is likely to be a marker of protection but this has not been proved with certainty.[51] With regard to mumps, it has been noted that "results of virus neutralization assay[s] are difficult to interpret

---

[48] 2013 MMWR at 10.

[49] Latner D, McGrew M, Williams N, et al. Estimates of mumps seroprevalence may be influenced by antibody specificity and serologic method. Clinical Vaccine Immunology. (2014) 3:286-297 at 286.

[50] Arvin and Chen at 802.

[51] Chen R, Markowitz L, Albrecht P, et al. Measles Antibody: Reevaluation of Protective Titers. Journal of Infectious Diseases. (1990) 162:1036-1042, at 1039.

26

CONFIDENTIAL

due to the absence of an established neutralizing antibody titer that can be used as a surrogate marker of protection"[52] and "numerous attempts to define a level of antibody that correlates with protection have failed."[53]

My lab conducted a study examining the cellular and humoral immune responses of adults who were vaccinated with MMR as children. In that paper, we stated:

> The immunogenicity of the mumps vaccine depends on the generation of mumps-specific antibodies, particularly neutralizing antibodies, and on the development of cell-mediated immunity. . . . The contribution of cell-mediated immunity to protection against mumps virus infection has not been clearly defined, but evidence supports the importance of T lymphocytes as the main protagonist in the recovery from acute viral infection and in providing long-lasting protection from the disease. Although neutralizing antibodies most likely represent the first defense against reinfection with viruses, individuals lacking humoral immunity appear to be protected against infection or severe disease.[54]

The important point here is that assays that measure humoral immunity, such as plaque reduction neutralization (PRN) assays, do not measure cell-mediated immunity, and vice versa. PRN assays can be useful in showing that vaccine recipients have developed a memory immune response to the vaccine, in other words the vaccine was not "dead" in an immunologic sense. This information is often part of the data set used by regulators when making initial approval decisions or to compare different vaccine preparations, depending on the vaccine. However, as noted above, PRN assays do not reflect the level of cellular immunity, a component of memory

---

[52] Rubin at 673.

[53] Rubin at 674.

[54] Hanna-Wakim R, Yasukawa L, Sung P, Arvin A, Gans H. Immune Responses to Mumps Vaccine in Adults Who Were Vaccinated in Childhood. Journal of Infectious Diseases. (2008) 197:1669-1675 at 1670.

27

CONFIDENTIAL

immunity that is thought to be particularly important for long-term protection. In addition, Cortese and colleagues from the CDC and the FDA have noted: "[M]easurements of virus neutralizing antibody in vitro may not be fully predictive of immunological activity in vivo given that Fc-mediated phagocytosis, antibody-dependent cell-mediated cytotoxicity, and other processes that occur in the host are not reflected in the assays used to measure virus viability in vitro."[55]

Therefore, it is always necessary to understand the limits of what laboratory data tell us about protection from disease. It is even more important to do so when attempting to interpret PRN data for a vaccine against a disease such as mumps, for which the immune mechanism of protection is not known and is likely to be the result of both antibody and cellular immunity working together. Caution is especially warranted if we attempt to draw conclusions about long term immunity based on the results of a PRN assay performed on sera drawn six weeks after vaccination.

The necessary consequence of the absence of a laboratory test that reliably predicts protection from disease is that some public health policy decisions, such as whether to add another dose of mumps vaccine at a later age, must be informed by field studies of the incidence of infection in the population. Such decisions have been made with other vaccines, such as rubella and chickenpox vaccines. The need to make these adjustments in the use of a live virus vaccine over time does not mean that the vaccine is ineffective.

---

[55] Cortese M, Barskey A, Tegtmeier G, et al. Mumps Antibody Levels Among Students Before a Mumps Outbreak: In Search of a Correlate of Immunity. Journal of Infectious Diseases. (2011) 204:1413-1422 at 1420.

28

CONFIDENTIAL

## V. MY OWN STUDY INVOLVING A MUMPS PLAQUE REDUCTION NEUTRALIZATON ASSAY

In addition to the study in which my lab evaluated mumps immunogenicity in adults, I also led a study of mumps immunogenicity in infants the results of which were published in two papers.[56] The primary focus of the study was the immune response when measles vaccine was given to infants at less than 12 months of age and the effect of the maternal antibodies against measles that are present in the blood of infants for a period of 6-12 months after birth. This is a topic of interest because we would like to vaccinate younger infants during outbreak situations and make the period of measles susceptibility as short as possible. However, if we vaccinate too early, maternal antibodies may interfere with the infant's immune response. As part of this study of age-related changes in the infant immune system, my colleagues and I were interested in determining whether any effects that we might observe were unique to measles. Therefore, we also studied antibody and cell-mediated immune responses of infants to mumps vaccine given at different ages and with or without maternal antibodies to mumps. In this study, 6 and 9-month-old infants were vaccinated with measles live virus vaccine or mumps live virus vaccine (they were then also vaccinated with MMR at 12 months) and 12-month-old infants were vaccinated with MMR. Immunologic assays were done just before vaccination and 12 weeks later.

Humoral immunity to both measles and mumps was measured using PRN assays. The measles PRN assay was done by Dr. Judith Beeler, FDA, and the mumps PRN assay was

---

[56] Gans H, Yasukawa L, Rinki M, DeHovitz R, Forghani B, Beeler J, Audet S, Maldonado Y, Arvin A. Immune Responses to Measles and Mumps Vaccination of Infants at 6, 9 and 12 Months. Journal of Infectious Diseases. (2001) 184:817-826; Gans H, DeHovitz R, Forghani B, Maldonado Y, Arvin AM. Measles and mumps vaccination as a model to investigate the developing immune system: passive and active immunity during the first year of life. Vaccine. (2003) 21:3398-3405.

29

CONFIDENTIAL

performed by Dr. Bagher Forghani, California Department of Health. The mumps PRN assay showed that 16% of 6 month old infants, 14% of 9 month old infants, and 12% of 12-month-old infants had passive antibodies to the mumps virus before vaccination. The results for the subgroup of infants without passive antibodies at the time of vaccination (i.e., the seronegative infants), showed seroconversion rates of 93% at 12 months, 91% at 9 months, and 74% at 6 months.

I have reviewed the clinical study report (CSR) for the Merck clinical trial that I understand to be at issue in this lawsuit. Other than reading the CSR, I have not reviewed the specifics of the PRN assay method used by Merck in the study. I do note, however, two similarities between the findings in our study using Dr. Forghani's PRN assay and the findings in the Merck clinical trial using the Merck PRN assay. First, our study showed that 12% of the 12-month old infants had antibodies to mumps prior to vaccination. According to Table 17 in the CSR, 12.5% of the infants tested with the Merck PRN assay were seropositive prior to vaccination. These two pre-positivity rates are nearly identical.[57] Second, the PRN assay used in our study showed a 93% seroconversion rate among 12 month old infants who were seronegative prior to vaccination. According to Table 21 in the CSR, the seroconversion rate obtained with the Merck PRN for infants in the control arm was 92.2%. These two seroconversion rates are also nearly identical.[58]

---

[57] The point estimates are nearly identical. Although there is no need to conduct a statistical analysis for purposes of the point I am making, if a statistical analysis were done, any difference between the two rates would almost certainly be statistically insignificant.

[58] The point made in footnote 57 applies here, as well.

30

CONFIDENTIAL

Dr. Forghani, whose lab performed the PRN assay for our study, is now retired. He was a highly esteemed investigator at the California State Department of Health who was well-known for his expertise in measuring immunity to viruses and vaccines. In my opinion, the fact that the results obtained by his lab in our study of infants who were given the MMR vaccine were comparable to the results obtained in the Merck study of infants of the same age provides strong support for the validity of the Merck results and for the results that we reported as well. This is especially true given the well-known challenges of performing mumps PRN assays.[59]

Our assessment of measles and mumps cell-mediated immunity is of interest because we showed that infants vaccinated at 6, 9, or 12 months had no age-related differences in their memory T cell immunity, whether or not they had maternal antibodies. Although it had been previously thought that these antibodies would block the immune response to live virus vaccines, we found that this cellular immunity arm of the immune system is activated independently. These observations further reinforce the evidence that assessing memory immunity using only serologic methods, such as PRN assays, provides an incomplete picture of an infant's response to a live virus vaccine. Even if neutralizing antibody responses are poor, or maternal antibodies interfere with humoral immunity, the data showed that an initial dose of measles or mumps live virus vaccine prior to the age of one year old elicited T cells that recognize virus-infected cells and would be expected to prime the immune system and potentially protect against severe disease following an exposure to measles or mumps.

Dated: 6/1/18 _____

_____
Ann M. Arvin, MD

---

[59] Mumps Module at 9.

31

CONFIDENTIAL

Number of Pertussis Cases Reported Annually (1922 to 2017)

Figure 1[60]



[60] Pertussis Cases by Year (1922-2015) located at https://www.cdc.gov/pertussis/surv-reporting/cases-by-year.html; Centers for Disease Control and Prevention. National Notifiable Disease Surveillance System. Weekly Tables of Infectious Diseases Data. (Table II) Atlanta, GA. CDC Division of Health Informatics and Surveillance. (https://stacks.cdc.gov/view/cdc/52258).  The websites in this footnote were last accessed on June 10, 2018.

CONFIDENTIAL

Number of Mumps Cases Reported Annually (1968 to 2017)

Figure 2[61]



[61] Center for Disease Control. Annual Summary 1977. MMWR (1978) 26 (53): 1-77 at 2; Center for Disease Control. Annual Summary 1980. MMWR (1981) 29 (54): 1-128 at 12; Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2012. MMWR (2014) 61 (53): 1-121 at 105, 107, 109, 111; Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2013. MMWR (2015) 62 (53): 1-119 at 31; Centers for Disease Control and Prevention. Summary of Notifiable Infectious Diseases and Conditions—United States, 2014. MMWR (2016) 63 (54): 1-152 at 31; Centers for Disease Control and Prevention. Summary of Notifiable Infectious Diseases and Conditions—United States, 2015. MMWR (2017) 64 (53): 1-143 at 32; Centers for Disease Control and Prevention. National Notifiable Disease Surveillance System. 2016 Annual Tables of Infectious Diseases Data. (Table 1) Atlanta, GA. CDC Division of Health Informatics and Surveillance, 2017. (https://wonder.cdc.gov/nndss/static/2016/annual/2016-table1-H.pdf); Centers for Disease Control and Prevention. National Notifiable Disease Surveillance System. Weekly Tables of Infectious Diseases Data. (Table II) Atlanta, GA. CDC Division of Health Informatics and Surveillance. (https://stacks.cdc.gov/view/cdc/52258).  The websites identified in this footnote were last accessed on June 10, 2018.

33

CONFIDENTIAL

Appx1305

Number of Varicella Cases Reported Annually (1995 to 2017)

Figure 3[62]



---

[62] Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2012. MMWR (2014) 61 (53): 1-121 at 106, 108, 110; Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2013. MMWR (2015) 62 (53): 1-119 at 31; Centers for Disease Control and Prevention. Summary of Notifiable Infectious Diseases and Conditions—United States, 2014. MMWR (2016) 63 (54): 1-152 at 31; Centers for Disease Control and Prevention. Summary of Notifiable Infectious Diseases and Conditions—United States, 2015. MMWR (2017) 64 (53): 1-143 at 32; Centers for Disease Control and Prevention. National Notifiable Disease Surveillance System. 2016 Annual Tables of Infectious Diseases Data. (Table 1) Atlanta, GA. CDC Division of Health Informatics and Surveillance, 2017. (https://wonder.cdc.gov/nndss/static/2016/annual/2016-table1-H.pdf); Centers for Disease Control and Prevention. National Notifiable Disease Surveillance System. Weekly Tables of Infectious Diseases Data. (Table II) Atlanta, GA. CDC Division of Health Informatics and Surveillance. (https://stacks.cdc.gov/view/cdc/52262).  The websites identified in this footnote were last accessed on June 10, 2018.

CONFIDENTIAL

Appx1306

# APPENDIX 1:

# Curriculum Vitae

1

CURRICULUM VITAE

**Ann Margaret Arvin**

## Education:

| | |
|---|---|
| 1966 | B.A., Philosophy, Brown University, Providence, Rhode Island |
| 1967 | M.A., Philosophy, Brandeis University, Waltham, Massachusetts |
| 1972 | M.D., University of Pennsylvania, Philadelphia, Pennsylvania |

## Post-Graduate Training:

| | |
|---|---|
| 1972 - 73 | Intern, Pediatrics:  University of California, San Francisco, CA. |
| 1973 - 74 | Resident, Pediatrics:  University of California, San Francisco, CA. |
| 1974 - 75 | Chief Resident, Pediatrics:  Mt. Zion Hospital, San Francisco, CA. |
| 1975 - 78 | Postdoctoral Training in Infectious Diseases: Research fellow with Dr. Thomas C. Merigan, Division of Infectious Diseases, Department of Medicine, Stanford University School of Medicine, Stanford, CA. Clinical fellow in Pediatric Infectious Diseases with Dr. Moses Grossman, University of California, San Francisco, CA. |

## Faculty Appointments:

| | |
|---|---|
| 1978 - 84 | Assistant Professor of Pediatrics, Infectious Diseases Stanford University School of Medicine, Stanford, CA. |
| 1984 - 89 | Associate Professor of Pediatrics, Infectious Diseases Stanford University School of Medicine, Stanford, CA. |
| 1984-2006 | Chief, Infectious Diseases Division, Department of Pediatrics and the Lucile Packard Children's Hospital at Stanford |
| Current | Lucile Salter Packard Professor in Pediatrics, Infectious Diseases Stanford University School of Medicine, Stanford, CA. Professor of Microbiology and Immunology Stanford University School of Medicine, Stanford, CA. Director, Stanford-LPCH Vaccine Program Faculty of the Program in Immunology |

2

**Appx1308**

**University Appointments**:

| | |
|---|---|
| 2001-2006 | Associate Dean of Research, Stanford University |
| 2006-present | Vice Provost and Dean of Research, Stanford University |

**Honors and Awards:**

Phi Beta Kappa, Elisha Benjamin Andrews Scholar, Magna Cum Laude, Brown University.

National Institute of Allergy and Infectious Diseases: <u>New Investigator Award</u>, 1981-84.
National Institute of Allergy and Infectious Diseases: <u>Research Career Development Award</u> 1984-1989.

E. Mead Johnson Award for Outstanding Contributions to Research in Pediatrics, 1992.

Association of American Physicians, elected 2003.
Institute of Medicine of the National Academy of Sciences, elected 2003.
American Association for Advancement of Science, elected 2009
American Academy of Microbiology, elected 2010
American Academy of Arts & Sciences, elected 2012

The Lucile Salter Packard Chair in Pediatrics, Stanford University School of Medicine
The Albion Walter Hewlett Award for Discovery in the Biological Sciences and Application in
    Treatment of Human Disease, Stanford University School of Medicine, 2004

Distinguished Graduate Award, University of Pennsylvania School of Medicine, 2010

Named lectureships:
Hattie Alexander Lecture, College of Physicians and Surgeons, Columbia University, 1994.
Bradley Dean Dixon Lecture, University of Alabama School of Medicine, 1995.
Patricia Pearce Jones Award, Stanford University, 1996.
Goren Sterner Award, Karolinska Institute, 1998.
VZV Research Foundation Lecture, 24th International Herpes Virus Workshop, 1999.
Maurice Hilleman Lecture, American Society for Virology, 2000.
Ray A. Kroc Visiting Professor, University of Hong Kong, 2001.
Joseph B. Bilderback Visiting Professor, Oregon Health Sciences University, 2001.
Clinical Virology Award, Pan American Society for Clinical Virology, 2002.
John F. Enders Distinguished Lectureship in Medical Virology, Infectious Disease Society of America, 2002.

Sidney E. Grossberg Lecture, Medical College of Wisconsin, 2002.
Dorothy Horstmann Lecture, Yale University, 2003.
Joseph Cremona Jr. MD Memorial Lecture in Art and Medicine, Lawrence Memorial Hospital, 2006.
Louis Weinstein MD Memorial Lecture, Tufts University School of Medicine, 2006.
Robert Honess Lecture, American Society of Virology, 2006.
Bernice Noble Memorial Lecture, State University of New York at Buffalo, 2007.
Maurice Hilleman Lecture, University of Chicago Department of Microbiology, 2009.
James C. Hunt Visiting Professor in Pediatrics, University of Tennessee, 2009.
David Ogilvie Smith Oration, Australian Virology Group Annual Meeting, 2009.
James C. Overall Lecture, Vanderbilt University, 2010.
John Subak-Sharpe Lecture, International Herpesvirus Workshop, 2012.
Louisiana State University 2014 Graduate Student Distinguished Lecturer, 2014.
Patricia Spear Lecture, Northwestern University, 2017
Edwin Lennette Lecture, American Society for Virology, 2017
Visiting Professor, Center for Virus Research, University of California at Irvine, 2018.

**Boards:**

Executive Committee, Scientific Advisory Board, Varicella-Zoster Virus Research Foundation, 1991-2004
Board of Trustees, American Herpes Foundation, 1998 - 2005
Advisory Board, The Thrasher Foundation, 2000-2002
Scientific Advisory Group, Institute for Global Health, UCSF, 1998-2002

Scientific Advisory Board, Aviron, Inc., 1992-2002
        Head, Research & Development (9 months Stanford sabbatical leave)
Board of Directors, Axys Pharmaceuticals, Inc. 1997-2001
Scientific Advisory Board, MedImmune, 2002-2007
Board of Directors, Symphony Dynamo, 2006- 2009

Scientific Advisory Board, Vaccine Research and Development Center, National Health Research Institutes, Taiwan,
        2006-present
Elizabeth Glaser Pediatric AIDS Foundation Pediatric HIV Vaccine Advisory Board, 2006- present
Board of Directors, Bay Area Science and Innovation Consortium, 2007- present
Board of Directors, California Council on Science and Technology, 2007- Present

**Elected memberships:**

Fellow, Infectious Disease Society of America
Fellow, Pediatric Infectious Disease Society
Fellow, American Academy of Pediatrics

4

Senior Member, Society for Pediatric Research
Member, American Pediatric Society

**Memberships**: American Society for Microbiology, American Society of Virology, Western Society for

Pediatric Research

**National Committee Service:**

Microbiology and Infectious Disease Review Committee, National Institute of Allergy and Infectious
Diseases: Member 1984 - 1988.
Virology Study Section, National Institutes of Health: Member: 1993-1997.
Virology Study Section, National Institutes of Health: Ad hoc member: June, 1989;
February, 1990; June, 1990; June, 2001.
Vaccines and Related Biological Products Advisory Committee, Federal Drug Administration: 1990-
1994.
Basic Science Advisory Committee, March of Dimes Birth Defects Foundation: 1995-2000.
Executive Committee, Collaborative Antiviral Study Group, National Institute of Allergy and
Infectious
Diseases: 1986-1999.
Council of the Western Society for Pediatric Research: 1992-1995.
Council of the Pediatric Infectious Diseases Society: 1992-1995.
Council of the University-Wide Task Force on AIDS (State of California): 1992-1996.
Council of the American Society for Virology: 1995-1998.
Co-chair, American Society of Virology, Medical Virology Club: 1997-1999
E. Mead Johnson Award Selection Committee, Society for Pediatric Research: 1995-1997.
National Foundation for Infectious Diseases, Astra Fellowship Selection Committee: 1994, 1995.
Nominations Committee, Infectious Diseases Society of America: 1996-1998.
Nominations Committee, American Society for Pediatrics: 1997.
International Herpesvirus Workshop Program Committee, 1998, 2005, 2006, 2007, 2009
Institute of Medicine, Committee on the Assessment of Future Scientific Needs for Variola Virus:
1999.
President, Western Society for Pediatric Research: 2000.
National Institute of Allergy and Infectious Diseases Council, Ad Hoc: 2001.
Journal of Infectious Diseases Editor Selection Committee, Infectious Diseases Society of America:
2001.
NIH Center for Scientific Review, Infectious Diseases Microbiology Working Group: 2001.
NIAID Collaborative Antiviral Study Group Review Committee: 2001.
Howard Hughes Medical Institute Research Fellowships Review Committee: 2000-2002.
Scientific Leadership Group, NIAID Herpes Vaccine Trial: 2002-2012.

NIAID Expert Panel on Immunity and Biodefense Research: 2002.

National Vaccine Advisory Committee, Department of Health and Human Services: 2001-2004. Chair, Subcommittee on Future Vaccines
Task Force on Women in Pediatrics, Federation of Pediatric Organizations: 2003-2006.
American Committee on Immunization Practices, Varicella-MMR Working Group: 2004-2006.
Board on Life Sciences, National Academy of Science/Institute of Medicine:  2004-2010.
Nominations Committee, Infectious Diseases Society of America: 2004-2006
Planning Group on Pandemic Influenza Research Gaps, Institute of Medicine: 2005.
Program Committee, American Society of Virology, 2005-2008.
American Academy of Microbiology Maurice Hilleman Award Committee 2011-2014

NIAID Blue Ribbon Panel on Influenza, 2006.
NIAID Director's Advisory Council, 2007-2011.
IOM Committee on the Scientific Uses of Variola Virus: Chair, 2008-2009
President's Council on Science and Technology, H1N1 Working Group, 2009
President's Council on Science and Technology, Influenza Working Group, 2010.
American Association for the Advancement of Science, Section on Medical Sciences, Chair-elect 2011-2012,   Chair 2012-2013
National Academy/NRC Committee on Science, Technology and Law, National Academy of Science, 2014-present
National Academy/NRC Committee on Research Integrity, 2012-present.
National Academy/NRC Committee on Federal Research Regulations and Reporting Requirements: A New Framework for Research Universities in the 21st Century, 2014-2016.
National Academy/NRC Committee for the Policy and Global Affairs Division, 2017-
American Society for Microbiology Ethics Committee, 2017-

**International Committee Service:**

WHO Steering Committee on Research Related to Measles Vaccines: 2002-2007; Chair, 2003-2007
Royal Danish Academy of Sciences and Letters, Scientific Policy Committee, March 2018.

**Editorial Board Service:**

Associate Editor, Journal of Infectious Diseases, 2002-present

Journal of Virology, 2004-present
Faculty of 1000, Section Editor, Virology, 2000-present
Virology, 2005-present
Annual Review of Virology, Editorial Board, 2012-present
Journal of Clinical Microbiology, 1982-1985.
Editor, Virology Section, Journal of Clinical Microbiology, 1985-1989.

Appx1312

Pediatric Infectious Disease Journal, 1988-1994.
Western Journal of Medicine, 1990-1992.
The Report on Pediatric Infectious Diseases, 1995-1997.
Reviews in Medical Virology, 1990-2010.
Infectious Agents and Disease, 1991-2008.
Herpes, 1993-2008.
Journal of Infectious Diseases, 1993-2001.
Journal of Medical Virology, 1994-2012.
Viral Immunology, 1999-2010.
Current Opinion in Clinical and Experimental Research, 2000-2006

Associate Editor, Cover Art, Clinical Infectious Diseases, 2001-2009.

**School of Medicine Administrative Positions**

Associate Dean, Child Health Research, 1998 - 2000.
Chief, Infectious Diseases Division, Department of Pediatrics, 1984-2006
Associate Chair for Academic Affairs, Department of Pediatrics, 1993-2000
Program Director, NICHD Child Health Research Center, 1995-2000

**Lucile Packard Children's Hospital at Stanford**
Director, Integrated Infectious Diseases Program, 1995-2002
Director, Infection Control Program 1984-2006
Associate Director, Clinical Laboratory Microbiology Section, 1984-2000
Associate Director, Diagnostic Virology Laboratory (Stanford Hospital), 1986-1990

**Committee Service:**

**Lucile Packard Children's Hospital Committees**
Medical Board, 1991-1999.
Clinical Laboratory Committee, 1984-2002
Quality Management Committee, 1988-1999.
Infection Control Committee, Chair, 1984-2006.

**Stanford University School of Medicine Committees**
McCormick Bequest Committee, 1985-1991; Chair: 1992-1998.
Program for Molecular and Genetic Medicine, Advisory Board, 1995-2000.
General Clinical Research Center Advisory Committee, 1996.
Council on Diversity, Co-Chair: 1996-1998.
Program Advisory Committee, Center for Clinical Sciences Research, 1996-1997
Committee on Stanford/UCSF Academic Priorities and Strategies for Collaboration: 1997
Faculty Advisory Committee, Administrative Process Redesign Program: 1997

7

Research Program Management Advisory Committee, 1998-present.
Dean's Steering Committee of the School of Medicine, 1995-1998.
Research Council of the School of Medicine, 1997-2000.
Dean's Faculty Campaign Planning Committee, 1999-2000.
Microbiology and Immunology Department, Graduate Student Steering Committee, 2001-2002, 2006-2007.
Distinguished Awards and Honorary Society Committee, 2003-present.
Institute for Immunology, Transplantation and Infection Steering Committee, 2005-present.

**Stanford University Committees**
Senate of the Academic Council, 1988-1990.
Committee on Committees, 1988-1989.
Committee on Faculty and Staff Benefits, 1987-1990.
Steering Committee, Faculty Women's Caucus, 1988-1990.
Senate of the Academic Council, 1993-1994.
Committee on Committees, 1993-1994.
Institute for Research on Women and Gender, Advisory Board, 1993-2000.
University Fellows Program, 1994-1996.
University Planning and Policy Board, 1996-1999.
Senate of the Academic Council, 1997-1999.
Search Committee, Dean of the School of Medicine, 2000.
Steering Committee, Research Administration Management Process, 2001.
Compliance Coordinating Committee, 2001-present.
Committee on Research, 2001- present.
Senate of the Academic Council, 2003-2005.
University Advisory Board, 2005 (elected/declined)

**Certification:**

| | |
|---|---|
| 1973 | National Board Examination (Parts I, II and III) |
| 1977 | American Board of Pediatrics |

California Medical License G25956

**PATENT**
US 7393941B2 July 1, 2008
MXA as an Antiviral Drug and as a Target for Identification of Antiviral Drugs for DNA Virus Infections

**BIBLIOGRAPHY**

8

Appx1314

**Journal Articles: Peer Reviewed**

1.  Arvin, A.M., Yeager, A.S., Merigan, T.C. The effect of leukocyte interferon on urinary excretion of cytomegalovirus in infants. Journal of Infectious Diseases, 133:A205-210, 1976.

2.  Rand, K.H., Rasmussen, L.E., Pollard, R.B., Arvin, A.M., Merigan, T.C. Cellular immunity and herpesvirus infections in cardiac transplant patients. New England Journal of Medicine, 296:1372-1377, 1977.

3.  Arvin, A.M., Rasmussen, L.E., Pollard, R.B., Merigan, T.C. Selective impairment in lymphocyte reactivity to varicella-zoster antigen of untreated lymphoma patients. Journal of Infectious Diseases, 137:531-540, 1978.

4.  Pollard, R.B., Rand, K.H., Arvin, A.M., Merigan, T.C. Cell-mediated immunity for cytomegalovirus infections in normal subjects and cardiac transplant recipients. Journal of Infectious Diseases, 137:541-549, 1978.

5.  Arvin, A.M., Feldman, S., Merigan, T.C. Human leukocyte interferon treatment of varicella in children with cancer: a preliminary controlled trial. Antimicrobial Agents and Chemotherapy, 13:605-607, 1978.

6.  Arvin, A.M., Pollard, R.B., Rasmussen, L.E., Merigan, T.C. Cellular and humoral immunity in the pathogenesis of recurrent herpes viral infections in patients with lymphoma. Journal of Clinical Investigation, 65:869-878, 1980.

7.  Yeager, A.S., Arvin, A.M., Urbani, L.J., Kemp, J.A. The relationship of antibody to outcome in neonatal herpes simplex infection. Infection and Immunity, 29:532-538, 1980.

8.  Arvin, A.M. and Koropchak, C.M. Immunoglobulins M and G to varicella-zoster virus measured by solid phase radioimmunoassay: Antibody responses with varicella and herpes zoster infections. Journal of Clinical Microbiology, 12:367-374, 1980.

9.  Yeager, A.S., Grumet, F.C., Hafleigh, E.B., Arvin, A.M., Bradley, J.S., Prober, C.G. Prevention of transfusion-acquired cytomegalovirus infections in newborn infants. Journal of Pediatrics, 98:281-287, 1980.

10. Whitley, R.J., Nahmias, A.J., Visintine, A.M., Fleming, C.L., Alford, C.A., and the NIAID Collaborative Antiviral Study Group, Yeager, A.S., Arvin, A.M., Haynes, R., Hilty, M., Luby, J. The natural history of herpes simplex virus infection of mother and newborn. Pediatrics, 66:489-494, 1980.

9

11. Neu, J., Arvin, A.M., Ariagno, R.L. Hydrops of the gallbladder in a neonate associated with group B streptococcus sepsis and pneumonia. American Journal of Diseases of Children, 134:891, 1980.

12. Merigan, T.C., Gallagher, J.G., Pollard, R.P., Arvin, A.M. Short course interferon therapy in treatment of herpes zoster in cancer patients. Antimicrobial Agents and Chemotherapy, 19:193-195, 1981.

13. Prober, C.G., Yeager, A.S., Arvin, A.M. The effect of chronologic age on the serum concentration of amikacin in sick term and premature infants. Journal of Pediatrics, 98:606-609, 1981.

14. Arvin, A.M., Yeager, A.S., Bruhn, F., Grossman, M. Neonatal herpes simplex infection in the absence of mucocutaneous lesions. Journal of Pediatrics, 100:715-721, 1982.

15. Yeager, A.S., Arvin, A.M., Hensleigh, P.A. The validity of reporting results of cultures for herpes simplex virus after four days. Journal of Reproductive Medicine, 27:447-448, 1982.

16. Arvin, A.M., Schmidt, N.J., Cantell, K., Merigan, T.C. Interferon administration to infants with congenital rubella. Antimicrobial Agents and Chemotherapy, 21:259-261, 1982.

17. Arvin, A.M., Kushner, J.H., Feldman, S., Baehner, R.L., Hammond, D., Merigan, T.C. Human leukocyte interferon for the treatment of varicella in children with cancer. New England Journal of Medicine, 306:761-765, 1982.

18. Pazin, G.J., Ho, M., Haverkos, H.W., Armstrong, J.A., Breinig, M.C., Wechsler, H.L., Arvin, A.M., Merigan, T.C.: Effects of interferon-a on human warts. Journal of Interferon Research, 2:235-243, 1982.

19. Pollard, R.B., Arvin, A.M., Gamberg, P., Rand, K.H., Gallagher, J.G., Merigan, T.C. Specific cell-mediated immunity and infections with herpes viruses in cardiac transplant recipients. American Journal of Medicine, 73:679-689, 1982.

20. Arvin, A.M., Martin, D.P., Gard, E.A., Merigan, T.C. Interferon prophylaxis against simian varicella infection in Erythrocebus patas monkeys. Journal of Infectious Diseases, 147:149-154, 1983.

21. Arvin, A.M., Koropchak, C.M., Yeager, A.S., Pereira, L. The detection of type-specific antibody to herpes simplex virus type 1 by radioimmunoassay using HSV-1 glycoprotein C purified with monoclonal antibody. Infection and Immunity, 40:184-189, 1983.

10

22. Wang, E.L., Prober, C.G., Arvin, A.M. Varicella-zoster virus antibody titers before and after the administration of zoster immune globulin to neonates in an intensive care nursery. Journal of Pediatrics, 103:113-114, 1983.

23. Arvin, A.M., Koropchak, C.M., Wittek, A.E. Immunologic evidence of reinfection with varicella-zoster virus. Journal of Infectious Diseases, 148:200-205, 1983.

24. Schmidt, N.J., Arvin, A.M., Martin, D.P., Gard, E.A. Serologic investigation of an outbreak of simian varicella in Erythrocebus patas monkeys. Journal of Clinical Microbiology, 18:901-904, 1983.

25. Wittek, A.E., Arvin, A.M., Koropchak, C.M. Serum immunoglobulin A antibody to varicella-zoster virus with primary varicella, herpes zoster, and in immune subjects. Journal of Clinical Microbiology, 18:1146-1149, 1983.

26. Wittek, A.E., Cohen, P.S., Arvin, A.M., Smith, S.D., Koropchak, C.M., De Clercq, E. The effect of E-5-(2-bromovinyl)-2'-deoxyuridine on human fibroblasts, peripheral blood mononuclear cells and bone marrow cells in vitro. Antimicrobial Agents and Chemotherapy, 24:803-806, 1983.

27. Steinberg, G.K., Britt, R.H., Enzmann, D.R., Finlay, J.L., Arvin, A.M. Fusarium brain abscess. Journal of Neurosurgery, 56:598-601, 1983.

28. Yeager, A.S. and Arvin, A.M. Reasons for the absence of a history of recurrent genital infections in mothers of neonates infected with herpes simplex virus. Pediatrics, 73:188-193, 1984.

29. Arvin, A.M. and Miller J.J., III. Acid labile a-interferon in sera and synovial fluids from patients with juvenile arthritis. Arthritis and Rheumatism, 27:582-585, 1984.

30. Paryani, S.G., Arvin, A.M., Koropchak, C.M., Wittek, A.E., Amylon, M., Dobkin, M.B., Budinger, M.D. A comparison of varicella-zoster antibody titers in patients given intravenous immune serum globulin or varicella-zoster immune globulin. Journal of Pediatrics, 105:201-205, 1984.

31. Gershon, A.A., Steinberg, S.P., Gelb, L., Galasso, G., Borkowsky, W., LaRussa, P., Ferrara, A. (Arvin, A.M., National Institute of Allergy and Infectious Diseases Varicella Vaccine Collaborative Study Group). Live attenuated varicella vaccine: efficacy for children with leukemia in remission. Journal of the American Medical Association, 252:355-362, 1984.

32. Palumbo, P.E., Arvin, A.M., Koropchak, C.M., Wittek, A.E. Investigation of the varicella-zoster virus infected cell proteins that elicit antibody production during primary varicella using the immune transfer method. Journal of General Virology, 65:2141-2147, 1984.

Appx1317

33. Foung, S.K.H., Perkins, S., Koropchak, C.M., Fishwild, D.M., Wittek, A.E., Engleman, E.G., Grumet, C.F., Arvin, A.M.  Human monoclonal antibodies neutralizing varicella-zoster virus.  Journal of Infectious Diseases, 152:280-285, 1985.

34. Schmidt, N.J. and Arvin, A.M.  Sensitivity of different assay systems for immunoglobulin M responses to varicella-zoster virus in reactivated infections (zoster).  Journal of Clinical Microbiology, 23:978-979, 1986.

35. Paryani, S.G. and Arvin, A.M.  Intrauterine infection with varicella-zoster virus aftermaternal varicella.  New England Journal of Medicine, 314:1542-1546, 1986.

36. Arvin, A.M., Koropchak, C.M., Williams, B.R.G., Grumet, F.C., Foung, S.K.H.  Early immune response in healthy and immunocompromised subjects with primary varicella-zoster virus infection.  Journal of Infectious Diseases, 154:422-429, 1986.

37. Arvin, A.M., Kinney-Thomas, E., Shriver, K., Grose, C., Koropchak, C.M., Scranton, E., Wittek, A.E., Diaz, P.S.  Immunity to varicella-zoster viral glycoproteins, gp I (90/58) and gp III (gp 118) and to a nonglycosylated protein, p170.  Journal of Immunology, 137:1346-1351, 1986.

38. Arvin, A.M., Hensleigh, P.A., Au, D.S., Yasukawa, L.L., Wittek, A.E., Palumbo, P.E., Paryani, S.G., Prober, C.G., Yeager, A.S.  Failure of antepartum maternal cultures to predict the infant's risk of exposure to herpes simplex virus at delivery.  New England Journal of Medicine, 315:796-800, 1986.

39. Finlay, J., Luft, B., Yousem, S., Wood, G.S., Link, M., Arvin, A.M., Glader, B., Lennette, E., Shatsky, M., Olds, L., Borcherding, W., Hong, R., Purtilo, D. Chronic infectious mononucleosis syndrome, pancytopenia and poly-clonal B-lymphoproliferation terminating in acute lymphoblastic leukemia.  American Journal of Pediatric Hematology and Oncology, 8:18-27, 1986.

40. Rhine, W.D., Arvin, A.M., Stevenson, D.K.  Neonatal aspergillosis:  Case report of a survivor and review of literature.  Clinical Pediatrics, 25:400-403, 1986.

41. Sullender, W.M., Miller, J.L., Yasukawa, L.L., Bradley, J.S., Black, S.B., Yeager, A.S., Arvin, A.M. Humoral and cellular immunity in neonates with herpes simplex virus infection.  Journal of Infectious Diseases, 155:28-37, 1987.

42. Noorbehesht, B., Enzmann, D.R., Sullender, W.M., Bradley, J.S., Arvin, A.M.  Neonatal herpes simplex encephalitis:  correlation of clinical and computed tomographic findings.  Radiology, 162:813-819, 1987.

Appx1318

43. Prober, C.G., Sullender, W.M., Lew-Yasukawa, L., Au, D.S., Yeager, A.S., Arvin, A.M. Low risk of herpes simplex virus infections in neonates exposed to virus at the time of vaginal delivery to mothers with recurrent genital herpes simplex virus infections. New England Journal of Medicine, 316:240-244, 1987.

44. Weintrub, P.S., Sullender, W.M., Lombard, C., Link, M.P., Arvin, A.M. Giant cell pneumonia caused by parainfluenza type 3 in a patient with acute myelomonocytic leukemia. Archives of Pathology and Laboratory Medicine, 111:569-70, 1987.

45. Hutto, C., Arvin, A.M., Jacobs, R., Steele, R., Stagno, S. et al. Intrauterine herpes simplex virus infections. Journal of Pediatrics, 110:97-101, 1987.

46. Sullender, W.M., Arvin, A.M., Diaz, P.S., Connor, J., Straube, R., Dankner, W., et al. Pharmacokinetics of acyclovir suspension in infants and children. Antimicrobial Agents and Chemotherapy, 31:1722-1726, 1987.

47. Arvin, A.M., Solem, S.M, Koropchak, C.M., Kinney-Thomas, E., Paryani, S.G. Humoral and cellular immunity to varicella-zoster virus glycoprotein, gp I, and to a non-glycosylated protein, p 170, in the strain 2 guinea pig. Journal of General Virology, 68:2449-2454, 1987.

48. Arvin, A.M., Johnson, R.T., Whitley, R.J., Nelson, J.D., McCracken, G.J. Management of the patient with herpes simplex encephalitis. Pediatric Infectious Diseases, 6:2-5, 1987.

49. Arvin, A.M.: Oral therapy with acyclovir in infants and children. Pediatric Infectious Diseases, 6:56-58, 1987.

50. Prober, C.G. and Arvin, A. M. Perinatal viral infections. European Journal of Clinical Microbiology, 6:245-261, 1987.

51. Arvin, A.M. Antiviral treatment of herpes simplex infection in neonates and pregnant women. Journal of the American Academy of Dermatology, 18: 200-203, 1988.

52. Sullender, W.M., Yasukawa, L.L., Schwartz, M., Pereira, L., Hensleigh, P.A., Prober, C.G., Arvin, A.M. Type-specific antibodies to herpes simplex virus type 2 (HSV-2) glycoprotein G in pregnant women, infants exposed to maternal HSV-2 infection at delivery and infants with neonatal herpes. Journal of Infectious Diseases, 157:164-171, 1988.

53. Prober, C.G., Hensleigh, P.A., Boucher, F.D., Yasukawa, L.L., Au, D.S., Arvin, A.M. The use of routine viral cultures at delivery to identify neonates exposed to herpes simplex virus. New England Journal of Medicine, 318:887-891, 1988.

Appx1319

54. Whitley, R.J., Corey, L, Arvin, A.M., Lakeman, F.D., Sumaya, C.V., Wright, P.F., Dunkle, L.M., Soong, S.J., Nahmias, A.J. et al.  Changing presentation of herpes simplex virus infection in neonates.  Journal of Infectious Diseases, 158:109-116, 1988.

55. Diaz, P.S., Smith, S., Hunter, E., Arvin, A.M.  Immunity to whole varicella-zoster virus antigen, glycoprotein I (gp I) and a non-glycosylated protein (p 170):  relation to the immunizing regimen of live-attenuated varicella vaccine.  Journal of Infectious Diseases, 158:1245-1252, 1988.

56. Diaz, P.S., Hunter, E.L., Smith, S.M., Arvin, A.M.  T lymphocyte cytotoxicity with natural varicella-zoster virus infection and after immunization with live attenuated varicella vaccine.  Journal of Immunology, 142:636-641, 1989.

57. Wilson, C.W., Stevenson, D.K., Arvin, A.M.  A concurrent epidemic of respiratory syncytial virus and Echovirus 7 infections in an intensive care nursery.  Pediatric Infectious Disease Journal, 8:24-29, 1989.

58. Koropchak, C.M., Solem, S., Diaz, P.S., Arvin, A.M.:  Investigation of varicella-zoster virus infection of lymphocytes by in situ hybridization.  Journal of Virology, 63:2392-2395, 1989.

59. Rabalais, G.P., Nusinoff-Lehrman, S., Arvin, A.M., Levin, M.J.  Antiviral susceptibilities of herpes simplex virus isolates from infants with recurrent mucocutaneous lesions after neonatal infection.  Pediatric Infectious Disease Journal, 8:221-223, 1989.

60. Kohl, S., West, M.S., Prober, C.G.,  Sullender, W.M., Loo, L.S., Arvin, A.M. Neonatal antibody-dependent cellular cytotoxic antibody levels are associated with the clinical presentation of neonatal herpes simplex virus infection.  Journal of Infectious Diseases, 160:770-776, 1989.

61. Prober, C.G., Arvin, A.M.:  Prematurity and the risk of herpes simplex infection.  Pediatric Infectious Disease Journal.  8:660-661, 1989.

62. Arvin, A.M.:  Serologic misdiagnosis of congenital infections [letter].  Pediatric Infectious Disease Journal.  8:542, 1989.

63. Boucher, F.D., Yasukawa, L.L., Bronzan, R.N., Hensleigh, P.A., Arvin, A.M., Prober, C.G.  A prospective evaluation of primary genital herpes simplex virus type 2 infections acquired during pregnancy.  Pediatric Infectious Disease Journal, 9:499-504, 1990.

64. Englund, J.A., Arvin, A.M., Balfour, H.H., Jr.  Acyclovir treatment for varicella does not lower gpI and IE-62 (p170) antibody responses to varicella-zoster virus in normal children.  Journal of Clinical Microbiology, 28:2327-2330, 1990.

14

Appx1320

65. Bergen, R.E., Diaz, P.S., Arvin, A.M. The immunogenicity of the Oka/Merck varicella vaccine in relation to infectious varicella-zoster virus and relative viral antigen content. Journal of Infectious Diseases, 162:1049-54, 1990.

66. Hardy, D.A., Arvin, A.M., Yasukawa, L.L., Broznan, R.N., Lewinsohn, D.M., Hensleigh, P.A., Prober, C.G. The successful identification of asymptomatic genital herpes simplex infection at delivery using the polymerase chain reaction. Journal of Infectious Diseases, 162:1031-35, l990.

67. Arvin, A.M. and Prober, C.G. Herpes simplex virus infections in pregnancy. The Pediatric Infectious Disease Journal. 9:765-67, 1990.

68. Diaz, P.S., Smith, S., Hunter, E., Au, D., Arvin, A.M. Lack of transmission of the live attenuated varicella vaccine to immunocompromised children following immunization of their siblings. Pediatrics, 87:166-170, 1991.

69. Whitley, R., Arvin, A.M., Prober, C.G., Corey, L, Burchett, S., Plotkin, S., et al. Predictors of morbidity and mortality in neonates with herpes simplex virus infections. New England Journal of Medicine, 324:450-454, 1991.

70. Whitley, R., Arvin, A.M., Prober, C.G., Corey, L, Burchett, S., Plotkin, S., et al. A controlled trial comparing vidarabine with acyclovir in neonatal herpes simplex virus infection. New England Journal of Medicine, 324:444-449, 1991.

71. Frenkel, L.M., Brown, Z.A., Bryson, Y.J., Corey, L., Unadkat, J.D., Hensleigh, P.A., Arvin, A.M., Prober, C.G., Connor, J.D. Acyclovir pharmacokinetics in the term human pregnancy and neonate. American Journal of Obstetrics and Gynecology, 164:569-579, 1991.

72. Arvin, A.M. Relationships between maternal immunity to herpes simplex virus and the risk of neonatal herpesvirus infection. Reviews of Infectious Diseases, 13 Suppl 11:S953-6, 1991.

73. Arvin, A.M., Sharp, M., Smith, S., Koropchak, C.M., Diaz, P.S., Kinchington, P., Ruyechan, W., Hay, J. Equivalent recognition of a varicella-zoster virus immediate early protein (IE62) and glycoprotein I by cytotoxic T-lymphocytes of either CD4+ or CD8+ phenotype. Journal of Immunology, 146:257-264, 1991.

74. Koropchak, C.M., Graham, G., Palmer, J., Winsberg, M., Ting, S.F., Wallace, M., Prober, C.G., Arvin, A.M. Investigation of varicella-zoster virus infection by polymerase chain reaction in the immunocompetent host with acute varicella. Journal of Infectious Diseases, 163:1016-1022, 1991.

75. Hayward, A.R., Burger, R., Schleper, T., Arvin, A.M. Major histocompatibility restriction of T-cell responses to varicella-zoster virus in guinea pigs. Journal of Virology, 65:1491-1495, 1991.

15

76. Dunkle, L.M., Arvin, A.M., Whitley, R.J., Rotbart, H.., Feder, H.M. Jr., Feldman, S., Gershon, A.A., Levy, M.L., Hayden, G.F., McGuirt, P.V. et al. A controlled trial of acyclovir for chickenpox in normal children. New England Journal of Medicine, 325:1539-44, 1991.

77. Bergen, R.E., Sharp, M., Sanchez, A., Judd, A.K., Arvin, A.M. Human T-cells recognize multiple eptiopes of a major tegument/immediate early protein (IE62) and glycoprotein I of varicella-zoster virus. Viral Immunology, 4:151-166, 1991.

78. Kinchington, P.R., Houghland, J.K., Arvin, A.M., Ruyechan, W.T. and Hay, J. Varicella zoster virus IE62 protein is a major virion component. Journal of Virology, 66:359-66, 1992.

79. Wilson, A., Sharp, M., Koropchak, C.M., Ting, S.F., Arvin, A.M. Subclinical varicella-zoster virus viremia, herpes zoster and recovery of T-lymphocyte responses to varicella-zoster viral antigens after allogeneic and autologous bone marrow transplantation. Journal of Infectious Diseases, 165:119-126, 1992.

80. Sharp, M., Terada, K., Wilson, A., Nader, S., Kinchington, P.E., Ruyechan, W., Hay, J., Arvin, A.M. The kinetics and protein specificity of T-lymphocyte cytotoxicity in healthy adults immunized with live attenuated varicella vaccine. Journal of Infectious Diseases, 165:852-8, 1992.

81. Lowry, P.W., Solem, S., Watson, B.N., Koropchak, C.M., Kinchington, P.E., Ruyechan, W., Hay, J., Arvin, A.M. Immunity in strain 2 guinea pigs inoculated with vaccinia recombinants expressing varicella-zoster virus glycoproteins I, IV, V or the immediate early gene 62. Journal of General Virology, 73:811-19, 1992.

82. Kulhanjian, J.A., Soroush, V., Au, D.S., Bronzan, R.N., Yasukawa, L.L., Weylman, L.E., Arvin, A.M., Prober, C.G. Identification of women at unsuspected risk of contracting primary herpes simplex virus type 2 infections during pregnancy. New England Journal of Medicine, 326:916-20, 1992.

83. Safrin, S., Arvin, A., Mills, J., Ashley, R. Comparison of the Western immunoblot assay and a glycoprotein G enzyme immunoassay for detection of serum antibodies to herpes simplex virus type 2 in patients with AIDS. Journal of Clinical Microbiology, 30:1312-4, 1992.

84. Lowry, P.W., Sabella, C., Koropchak, C.M., Watson, B., Thackray, H.M., Abbruzzi, G.M. Arvin, A.M. Investigation of the pathogenesis of varicella-zoster virus infection in guinea pigs using polymerase chain reaction. Journal of Infectious Diseases, 167:78-83, 1992.

85. Naumovski, L., Quinn, J.P., Miyashiro, D., Patel, M., Bush, K., Singer, S.B., Graves, D., Palzkill, T., Arvin, A.M. Outbreak of ceftazidime resistance due to a novel extended-spectrum

16

beta-lactamase in isolates from cancer patients. Antimicrobial Agents and Chemotherapy. 36:1991-6, 1992.

86. Boucher, F.D., Yasukawa, L.L., Kerns, K., Kastelein, M., Arvin, A.M., Prober, C.G. Detection of antibodies to herpes simplex virus type 2 with a mammalian cell line expressing glycoprotein gG-2. Clinical and Diagnostic Virology. 1:29-38, 1993.

87. Carmack, M.A., Twiss, J., Enzmann, D.R., Amylon, M.D., Arvin, A.M. Multifocal leukoencephalitis caused by varicella-zoster virus in a child with leukemia: successful treatment with acyclovir. Pediatric Infectious Disease Journal, 12:402-6, 1993.

88. Sabella, C., Lowry, P.W., Abbruzzi, g.M., Koropchak, C.M., Kinchington, P.R., Sadegh-Zadeh, M., Hay, J., Ruyechan, W.T., Arvin, A.M. Immunization with the immediate-early tegument protein (Open Reading Frame 62) of varicella-zoster virus protects guinea pigs against virus challenge. Journal of Virology, 67:7673-76, 1993.

89. Wallace, M.R., Woelfl, I., Bowler, W.A., Olson, P.E., Murray, N.B., Brodine, S.K., Oldfield, E.C., Arvin, A.M. Tumor necrosis factor, interleukin-2 and interferon-gamma in adult varicella. Journal of Medical Virology, 43:69-71, 1994.

90. Nader, S., Bergen, R., Sharp, M., Arvin, A.M. Age-related differences in cell-mediated immunity to varicella-zoster virus among children and adults immunized with live attenuated varicella vaccine. Journal of Infectious Diseases, 171:13-17, 1995.

91. Moffat, J.F., Stein, M.D., Kaneshima, H., Arvin, A.M. Tropism of varicella-zoster virus for human CD4$^+$ and CD8$^+$ T-lymphocytes and epidermal cells in SCID-hu mice. Journal of Virology, 69:5236-42, 1995.

92. Watson, B., Rothstein, E., Bernstein, H., Arbeter, A., Arvin, A., Chartrand, S.Clements, D., Kumar, M.L., Reisinger, K., Blatter, M., et al. Safety and cellular and humoral immune responses of a booster dose of varicella vaccine 6 years after primary immunization. Journal of Infectious Diseases, 172:217-9, 1995.

93. Wallace, M.R., Chamberlin, C.J., Sawyer, M.H., Arvin, A.M., Harkins, J., LaRocco, A., Bowler, W.A., Oldfield, E.C. III. Treatment of adult varicella with sorivudine: a randomized, placebo controlled trial. Journal of Infectious Diseases, 174:249-55, 1996.

94. Ngai, A.L., Staehle, B.O., Kuter, B.J., Cyanovich, N.S., Cho, I., Matthews, H., Keller, P., Arvin, A.M., Watson, B., White, C.J. Safety and immunogenicity of one vs. two injections of Oka/Merck varicella vaccine in healthy children. Pediatric Infectious Disease Journal. 15:49-54, 1996.

17

95. Carmack, M.A., Yasukawa, L.L., Chang, S.Y., Tan, C., Saldana, F., Arvin, A.M., Prober, C.G. T-cell recognition and cytokine production elicited by common and type-specific glycoproteins of herpes simplex viruses 1 and 2. Journal of Infectious Diseases, 174:899-906, 1996.

96. Kimberlin, D.W., Lakeman, F.D., Arvin, A.M., Prober, C.G., Corey, L., Powell, D.A., et al. Application of the polymerase chain reaction to the diagnosis and management of neonatal herpes simplex virus disease. Journal of Infectious Diseases, 174:1162-7, 1996.

97. Kimberlin, D., Powell, D., Gruber, W., Diaz, P; Arvin A; Kumar M; Jacobs R; Van Dyke R; Burchett S; Soong SJ; et al. Administration of oral acyclovir suppressive therapy after neonatal herpes simplex virus disease limited to the skin, eyes and mouth: results of a phase I/II trial. Pediatric Infectious Disease Journal, 15:247-54, 1996.

98. Lowry, P.W., Koropchak, C.M., Choi, C.Y.H., Mocarski, E.S., Kern, E.R., Kinchington, P.R. and Arvin, A.M. The synthesis and immunogenicity of varicella-zoster virus glycoprotein E and immediate early protein (IE62) expressed in recombinant herpes simplex virus-1. Antiviral Research 3:187-200, 1997.

99. Redman, RL, Nader, S., Zerboni, L., Liu, C., Wong, R.M., Brown, B.W., Arvin, A.M. Early reconstitution of immunity and decreased severity of herpes zoster in bone marrow transplant recipients immunized with inactivated varicella vaccine. Journal of Infectious Diseases, 176:578-585, 1997.

100. Sadzot-Delvaux, C., Kinchington, P., Rentier, B., Arvin, A.M. Recognition of the latency-associated immediate early protein IE63 of varicella-zoster virus by human memory T lymphocytes. Journal of Immunology, 159: 2802-2806, 1997.

101. Mallory, S., Sommer, M., Arvin, A.M. Mutational analysis of varicella-zoster virus (VZV) glycoproteins, gI and gE, in recombinant VZV strains. Journal of Virology, 71:8279-8288, 1997.

102. Arvin, A.M. and Prober, C.G. Herpes simplex virus type 2: a persistent problem. Editorial. New England Journal of Medicine, 337:1158-59, 1997.

103. Wallace, M.R., Chamberlin, C.J., Zerboni, L, Sawyer, M.H., Oldfield, E.C. Olson, P.E., Arvin, A.M. Reliability of a history of previous varicella infection in adults. Journal of the American Medical Association, 278:1520-22, 1997.

104. Moffat, J., Zerboni, L., Kinchington, P., Grose, C., Kaneshima, H., Arvin, A. The attenuation of the vaccine Oka strain of varicella-zoster virus and the role of glycoprotein C in alphaherpesvirus virulence demonstrated in the SCID-hu mouse. Journal of Virology, 72:965-974, 1998.

18

105. Zerboni, L., Nader, S., Aoki, K., Arvin, A.M.  Analysis of the persistence of humoral and cellular immunity in children and adults immunized with varicella vaccine.  Journal of Infectious Diseases, 177:1701-4, 1998.

106. Gans, H., Arvin, A.M., Galinus, J., Logan, L., DeHovitz, R., Maldonado, Y.  Deficiency of the humoral immune response to measles vaccine in infants immunized at six months of age.  Journal of the American Medical Association, 280:527-32, 1998.

107. Moffat, J., Zerboni, L., Sommer, M.H., Heineman, T.C., Cohen, J., Kaneshima, H., Arvin, A.  The ORF47 and ORF66 putative protein kinases of varicella-zoster virus determine tropism for human T cells and skin in the SCID-hu mouse.  Proceedings of the National Academy of Sciences, 95:11969-74, 1998

108. Jenkins, D.E., Redman, R.L., Lam, E.M., Liu, C., Lin, I., Arvin, A.M.  IL-10, IL-12 and IFN-production in primary and memory immune responses to varicella-zoster virus.  Journal of Infectious Diseases, 178:940-48, 1998.

109. LaRussa, P., Steinberg, S., Arvin, A., Dwyer, D., Burgess, M., Menegus, M., Reckrut, K., Yamanishi, K., Gershon, A.  Polymerase chain reaction and restriction fragment length polymorphism analysis of varicella-zoster virus isolates from the United States and other parts of the world.  Journal of Infectious Diseases. 178:564-6, 1998

110. Jenkins, D.E., Yasukawa, L.L., Bergen, R., Benike, C., Engleman E., Arvin, A.M.  Primary sensitization of naive human T cells to varicella-zoster virus peptides by dendritic cells in vitro predicts responses elicited in vivo by varicella vaccination.  Journal of Immunology, 162:560-567, 1999.

111. Gans, H.A., Maldonado, Y., Yasukawa, L.L., Beeler, J., Rinki, M., DeHovitz, R., Arvin, A.M.  Interleukin 12, Interferon-and T cell proliferation to measles in immunized infants.  Journal of Immunology, 162:5569-75; 1999.

112. Mo, C., Suen, J., Sommer, M., Arvin, A.M.  Glycoprotein K (ORF5) of varicella-zoster virus is essential for virus growth in melanoma cells.  Journal of Virology. 73; 4197-4207, 1999.

113. Gutierrez, K., Halpern, M.F., Maldonado, Y., Arvin, A.M.  The epidemiology of neonatal herpes simplex virus infections in California from 1985 to 1995.  Journal of Infectious Diseases. 180:199-02, 1999.

114. Abendroth, A., Slobedman, B., Springer, M.L., Blau, H.M., Arvin, A.M.  Analysis of immune responses to varicella zoster viral proteins induced by DNA vaccination.  Antiviral Research. 44:179-192, 1999.

19

115. Shetty, A.K., Arvin, A.M., Gutierrez, K.M.  Nocardia farcinica pneumonia in chronic granulomatous disease. <u>Pediatrics</u> 104:961-4, 1999.

116. Abendroth, A., Slobedman, B., Lee, E., Mellins, E., Wallace, M., Arvin, A.M. Modulation of major histocompatibility class II expression by varicella zoster virus.  <u>Journal of Virology</u>. 74:1900-07, 2000.

117. Asanuma, H., Sharp, M., Maecker, H.T., Maino, V.C., Arvin, A.M.  Frequencies of memory T cells specific for varicella-zoster virus, herpes simplex virus and cytomegalovirus determined by intracellular detection of cytokine expression.  <u>Journal of Infectious Diseases</u>.  181:859-66, 2000.

118. Shetty, A.K., Gans, H.A., So, S., Millan, M.T., Arvin, A.M., Gutierrez, K.M.  Intravenous ribavirin therapy for adenovirus pneumonia.  <u>Pediatric Pulmonology</u> 1:64-73, 2000.

119. Cha, T-A., Kao, K., Zhao, J., Fast, P. E., Mendelman, P. M., Arvin, A.  Genotypic stability of cold-adapted influenza virus vaccine in an efficacy clinical trial.   <u>Journal of Clinical Microbiology</u> 38:839-845, 2000.

120. Zerboni, L., Sommer, M., Ware, C.F., Arvin, A.M. Varicella-zoster virus infection of a human CD4-positive T cell line. <u>Virology</u>, 270:278-285, 2000.

121. Santos, R.A., Hatfield, C.C., Faga, B.P., Padilla, J.A., Cole, N.L., Moffat, J.F., Arvin, A.M., Ruyechan, W.T., Hay, J., Grose, C.  Varicella-zoster virus gE escape mutant VZV-MSP exhibits accelerated cell-to-cell spread phenotype in both infected cell cultures and SCID-hu mice. <u>Virology</u>, 275:306-17, 2000.

122. Mo C, Schneeberger, E.E., Arvin A.M.  Glycoprotein E of varicella-zoster virus enhances cell-cell contact in polarized epithelial cells, <u>Journal of Virology</u> , 74:11377-87, 2000.

123. Wang Z-H, Gershon, M.D., Lungu, O. Zhu, Z. Mallory, S, Arvin, A.M., Gershon, A.A. Essential role played by the C-terminal domain of gI in the envelopment of varicella zoster virus in the trans-Golgi network: Interactions of glycoproteins with tegument, <u>Journal of Virology</u>, 75:323-40, 2001.

124. Kimberlin, D.W., Lin C-Y, Jacobs, R.F., Powell, D.A., Corey, L., Gruber, W., Rathore, M., Bradley, J., Diaz, P.S., Kumar, M., Arvin, A.M., Gutierrez, K., Shelton, M., Weiner, L.B., Sleasman, J. W., Sierra, T., Weller, S., Soong S-J, Lakeman, F.D, Whitley, R.J., and the National Institute of Allergy and Infectious Diseases Collaborative Antiviral Study Group.  The safety and efficacy of high-dose intravenous acyclovir in the management of neonatal herpes simplex virus infections. <u>Pediatrics</u>, 108:230-8, 2001.

20

125. Kimberlin, D.W., Lin C-Y, Jacobs R.F., Powell D.A., Frenkel L., Gruber W., Rathore M., Bradley J., Diaz P.S., Kumar M., Arvin A.M., Gutierrez K., Shelton M., Weiner L.B. Sleasman J. W., Sierra T., Soong S-J., Lakeman F.D., Whitley R.J. and the National Institute of Allergy and Infectious Diseases Collaborative Antiviral Study Group. The natural history of neonatal herpes simplex virus infections in the acyclovir era. Pediatrics, 108:223-9, 2001.

126. Arvin, A.M. Varicella Vaccine – The First Six Years. Editorial. New England Journal of Medicine, 344:1007-1009, 2001.

127. Hata, A., Zerboni, L., Sommer, M., Kaspar, A.A., Clayberger, C., Krensky, A.M., Arvin, A.M. The antiviral activity of granulysin. Viral Immunology. 14:125-33, 2001.

128. Abendroth, A., Lin, I., Slobedman, B., Ploegh, H., Arvin, A.M. Varicella zoster virus retains major histocompatibility complex class I proteins in the Golgi of infected cells. Journal of Virology, 75:4878-4888, 2001.

129. Sommer, M.H., Zagha, E., Serrano, O.K., Ku, C.C., Zerboni, L., Baiker, A., Santos R., Spengler, M., Lynch, J., Grose, C., Ruyechan, W., Hay, J., Arvin, A. M. Mutational analysis of varicella-zoster virus ORF63/70 and ORF64/69. Journal of Virology, 75:8224-39, 2001.

130. Gans, H., Yasukawa, L., Rinki, M., DeHovitz, R., Forghani, B., Beeler, J. Audet, S., Maldonado, Y., Arvin, AM. Immune responses to measles and mumps vaccination of infants at 6, 9 and 12 months. Journal of Infectious Diseases, 184:817-26, 2001.

131. Moffat, J., Taylor, S., Ito, H., Sommer, M., Cohen J., Arvin, A.M. Glycoprotein I of varicella-zoster virus is an essential virulence factor in skin and T lymphocytes. Journal of Virology, 76:8468-71, 2002.

132. Arvin, A.M., Sharp, M., Moir, M., Kinchington, P.E., Sadeghi-Zadeh, M., Ruyechan, W.T., Hay, J. Memory cytotoxic T cell responses to viral tegument and regulatory proteins encoded by open reading frames 4, 10, 29, and 62 of varicella-zoster virus. Viral Immunology, 15:507-16, 2002.

133. Quinlivan, M., Hawrami, K., Barrett-Muir, W., Aaby, P., Arvin, A.M., Chow V., et al. The molecular epidemiology of varicella zoster virus: evidence for geographical segregation. Journal of Infectious Diseases, 186:888-94, 2002.

134. Hata, A., Asanuma, H., Rinki, M., Sharp, M., Wong, R., Blume, K., Arvin, A.M. Protection of hematopoietic cell transplant recipients from herpes zoster by an inactivated varicella vaccine. New England Journal of Medicine, 347:26-34, 2002.

21

135. Slobedman, B., Mocarski, E.S., Arvin, A.M., Mellins, E., Abendroth, A. Latent cytomegalovirus down regulates major histocompatibility complex class II expression on myeloid progenitors. Blood, 100:2867-73, 2002.

136. Ku, C.C., Padilla, J., Grose, C., Butcher, E.C., Arvin, A.M.. Tropism of varicella-zoster virus for human tonsillar CD4+ T lymphocytes that express activation, memory and skin homing markers. Journal of Virology, 76:11425-11433, 2002.

137. Mo, C., Lee, J., Sommer, M., Grose, C., Arvin, A.M. The requirement of varicella-zoster virus glycoprotein E for viral replication and the effects of glycoprotein I on gE in melanoma cells. Virology, 304:176-86, 2002.

138. Ito H., Sommer M.H., Zerboni, L.H., He, H., Boucaud, D., Hay, J., Ruyechan, W., Arvin, A.M. Promoter sequences of varicella-zoster virus glycoprotein I targeted by cellular transcription factors, Sp1 and USF, determine virulence for human skin and Tcells in the SCIDhu mouse in vivo. Journal of Virology, 77:489-98, 2003.

139. Jones, J.O., Arvin, A.M. Microarray analysis of host cell gene transcription in response to Varicella-zoster virus infection of human T Cells and fibroblasts in vitro and SCIDhu skin xenografts in vivo. Journal of Virology, 77:1268-80, 2003.

140. He, X., Mahmood, K., Maecker, H.T., Arvin, A.M., Greenberg H.B. Analysis of the frequencies and memory T cell phenotypes of human CD8+ T cells specific for influenza A viruses. Journal of Infectious Diseases, 187:1075-84, 2003.

141. Niizuma, T., Sommer, M.H., Ito, H., Hinchliffe, S., Zerboni, L, Arvin, A.M. Construction of varicella-zoster virus recombinants from parent Oka cosmids and demonstration that ORF65 protein is dispensable for infection of human skin and T cells in the SCID-hu mouse model. Journal of Virology, 77:6062-5, 2003.

142. Frey, C.R., Sharp, M.A., Min, A.S., Schmid, D.S., Loparev, V., Arvin, A.M. Identification of CD8+ T cell epitopes in the immediate early protein 62 of varicella-zoster virus and evaluation of CD8+ T cell responder frequencies to the immediate early protein 62 using IE62 peptides after varicella vaccination. Journal of Infectious Diseases, 188:40-52, 2003.

143. Besser, J., Sommer, M.H., Zerboni, L., Bagowski, C., Ito, H., Moffat, J., Ku, C-C., Arvin, A.M. Differentiation of varicella-zoster virus ORF47 protein kinase and IE62 protein binding domains and their contributions to replication in human skin xenografts in the SCID-hu mouse. Journal of Virology, 77:5964-74, 2003.

144. Sato, B., Ito, H., Hinchliffe, S., Sommer, M.H., Zerboni, L., Arvin, A.M. Effects of mutations in open reading frames 62 and 71, encoding the immediate early transactivating protein, IE62, of

22

varicella-zoster virus on replication *in vitro* and in skin xenografts in the SCID-hu mouse. Journal of Virology, 77:5607-20, 2003.

145. Sato, B., Sommer, M.H., Ito, H., Arvin, A.M. The requirement of varicella-zoster virus immediate early 4 protein for viral replication. Journal of Virology, 77:12369-72, 2003.

146. Wong-Chew , R., Islas-Romero, R., García-García, L. , Beeler, J., Santos-Preciado, J.I., Gans, H. A., Lew-Yasukawa, L, Maldonado, Y.A., Valdespino-Gómez, J.L., Arvin, A.M. Induction of humoral and cellular immunity after aerosol or subcutaneous administration of measles vaccine to 12 month old children. Journal of Infectious Diseases, 189:254-7, 2004.

147. Baiker, A., Bagowski, C., Ito, H., Sommer, M., Zerboni, L., Fabell, K, Hay, J., Ruyechan, W., Arvin, A.M. The immediate early 63 protein of varicella-zoster virus: analysis of functional domains required for replication in vitro and for T cell and skin tropism in the SCID hu model in vivo. Journal of Virology, 78:1181-1194, 2004.

148. Gans, H.A., Yasukawa L., Alderson, A., Rinki, M., DeHovitz, R., Beeler, J., Audet, S., Maldonado, Y., Arvin, A.M. Humoral and Cell-mediated immune responses to an early two-dose measles vaccination regime in the United States. Journal of Infectious Diseases, 190:83-90, 2004.

149. Chen, S.F., Tu, W-W., Sharp, M.A., Tongson, E.C., He, X-S., Greenberg, H.B., Holmes, T.H., Wang, Z., Kemble, G., Manganello, A.M., Adler, S.P., Dekker, C.L., Lewis, D.B., Arvin, A.M. Antiviral CD8 T cells in the control of primary human cytomegalovirus infection in early childhood. Journal of Infectious Diseases, 189:1619-27, 2004.

150. Tu, W., Chen, S., Sharp, M., Dekker, C., Manganello, A.M., Tongson, E.C., Maecker, H.T., Holmes, T.H., Wang, Z., Kemble, G., Adler, S., Arvin, A., Lewis, D.B. Persistent and selective deficiency of CD4+ T-cell immunity to cytomegalovirus in immunocompetent young children. Journal of Immunology, 172:3260-3267, 2004.

151. Gans, H.A., Yasukawa L., Alderson, A., Rinki, M., DeHovitz, R., Maldonado, Y., Arvin, A.M. T cell immunity to measles viral proteins in infants and adults after measles immunization. Viral Immunology, 17:298-306, 2004.

152. Baiker, A., Fabell, K., Cozzio, A., Zerboni, L., Fabell, K., Sommer, M. Uchida, N., He, D., Weissman, I., Arvin, A.M. Varicella-zoster virus infection of human neural cells in vivo. Proceedings of the National Academy of Sciences, 101: 10792-10797, 2004.

153. Moffat, J., Cheng, J.J., Sommer, M.H., Mo, C., Zerboni, L., Stamatis, S., Arvin, A.M. Functions of the C-terminal domain of varicella-zoster virus glycoprotein E in viral replication in *vitro* and skin and Tcell tropism in vivo. Journal of Virology, 78:12406-15, 2004.

23

154. Besser, J., Ikoma, M., Fabel, K., Sommer, M.H., Zerboni, L. Grose, C., Arvin, A.M., Differential requirement for cell fusion and virion formation in the pathogenesis of varicella-zoster virus infection in skin and T cells. Journal of Virology, 78:13293-305, 2004.

155. Ku, C.-C., Zerboni, L., Ito, H., Wallace M., Graham, B., Arvin, A.M. Transport of varicella-zoster virus to skin by infected CD4 T cells and modulation of viral replication by epidermal cell interferon-□.   Journal of Experimental Medicine, 200:917-925, 2004. [Selected for Editor's Choice, Science]

156.   He, X-S, Draghi, M., Mahmood, K., Holmes, T., Kemble, G., Dekker, C.L., Arvin, A.M., Parham, P., Greenberg, H.B.  T cell-dependent production of interferon-gamma by natural killer cells in response to influenza A virus.  Journal of Clinical Investigation, 12:1812-1819, 2004.

157.  Ito, H., Sommer, M.H., Baiker, A., Arvin, A.M.  Analysis of open reading frame 39 of varicella zoster virus and its role in viral replication Journal of Virology, 79:4819-4827, 2005.

158. Jones, J.O., Arvin, A.M., Comparison of viral and cellular gene transcription in fibroblasts infected with small plaque mutants of varicella-zoster virus. Antiviral Research, 68:56-65, 2005.

159. Zerboni, L., Ku, C-C., Jones, C., Zehnder, J., Arvin, A.M. Varicella-zoster virus infection of human dorsal root ganglia *in vivo*.  Proceedings of the National Academy of Sciences, 102:6490-6495, 2005.

160.  Ito, H., Sommer, M.H., Zerboni, L., Baiker,A., Sato, B., Liang, R., Hay, J., Ruyechan, W., Arvin, A.M. The role of the varicella-zoster virus gene product encoded by open reading frame 35 in viral replication *in vitro* and in differentiated human skin and T cells *in vivo*.  Journal of Virology, 79:4819-4827, 2005.

161.  Zuranski, T., Nawar, H., Czechowski, D., Lynch, J., Arvin, A., Hay, J., Ruyechan, W. Cell type dependent activation of the cellular EF-1α promoter by the varicella zoster virus IE63 protein. Virology, 338:35-42, 2005.

162.  Zerboni, L., Hinchliffe, S., Sommer, M.H., Ito, H., Besser, J., Stamatis, S., Cheng, J., DiStefano, D., Kraiouchkine, N., Shaw, A., Arvin, A.M. Analysis of varicella-zoster virus attenuation by evaluation of chimeric parent Oka/vaccine Oka recombinant viruses in skin xenografts in the SCIDhu mouse model.  Virology, 332:337-46, 2005.

163. Arvin, A.  Aging, immunity and the varicella - zoster virus. New England Journal of Medicine 352: 226-7, 2005.

24

164. Schaap, A., Fortin, J.F., Sommer, M., Zerboni, L., Stamatis, S., Ku, C.C., Nolan, G.P., Arvin, AM. T-cell tropism and the role of ORF66 protein in the pathogenesis of Varicella-zoster virus infection. Journal of Virology, 79:12921-33, 2005.

165. Arvin AM, Greenberg HB. New Viral Vaccines. Virology. 344:240-9, 2006.

166. Hood, C., Cunningham, A.L., Slobedman, B., Arvin, A.M., Sommer, M.H., Kinchington, P.R., Abendroth, A. Varicella-zoster virus ORF63 inhibits apoptosis of primary human neurons. Journal of Virology, 80:1025-31, 2006.

167. Che, X., Zerboni, L., Sommer, M.H., Arvin, A.M. Varicella-zoster virus open reading frame 10 is a virulence determinant in skin cells but not in T-cells in vivo. Journal of Virology, 7:3238-3248, 2006.

168. Jones, J.O., Sommer, M.H., Stamatis, S., Arvin, A.M. Mutational analysis of the varicella-zoster virus ORF 62/63 intergenic region. Journal of Virology, 6:3116-3121, 2006.

169. Heineman, T.C., Schleiss, M., Bernstein, D. I., Spaete, R. R., Yan, L., Duke, G., Prichard, M., Wang, Z., Yan, Q., Sharp, M.A., Klein, N., Arvin, A. M., Kemble, G. A phase 1 study of four live, recombinant human cytomegalovirus Towne/Toledo chimeric vaccines. Journal of Infectious Diseases, 193:1350-60, 2006.

170. Brown, E.L., Morrow, R., Krantz, E.M., Arvin, A.M., Prober, C.G., Yasukawa, L.L., Corey, L., Wald, A. Maternal herpes simplex virus antibody avidity and risk of neonatal herpes. American Journal of Obstetrics and Gynecology 195:115-20, 2006.

171. Klein, N.P., Holmes, T.H., Sharp, M.A., Heineman, T.C., Schleiss, M.R., Bernstein, D.I., Kemble, G., Arvin, A.M., Dekker, C.L. Variability and gender differences in memory T cell immunity to varicella-zoster virus in healthy adults. Vaccine. 24:5913-8, 2006.

172. Jones, J.O. and Arvin A.M. Inhibition of the NF-κB pathway by varicella-zoster virus in vitro and in human epidermal cells in vivo. Journal of Virology, 80:5113-24, 2006.

173. Berarducci, B., Ikoma, M., Stamatis, S., Sommer, M., Grose, C., Arvin, A.M. Essential functions of the unique N-terminal region of the varicella-zoster virus glycoprotein E ectodomain in viral replication and in the pathogenesis of skin infection. Journal of Virology, 80:9481-96, 2006.

174. He, X.S., Holmes, T.H., Zhang, C., Mahmood, K., Kemble, G.W., Lewis, D.B., Dekker, CL., Greenberg, H.B., Arvin, A.M. Cellular immune responses in children and adults receiving inactivated or live attenuated influenza vaccines. Journal of Virology, 80:11756-66, 2006.

Appx1331

175. Schaap-Nutt, A., Sommer, M., Che, X., Zerboni, L., Arvin, A.M. ORF66 protein kinase function is required for T-cell tropism of varicella-zoster virus *in vivo*. Journal of Virology, 80:11806-16, 2006. [Selected for Editor's Spotlight]

176. Zeman, A.M., Holmes, T.H., Stamatis, S., Tu, W., He, X.S., Bouvier, N., Kemble, G., Greenberg, H.B., Lewis, D.B., Arvin, A.M., Dekker, C.L. Humoral and cellular immune responses in children given annual immunization with trivalent inactivated influenza vaccine. Pediatric Infectious Diseases Journal. 26:107-15, 2007.

177. Sasaki, S., Jaimes, M.C., Holmes, T.H., Dekker, C.L., Mahmood, K., Kemble, G.W., Arvin, A.M., Greenberg, H.B. Comparison of the influenza virus-specific effector and memory B-cell responses to immunization of children and adults with live attenuated or inactivated influenza virus vaccines. Journal of Virology. 81:215-28, 2007.

178. Brown, E.L., Gardella, C., Malm, G., Prober, C.G., Forsgren. M., Krantz, E.M., Arvin, A.M., Yasukawa, L.L., Mohan, K., Brown, Z., Corey, L., Wald, A. Effect of maternal herpes simplex virus serostatus and HSV type on risk of neonatal herpes. Acta Obstet Gynecol Scand. 86:523-9, 2007.

179. Che X., Berarducci, B., Sommer, M., Ruyechan, W.T., Arvin, A.M. The ubiquitous cellular transcriptional factor, USF, targets the varicella-zoster virus ORF10 promoter and determines virulence in human skin xenografts in SCIDhu mice *in vivo*. Journal of Virology. 81:3229-39, 2007.

180. Zhang, Z., Rowe, J., Wang, W., Sommer, M., Arvin, A., Moffat, J., Zhu, H. Genetic Analysis of varicella zoster virus ORF0 to 4 using a novel luciferase bacterial artificial chromosome system. Journal of Virology. 81:9024-33. 2007.

181. Berarducci, B., Sommer, M., Zerboni, L., Rajamani, J., Arvin, A.M. Cellular and viral factors regulate the varicella-zoster virus gE promoter during viral replication. Journal of Virology. 81:10258-67, 2007.

182. Zerboni L., Reichelt M., Jones C.D., Zehnder J.L., Ito H., Arvin A.M. Aberrant infection and persistence of varicella-zoster virus in human dorsal root ganglia *in vivo* in the absence of glycoprotein I. Proceedings of the National Academy of Sciences. 104:14086-91, 2007.

183. Tischer B.K., Kaufer B.B., Sommer M., Wussow F., Arvin A.M., Osterrieder N. A self-excisable infectious bacterial artificial chromosome (BAC) clone of varicella zoster virus (VZV) allows analysis of the essential tegument protein encoded by ORF9. Journal of Virology. 81:13200-8, 2007.

26

184. He X.S., Holmes T.H., Mahmood K., Kemble G.W., Dekker C.L., Arvin A.M.*, Greenberg H.B.*. Phenotypic Changes in Influenza-Specific CD8 (+) T Cells after Immunization of Children and Adults with Influenza Vaccines. <u>Journal of Infectious Diseases</u>. 197:803-11, 2008 (*contributed equally)

185. Che X., Reichelt M., Sommer M.H., Rajamani J., Zerboni L., Arvin A.M. Functions of the ORF9-ORF12 gene cluster in varicella-zoster virus replication and in the pathogenesis of skin infection. <u>Journal of Virology</u> 82:5825-34. 2008.

186. Michalik D.E., Steinberg S.P., Larussa P.S., Edwards K.M., Wright P.F., Arvin A.M., Gans H.A., Gershon A.A. Primary vaccine failure after 1 dose of varicella vaccine in healthy children. Journal of Infectious Diseases. 197:944-9, 2008.

187. Reichelt M, Zerboni L, Arvin AM. Mechanisms of varicella-zoster virus neuropathogenesis in human dorsal root ganglia. <u>Journal of Virology</u>. 82:3971-83, 2008.

188. Hanna-Wakim R., Yasukawa L.L., Sung P., Arvin A.M., Gans H.A. Immune responses to mumps vaccine in adults who were vaccinated in childhood. <u>Journal of Infectious Diseases</u>. 197:1669-75, 2008.

189. Gans H.A., Yasukawa L.L., Zhang C.Z., Wakim R.H., Rinki M., Dehovitz R., Arvin A.M. Effects of interleukin-12 and interleukin-15 on measles-specific T cell responses in vaccinated infants. <u>Viral Immunology.</u> 21:163-72, 2008.

190. He XS, Holmes TH, Sasaki S, Jaimes MC, Kemble GW, Dekker CL, Greenberg HB, Arvin AM*. Baseline levels of influenza-specific CD4 memory T-cells affect T-cell responses to influenza vaccines. <u>PLoS ONE</u>. 3:e2574, 2008. (*contributed equally)

191. Chaudhuri V, Sommer M, Rajamani J, Zerboni L, Arvin AM. Functions of varicella-zoster virus ORF23 capsid protein in viral replication and the pathogenesis of skin infection. <u>Journal of Virology</u>. 82:10231-46, 2008. [Selected for Editor's Spotlight]

192. Sasaki S, He XS, Holmes TH, Dekker CL, Kemble GW, Arvin AM, Greenberg HB. Influence of prior influenza vaccination on antibody and B-cell responses. <u>PLoS ONE</u>.3:e2975, 2008.

193. Oliver SL, Zerboni L, Sommer M, Rajamani J, Arvin AM. Development of recombinant varicella-zoster viruses expressing luciferase fusion proteins for live in vivo imaging in human skin and dorsal root ganglia xenografts. <u>Journal of Virological Methods</u>. 154:182-93, 2008.

194. Berarducci B, Rajamani J, Reichelt M, Sommer M, Zerboni L, Arvin AM. Deletion of the first cysteine-rich region of the varicella-zoster virus glycoprotein E ectodomain abolishes gE and

27

gI interaction and differentially affects cell-cell spread and viral entry. Journal of Virology, 83:228-40. 2009.

195. Reichelt M, Brady J, Arvin AM. The replication cycle of varicella-zoster virus: an analysis of the kinetics of viral protein expression, genome synthesis and virion assembly at the single cell level. Journal of Virology. 83:3904-18, 2009.

196. Wang Li, Sommer M, Rajamani J, Arvin AM. Regulation of the ORF61 promotor and ORF61 functions in varicella-zoster virus replication and pathogenesis. Journal of Virology. 83:7560-75, 2009.

197. Oliver SL, Sommer M, Zerboni L, Rajamani J, Grose C, Arvin AM. Mutagenesis of varicella zoster virus glycoprotein B: putative fusion loop residues are essential for viral replication, and the furin cleavage motif contributes to pathogenesis in skin tissue in vivo.  Journal of Virology. 83:7495-506, 2009.

198. Hanna-Wakim R, Yasukawa LL, Sung P, Fang M, Sullivan B, Rinki M, DeHovitz R, Arvin AM, Gans HA. Age-related increase in the frequency of CD4 (+) T cells that produce interferon-gamma in response to staphylococcal enterotoxin B during childhood. Journal of Infectious Diseases. 200:1921-7, 2009.

199. Vleck SE, Oliver SL, Reichelt M, Rajamani J, Zerboni L, Jones C, Zehnder J, Grose C, Arvin AM. Anti-glycoprotein H antibody impairs the pathogenicity of varicella-zoster virus in skin xenografts in the SCID Mouse Model. Journal of Virology, 84:141-52, 2010.

200. Zerboni L, Sobel RA, Ramachandran V, Rajamani J, Ruyechan W, Abendroth A, Arvin AM. Expression of varicella-zoster virus immediate-early regulatory protein IE63 in neurons of latently infection human sensory ganglia.  Journal of Virology, 84:3421-3430, 2010.

201. Berarducci B, Rajamani J, Zerboni L, Che X, Sommer M, Arvin AM. Functions of the unique N-terminal region of glycoprotein E in the pathogenesis of varicella-zoster virus infection. Proceedings of the National Academy of Science, 107:282-7, 2010.

202. Huch JH, Cunningham AL, Arvin AM, Wallace M, Slobedman E, Slobedman B, Abendroth A. Impact of varicella zoster virus on dendritic cell subsets in human skin during natural infection. Journal of Virology, 84:4060-72, 2010.

203.  Sen N, Sommer M, Che X, White K, Ruyechan WT, Arvin AM.  Varicella zoster virus immediate early protein 62 blocks IRF3 phosphorylation at key serine residues: a novel mechanism of IRF3 inhibition among herpesviruses. Journal of Virology. 84(18):9240-53, 2010. [Selected for Editor's Spotlight]

Appx1334

204. Ku CC, Che XB, Reichelt M, Rajamani J, Schaap-Nutt A, Huang KJ, Sommer MH, Chen YS, Chen YY, Arvin AM. Herpes simplex virus-1 induces expression of a novel MxA isoform that enhances viral replication. Immunology and Cell Biology. 89:173-82, 2011

205. Zerboni L, Berarducci B, Rajamani J, Jones CD, Zehnder JL, Arvin A. Varicella-zoster virus glycoprotein E is a critical determinant of virulence in the SCID mouse-human model of neuropathogenesis. Journal of Virology. 85(1):98-111, 2011.

206. Che X, Oliver SL, Sommer MH, Rajamani J, Reichelt M, Arvin AM. Identification and functional characterization of the Varicella zoster virus ORF11 gene product. Virology, 412(1):156-66, 2011.

207. Pahud BA, Glaser CA, Dekker CL, Arvin AM, Schmid DS. Varicella zoster disease of the central nervous system: epidemiological, clinical, and laboratory features 10 years after the introduction of the varicella vaccine. Journal of Infectious Diseases. 203(3):316-23, 2011.

208. Reichelt M, Wang L, Sommer M, Perrino J, Nour AM, Sen N, Baiker A, Zerboni L, Arvin AM. Entrapment of viral capsids in nuclear PML cages is an intrinsic antiviral host defense against Varicella-zoster virus. PLoS Pathogens. 7(2):e1001266, 2011.

209. Oliver SL, Sommer MH, Reichelt M, Rajamani J, Vlaycheva-Beisheim L, Stamatis S, Cheng J, Jones C, Zehnder J, Arvin AM. Mutagenesis of Varicella-zoster virus glycoprotein I identifies a cysteine residue critical for gE/gI heterodimer formation, gI structure and virulence in skin. Journal of Virology. 85:4095-110, 2011

210. Nour AM, Reichelt M, Ku CC, Ho MY, Heineman TC, Arvin AM. Varicella-Zoster virus infection triggers formation of an IL-1{beta} processing inflammasome complex. Journal of Biological Chemistry. 286:17921-33, 2011

211. Wang L, Oliver SL, Sommer M, Rajamani J, Reichelt M, Arvin AM. Disruption of PML nuclear bodies is mediated by ORF61 SUMO-interacting motifs and required for varicella-zoster virus pathogenesis in skin. PLoS Pathogens. 7(8):e1002157, 2011.

212. Khalil MI, Arvin A, Jones J, Ruyechan WT. A sequence within the VZV OriS is a negative regulator of DNA replication and is bound by a protein complex containing the VZV ORF29 protein. Journal of Virology. 85:12188-200, 2011.

213. Vleck, SE, Oliver, SL, Brady JJ, Blau HM, Rajamani, J, Sommer, M, Arvin AM. Structure-Function Analysis of Varicella-Zoster Virus Glycoprotein H Identifies Domain-Specific Roles for Fusion and Skin Tropism. Proceedings of the National Academy of Sciences. 108:18412-7, 2011.

214. Vizoso Pinto M, Pothineni V, Haase R, Woidy M, Lotz-Havla A, Gersting S, Muntau A, Haas J, Sommer M, Arvin A, Baiker A. Varicella zoster virus ORF 25 gene product: an essential

hub protein linking encapsidation proteins and the nuclear egress complex. Journal of Proteome Research. 10:5374-82, 2011.

215. Zerboni L, Sobel R, Lai M, Triglia R, Steain M, Abendroth A, Arvin AM. Apparent expression of varicella-zoster virus proteins in latency resulting from reactivity of murine and rabbit antibodies with human blood group A determinants in sensory neurons. Journal of Virology. 86:578-83, 2012.

216. Sen N, Che X, Zerboni L, Rajamani J, Ptacek, J, Arvin AM.  Signal transducer and activator of transcription 3 (STAT3) and survivin induction by varicella-zoster virus promote replication and skin pathogenesis. Proceedings of the National Academy of Sciences. 109:600-5, 2012.

217. Reichelt M, Joubert L, Perrino J, Koh A, Phanwar I, Arvin AM. 3D reconstruction of VZV infected cell nuclei and PML nuclear cages by serial section array scanning electron microscopy and electron tomography. PLoS Pathogens. 8(6):e1002740, 2012.

218. Khalil MI, Robinson M, Sommer M, Arvin A, Hay J, Ruyechan WT. An Sp1/Sp3 site in the downstream region of Varicella zoster virus oriS influences origin-dependent DNA replication and flanking gene transcription and is important for VZV replication in vitro and in human skin. Journal of Virology.  86:13070-80, 2012.

219. Peters GA, Tyler SD, Carpenter JE, Jackson W, Mori Y, Arvin AM, Grose C. The attenuated genotype of varicella-zoster virus includes an ORF0 transitional stop codon mutation. Journal of Virology. 86(19):10695-703, 2012.

220. Che X, Oliver SL, Reichelt M, Sommer MH, Haas J, Rovis TL, Arvin AM. ORF11 protein interacts with the ORF9 essential tegument protein in varicella-zoster virus infection. Journal of Virology. 87:5106-17, 2013.

221.  Wang L, Rajamani J, Sommer M, Zerboni L, Arvin AM. Identification of a hydrophobic domain in varicella-zoster virus ORF61 necessary for ORF61 self-interaction, viral replication, and skin pathogenesis. Journal of Virology, 87:4075-9. 2013

222.  Zerboni L, Che X, Reichelt M, Qiao Y, Gu H, Arvin A. Herpes simplex virus 1 tropism for human sensory ganglion neurons in the severe combined immunodeficiency mouse model of neuropathogenesis. Journal of Virology 87:2791-802, 2013

223. Khalil MI, Sommer M, Arvin A, Hay J, Ruyechan WT. Regulation of the varicella-zoster virus ORF3 promoter by cellular and viral factors. Virology. 440(2):171-812013, 2013.

224. Oliver SL, Brady JJ, Sommer MH, Reichelt M, Sung P, Blau HM, Arvin AM. An immunoreceptor tyrosine-based inhibition motif in varicella-zoster virus glycoprotein B regulates cell fusion and skin pathogenesis. Proceedings of the National Academy of Sciences. 110:1911-6, 2013.

Appx1336

225. Gans HA, Yasukawa LL, Sung P, Sullivan B, DeHovitz R, Audet S, Beeler J, Arvin AM. Measles humoral and cell-mediated immunity in children aged 5-10 years after primary measles immunization administered at 6 or 9 months of age. Journal of Infectious Disease. 207(4):574-82, 2013.

226. Khalil MI, Sommer M, Arvin A, Hay J, Ruyechan WT. Cellular transcription factor YY1 mediates the varicella-zoster virus (VZV) IE62 transcriptional activation. Virology. 20;449:244-53, 2014.

227. Yang E, Arvin AM*, Oliver SL*. The cytoplasmic domain of varicella-zoster virus glycoprotein H regulates syncytia formation and skin pathogenesis. PLoS Pathogens. 10(5):e1004173, 2014. (*senior co-authors).

228. Sen N, Mukherjee G, Sen A, Bendall SC, Sung P, Nolan GP, Arvin AM. Single-cell mass cytometry analysis of human tonsil T cell remodeling by varicella zoster virus. Cell Reports. 24;8(2):633-45, 2014.

229. Arvin AM, Wolinsky JS, Kappos L, Morris MI, Reder AT, Tornatore C, Gershon A, Gershon M, Levin MJ, Bezuidenhoudt M, Putzki N. Varicella-zoster virus infections in patients treated with fingolimod: risk assessment and consensus recommendations for management. JAMA Neurology 72(1):31-9, 2015.

230. Buckingham EM, Carpenter JE, Jackson W, Zerboni L, Arvin AM, Grose C. Autophagic flux without a block differentiates varicella-zoster virus infection from herpes simplex virus infection. Proceedings of the National Academy of Sciences. 112(1):256-61, 2015.

231. Khalil MI, Sommer MH, Hay J, Ruyechan WT, Arvin AM. Varicella-zoster virus (VZV) origin of DNA replication oriS influences origin-dependent DNA replication and flanking gene transcription. Virology. 481:179-86 2015.

232. Xing Y, Oliver SL, Nguyen T, Ciferri C, Nandi A, Hickman J, Giovani C, Yang E, Palladino G, Grose C, Uematsu Y, Lilja AE, Arvin AM, Carfí A. A site of varicella-zoster virus vulnerability identified by structural studies of neutralizing antibodies bound to the glycoprotein complex gHgL. Proc Natl Acad Sci U S A. 112(19):6056-61, 2015.

233. Zerboni L, Arvin A. Neuronal subtype and satellite cell tropism are determinants of Varicella-zoster virus virulence in human dorsal root ganglia xenografts in vivo. PLoS Pathog. 11(6):e1004989, 2015.

234. Khalil MI, Ruyechan WT, Hay J, Arvin A. Differential effects of Sp cellular transcription factors on viral promoter activation by varicella-zoster virus (VZV) IE62 protein. Virology. 485:47-57, 2015.

235. Sen N, Mukherjee G, Arvin AM. Single cell mass cytometry reveals remodeling of human T cell phenotypes by varicella zoster virus. Methods. 90:85-94, 2015.

31

236.  Chen SF, Holmes TH, Slifer T, Ramachandran V, Mackey S, Hebson C, Arvin AM, Lewis DB, Dekker CL.  Longitudinal Kinetics of Cytomegalovirus-Specific T-Cell Immunity and Viral Replication in Infants With Congenital Cytomegalovirus Infection.  Journal of the Pediatric Infectious Disease Society. 5(1):14-20, 2016.

237.  Khalil MI, Che X, Sung P, Sommer MH, Hay J, Arvin AM. Mutational analysis of varicella-zoster virus (VZV) immediate early protein (IE62) subdomains and their importance in viral replication.  Virology. 492:82-91, 2016.

238.  Yang E, Arvin AM*, Oliver SL*.  A role for the αV integrin subunit in Varicella Zoster Virus-mediated fusion and infection. Journal of Virology,  2016 Jun 8. pii: JVI.00792-16. [Epub ahead of print]. (*senior co-authors). [Selected for Editor's Spotlight].

239. François S, Sen N, Mitton B, Xiao X, Sakamoto KM, Arvin A.  Varicella-zoster virus activates CREB, and inhibition of the pCREB-p300/CBP interaction inhibits viral replication in vitro and skin pathogenesis in vivo. Journal of Virology. 90(19):8686-97, 2016.

240.  Yang E, Arvin AM*, Oliver SL*. The glycoprotein B cytoplasmic domain lysine cluster is critical for Varicella-zoster Virus cell-cell fusion regulation and infection.  Journal of Virology. 91(1). pii: e01707-16, 2016. (*senior co-authors)

241. Oliver SL, Yang E, Arvin AM.  Dysregulated Glycoprotein B-Mediated cell-cell fusion disrupts Varicella-zoster virus and host gene transcription during infection. Journal of Virology . 91(1). pii: e01613-16, 2016.

242. Oliver SL, Yang E, Arvin AM.  Varicella-zoster virus glycoproteins: entry, replication, and pathogenesis.  Current Clinical Microbiology Reports. 3(4):204-215, 2016.

243.  Cavrois M, Banerjee T, Mukherjee G, Raman N, Hussien R, Rodriguez BA, Vasquez J, Spitzer MH, Lazarus NH, Jones JJ, Ochsenbauer C, McCune JM, Butcher EC, Arvin AM, Sen N, Greene WC, Roan NR.  Mass Cytometric Analysis of HIV Entry, Replication, and Remodeling in Tissue CD4+ T Cells. Cell Report. 20(4):984-998, 2017.

**Books:**

Associate Editor, <u>Nelson's Textbook of Pediatrics</u>, 15th Edition.  R. Behrman, Editor. Saunders, Inc. Philadelphia, 1995.

Guest Editor, Herpes Virus Infections, <u>Bailliere's Clinical Infectious Diseases</u>, London, 1996.

Arvin, A.M. and Gershon, A.A. Editors, <u>Varicella-Zoster Virus: Virology and Clinical Management</u>, Cambridge University Press, 2000.

32

Gershon A.A., Calisher C., Arvin A.M., Editors, <u>Immunity to and Prevention of Herpes Zoster</u>, Springer Life Sciences Press, 2001.

Guest Editor, Antiviral Therapy in Children, <u>Seminars in Pediatric Infectious Diseases</u>, 2002.

Arvin, A.M., Campadelli-Fiume, G., Mocarski, E., Moore, P., Roizman, B., Whitley, R., Yamanishi, K., <u>The Human Herpesviruses: Biology, Therapy and Immunoprophylaxis</u>.  Cambridge Press, 2007.

Abendroth, A., Arvin, A.M. Moffat, J.  Editors.  Varicella-zoster Virus.  <u>Current Topics in Microbiology and Immunology</u>, Springer Press, 2010.


**Book Chapters, Invited Monographs and Review Articles**:

1. Arvin, A.M., Pollard, R.B., Rand, K.H., Rasmussen, L.E., Merigan, T.C.  Lymphocyte transformation and interferon production as measures of immunity in lymphoma patients.  Eds.  G.B. de The, W. Henle and F. Rapp, International Agency for Research on Cancer, Lyon) Part II, pp. 745-751, 1978.

2. Arvin, A.M., Martin, D.P., Gard, E., Merigan, T.C., Feldman, S., Kushner, J.H. a-Interferon in simian and human varicella.  In <u>Chemistry and Biology of Interferons:  Relationship to Therapeutics</u>.  Merigan, T.C., Friedman, R.M., Fox, C.F., ed. Volume XXV, Academic Press, p. 393-397, 1982.

3. Arvin, A.M.  Chickenpox (Varicella). J.F.Conn, Editor, <u>Current Therapy</u>, Saunders, Inc., p. 6-10, 1983.

4. Arvin, A.M. Cytomegalovirus. E.H., Lennette, Editor, Laboratory <u>Diagnosis of Viral Infections</u>, Marcel Dekker, Inc., p. 225-249, 1984.

5. Arvin, A.M.  Herpes simplex infections during pregnancy and in infants, Conant, M. Editor, <u>Seminars in Dermatology</u>, 3:29-37, 1984.

6. Arvin, A.M.  Pathogenesis and immunity in varicella-zoster virus infection.  Herpesviruses, <u>UCLA Symposia on Molecular and Cellular Biology</u>, New Series, Volume 21, p. 175-186, 1984.

7. Foung, S.K.H., Engleman, E.G., Perkins, S., Koropchak, C.M., Grumet, F.C., Arvin, A.  Human Monoclonal Antibodies to Varicella-zoster Virus. E.G. Engleman, S.K.H. Foung, J. Larrick, and A. Raubitschek, Editors:  <u>Human Hybridomas and Monoclonal Antibodies</u>, Plenum Press, p. 39-61, 1985.

8. Arvin, A.M.  Use of Interferons for the Treatment of Herpes Virus Infections.  J. Mills and L. Corey, Editors:  New Directions in Antiviral Chemotherapy.  Elsevier Science Publishing Co., Inc., p. 22-27, 1986.

9. Arvin, A.M.  Interferons.  G.Koren, C.G. Prober, R. Gold, Editors:  Antimicrobial Drugs in Infants and Children.  Marcel Dekker, Inc., New York, p. 595-606, 1987.

10. Arvin, A.M.  Clinical manifestations of varicella and herpes zoster and the immune response to varicella-zoster virus. R. Hyman, Editor:  The Natural History of Varicella-zoster Virus.  CRC Press, New York, p. 67-130, 1987.

11. Arvin, A.M.  Herpes simplex virus infections.  A. Rudolph, Editor:  Pediatrics, 18th Edition. Appleton Century Crofts, New York, p. 561-565, 1987.

12. Arvin, A.M.  Antiviral therapy.  A. Rudolph, Editor:  Pediatrics, 18th Edition.  Appleton Century Crofts, New York, p. 470-473, 1987.

13. Arvin, A.M.  Infectious disease issues in the care of the ICN graduate. R.A. Ballard, Editor: Care of the ICN Graduate.  W.B.Saunders, Philadelphia, p. 216-225, 1987.

14. Arvin, A.M. Chickenpox (Varicella).  J.F. Conn, Editor:  Current Therapy, W. B. Saunders, Philadelphia. p. 46-49, 1988.

15. Arvin, A.M. Ruskin, J., and Yeager, A.S.  Protozoan and helminth infections. J. Remington and J. Klein, Editors:  Infectious Diseases of the Fetus and Newborn.  W.B. Saunders, Philadelphia. p. 528-573, 1988.

16. Arvin, A.M. and Yeager, A.S.  Other viral infections of the fetus and newborn infant. J. Remington and J. Klein, Editors:  Infectious Diseases of the Fetus and Newborn.  W.B. Saunders, Philadelphia. p. 516-527, 1989.

17. Arvin, A.M. and Alford, C.A. Chronic intrauterine and perinatal viral infections.  G. Galasso, T.C. Merigan, R. Whitley, Editors:  Antiviral Agents and Viral Diseases of Man.  Raven Press, New York. p. 497-580, 1989.

18. Arvin, A.M.  The analysis of immunity to specific proteins of herpes simplex and varicella-zoster virus and its clinical applications.  International Symposium on Medical Virology,  Plenum Press, New York, p. 41-71, 1989.

19. Arvin, A.M.  The clinical use of acyclovir.  Current Opinion in Infectious Diseases.  Current Science Ltd., London, Volume 2, p. 386-392, 1989.

34

20. Prober, C.G. and Arvin, A.M.  Genital herpes and the pregnant woman.  J. Remington and M. Swartz, Editors:  <u>Current Clinical Topics in Infectious Diseases</u>.  Blackwell Scientific Publications, 10:1-26, 1989.

21. Arvin, A.M.  Acyclovir in pediatrics. D. Baker, Editor:  <u>Acyclovir Therapy for Herpes Virus Infections</u>.  Marcel Dekker, New York and Basel. p. 205-212, 1990.

22. Arvin, A.M.  Antiviral treatment of varicella.  J. Mills and L. Corey, Editors:  <u>New Directions in Antiviral Chemotherapy</u>.  Elsevier Publications, 1990.

23. Arvin, A.M., Koropchak, C.M., Sharp, M., Bergen, R. Diaz, P.  The T-lymphocyte response to varicella-zoster viral proteins.  C. Lopez, R. Mori, B. Roizman and R. J. Whitley, Editors. Immunobiology and Prophylaxis of Human Herpesvirus Infections.  <u>Advances in Experimental Medicine and Biology</u>.  Plenum Press, New York, 1990. Volume 278. p. 71-81.

24. Bryson, Y. and Arvin, A.M.  Herpes group virus infections in HIV-1-infected infants, children and adolescents.  Pizzo, P.A. and Wilfert, C.M. Editors:  <u>Pediatric AIDS</u>, Williams & Wilkins, Inc. Baltimore, 1990.  p. 245-264.

25. Arvin, A. M. and Prober, C. G.  Herpes simplex viruses.  Balows, A., Editor:  <u>Manual of Clinical Microbiology</u>.  American Society for Microbiology, Washington D.C., 1991, p.822-829.

26. Arvin, A.M.  Herpes simplex virus infections.  A. Rudolph, Editor:  <u>Pediatrics</u>, 19th Edition. Appleton & Lange, Norwalk, CN.  p. 639-642, 1991.

27. Arvin, A.M.  Antiviral therapy.  A. Rudolph, Editor:  <u>Pediatrics</u>, 19th Edition.  Appleton & Lange, Norwalk, CN.  p. 540-542, 1991.

28. Arvin, A.M.  Varicella-zoster viral infections in healthy and immunocompromised children. <u>Seminars in Pediatric Infectious Diseases</u>, Volume 2. W.B. Saunders, Co.  p. 1-11, 1991.

29. Arvin, A.M. and Prober, C.G.  Herpes simplex virus infections:  The genital tract and the newborn.  <u>Pediatrics in Review</u>. Special Edition, 1991.

30. Arvin, A.M.  Herpes simplex as a target for anti-infective applications of interferon-gamma: Preclinical in vitro and in vivo observations.  H.S. Jaffe, L.R. Bucalo, S.A. Sherwin.  <u>Anti-Infective Applications of Interferon-Gamma</u>.  Marcel Dekker, Inc., p. 189-200. 1992.

31. Arvin, A.M.  Cell-mediated immunity to varicella-zoster virus.  <u>Journal of Infectious Diseases</u>. 166:S1:35-41. 1992.

35

32. Prober, C.G., Corey, L., Brown, Z.A., Hensleigh, P.A., Frenkel, L.M., Bryson, Y.J., Whitley, R.J. and Arvin, A.M. The management of pregnancies complicated by genital infections with herpes. IDSA position paper. Clinical Infectious Diseases. 15:1031-8, 1992.

33. Carmack, M.A. and Arvin, A.M. Urinary tract infections-navigating complex currents. Editorial. The Western Journal of Medicine. 157:587-88, 1992.

34. Arvin, A.M. Management of varicella-zoster virus infections complicating pregnancy. J. Mills and L. Corey, Editors: Antiviral Chemotherapy. New Directions for Clinical Application and Research. Prentice Hall Co., Inc., p. 117-124, 1993.

35. Lopez, C., Arvin, A.M., Ashley R. Immunity to herpesvirus infections in humans. B. Roizman, R.J. Whitley, C. Lopez, The Human Herpesviruses. Raven Press, p. 397-425, 1993.

36. Nader, S. and Arvin, A.M. Varicella Zoster Virus Infections. S. Forman, K. Blume, E. D. Thomas, Bone Marrow Transplantation. Blackwell Press, p. 412-428, 1993.

37. Arvin, A.M. Herpesvirus infection after marrow transplantation. Marrow Transplantation Reviews. 3:29-32, 1993.

38. Arvin, A.M. and Prober, C.G. Analysis of the epidemiology and pathogenesis of herpes simplex virus infections in pregnant women and infants using the HSV-2 glycoprotein G antibody assay. Infectious Agents and Disease, 2:375-382, 1994.

39. Arvin, A.M. The management of infants born to women with genital herpes. The Report on Pediatric Infectious Diseases, Churchill Livingstone Inc. March, 1994.

40. Arvin, A.M. The T-lymphocyte response to varicella-zoster virus and its relevance to vaccine development. Reviews in Medical Virology, 4:161-75, 1994.

41. Tompkins, L.S., Tenover, F., Arvin, A. New technology in the clinical microbiology laboratory: what you always wanted to know but were afraid to ask. Journal of Infectious Diseases, 170:1068-74, 1994.

42. Arvin, A.M. and Whitley, R.J. Herpes simplex virus infection J. Remington and J. Klein, Editors: Infectious Diseases of the Fetus and Newborn. Fourth Edition. W.B. Saunders, Philadelphia. p. 354-372, 1995.

43. Arvin, A.M. and Maldonado, Y.M. Other viral infections of the fetus and newborn infant. J. Remington and J. Klein, Editors: Infectious Diseases of the Fetus and Newborn. Fourth Edition. W.B. Saunders, Philadelphia, p. 745-756, 1995.

Appx1342

44. Arvin, A.M. and Prober, C.G.  Herpes simplex viruses.  Brown, P.R., Editor:  <u>Manual of Clinical Microbiology</u>.  American Society for Microbiology, Washington D.C., p. 876-883, 1995.

45. Arvin, A.M.  Varicella-zoster infection in pregnancy and the newborn. Sacks, S.L., Straus, S.E., Whitley, R.J., Griffiths, P.D., Editors:  <u>Clinical Management of Herpes Viruses</u>.  IOS Press, Washington, D.C., p. 237-44, 1995.

46. Arvin, A.M.  Varicella-zoster virus. Fields, B. Knipe, D., Howley, P., Editors.  <u>Virology</u>. Lippincott-Raven Press, p. 2547-86. 1995.

47. Arvin, A.M.  Herpesvirus infection after marrow transplantation.  In <u>Marrow Transplantation Reviews</u>.  K. M. Sullivan and S.D. Koppa, Editors, Kluge Garden Jennings, Inc. Charlottesville. p. 182-86. 1995.

48. Arvin, A.M. Aspects of the host response to varicella-zoster virus:  a review of recent observations. <u>Neurology</u>, 45: Suppl 8:S36-7, 1995.

49. Redman, R. and Arvin, A.M.   Chickenpox (varicella). Conn's <u>Current Therapy</u>. R. Rakel, Editor. W.B. Saunders Press, Philadelphia, p.79-82. 1996.

50. Arvin, A.M. and Carmack, M.A.  Intrauterine and intrapartum infections.  <u>Intensive Care of the Fetus and Neonate</u>. A. R. Spitzer, Editor. Mosby Press, St. Louis, p. 899-926, 1996.

51. Arvin, A.M. Varicella-zoster virus:  Overview and Clinical Manifestations.  <u>Seminars in Dermatology</u>. 15: Suppl 1, p. 4-7, 1996.

52. Arvin, A.M. Varicella-zoster virus. <u>Clinical Microbiology Reviews</u>, J. A. Morello, Editor, 9:361-81, 1996.

53. Arvin, A. M.  Immune Response to Varicella-zoster Virus. R. Ellis, C. Jo White, and R.C. Moellering, Jr. Editors. The Varicella Vaccine, <u>Infectious Disease Clinics of North America</u>, W.B.Saunders, Inc. Volume 10, p.529-570, 1996.

54. Arvin, A.M.  The epidemiology of Perinatal Herpes Simplex Infections. L. Stanberry, Editor. <u>Genital and Neonatal Herpes</u>. John Wiley & Sons, Inc. p, 179-192, 1996.

55. Arvin, A.M., Moffat, J.F., Redman, R. Varicella-zoster virus:  Aspects of pathogenesis and host response to natural infection and varicella vaccine.  F.A. Murphy, A.J. Shatkin, K. Maramorosh, Editors. <u>Advances in Virus Research</u>. 46: 265-309, 1996.

Appx1343

56. Arvin, A.M. and Gershon, A.A. Live attenuated varicella vaccine. L.N. Ornston, A. Balows and E. P. Greenberg, Editors. <u>Annual Review of Microbiology</u>. Annual Reviews, Inc., Volume 50, p.59-100, 1996.

57. Seidman, D.S., Stevenson, D.K., Arvin, A.M. Varicella vaccine in pregnancy, Editorial. <u>British Medical Journal</u>. 313:701-2, 1996.

58. Arvin, AM. Varicella-zoster Virus, in <u>Principles and Practices of Pediatric Infectious Diseases</u>, Long, S, Prober, C, Pickering, L, Editors. Lippincott-Raven, Philadelphia/New York, 1997.

59. Arvin, A.M. J. The Varicella Vaccine. J. Remington and M. Swartz, Editors: <u>Current Clinical Topics in Infectious Diseases</u>. Blackwell Scientific Publications. 17:110-46, 1997.

60. Arvin, A.M. Fetal and neonatal infections. N. Nathanson and F. Murphy, Editors. <u>Viral Pathogenesis</u>, Lippincott-Raven Press, New York, p. 801-814, 1996.

61. Arvin, A.M, Maldonado, Y., Alford, C.A. Chronic Intrauterine and Perinatal Infections. G. Galasso, R. Whitley, T. Merigan, Editors. <u>Antiviral Agents and Viral Diseases of Man</u>, 4th Edition. Lippincott-Raven, Inc, p. 533-606, 1997.

62. Prober, C.G. and Arvin, A.M. Neurologic Sequelae of Congenital Viral Infection. D.K. Stevenson and P. Sunshine, Editors. <u>Fetal and Neonatal Brain Injury</u>. Oxford University Press, 1997, p. 216-231, 1997.

63. Whitley, R.J. and Arvin, A.M. Herpes simplex infections of the central nervous system. Peterson, P.K. and Remington, J.S., Editors, <u>In Defense of the Brain</u>. Blackwell Science, Inc, p. 258-272, 1997.

64. Arvin, A.M., Guest Editor. Immunization Update. <u>Pediatric Annals</u>, 26:6, 1997.

65. Arvin, A.M., Live attenuated varicella vaccine. <u>Pediatric Annals</u>, 26:384-8, 1997.

66. Arvin, A.M. The varicella vaccine. <u>Current Clinical Topics in Infectious Diseases</u>, 17:110-46, 1997.

67. Arvin, A.M. and Prober, C.G. Herpes simplex viruses. Murphy, P., Editor: <u>Manual of Clinical Microbiology</u>, 7th Edition. American Society for Microbiology, Washington D.C., 1998.

68. Arvin, A.M. and Wood, M.J. Varicella-zoster virus. Yu, V.L., Merigan, T.C., Barriere, S.L. Editors. <u>Antimicrobial Therapy and Vaccines</u>, Williams & Wilkins Press, Baltimore, p. 1334-43, 1998.

Appx1344

69. Arvin, A.M.  Cell-mediated immunity against varicella-zoster virus.  Medveczky P.G., Friedman, H., Bendinelli, M. Editors.  Herpesviruses and Immunity.  Infectious Agents and Pathogenesis.  Plenum Press, New York and London, p. 265-290, 1998.

70. Moffat, J.F. and Arvin, A.M.  Varicella-zoster virus infection of T-cells and skin in the SCID-hu mouse model.  Zak, O. and Sande, M.  Handbook of Animal Models of Infection, Academic Press, Ltd., London, 1998.

71. Sadzot-Delvaux, C., Arvin, A.M., Rentier, B.  Varicella-zoster virus IE63, a virion component expressed during latency and acute infection, elicits humoral and cellular immunity.  Journal of Infectious Diseases 178: s43-47, 1998.

72. Mallory, S., Sommer, M., Arvin, A.M.  Analysis of the Glycoproteins I and E of Varicella-Zoster Virus (VZV) using Deletional Mutations of VZV Cosmids.  Journal of Infectious Diseases. 178: Suppl 1:S22-6, 1998.

73. Mallory, S., Sommer, M., Arvin, A.M.  Analysis of the Glycoproteins I and E of Varicella-Zoster Virus (VZV) using Deletional Mutations of VZV Cosmids.  Journal of Infectious Diseases. The University of Chicago Press, 178:s22-7, 1998.

74. Jenkins, D.E., Yasukawa, L.L., Benike, C.J., Engleman, E.G., Arvin, A.M. Isolation and utilization of human dendritic cells from peripheral blood to assay an in vitro primary immune response to varicella-zoster virus peptides.  Journal of Infectious Diseases.  The University of Chicago Press, 178:s39-42, 1998.

75. Sadzot-Delvaux, C., Arvin, A.M., Rentier, B.  Varicella-zoster virus IE63, a virion component expressed during latency and acute infection, elicits humoral and cellular immunity.  Journal of Infectious Diseases.  The University of Chicago Press, 178:s43-47, 1998.

76. Arvin, A.M.  Genital herpesvirus infections:  Rationale for a vaccine strategy.  P.J. Hitchcok, H. T. MacKay, J.N. Wasserheit, and R. Binder, Editors.  Sexually transmitted Diseases and Adverse Outcomes of Pregnancy.  American Society for Microbiology, Washington, D.C. p.259-267, 1999.

77. Abendroth, A., Arvin, A.M.  Varicella-zoster virus immune evasion.  Immunological Reviews 168:143-156, 1999.

78. Carpenter, C., Arvin, A.M. et al.  Assessment of future scientific needs for Variola virus, Institute of Medicine Report, National Academy Press, 1999.

79.  Arvin, A.M.  Varicella and Herpes Zoster.  Gerald L. Mandell, Catherine M. Wilfert, Editors. Atlas of Infectious Diseases.  Pediatric Infectious Diseases, Volume XI Current Medicine, Philadelphia, PA, p. 5.2-5.16, 1999.

80.  Arvin, A.M.  Herpes Simplex Viruses.  Patrick R. Murray, Ellen Jo Baron, Michael A. Pfaller, Fred C. Tenover, Robert H. Yolken, Editors.  Manual of Clinical Microbiology, 7th Edition. American Society for Microbiology, Washington, D.C., p. 878-87, 1999.

81.  Arvin, A.M.  Infection in the pathogenesis of bronchopulmonary dysplasia.  Claude Lenfant, Richard D. Bland, Jacqueline J. Coalson, Editors.  Chronic Lung Disease in Early Infancy, Volume 137.  Marcel Dekker, Inc., New York, NY, p. 163-172, 1999.

82.  Arvin, A.M.  Varicella-zoster Virus.  Persistent Viral Infections of Humans.  Rafi Ahmed, Irvin S. Y. Chen, Editors.  Persistent Viral Infections.  John Wiley & Sons Ltd., West Sussex, England p. 183-208, 1999.

83.  Arvin, A.M.  Varicella Zoster Virus Infections.  In Hematopoietic Cell Transplantation E.D. Thomas, K. G. Blume, S. J. Forman, (eds).  Blackwell Science, Malden MA, p. 591-606, 1999.

84.  Arvin, A.M.  Management of varicella-zoster virus infections in children.  Advances in Experimental Medicine and Biology.  John Mills, Paul A. Volberding, Lawrence Corey, Editors. Antiviral Chemotherapy 5:  New Directions for Clinical Application and Research.  Kluwer Academic/Plenum Publishers, New York, NY, p. 167-174, 1999.

85.  Arvin, A.M., Mallory, S., Moffat, J.F.  Development of recombinant varicella-zoster virus vaccines.  Contributions in Microbiology, 3:193-200, 1999.

86.  Arvin, A.M.  Chickenpox.  Contributions in Microbiology, 3:96-110, 1999.

87.  Arvin, A.M.  News and Views: Measles DNA Vaccines, Nature Medicine, 6:744-5, 2000.

88.  Arvin, A.M.  Varicella-Zoster Virus:  Pathogenesis, Immunity, and Clinical Management in Hematopoietic Cell Transplant Recipients, American Society for Blood and Marrow Transplantation, Carden Jennings Publishing, 6:219-230, 2000.

89.  Arvin, A.M. Vaccines, Viral, Encyclopedia of Microbiology, Volume 4, 2E,  Academic Press, 779-787, 2000.

90.  Abendroth, A., Arvin, A. Immune evasion mechanisms of varicella-zoster virus, Archives of Virology, Springer-Vertag , 2000 p. 1-09.

40

91. Arvin, A.M., Whitley, R.J. Herpes simplex virus infections, Infectious Diseases of the Fetus and Newborn Infant, Fifth Edition, Remington and Klein, p. 425-46, 2000.

92. Abendroth, A., Arvin, A.M. Immune evasion as a pathogenic mechanism of varicella-zoster virus, Seminars in Immunology, 13:27-39, 2001.

93. Arvin, A.M. Varicella MD Vista Journal of Medicine (www.mdvista.com) 2000.

94. Arvin, A.M. Varicella vaccine: genesis, attenuation and efficacy. Virology, 284:153-8, 2001.

95. Abendroth, A. Arvin, A. M., Immune Evasion Mechanisms of Varicella-zoster Virus. Archives of Virology. 17S: 99-108, 2001.

96. Arvin, A.M. Varicella-zoster virus: molecular virology and virus-host interactions. Curr Opinion Microbiol. 4:442-9, 2001.

97. Arvin, A.M. Varicella-zoster virus, In Fields' Virology, Knipe DM, Howley P., Editors. 4th Ed. Lippincott-Williams & Wilkins, Philadelphia, p. 2731-2768, 2001.

98. Arvin, A.M. The Varicella-zoster Virus, In Herpes Zoster and Postherpetic Neuralgia, Watson, CPN and Gershon, AA, Editors , p. 25-38, 2001.

99. Arvin, A.M. Varicella-zoster Virus. Wiley Encyclopedia of Molecular Medicine, p. 3332-3336, 2002.

100. DeJong, M.D., Arvin, A.M. Varicella-zoster Virus, Practical Guidelines in Antiviral Therapy, Elsevier Science (Netherlands), p. 173-191, 2002.

101. Arvin, A.M. Varicella vaccine. Anti-Infectious Review. Current opinion in investigational drugs, 2002.

102. Arvin, A.M. Varicella-zoster Virus, Principles and Practice of Pediatric Infectious Diseases, Long, S.S., Pickering, L.K., Prober, C.G., Editors, 2nd Ed., Elsevier Science, p1041-1049, 2002.

103. Arvin, A.M. Should all pregnant women be offered type-specific serologic screening for HSV infection? Herpes 9:48-50, 2002.

104. Gans, H., DeHovitz, R., Forghani, B., Maldonado, Y., Arvin. A.M. Measles and mumps vaccination as a model to investigate the developing immune system: passive and active immunity during the first year of life, Vaccine 21:3398-405, 2003.

41

105.    Gutierrez, K., Arvin, A.M.  Long term antiviral suppression after treatment for neonatal herpes infection.  Pediatric Infectious Diseases 22:371-2, 2003.

106.    Mo, C., Lee, J., Sommer, M. H., Arvin, A. M. Varicella-zoster virus infection facilitates VZV glycoprotein E trafficking to the membrane surface of melanoma cells.  Journal of Medical Virology, 70: pp S56 - S58, 2003.

107.    Santoli, J.M., Peter, G., Arvin, A.M., Davis, J.P, Decker. M.D., Fast, P., et al.; National Vaccine Advisory Committee. Strengthening the supply of routinely recommended vaccines in the United States: recommendations from the National Vaccine Advisory Committee. JAMA, 290:3122-8, 2003.

108.    Arvin, A.M., Fast, P., Myers, M., Plotkin, S., Rabinovich, R. Vaccine Development to Prevent Cytomegalovirus Disease: Report from the National Vaccine Advisory Committee. Vaccines 39:233-9, 2004.

109.    Arvin, A.M. Vaccines, Viral. Desk Encyclopedia of Microbiology. Editors, M. Schaechter M., Lederberg.  J. Elsevier Ltd, p. 1063-71, 2004.

110.    Ku, C-C., Besser, J., Abendroth, A., Grose, C., Arvin, A.M.  Varicella-zoster virus pathogenesis and immunobiology: New concepts emerging from investigations in the SCIDhu mouse model. Journal of Virology, 79:5, 2651-2658, 2005.

111.    Hambleton, S. and Arvin, A.  Hot Topics in Infection and Immunity in Children II: Chickenpox Party or Varicella Vaccine? (A. Pollard and A. Finn, eds.).  Advances in Experimental Medicine and Biology, 568: 11-21, 2005.

112.    Helms, C.M., Guerra, F.A., Klein, J.O., Schaffner, W., Arvin, A.M., Peter, G. Strengthening the Nation's Influenza Vaccination System: A National Vaccine Advisory Committee Assessment. American Journal of Preventive Medicine, 29: 221-226, 2005.

113.    Best, J.M., Castillo-Solorzano C., Spika, J.S., Icenogle, J., Glasser, J.W., Gay, J.J., Andrus, J., Arvin, A. M.  Reducing the Global Burdens of Congenital Rubella Syndrome: Report of the World Health Organization Steering Committee on Research Related to Measles and Rubella Vaccines and Vaccination. Journal of Infectious Diseases, 192:1890-7, 2005

114.    Arvin, A., Gershon, A., Control of varicella: why is a two-dose schedule necessary? Pediatric Infectious Diseases Journal 25:475-6, 2006.

115.    Arvin, A.M., Greenberg, H.B.  New Viral Vaccines. Virology, 344:240-249, 2006

116.    Kaufman et al; Arvin, A.M., Lewis, D.B.  Vaccination in the context of immunological immaturity. The Grand Challenge for the Future, 119-169, 2005.

Appx1348

117.    Arvin A.M. Investigations of the pathogenesis of varicella zoster virus infection in the SCIDhu mouse model. <u>Herpes</u>. 13:75-80, 2006.

118.    Arvin A, Gershon A. Control of varicella: why is a two-dose schedule necessary? <u>Pediatric Infectious Disease Journal</u>. 25:475-6, 2006.

119.    Gershon AA, Arvin AM, Shapiro E. Varicella Vaccine. <u>New England Journal of Medicine</u>. 356:2648-9, 2007.

120.    Cohen JI, Strauss SE, Arvin AM.  Varicella-Zoster Virus, in <u>Fields Virology</u>, Vol. 2, Editors. 5th Ed. P.M.H. David M. Knipe, Lippincott Williams and Wilkins Press, Philadelphia; 2007.

121.    Arvin A, Abendroth A. VZV: immunobiology and host response, in <u>Human Herpesviruses: Biology, Therapy, and Immunoprophylaxis</u>. Arvin A, Campadelli-Fiume G, Mocarski E, Moore PS, Roizman B, Whitley R, Yamanishi K, Editors, 1st Ed. Cambridge University Press, 2007.

122.    Moffat J, Ku CC, Zerboni L, Sommer M, Arvin A. VZV: pathogenesis and the disease consequences of primary infection in <u>Human Herpesviruses: Biology, Therapy, and Immunoprophylaxis</u>. Arvin A, Campadelli-Fiume G, Mocarski E, Moore PS, Roizman B, Whitley R, Yamanishi K, Editors, 1st Ed. Cambridge University Press, 2007.

123.    Zerboni L, Arvin Am. The pathogenesis of varicella zoster virus neurotropism and infection. <u>Neurotropic Viral Infections.</u> Carol Reiss, editor. Cambridge Press, New York, New York. 225-250, 2008.

124.    Gershon AA, Arvin AM, Levin MJ, Seward JF, Schmid DS. Varicella vaccine in the United Sates: a decade of prevention and the way forward. <u>Journal of Infectious Diseases</u>. 1; 197 Suppl 2:S39-40, 2008.

125.    Smith CK, Arvin AM. Varicella in the fetus and newborn. <u>Seminars in Fetal and Neonatal Medicine</u>. 14:209-17, 2009.

126.    Dekker CL, Arvin AM. One step closer to a CMV vaccine. <u>New England Journal of Medicine</u>. 360:1250-2, 2009.

127.    Arvin AM, Chen SF. Vaccines, Viral. Schaechter, M editor. <u>The Encyclopedia of Microbiology</u>.  Oxford: Elsevier Pp. 1154-1162, 2009.

128.    Arvin AM, Oliver S, Reichelt M, Moffat J, Sommer M, Zerboni L, Berarducci B. Analysis of the functions of glycoproteins E and I and their promoters during VZV replication in vitro and

43

in skin and T-cell xenografts in the SCID mouse model of VZV pathogenesis. Current Topics in Microbiololgy and Immunology. 342:129-46, 2010.

129.    Zerboni L, Reichelt M, Arvin A. Varicella-Zoster Virus Neurotropism in SCID Mouse-Human Dorsal Root Ganglia Xenografts. Current Topics in Microbiology and Immunology. 342:255-76, 2010.

130.    Arvin AM, Moffat J, Sommer M, Oliver S, Che X, Vleck S, Zerboni L, Ku CC. Varicella-Zoster Virus T Cell Tropism and the Pathogenesis of Skin Infection. Current Topics in Microbiology and Immunology. 342:189-209, 2010.

131.    Gutierrez MK, Whitley RJ, Arvin AM. Herpes Simplex Virus Infections, in Infectious Diseases of the Fetus and Newborn Infant. Remington J, Klein J, Wilson C, Nizet V, Maldonado, YA, Editors, 7th Ed. Elsevier Science, 2010.

132.    Zerboni L, Arvin A. Investigation of varicella-zoster virus neurotropism and neurovirulence using SCID mouse-human DRG xenografts. Journal for Neurovirology. 17:570-7, 2011.

133.    Arvin AM, Gilden D. Varicella-Zoster Virus, in Fields Virology, Vol. 2, Edn. 7th Ed. P.M. Howley and. David M. Knipe, Lippincott Williams and Wilkins Press, Philadelphia; p. 2015-2057. 2013.

134.    Zerboni L, Sen N, Oliver SL, Arvin AM. Molecular mechanisms of varicella zoster virus pathogenesis. Nat Rev Microbiol. 12(3):197-210, 2014.

135.    Sen N, Arvin AM. Dissecting the molecular mechanisms of the tropism of varicella-zoster virus for human T cells. Journal of Virology. 90(7):3284-7, 2016.

**Current and recent major NIH grants.**

Current

R01 AI20459                              08/01/94-01/31/21
Varicella Zoster-virus: T Cell/Skin Tropism and Immunity
Role: PI

R37 AI10254601                          06/01/12 - 05/31/18
Varicella zoster virus: molecular controls of cell fusion-dependent pathogenesis.
Role: PI

U19 AI90019                             07/18/11 - 06/30/15
Vaccination and Infection: Indicators of immunological health and responses
Role: Co-Investigator.          (Davis M, PI)

44

**Appx1350**

University of Iowa                          03/01/11-02/28/21
NIH/NIAID
Autophagy and ER Stress during Varicella Virus Infection
Role:  Co-Investigator        (Grose C, PI)


Recently completed

R56 AI116857                          09/01/15-08/31/2016
The Role of the LAT Locus in HSV-1 Infection of Human Skin Xenografts in vivo
Role: PI

U19 AI90019                          07/18/11 - 06/30/15
Vaccination and Infection: Indicators of immunological health and responses
Role: Co-Investigator.        (Davis M, PI)

R01 AI 05346                          01/01/03-06/30/13
Varicella-Zoster Virus Tegument Proteins in Pathogenesis
Role: PI

R21 AI081994                          05/22/09-04/30/12
Investigation of herpes simplex virus -1 neurotropism in SCID DRG xenografts
Role: PI

P01 CA49605                          04/01/90-01/31/12
Bone Marrow Grafting for Leukemia and Lymphoma: Project 8: Varicella-zoster Virus
Immunobiology and Vaccines (Arvin, PI)
Role:  PI, Project 8     (Negrin R, PI)

R01 AI37127                          09/30/94-01/31/10
Ontogeny of Measles Immunity in Infants
Role: PI

U19 AI057229                          09/01/03-03/31/08
Protective Mechanisms Against Pandemic Respiratory Virus
Role: PI of large multi-investigator program project grant

P01 AI48212                          07/01/00-06/30/05
Anti-Viral Immune Mechanisms in Early Childhood
Role: PI of large multi-investigator program project grant

Appx1351

# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI, | Civil Action No. 10-4374 (CDJ) |
| *Plaintiffs,* | |
| v. | |
| MERCK & CO., INC., | |
| *Defendant.* | |
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION | Master File No. 12-3555 (CDJ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**Expert Report of William L. Atkinson, MD, MPH**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

# I. Qualifications

## A. Education

I am a 1977 graduate of the University of Missouri - Kansas City School of Medicine.  I completed a 3 year residency in Internal Medicine at Kern Medical Center in Bakersfield, California and a 2 year fellowship in adult infectious diseases at the University of California – Irvine Medical Center in Orange, California.  I completed a fellowship in General Preventive Medicine and received a master's degree in public health from the Tulane University School of Public Health and Tropical Medicine in New Orleans, Louisiana.  I am board-certified in Internal Medicine and Preventive Medicine.

## B. Epidemic Intelligence Service

From July 1983 through June 1985 I served as a Centers for Disease Control and Prevention (CDC) Epidemic Intelligence Service (EIS) officer assigned to the Louisiana Department of Health in New Orleans.  The EIS program was established in 1951 as a result of concerns about biological warfare relating to the Korean War.  It is a two-year, hands-on, post-doctoral training program in epidemiology, with a focus on field work generally for physicians and other healthcare professionals who wish to pursue a career in Public Health.  EIS officers serve on the front lines of public health, protecting Americans and the global community, while training under the guidance of seasoned mentors.  When disease outbreaks or other public health threats emerge, EIS officers investigate, identify the cause, rapidly implement control measures, and collect evidence to recommend preventive actions.[1]  Each EIS class is comprised of about 50 officers, approximately half of which are stationed in CDC programs in Atlanta, and the other half are stationed in state health departments around the country.

As an EIS officer I participated in a variety of public health activities.  In 1984, I conducted an investigation of a large influenza outbreak in a facility for developmentally-disabled children, and evaluated whether mass treatment with an antiviral drug could stop the outbreak.[2]  Other investigations included identifying the source of a large number of tuberculosis exposures in a college dormitory, and the cause and extent of a viral meningitis outbreak among members of a high school football team.  In 1984, I developed and operated a city-wide surveillance system to identify possible infectious disease exposures at the 1984 World's Fair in New Orleans.

## C. Consultant and Academic Positions

From July 1985 through June 1989, I worked as a consultant for the Louisiana Department of Health primarily to develop their statewide surveillance program for Human

---

[1] See www.cdc.gov/eis/index.html for more information.
[2] Atkinson WL. et al. Amantadine prophylaxis during an institutional outbreak of type A (H1N1) influenza. *Arch Intern Med.* 1986 Sep;146(9):1751-6.

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

Immunodeficiency Virus (HIV). This entailed the development of data collection forms, establishing a mechanism to submit reports from hospitals, laboratories and individual physicians, analysis of collected data for demographic and temporal trends, and publication of results of the surveillance system. I was also an Assistant Professor in the Department of Epidemiology and Biostatistics at the Tulane University School of Public Health and Tropical Medicine, where I taught graduate-level courses in epidemiology. I also developed and taught courses on field epidemiology methods, sexually transmitted diseases, and vaccine-preventable diseases.

### D. CDC Positions

In July 1989, I returned to CDC as a medical officer in what was then called the Division of Immunization (subsequently renamed the National Immunization Program, and now the National Center for Immunization and Respiratory Diseases). Medical officers are CDC physicians who are assigned to a specific disease or group of diseases. My first responsibility was to oversee the national monitoring and investigation of cases of measles in the United States (the United States was experiencing a large nation-wide increase in measles during 1989-1992), monitoring, analyzing and assisting with the control of outbreaks of measles disease, and consultation with measles-related disease investigations carried out by state and local health departments. In addition, I was also responsible for oversight of smallpox vaccine distribution and safety monitoring, the creation of technical and training materials for vaccine providers, and the development of national immunization policy. In 2009, I was assigned for 6 months to assist with monitoring and investigation of the H1N1 influenza pandemic.

### E. Interactions with the ACIP and the ACIP Work Groups

I have interacted extensively with the Advisory Committee on Immunization Practices (ACIP) since 1989. See Section IV below for a detailed description of the ACIP and its activities. I have attended approximately 80 of the 85 ACIP meetings that have been held since 1989. I have given presentations at about 15 of these meetings on the topics of measles, the childhood immunization schedule, and the *General Recommendations on Immunization* (see below).

As noted above, I was the CDC medical officer in charge of monitoring measles and measles vaccine (including MMRII)[3] in the United States from 1989 until 1994. I was the primary author of the 1989 ACIP statement that first introduced the 2-dose MMR recommendation.[4] The 2-dose measles vaccine recommendation resulted from the observation that about 5% of recipients of a single dose of measles vaccine remained susceptible to measles virus infection. This led to outbreaks of measles primarily among highly vaccinated groups of young adults, most often in college dormitories and other

---

[3] Throughout this report, unless I specifically intend to refer to a particular product, "MMR" refers to all of Merck's mumps-containing vaccines: MUMPSVAX; MMR; MMRII; and ProQuad.
[4] CDC. Measles prevention: recommendations of the Immunization Practices Advisory Committee (ACIP). *MMWR* 1989;38(1): 11-14.

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

areas where close contact facilitated transmission of the virus. I remained a member of the ACIP MMR Work Group (see below for a description of ACIP Work Groups) from its inception through 2013.

I was CDC lead for the *General Recommendations on Immunization* Work Group from 2000 through 2005. The *General Recommendations on Immunization* is a comprehensive document that addresses vaccine issues common to many vaccines, such as the spacing and timing of vaccines, contraindications and precautions to vaccination, vaccine administration, vaccine storage and handling, and special situations such as the vaccination of pregnant women and vaccination of people who are immunosuppressed. I was a co-author or contributor on 5 editions of this publication (1994, 2002, 2006, 2011, and 2017). This activity required coordinating and documenting monthly meetings of all members of the Work Group, identifying areas in the document that required updating, writing drafts of new recommendations, presenting potential new recommendations and revisions to the full ACIP, and overseeing the eventual publication of this encyclopedic document.

I was CDC lead for development of the annual U.S. childhood immunization schedule from 2005 through 2009, and remained a member of this Work Group through 2016. This document provides guidance to clinicians in the United States who vaccinate children age birth through 18 years. This activity required coordinating and documenting monthly meetings of all members of the Work Group, identifying areas in the schedule that required updating, preparing drafts of new recommendations, presenting the revised schedule to the entire ACIP for comment and discussion, and overseeing the eventual publication of this document.

I was an author of a 2011 ACIP statement that addresses immunization of healthcare providers.[5] I have served on several other ACIP Work Groups including pertusis, meningococcal, *Haemophilus influenzae* type B and herpes zoster.

## F. Vaccine-Related Educational Activities

From my work with measles and measles vaccine in 1989-1994, it became apparent to me that clinicians needed much more education around basic vaccine issues, such as schedules and contraindications. At the time, the CDC Immunization Program had only a rudimentary training program that was primarily focused on state and local immunization program managers and not on the front-line clinicians giving the vaccines. From 1994 through 2012, much of my time at CDC was spent developing and delivering vaccine-related education and training programs for these front-line vaccine providers. These programs were intended to provide updates on current recommendations to U.S. clinicians who vaccinate people of any age. From 1995 through 2012, I was the writer, producer, and presenter for 125 national satellite broadcasts and webcasts on multiple vaccine-preventable disease topics including general updates on new vaccine recommendations,

---

[5] CDC. MMWR 2011;60(RR-7)1-45.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

the vaccination of adults, vaccination of international travelers, surveillance of vaccine-preventable diseases, and the use of smallpox vaccine. I taught more than 100 2-day comprehensive training courses on vaccine preventable diseases. These broadcasts, webcasts and courses were attended by more than 300,000 healthcare providers in the United States. During the last 25 years, I have also given more than 600 invited lectures on a variety of vaccine-related topics. Audiences included doctors and nurses in private practice and in public health. Topics included general vaccine recommendation updates, influenza, smallpox, vaccination of healthcare workers, strategies to improve vaccination coverage levels in children, adolescents and adults, vaccines for international travel, and vaccine safety.

### G. The Pink Book

In 1994, I created a textbook to complement our education programs. The book was titled *Epidemiology and Prevention of Vaccine-Preventable Diseases* (which was the name of our comprehensive vaccine education course at the time) but because of the color we chose for the cover it became widely known as the "*Pink Book*". The book was originally intended to be used by doctors and nurses as a study guide for our satellite-delivered vaccine educational programs, but has since been utilized much more widely as a general vaccine reference book for clinicians in vaccination practice. I was the principal writer and editor for 12 editions of this book from 1994 through 2012. The book is still being produced by CDC. It is now in its 13th edition. Since its first publication in early 1995, more than 325,000 copies have been distributed to clinicians throughout the country.[6]

### H. Honors and Awards

I have been the recipient of many awards for my immunization-related work including: 1) the first Philip R. Horne Award, the highest award given to an employee of the CDC National Immunization Program (April 1996, for "significant contributions to the health of the Nation's children and the advancement of the mission of the National Immunization Program"); 2) the William Watson Medal of Excellence, the highest award given to a CDC employee (June 2001, for "exceptional leadership, initiative, and success in a dedicated public health career"); 3) the Excellence in Distance Learning Teaching Award from the United States Distance Learning Association (April 2003); and 4) the U.S. Public Health Service Distinguished Service Medal, in December 2012, for "extraordinary leadership critical to advancing national vaccine policy."

### I. Immunization Action Coalition

I retired from the U.S. Public Health Service (of which the Centers for Disease Control and Prevention is a component) in July 2012, after 25 years of active duty. Since that time, I have served as the Associate Director for Immunization Education for the Immunization Action Coalition (IAC), a 501(c)(3) nonprofit vaccine advocacy organization based in Saint

---

[6] Personal communication, Dr. Raymond Strikas, CDC, May 2018.

5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

Paul, Minnesota.  The IAC works to increase immunization rates and prevent disease by creating and distributing educational materials for healthcare professionals and the public that enhance the delivery of safe and effective vaccination services.  IAC also facilitates communication about the safety, efficacy, and use of vaccines within the broad immunization community of patients, parents, healthcare organizations, and government health agencies.  For more than two decades, the Centers for Disease Control and Prevention has worked in concert with and provided financial support to IAC for the purpose of educating healthcare professionals about U.S. vaccine recommendations. CDC recognized IAC's accomplishments in 1997 by awarding it the prestigious Partners in Public Health Award for efforts "instrumental in achieving high levels of routine infant hepatitis B immunization."  Physicians, nurses, and other healthcare professionals at every level of the immunization community, including both the public and private sectors, rely on IAC in their daily work to increase immunization rates across the age span.

My activities at IAC include the development and maintenance of many technical vaccine materials and maintenance of a large collection of vaccine-related questions and answers, called "Ask The Experts" on the IAC website.[7]  Since 2012, I have also worked with many state and local immunization programs to provide vaccine education for their providers.

For my work in this matter, I am being compensated at the rate of $200 per hour.

I have not testified as an expert at trial or by deposition in the past four years.

My curriculum vitae is attached as Attachment 1.

In addition to the references cited herein, I have also reviewed the documents listed in Attachment 2.


## II. Summary of Opinions

### A.  Impact of mumps vaccine in the United States

The United States mumps immunization program began in 1967 with the licensure by the Food and Drug Administration (the "FDA") of the monovalent Jeryl Lynn mumps vaccine. Since then, the availability of mumps-containing vaccines have had a major impact on the incidence of mumps in the United States.  The number of reported cases of mumps has been reduced by more than 99% since the pre-vaccine era when mumps was a universal childhood disease.  The relative increase in mumps cases in 2016 (6,369 cases) still reflects a 96% decrease from the number of cases reported before a mumps vaccine was available. Mumps vaccines have prevented more than 7 million cases of mumps in the United States since it was first licensed in 1967 and have averted more than $1.5 billion in medical costs annually.  Details in Sections V, VII, and VIII below.

---

[7] See www.immunize.org/askexperts/.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

## B. Effectiveness and safety of combination measles-mumps-rubella vaccines

The first trivalent measles, mumps, and rubella vaccine ("MMR") was licensed by the FDA in 1971.  Multiple studies conducted since 1971 have demonstrated that 2 doses of mumps vaccine is 88% effective in preventing mumps (range 31% to 95%).[8]  More than 45 years of experience with MMR has demonstrated that it is a very safe vaccine with essentially no significant adverse reactions attributable to the mumps component, except possibly a rare allergic reaction (which occurs with all vaccines).[9]

The National Academy of Medicine (formerly called the Institute of Medicine), is a nonprofit, non-governmental organization, part of the National Academies of Sciences, Engineering, and Medicine.  The National Academy of Medicine provides national advice on issues relating to biomedical science, medicine, and health, and serves as an adviser to the nation to improve health.  It aims to provide unbiased, evidence-based, and authoritative information and advice concerning health and science policy to policy-makers, professionals, leaders in every sector of society, and the public at large.  After conducting a comprehensive review evaluating the safety of the MMR vaccine, the National Academy of Medicine (under its previous name of the Institute of Medicine) concluded there was insufficient evidence to indicate mumps vaccine as the cause of any significant adverse reaction except rare severe allergic reactions.[10]

## C. CDC's conduct of outbreak investigations and evaluations of MMR effectiveness

CDC is best-positioned to monitor the effectiveness of vaccines, including mumps vaccines.  Mumps disease surveillance and outbreak investigations are initiated by state and local health departments and are often conducted in collaboration with the CDC.  CDC's significant role in the evaluation of mumps outbreaks involves the following:

- Communicating with public health officials from states with reported mumps cases and providing technical assistance.
- Gathering data reported by states on confirmed mumps cases and evaluating and monitoring these data from a national perspective.
- Testing clinical specimens from suspected mumps cases when requested by states.
- Using molecular (laboratory) methods to determine mumps virus genotypes (or "strains").
- Providing technical assistance and answering questions related to mumps molecular and serologic laboratory testing.

---

[8] Marin M et al, *MMWR* 2018;67(1):33-8.
[9] www.cdc.gov/vaccinesafety/vaccines/mmr-vaccine.html; *MMWR* 2013;62(RR-4).
[10] Institute of Medicine Vaccine Safety Committee, Adverse Events Associated with Childhood Vaccines: Evidence Bearing on Causality 199-186 (KR Stratton et al. eds. 1994).

7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

- Providing personnel during outbreak investigations, usually through a formal request by the state health department.
- Conducting special studies to evaluate vaccine effectiveness when appropriate.
- Investing in state and local health departments for public health infrastructure and laboratory capacity to support front-line response to suspected and confirmed mumps cases.
- Alerting clinicians, healthcare facilities, and public health officials around the country about current outbreaks and providing vaccine policy and clinical guidance for healthcare providers.
- Providing information to public and healthcare providers through a variety of media including the CDC website.[11]

Based upon the conduct of these types of activities and as a result of the routine disease surveillance conducted by the CDC, the CDC is better positioned than the manufacturer to evaluate a vaccine's effectiveness. This is especially true given that to my knowledge, manufacturers do not conduct their own disease surveillance or participate in outbreak investigations (unless the CDC or a state/local health department requests its assistance).

### D. Mumps vaccine effectiveness

Post-licensure estimates of vaccine effectiveness are almost always determined by investigations of disease outbreaks, which are conducted by CDC and state and local health departments (see Section III.C below for more information). Effectiveness of mumps vaccine cannot be estimated using laboratory methods because there is no established serologic correlate of immunity for mumps (see Section VI.E below for more information on correlates of mumps immunity).

In pre-licensure trials, 1 dose of mumps vaccine was estimated to be 95% effective in preventing mumps. CDC has understood for more than a decade, and currently understands, that mumps vaccine is about 88% effective[12] in preventing mumps after two doses. Estimates of effectiveness following 2 doses of mumps vaccine have ranged from 31% to 95% but the overall effectiveness of the mumps vaccine has not changed over time.[13]

---

[11] www.cdc.gov/mumps/outbreaks/outbreak-patient-qa.html#cdc-role.

[12] 88% is a median value. A median value is determined by listing all estimates of vaccine effectiveness, sorting the values from lowest to highest, and then determining the "middle" value (that is, the value where half are lower and half are higher). Median values are often used in epidemiology when there is a wide range of values and the average ("mean") value does not accurately describe the distribution of values.

[13] Cardemil CV, et al, Effectiveness of a Third Dose of MMR Vaccine for Mumps Outbreak Control, *N Eng J Med* 2017;377(10):947-56; Rubin SA, in *Vaccines*, 663-688 (Plotkin et al, eds. 7th edition, 2018).

8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

Although overall estimates of mumps vaccine effectiveness have been consistent for many years, investigators have suspected for at least the past 10 years that immunity to mumps may decrease (or "wane") decades after initial vaccination. This does not, however, mean that there has been a decline in the effectiveness of the vaccine. Evidence to support this contention has been inconsistent (that is, not all investigations have suggested that there is waning immunity). However, a study published by CDC and other collaborators in 2017 estimated 31% effectiveness for 2 doses of mumps vaccine administered 13 or more years earlier (Cardemil 2017). A 2018 meta-analysis (research involving reanalysis of previously published studies) also found evidence of waning mump immunity following vaccination and concluded that waning immunity 27 years after vaccination may have contributed to recent mumps outbreaks.[14]

### E. Mumps and MMR vaccine licensure and recommendations

In 1967, the FDA licensed a live attenuated monovalent mumps vaccine containing the Jeryl Lynn strain of mumps virus. This was followed by the FDA's licensure of a combination measles-mumps-rubella vaccine ("MMR") in 1971. In 1978, a second trivalent combination vaccine, MMR II, which contained a different rubella strain, was licensed. A specific ACIP recommendation for one dose of mumps-containing vaccine was made in 1977 (although many children received mumps vaccine between 1971 and 1977 as a result of being vaccinated with MMR). A second dose of measles vaccine (as a component of MMR II) was recommended by ACIP in 1989. A specific recommendation for a second dose of mumps vaccine was made in 2006, although many children received a second dose as a result of being vaccinated with the MMR II vaccine between 1989 and 2006.[15]

### F. CDC purchase of MMR vaccine

Although I was not involved in the purchasing process of any vaccine while at CDC, I am aware of the process generally. CDC does not purchase any vaccine until there is an ACIP recommendation for use of that vaccine (see Section IV below), and a vote by ACIP to include the vaccine in the Vaccines For Children (VFC) program. The VFC is an entitlement program that provides free or very low cost vaccine for children birth through 18 years of age who are uninsured or whose insurance does not include vaccines; mumps has been included in the VFC program since the program began in 1993. Effectiveness is the single most important criterion for the CDC's evaluation of vaccine performance. Because it is the CDC, not the manufacturer, that conducts effectiveness studies, it is not possible for Merck to mislead the CDC about this. CDC has and continues to purchase millions of doses of MMR for use in the VFC program.

---

[14] Lewnard and Grad, Vaccine waning and mumps re-emergence in the United States, Sci. Transl. Med. 10, eaao5945 (2018) 21 March 2018.
[15] McLean HQ, et al, *MMWR* 2013;62(RR-4).

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Appx1361

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

### III. Centers for Disease Control (CDC) Division/Branches and Subject Matter Experts with Responsibility for Conducting Disease Surveillance, Safety Evaluations, and Outbreak Investigations

The CDC mission is to protect America from health, safety and security threats, both foreign and in the U.S.  Whether diseases start at home or abroad, are chronic or acute, curable or preventable, human error or deliberate attack, CDC fights disease and encourages communities and citizens to do the same.

The CDC increases the health security of our nation.  As the nation's premier health protection agency, CDC saves lives and protects people from health threats. To accomplish that mission, CDC conducts critical science and provides health information that protects our nation against expensive and dangerous health threats, and responds when these arise.

#### A. CDC Organization

CDC is organized into Centers, Institutes, and Offices (CIOs).[16]

The National Center for Immunization and Respiratory Diseases (NCIRD) is one of four Centers within the CDC Office of Infectious Diseases.[17]  The NCIRD has four divisions: the Influenza Division; the Division of Bacterial Diseases; the Division of Viral diseases, and the Immunization Services Division.  The Immunization Services Division supports a variety of activities, including management of vaccine contracts and the Vaccines for Children program.  The remaining three divisions are responsible for disease surveillance and outbreak investigations.

The mission statements of the NCIRD and the Division of Viral Diseases clearly describe the roles and responsibilities of this center and division of the CDC.  These statements expressly note that evaluations of vaccine effectiveness and the conduct of outbreak investigations are the responsibility of those at the CDC.[18]

The CDC website describes in detail the activities undertaken by those at the CDC in connection with mumps outbreak investigations.[19]  Mumps surveillance and outbreak control is the responsibility of the Viral Vaccine Preventable Diseases Branch of the Division of Viral Diseases.

The CDC also plays a major role in monitoring and evaluating vaccine safety in the United States.  The Immunization Safety Office (ISO) is part of the Division of Healthcare Quality Promotion, which is a component of the National Center for Emerging and Zoonotic

---

[16] For more information see www.cdc.gov/about/organization/cio.htm.

[17] See www.cdc.gov/ncird/.

[18] www.cdc.gov/maso/pdf/NCIRDfs.pdf, accessed June 9, 2018.

[19] www.cdc.gov/mumps/outbreaks/outbreak-patient-qa.html#cdc-role, accessed June 9, 2018.

10

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

Infectious Diseases.[20]  ISO partners with the FDA to monitor the Vaccine Adverse Events
Reporting System (VAERS), which is a passive adverse event surveillance system and the
cornerstone of vaccine safety monitoring in the United States, established in 1990.  Vaccine
manufacturers are required to report any vaccine safety data they receive to VAERS.  ISO
also conducts vaccine safety monitoring and evaluation through the Vaccine Safety Datalink
system and the Clinical Immunization Safety Assessment project.[21]  ISO participates in
ACIP Work Groups and presents at ACIP meeting as Subject Matter Experts on vaccine
safety.

## B.  Subject Matter Experts (SMEs)

Within the Viral Vaccine-Preventable Diseases Branch there are "teams" with responsibility
for each disease (measles, mumps, rubella, herpesvirus [i.e., varicella and zoster] and
human papillomavirus).  These teams are responsible for ongoing monitoring of surveillance
data, outbreak investigations and technical consultation with state and local health
departments.  These staff are generally physicians with detailed knowledge of their area of
expertise and are referred to as Subject Matter Experts (SMEs).  There is a team with
responsibility for mumps that analyzes mumps surveillance data and assists in mumps
outbreak investigation and control efforts.  The mumps team members are responsible for
periodic reports about mumps surveillance and outbreaks in both CDC publications (e.g.
*Morbidity and Mortality Weekly Report- MMWR*) and in peer-reviewed publications.[22]  The

---

[20] See www.cdc.gov/ncezid/who-we-are/org-ncezid.html.
[21] See www.cdc.gov/vaccinesafety/ensuringsafety/monitoring/index.html for more information about
these systems.
[22] The CDC has been monitoring nationally notifiable diseases for more than 50 years.  The 2015
Summary of Notifiable Infectious Diseases and Conditions—United States, 2015 describes this
surveillance in part as follows:

> In 1961, CDC assumed responsibility for the collection of data on nationally notifiable
> diseases.  Data are collected through NNDSS, which is neither a single surveillance
> system nor a method of reporting.  Rather, it is a "system of systems," which is
> coordinated by CDC at the national level across disease-specific programs to optimize
> data compilations, analysis, and dissemination of notifiable disease data.  Monitoring
> surveillance data enables public health authorities to detect sudden changes in disease
> or condition occurrence and distribution, identify changes in agents and host factors, and
> detect changes in health care practices.  National-level surveillance data are compiled
> from case notification reports of nationally notifiable infectious disease and conditions
> submitted from the state, territory, and selected local health departments to CDC.

Centers for Disease Control and Prevention. Summary of Notifiable Infectious Diseases and
Conditions—United States, 2015. MMWR (2017) 64 (53): 1-143 at 2.  Mumps has been a
notifiable disease since 1968.  As a result, the CDC has been collecting comprehensive data on
mumps since at least that time and including it in various MMWR publications for decades.  See
e.g., MMWR Summary of Notifiable Infectious Diseases
(https://www.cdc.gov/mmwr/mmwr_nd/); Notifiable Infectious Diseases and Conditions Data
Annual Tables (https://wwwn.cdc.gov/nndss/infectious-tables.html); Notifiable Infectious

11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

mumps team interacts extensively with CDC laboratory support personnel, who provide information on mumps serologic tests, virology and other laboratory studies.

SMEs are also often involved in investigation of disease outbreaks. State and local health department have primary responsibility for detecting and investigating cases of reportable diseases (such as measles and mumps), reporting cases to the National Notifiable Disease Surveillance System (NNDSS, operated by the CDC)[23], and investigating disease outbreaks that occur in their jurisdiction. Outbreak investigations may be conducted by state and local health departments alone, or in consultation with CDC SMEs. The CDC does not have jurisdiction in states and must be specifically invited by the State Epidemiologist or State Health Officer to participate in an outbreak investigation. CDC then may supply personnel and other resources (such as statistical support) to assist the state as well as laboratory support if necessary. For example, the CDC conducted the following activities in connection with the 2006 mumps outbreak: (1) laboratory studies; (2) staff deployments to the field in outbreak states; (3) epidemiologic investigations; (4) surveillance activities; (5) policy determinations; (6) creation of guidance documents; (7) vaccination campaigns; (8) media communications; and (9) internal and national coordination of the mumps outbreak investigation and response.[24]

## C. CDC Mumps Expertise as Demonstrated by its Research, Investigations, and Publications

Scientists at CDC have extensive experience with mumps and mumps-containing vaccines. Examples of CDC's subject matter expertise and work in mumps can be found in both CDC publications (such as the *MMWR*) and in peer-reviewed literature. For example:

- The CDC has published more than 25 articles in the *MMWR* since 1983 relating to mumps and mumps outbreaks.[25]

- Scientists at the CDC published at least 15 peer-reviewed papers regarding mumps outbreaks since 2006.[26] These publications described the CDC's conduct of a number of different types of studies and evaluations regarding mumps, including third dose studies during outbreaks, transmission studies, and economic impact studies as well as evaluations of testing methods and vaccine adverse events conducted by the CDC.

---

Diseases and Conditions Data Weekly Tables (https://wwwn.cdc.gov/nndss/infectious-tables.html).
[23] See https://www.cdc.gov/nndss/.
[24] See July 14, 2006 Mumps Outbreak Final Report, DEOC Report MRK-KRA00046087 to MRK-KRA00046090 and related cover email MRK-KRA00046085 to MRK-KRA00046086.
[25] See the Mumps Homepage of the CDC website at www.cdc.gov/mumps/pubs-resources/mmwr.html, accessed June 9, 2018.
[26] See www.cdc.gov/mumps/pubs-resources/outbreak-articles.html, accessed June 9, 2018.

12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

- The CDC website identifies 4 publications authored by individuals at the CDC in the "Recent Mumps Outbreak Publications" section of the Mumps Homepage that report on studies involving outbreaks that occurred during 2015 and 2016.[27]

- Other authoritative mumps-related publications authored by scientists from the CDC:

    — *Epidemiology and Prevention of Vaccine-Preventable Diseases (the "Pink Book")*[28] is a comprehensive textbook on all aspects of vaccines and vaccine-preventable diseases used widely throughout the United States by both public health and practicing clinicians. The book was first published by CDC in 1995 and is now in its 13th edition. It has contained a chapter on mumps and mumps vaccine since the first edition. I was the principal author of the Pink Book from inception through the 12th edition (2012). Since its first publication in early 1995 more than 325,000 copies have been distributed to clinicians throughout the country.[29]

    — *Manual for the Surveillance of Vaccine-Preventable Diseases*[30] is a CDC document that provides guidance to public health departments on the investigation and reporting of vaccine-preventable diseases. The mumps chapters of this publication have been authored by individuals at the CDC.[31]

    — *The Immunological Basis for Immunization* Series, Module 16: Mumps (2010):[32] This document was prepared by CDC Drs. Huong McLean, Carole Hickman, and Jane Seward. These modules have become some of the most widely used documents in the field of immunization. The main purpose of publishing vaccine-specific modules is to give immunization managers and vaccination professionals brief and easily understood overview of the scientific basis for vaccination, and background information upon which WHO policies on immunization published in the WHO Vaccine Position papers are based. There is extensive information in this publication about the efficacy and effectiveness of the mumps vaccine.

---

[27] See the Mumps Homepage of the CDC Website at www.cdc.gov/mumps/pubs-resources/outbreak-articles.html, accessed June 9, 2018.
[28] See www.cdc.gov/vaccines/pubs/pinkbook/index.html.
[29] Personal communication, Dr. Raymond Strikas, CDC, May 2018.
[30] See www.cdc.gov/vaccines/pubs/surv-manual/index.html.
[31] The authors have included the following individuals: Al Barskey, Bill Bellini, Nakia Clemmons, Carol Hickman, Adria Lee, Mona Marin, Amy Parker Fiebelkorn, Manisha Patel, William Schluter, Melinda Wharton, Laura Zimmerman-Swain.
[32] See apps.who.int/iris/bitstream/handle/10665/97885/9789241500661_eng.pdf;jsessionid=2C57B1964EAA812FFFB0BEF80A276E24?sequence=1.

13

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

— The Mumps Vaccine chapter in the textbook *Vaccines*,[33] has been authored by CDC (Drs. Melinda Wharton and Steve Cochi) and FDA (Dr. Steve Rubin) personnel. This textbook is the ultimate reference source for all aspect of vaccine-preventable diseases.

## IV.    The Advisory Committee on Immunization Practices (ACIP)

### A. Description of the ACIP

The ACIP was established in 1964 by the Surgeon General of the U.S. Public Health Service.[34] ACIP comprises medical and public health experts who develop recommendations on the use of vaccines in the civilian population of the United States. ACIP votes to approve recommendations that create national vaccination policy.[35]

The recommendations stand as public health guidance for safe use of vaccines and related biological products. ACIP was established under Section 222 of the Public Health Service Act (42 U.S.C. § 2l7a) and is governed by its charter.[36] The charter is generally updated every 2 years, most recently in 2014.

The ACIP includes 15 voting members responsible for making vaccine recommendations. ACIP membership as of April 2018 is available on the ACIP website.[37] The Secretary of the U.S. Department of Health and Human Services selects these members following an application and nomination process. Federal Government employees are not allowed by charter to serve as ACIP members. Fourteen of the members have expertise in vaccinology, immunology, pediatrics, internal medicine, nursing, family medicine, virology, public health, infectious diseases, and/or preventive medicine. One member is a consumer representative who provides perspectives on the social and community aspects of vaccination. ACIP members serve a 4-year term. Only the 15 members of ACIP are eligible to vote. Any ACIP member with a potential conflict of interest with the vaccine in question (for example, if the member receives vaccine research funding from a manufacturer) abstains from voting on recommendations affecting that vaccine.

In addition to the 15 voting members, ACIP includes 8 ex officio members who represent other federal agencies with responsibility for immunization programs in the United States (such as the National Institute of Health, the Food and Drug Administration, Indian Health Service and the Department of Defense), and 30 non-voting representatives of liaison organizations that bring related immunization expertise, such as the American Academy of

---

[33] Plotkin SA et al, eds. *Vaccines*, 7th Edition, Philadelphia PA, Elsevier, 2018.
[34] Smith JC, The structure, role, and procedures of the U.S. Advisory Committee on Immunization Practices (ACIP), *Vaccine* 2010;285;A68-A75.
[35] See www.cdc.gov/vaccines/acip/about.html.
[36] Available at www.cdc.gov/vaccines/acip/committee/charter.html.
[37] www.cdc.gov/vaccines/acip/committee/members.html.

14

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

Pediatrics, the American Medical Association, American College of Physicians and the American Academy of Family Physicians.

ACIP meets three times a year at CDC headquarters in Atlanta, Georgia.  Meetings are open to the public and available online via webcast.  During the meetings, ACIP members and CDC staff present findings and discuss vaccine research and scientific data related to vaccine effectiveness and safety.  Outbreaks of vaccine-preventable disease or changes in vaccine supply, such as vaccine shortages, are also reviewed during meetings.

The calendar and proposed agendas, as well as past meeting minutes, slide presentations, member and liaison listing, and live meeting links, are available on the ACIP website.[38]

Neither CDC nor ACIP is involved in the development, pre-licensure testing, or licensure of vaccines.  The development and pre-licensure testing of vaccines is the responsibility of the manufacturers.  Vaccine licensure is the sole responsibility of the Food and Drug Administration.  The CDC is responsible for monitoring the epidemiology of vaccine-preventable diseases and for conducting outbreak investigations, in association with state and local health departments.  Outbreak investigations, among other things, allow for the collection of data that enables the CDC to make estimates of vaccine effectiveness and to otherwise evaluate how well a vaccine is working.

Mumps outbreaks were discussed at 14 meetings of the ACIP between May 2006 and February 2018 and as part of many of these meetings, mumps-related presentations were made by individuals from the CDC.[39]

### B.  ACIP Work Groups - History and Background

During the first 35 years of its existence, the number of vaccines considered by the ACIP was limited.  Beginning in 1999, the number of vaccines evaluated by the ACIP expanded as did the intensity with which the ACIP discussed the recommendations for these vaccines.  In fact, the scope and breadth of the ACIP's evaluations became so extensive that it developed vaccine-specific sub-committees, which are known as "Work Groups," to conduct the necessary vaccine evaluations.  There are four ACIP permanent Work Groups (Childhood Immunization Schedule, Adult Immunization Schedule, General Recommendations, and Influenza).  Other Work Groups, which typically focus on one vaccine or on a group of related vaccines, are established when needed and then disbanded when the need no longer exists.

Work Groups are comprised of 1 or 2 ACIP members, several liaison members (e.g., individuals from the American Academy of Pediatrics, the American Academy of Family Physicians, the American College of Physicians, the American Medical Association, and

---

[38] www.cdc.gov/vaccines/acip/meetings/index.html.
[39] The presenters included: Al Barskey, Gustav Dayan, Kathy Gallagher, Pretta Kutty, Amy Parker Fielbelkorn, Mona Marin, Mariel Marlow, Huong McLean, and Jane Seward.

15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Appx1367

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

others) and CDC staff, including representatives from the CDC Immunization Safety Office.[40]

Each Work Group has a CDC staff member who serves as the Work Group "lead."  The CDC lead coordinates Work Group activities and does most of the writing of the recommendations that are presented to the full ACIP.  Work Groups hold conference calls one or two times a month as necessary to discuss, in an in-depth manner, the epidemiology of the disease in question, the science of the vaccine (e.g., vaccine safety, efficacy and effectiveness) and potential recommendations.  The potential recommendations are then presented to the entire ACIP at one of its meetings where they are discussed and a vote is taken.

### C.  Who provides data to the Work Groups

The information considered by ACIP Work Groups comes from a variety of sources, including the CDC, SMEs, and vaccine manufacturer representatives.

The CDC SMEs provide information about disease incidence, trends over time, at-risk populations and outbreaks of the subject disease.  This type of data is routinely collected through disease surveillance systems operated by the CDC and the state health departments as part of the National Notifiable Diseases Surveillance System (NNDSS).[41]

In connection with the licensure of vaccines by the FDA, vaccine manufacturers conduct clinical trials.  The data generated during the conduct of the clinical trials are often unique because they include participants who have received the active vaccine or a placebo.  Using this data, it is possible to calculate vaccine efficacy (that is, the percent reduction in disease incidence in the vaccinated population relative to the placebo population).  Manufacturers are usually invited to present their trial data (efficacy and safety) to a Work Group.  However, other than presenting clinical trial data, manufacturers are not privy to Work Group discussions, nor can they monitor them.

Once vaccines are licensed, the data most important to the ACIP and the CDC is that regarding a vaccine's safety and effectiveness.  Pre-licensure clinical trials of vaccines generally include a few thousand participants.  Common vaccine side effects can be detected by these trials, but the limited size of the trials precludes detection of rare vaccine side effects.  Post-licensure monitoring for vaccine safety is therefore critical in order to detect vaccine adverse reactions that may become apparent only after administration of millions of doses of the vaccine.

Post-licensure vaccine safety monitoring is the primary responsibility of CDC and the FDA.  The primary system for monitoring post-licensure vaccine safety is the Vaccine Adverse Event Reporting System (VAERS).  VAERS is a national vaccine safety surveillance

---

[40] See www.cdc.gov/vaccinesafety/index.html.
[41] See www.cdc.gov/nndss/.

16

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

program overseen by CDC and FDA. VAERS collects and analyzes reports of adverse events that happen after vaccination. Each year, VAERS receives around 30,000 reports. Most of these reports describe known, mild side effects such as fever. Scientists at CDC and FDA monitor VAERS reports closely to identify reported adverse events that need to be studied further. Sometimes, it is only after a vaccine has been approved and used broadly that rare side effects can be detected by monitoring systems such as VAERS. Vaccine manufacturers are required to report all vaccine safety reports they receive to the VAERS.[42]

Vaccine effectiveness is monitored after licensure to assure that the efficacy determined during pre-licensure clinical trials continues after the vaccine is widely used. Post-licensure vaccine effectiveness monitoring is the sole responsibility of public health authorities (state and local health departments and CDC) and the effectiveness of a vaccine is estimated using data collected during outbreaks. Neither the FDA nor the manufacturer participate in the evaluation of post-licensure vaccine effectiveness. Post-licensure vaccine effectiveness monitoring has resulted in important changes being made to vaccine recommendations. For example, the 1989 recommendation for a second routine dose of measles vaccine resulted from investigations showing measles cases among recipients of a single dose of measles vaccine. Another example is the 2018 recommendation for a third dose of mumps vaccine during certain outbreaks, which resulted from investigations showing mumps cases among populations with high coverage levels of two doses of mumps vaccine.

### D. How vaccine recommendations are made

Recommendations for the use of vaccines in the civilian population of the United States are made by the Advisory Committee on Immunization Practices (ACIP) in consultation with other groups, in particular the American Academy of Pediatrics (AAP) and the American Academy of Family Physicians (AAFP). Both the AAP and the AAFP are liaison members of ACIP. Although they do not vote on ACIP recommendations, these liaison members participate in all discussions of vaccine policy. For the annual childhood immunization schedule, the AAP and AAFP independently discuss the document within their organizations and publish the schedule for their members.

The process of formulating vaccine recommendations generally begins before the vaccine is licensed by the Food and Drug Administration. A vaccine-specific ACIP "Work Group" (see Section IV.B above) is created and conducts periodic (usually monthly or bimonthly) conference calls to discuss published data regarding the vaccine. The vaccine manufacturer is usually invited to present data generated from clinical trials on vaccine efficacy and safety to the Work Group. The vaccine manufacturer does not otherwise participate in Work Group discussions and does not provide the Work Group with other input unless the manufacturer is requesting a change in the indications for the vaccine (e.g., age of vaccination, number of doses). A Work Group representative (usually the CDC lead) presents background information about the disease and the vaccine to the full ACIP at some

---

[42] More information about VAERS is available at
www.cdc.gov/vaccinesafety/ensuringsafety/monitoring/index.html.

17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

point before vaccine licensure and discusses potential ACIP recommendations. The vaccine manufacturer is usually invited to present pre-licensure clinical trial safety and efficacy data to the full ACIP as well.

Once the vaccine is licensed by FDA and indications are published in the vaccine prescribing information (the vaccine "label"), the Work Group finalizes its proposed recommendations and presents them to the full ACIP.  A discussion and vote by the ACIP follow.  If a majority of ACIP members vote for the recommendation, the recommendation is considered to have passed.  At this point, the recommendation is forwarded to the Director of CDC for approval.  If the recommendation is approved by the CDC Director, it is returned to the CDC Work Group lead who prepares a written report, including the vaccine recommendation, for publication in the CDC's *Morbidity and Mortality Weekly Report* (*MMWR*).  The draft *MMWR* article is circulated among Work Group and ACIP members for comments and is subjected to multiple levels of internal approval within CDC.  The recommendation is not considered official and final until it is published in *MMWR*.  The time from ACIP vote to publication in *MMWR* varies widely, from as little as 1 month to a long as a year.

Manufacturers may periodically make changes to their prescribing information, often to modify information on precautions or adverse events.  All changes to a vaccine prescribing information must be approved by the FDA.  Neither CDC nor ACIP is involved in this process.  Notifications of changes to prescribing information are posted on the FDA website.[43]  Information about changes in the prescribing information are generally not communicated to CDC or ACIP.

### E.  ACIP's Issuance of VFC Resolutions

In addition to making vaccine-related recommendations, the ACIP is also responsible for issuing Vaccines for Children (VFC) program resolutions.  If a vaccine is recommended for children younger than 19 years, the ACIP takes a separate vote to approve the vaccine for inclusion in the VFC program.[44]  Once the ACIP issues a resolution including the vaccine in the VFC program, the resolution becomes effective immediately and is not subject to approval by the CDC director as is the case with ACIP recommendations.  Upon passage of a VFC resolution, the CDC enters into a contract with the manufacturer(s) to purchase the vaccine for VFC-eligible children.

---

[43] See www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm093833.htm, accessed June 9, 2018.
[44] The Vaccines for Children (VFC) program was enacted in 1993.  The VFC program provides an entitlement to free vaccine for all children age 0 through 18 years who are uninsured, Medicaid eligible, American Indian/Alaska Native, or underinsured who receive vaccines at a federally qualified health center or rural health clinic.  Approximately 50% of U.S. children age 0 through 18 years are VFC-eligible.  If ACIP recommends that a vaccine be administered routinely to children, ACIP is then empowered to issue a resolution including the vaccine in the VFC program.  Reference *MMWR* 2014;63(42):955-8.

18

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

### F. ACIP activities, role in outbreaks and surveillance

The current version of the ACIP charter[45] states that:

> The committee shall provide advice for the control of diseases for which a vaccine is licensed in the U.S. The guidance will address use of vaccines and may include recommendations for administration of immune globulin preparations and/or antimicrobial therapy shown to be effective in controlling a disease for which a vaccine is available. Guidance for use of unlicensed vaccines may be developed if circumstances warrant. For each vaccine, the committee advises on population groups and/or circumstances in which a vaccine or related agent is recommended. The committee develops guidance on route, dose and frequency of administration of the vaccine, associated immune globulin, or antimicrobial agent. The committee also provides recommendations on contraindications and precautions for use of the vaccine and related agents and provides information on recognized adverse events. Committee deliberations on use of vaccines to control disease in the U.S. shall include consideration of disease epidemiology and burden of disease, vaccine efficacy and effectiveness, vaccine safety, the quality of evidence reviewed, economic analyses and implementation issues. The committee may revise or withdraw their recommendation(s) regarding a particular vaccine as new information on disease epidemiology, vaccine effectiveness or safety, economic considerations or other data become available.

ACIP does not have a direct role in the evaluation of vaccine-preventable disease outbreaks. However they are briefed by CDC staff on the status of outbreaks as needed. Likewise, ACIP does not have a direct role in routine surveillance of vaccine-preventable diseases, although surveillance data and burden of disease estimates are presented by CDC staff as needed to inform ACIP policy deliberations.

## V.    The Impact of Mumps Vaccination on Public Health

### A. Mumps disease and complications

As described above, I was responsible for the creation of the Pink Book, and the principal writer and editor for 12 editions of this book from 1994 through 2012. Accordingly, I gleaned the following information from the mumps chapter of the 12th edition of the Pink Book:[46]

"Mumps became a nationally reportable disease in the United States in 1968."[47]

Mumps is an acute viral illness. The incubation period of mumps is 12 to 25 days, but parotitis (inflammation of the salivary glands) typically develops 16 to 18 days after exposure

---

[45] Available at www.cdc.gov/vaccines/acip/committee/charter.html.
[46] Atkinson WL, et al, eds. *Epidemiology and Prevention of Vaccine-Preventable Diseases*, 12th edition, 2012, Public Health Foundation, Washington DC.
[47] Id. at 208.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Appx1371

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

to mumps virus. Prior to the onset of parotitis symptoms are nonspecific, and include muscle pain, loss of appetite, tiredness, headache, and low-grade fever.[48]

Parotitis is the most common manifestation of mumps. "Parotitis may be unilateral or bilateral, and any combination of single or multiple salivary glands may be affected. Parotitis tends to occur within the first 2 days and may first be noted as earache and tenderness of the angle of the jaw. Symptoms tend to decrease after one week and usually resolve after 10 days."[49]

"Orchitis (testicular inflammation) is the most common complication in post-pubertal males. It occurs in as many as 50% of post-pubertal males, usually after parotitis, but it may precede it, begin simultaneously, or occur alone. It is bilateral in approximately 30% of all affected males. There is usually abrupt onset of testicular swelling, tenderness, nausea, vomiting, and fever. Pain and swelling may subside in 1 week, but tenderness may last for weeks. Approximately 50% of patients with orchitis have some degree of testicular atrophy, but sterility is rare."[50]

"Oophoritis (ovarian inflammation) occurs in 5% of post-pubertal females. It may mimic appendicitis. There is no relationship to impaired fertility."[51]

"Central nervous system (CNS) involvement in the form of aseptic meningitis (inflammatory cells in cerebrospinal fluid) is common, occurring asymptomacially in 50% to 60% of patients. Symptomatic meningitis (headaches, stiff neck) occurs in up to 15% of patients and resolues without sequelae in 3 to 10 days. Adults are at higher risk for this complication than are children and boys are more commonly affected than girls (3:1ratio). Parotitis may be absent in as many as 50% of such patients. Encephalitis is rare (less than 2 per 100,000 mumps cases."[52]

"Deafness caused by mumps virus occurs in approximately 1 per 20,000 reported cases. Hearing loss is unilateral in approximately 80% of cases and may be associated with vestibular reactions. Onset is usually sudden and results in permanent hearing impairment."[53]

## B. Cases by year

Between 1963 and 1968 (the year after the live attenuated monovalent mumps vaccine was licensed in the United States), there was an annual average of 162,344 cases of mumps

---

[48] Id. at 205.
[49] Id.
[50] Id. at 206.
[51] Id.
[52] Id.
[53] Id.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Appx1372

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

and 39 mumps-related deaths reported to CDC.[54]  The most cases (212,932) and deaths (50) were reported in 1964.[55]  Even this large number is likely an underestimate of the burden of this disease at that time because mumps case reporting was not mandatory, and many (up to 27% in the pre-vaccine era) mumps virus infections are subclinical or asymptomatic.[56]

The number of reported mumps cases and mumps-related deaths fell rapidly after the mumps vaccine was licensed with fewer than 90,000 cases first reported in 1972 (16 reported mumps-reported deaths that year),[57] and fewer than 10,000 cases and 2 deaths reported in 1980.[58]  Following the 1989 recommendation of a routine second dose of MMR vaccine (intended primarily to improve measles immunity and reduce measles outbreaks), mumps reported cases fell further with fewer than 1,000 cases and no deaths reported in 1995.[59]  The lowest number of cases of mumps ever reported was in 2012 when just 229 cases were reported.  The number of cases reported in 2012 represents a 99.9% decrease relative to the average number of cases (162,344) reported annually prior to vaccine availability.[60]

Several mumps outbreaks have occurred in the United States since 2006, which has contributed to an increase in the number of reported mumps cases.[61]  The largest increases were in 2006 and 2017 when 6,584 cases and 6,369 cases were reported, respectively.[62]

---

[54] Roush SW, et al, Historical Comparisons of Morbidity and Mortality for Vaccine-Preventable Diseases in the United States, *J Am Med Assoc* 2007;298(18):2155-63, at 2156.
[55] Id.
[56] McLean HQ, et al. *MMWR* 2013;62(RR-4);6.
[57] Center for Disease Control. Annual Supplement Summary 1975. MMWR (1976) 24 (54): 1-63 at 2, 4.
[58] Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2011. MMWR (2013) 60 (53): 1-117 at 106; Center for Disease Control. Annual Summary 1984. MMWR (1986) 33 (54): 1-136 at 130.
[59] Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2011. MMWR (2013) 60 (53): 1-117 at 104; Summary of Notifiable Diseases, United States 1998 MMWR (1998) 47 (53): 1-117 at 84.
[60] Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2012. MMWR (2014) 61 (53): 1-121 at 105; Roush SW, et al, Historical Comparisons of Morbidity and Mortality for Vaccine-Preventable Diseases in the United States, *J Am Med Assoc* 2007;298(18):2155-63 at 2156.
[61] Marin M, et al, *MMWR* 2018;67(1):33-8.
[62] Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2012. MMWR (2014) 61 (53): 1-121 at 105, 107, 109, 111; Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2013. MMWR (2015) 62 (53): 1-119 at 31; Centers for Disease Control and Prevention. Summary of Notifiable Infectious Diseases and Conditions—United States, 2014. MMWR (2016) 63 (54): 1-152 at 31; Centers for Disease Control and Prevention. Summary of Notifiable Infectious Diseases and Conditions—United States, 2015. MMWR (2017) 64 (53): 1-143 at 32; Centers for Disease Control and Prevention. National Notifiable Disease Surveillance System. 2016 Annual Tables of Infectious Diseases Data. (Table 1) Atlanta, GA. CDC Division of Health Informatics and Surveillance, 2017.

21

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

However, the 6,584 cases reported in 2006 still represents a 96% decrease relative to the average number of cases reported prior to vaccine availability.

### C. Cases and deaths prevented

Assuming that the number of mumps cases and mumps-related deaths reported prior to mumps vaccine licensure (162,344 and 39, respectively)[63] would have continued in the absence of vaccination, I calculate that mumps vaccine has prevented more than 7 million cases of mumps and more than 1,500 mumps-related deaths since mumps vaccine licensure in 1967.[64] Almost 3 million cases of mumps have been prevented since the year 2000.

## VI.    Vaccine Licensure

### A. ACIP's role before and after licensure

Neither CDC nor ACIP play a role in vaccine licensure. Clinical trials and other studies[65] required for licensure are conducted by the vaccine manufacturer. Evaluation of clinical trial data and other licensure-related activities are the sole responsibility of the Food and Drug Administration (FDA).

CDC is informed of vaccine development and trials being conducted by vaccine manufacturers. As data are collected by the manufacturer (usually when trials are completed) the manufacturer may be invited to present their trial data to the relevant Work Group and later to the full ACIP. Clinical trial data (efficacy and safety) generated by the manufacturer help inform subsequent recommendations made by the ACIP.

---

(https://wonder.cdc.gov/nndss/static/2016/annual/2016-table1-H.pdf); Centers for Disease Control and Prevention. National Notifiable Disease Surveillance System. Weekly Tables of Infectious Diseases Data. (Table II) Atlanta, GA. CDC Division of Health Informatics and Surveillance. (https://stacks.cdc.gov/view/cdc/52258).

[63]Roush SW, et al, Historical Comparisons of Morbidity and Mortality for Vaccine-Preventable Diseases in the United States, *J Am Med Assoc* 2007;298(18):2155-63.

[64] See Attachment 3 which are calculations based on the annual number of mumps cases and deaths reported each year.

[65] For some vaccines a placebo-controlled clinical trial may not be feasible, usually because the disease is rare and therefore the size of the trial would be very large. For example, serogroup B meningococcal is a severe disease but fewer than 200 cases have been reported per year in the United States during the last decade. Consequently the manufacturers used seroconversion data rather than vaccine efficacy data as the basis for U.S. licensure. This was deemed acceptable by the FDA because there is a general scientific consensus about what level of antibody correlates with clinical protection for meningococcal. See Section VI.E for more information on correlates of protection.

22

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Appx1374

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

## B.  How recommendations are made

Initial vaccine recommendations made by ACIP are based upon the burden of disease in the United States (as determined by CDC surveillance and other data) and by efficacy and safety data generated by the manufacturer in clinical trials. If the burden of disease is significant and the efficacy and safety of the vaccine has been demonstrated, an ACIP recommendation will likely be made. Indications for the vaccine (such as the age recommended for vaccination, the vaccination schedule, and the number of doses), are based upon manufacturer-generated data from clinical trials.  Additional information about the recommendation process is provided in Sections IV C and D.

## C.  FDA's impact on ACIP recommendations

FDA has sole responsibility for the vaccine licensure process, including the structure and type of clinical trial data required for licensure, and what information must be provided in the vaccine prescribing information (also known as the package insert or label).  FDA is also responsible for inspection and approval of vaccine manufacturing, packaging and labeling.

FDA has no direct impact on ACIP recommendations.  However, since FDA is involved in pre-licensure clinical trials of the vaccine, it has an indirect effect on ACIP recommendations since key features of the clinical trial (age of vaccination, schedule, and number of doses) will be incorporated into ACIP recommendations.  As a general rule, ACIP recommendations regarding the age of vaccination, number of doses and the vaccine schedule (i.e., interval/age between doses) will be based upon pre-licensure clinical trials performed by the manufacturer.

After a vaccine is licensed, communications between the manufacturer and FDA have no impact on Work Group deliberations or ACIP recommendations unless those communications involve vaccine indications or schedule.

There are situations when ACIP makes recommendations for use of a vaccine that are not specifically approved by the FDA and are not included in the vaccine prescribing information.  For example, both brands of the adolescent/adult tetanus, diphtheria and acellular pertussis (Tdap) vaccine are approved in the U.S. for a single dose.  However, ACIP recommends that a dose of Tdap be administered to all pregnant women during the third trimester of each pregnancy to help protect the newborn infant from pertussis.  This recommendation was made after several academic studies (that is studies not conducted by the manufacturer) of the kinetics of pertussis antibody and the safety of Tdap in pregnant women.  An ACIP recommendation that differs from information in the prescribing information is called an "off-label" recommendation.  The recommendation for a 3rd dose of MMR in a mumps outbreak[66] is an off-label recommendation since MMR is approved by the FDA for only 2 doses.

---

[66] Marin M, et al, *MMWR* 2018;67(1):33-8.

23

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Appx1375

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

### D. Manufacturer's impact on ACIP recommendations

Manufacturer impact on ACIP recommendations is generally limited to data collected during pre-licensure clinical trials as described above. Manufacturers have little or no impact on ACIP recommendations made subsequent to licensure except when additional studies are conducted by the manufacturer and the data generated results in a change in FDA-approved indications. For example 9-valent HPV vaccine (Gardasil 9) was licensed by the FDA as a 3-dose series in December 2014. A subsequent trial was conducted by Merck that showed that seroconversion rates following two doses of the vaccine were equal to or greater than those observed in connection with the 3 dose schedule when the vaccine series was begun before age 15 years. These data led to FDA licensure of a 2 dose series for children 9 through 14 years of age in October 2016. Because of this change in licensure ACIP voted to recommend a 2-dose HPV vaccine series for children beginning the series at 9 through 14 years of age at their October 2016 ACIP meeting. The recommendation was published in *MMWR* in December 2016.

### E. The impact of an absence of a correlate of protection on ACIP recommendations

In a clinical trial, blood is usually collected before and after vaccination in order to study the dynamics of the serologic (antibody) response to the vaccine being evaluated. These serologic studies are usually compared to the actual performance of the vaccine (i.e., which vaccinated people did or did not become infected) in order to establish what is known as a correlate of protection – that is, the amount of antibody that appears to protect the person from the disease. Some infectious diseases have a known serologic correlate of protection. For instance, an antibody level of 10 milli-international units per milliliter of serum or higher for antibody against hepatitis B surface antigen correlates strongly with protection from hepatitis B virus infection.[67] The presence of any detectable IgG antibody to measles virus is considered by some to be a correlate of protection against measles.[68] Correlates of protection are usually not absolute. If the exposure to the disease is sufficiently intense (called the "force of infection") it may be possible for the person to become infected even in the presence of sufficient antibody to consider the person immune.[69]

It has been generally accepted by the scientific community for many years that there is not a clear serologic correlate of protection for mumps.[70] In fact, many researchers, including those from CDC, have tried without success to identify one. Accordingly, whenever possible in an outbreak investigation data are collected in an effort to help resolve this issue. Unlike with measles, some people with detectable antibodies against mumps may still be infected

---

[67] Mast EE, MMWR 2006;55(RR-16):1-33.
[68] Strebel PM, et al, Measles Vaccines in Plotkin S, et al, eds. *Vaccines*, 7th edition, 2018, p. 594.
[69] Plotkin SA and Gilbert P, Correlates of Protection, in Plotkin SA et al, eds. Vaccines, 7th edition, 2018, p. 36.
[70] McLean HQ, et al. MMWR 2013;62(RR-4);6.

24

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

particularly in intense exposure situations, such as in a college dormitory or family setting. For mumps vaccine, the development of antibody after vaccination does not necessarily indicate that the person is protected from mumps virus infection.[71]  Seroconversion (that is changing from antibody negative to antibody positive) or the presence of mumps antibody does not equate to mumps vaccine effectiveness.  Vaccine efficacy or effectiveness of mumps vaccine can only be calculated in a controlled clinical trial or outbreak investigation, respectively, when it can be determined which individuals were or were not determined to be infected with mumps virus.

In the absence of a correlate of protection for mumps, seroconversion rates are not useful as a means of determining mumps vaccine effectiveness.  The value of seroconversion rate data is further limited because, according to one review published by CDC experts, mumps seroconversion rates have been found to "vary widely from 74% to 100% for vaccines containing the Jeryl Lynn mumps strain."[72]  Accordingly, mumps vaccine effectiveness is best determined by real world experience in outbreak settings not by the results of a laboratory test.  When CDC has occasion to assess and/or report on mumps vaccine seroconversion rates, it looks to peer-reviewed publications for such data rather than to the vaccine's label.

## VII.    MMR effectiveness and safety

### A. Pre-licensure and post-licensure

The components of MMR were first licensed as single antigen vaccines – measles in 1963, mumps in 1967 and the current rubella vaccine in 1969.  The vaccines were tested in separate efficacy trials conducted by the manufacturer.  These three vaccines were combined into MMR in 1971.  Since 1971, MMR vaccine effectiveness following either one or two doses has been evaluated many times, usually as a result of a CDC outbreak investigation.  In post-licensure evaluations (usually as a result of investigation of an outbreak) one dose of mumps vaccine has been found to be 78% effective (range 49% to 92%), which is less than the median effectiveness of both measles (94%) and rubella (97%).

As a result of measles outbreaks among children who had received 1 dose of measles-containing vaccine, ACIP recommended a second routine dose of MMR in 1989.  Two-dose mumps vaccine effectiveness has been evaluated in outbreaks since 1989 with a median of 88% effectiveness (range 31% to 95%).[73]  In some of these investigations waning immunity[74] was suspected to be a factor in the development of mumps in vaccinated

---

[71] Rubin SA, Mumps Vaccines in Plotkin S, et al, eds. Vaccines, 7th edition, 2018, p. 674.
[72] McLean HQ et al. The immunological basis for immunization series: Module 16: Mumps. World Health Organization, 2010. Available at www.who.int/immunization/documents/WHO_IVB_ISBN9789241500661/en/.
[73] Marin et al. *MMWR* 2018;67(No. 1):33-8.
[74] "Waning immunity" is said to occur when a person's protection from a vaccine declines as the time since vaccination increases.  Documented waning immunity to a vaccine may result in a recommendation for additional ("booster") doses of vaccine.  The best example of waning vaccine

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

persons because vaccine effectiveness seemed to be less the longer the interval since the second dose.  This observation was not consistent across various outbreak investigations.  An investigation conducted by CDC in 2015-2016 provided for some of the strongest evidence to date of waning immunity to mumps vaccine with an estimated effectiveness of 31% among persons who received their second dose 13 or more years earlier compared to 89% among persons who received the second dose less than 13 years earlier.[75]  A 2018 meta-analysis (research involving reanalysis of previously published studies) also found evidence of waning mump immunity following vaccination and concluded that waning immunity decades after vaccination may have contributed to recent mumps outbreaks.[76]

MMR vaccine safety has been monitored by CDC using VAERS and other monitoring systems since 1990.  The vaccine is extremely safe.  Rare adverse events that have been identified include febrile seizures (1 case per 3,000 to 4,000 doses, probably due to the measles component), immune thrombocytopenic purpura, a disorder that decreases the body's ability to stop bleeding, probably due to the measles component (about 1 case per 40,000 doses) and anaphylaxis (severe allergic reaction), which can occur following any vaccine (1 case per million doses). No study has shown an increased risk of autism or autism spectrum disorders in children who received MMR.

### B. Contribution of outbreak investigations

Data collected during outbreak investigations can be used to estimate the vaccine's effectiveness.  Vaccine effectiveness is similar to vaccine efficacy (the percent reduction in disease incidence in a vaccinated group compared to an unvaccinated group).[77]  Vaccine efficacy and effectiveness are different in that the former is calculated using data from a controlled clinical trial (the vaccination status of participants is known with certainty) whereas vaccine effectiveness is calculated using data collected in an outbreak setting where the vaccination history of participants is not as certain and is not controlled.  In a controlled clinical trial, participants are randomly assigned to receive either the vaccine being tested or an inactive placebo.  It is not possible to conduct a controlled clinical trial once a vaccine has been licensed and recommended for use because it is unethical to give a participant a placebo and withhold a recommended vaccine.  Therefore, only vaccine effectiveness can be estimated after a vaccine has been licensed and recommended for use.  Accordingly, since the licensure of the measles, mumps and rubella vaccines, their performance has been evaluated during the conduct of effectiveness studies undertaken in connection with an outbreak.

---

immunity is tetanus toxoid.  Protection following a full series of tetanus toxoid is believed to persist for no more than 10 years, hence the recommendation for a tetanus "booster" dose every 10 years.
[75] Cardemil CV, et al, Effectiveness of a Third Dose of MMR Vaccine for Mumps Outbreak Control, *N Eng J Med* 2017;377(10):947-56.
[76] Lewnard and Grad, Vaccine waning and mumps re-emergence in the United States, Sci. Transl. Med. 10, eaao5945 (2018) 21 March 2018.
[77] Vaccine efficacy can only be estimated using a placebo-controlled clinical trial, when the vaccination status of the "control" (unvaccinated) participants is known with certainty.  These studies are only done before a vaccine is licensed by the FDA.

26

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

In an outbreak setting, vaccine effectiveness is estimated by comparing the percentage of persons with mumps who received two doses compared with those who received only 1 dose or no doses.  In these investigations, the vaccination status of both cases and "controls" (those who did not develop the disease) are known with less certainty, and as a result are subjected to some bias and misclassification.

## C.  Recent outbreaks, case counts

Following the licensure of mumps vaccine in 1967, the number of cases reported annually fell from an average of more than 162,000 before the vaccine was licensed to fewer 1,000 cases in 1995, then to fewer than 300 cases in 2001.[78]  An increase in mumps outbreaks and cases, particularly among people who had received 2 doses of MMR was first noted in 2006.  That year several outbreaks occurred on college campuses in the Midwest.  This resulted in a total of 6,584 cases reported in 2006, the largest number reported in a single year since 1987.[79]  Outbreaks among close-knit communities in New York and New Jersey occurred in 2009 and 2010, mostly among persons who had receive 2 doses of MMR.

Since 2012, the number of mumps cases, incidence, number of outbreaks, proportion of outbreak-associated cases, and number of jurisdictions reporting mumps outbreaks have all increased.  The number of cases reported in 2016 (6,369) and 2017 (5,629, preliminary as of December 31) are the highest reported in a decade.[80]  Furthermore, from January 1, 2016 through June 30, 2017, state health departments reported 150 mumps outbreaks (the occurrence of three or more cases linked by place and time), accounting for 9,200 cases; 39 (76%) of 51 of state health departments reported at least one outbreak.  Seventy-five (50%) outbreaks occurred in universities and 16 (11%) in close-knit communities (i.e., communities or groups that are strongly connected by social, cultural, or family ties; participate in communal activities; or have a common  living space).  A median of 10 cases occurred per outbreak; 20 (13%) outbreaks had 50 or more cases, and these accounted for 83% of all outbreak-associated cases.  Most cases occurred in young adults (median age of outbreak-associated patients was 21 years).[81]

## D.  How outbreak findings affect ACIP recommendations

Outbreak investigations often include an evaluation of vaccine performance (vaccine effectiveness), particularly when many cases occur among previously vaccinated persons (called "vaccine failure").  CDC may evaluate vaccine effectiveness and look for risk factors

---

[78] Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2011. MMWR (2013) 60 (53): 1-117 at 102, 104.
[79] Centers for Disease Control and Prevention. Summary of Notifiable Diseases—United States, 2011. MMWR (2013) 60 (53): 1-117 at 100, 102, 104, 106.
[80] Centers for Disease Control and Prevention. National Notifiable Disease Surveillance System. Weekly Tables of Infectious Diseases Data. (Table II) Atlanta, GA. CDC Division of Health Informatics and Surveillance. (https://stacks.cdc.gov/view/cdc/52258).
[81] Marin M et al, *MMWR* 2018;67(1);33-8.

27

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

for vaccine failure, such as the age at vaccination or the time since vaccination.  If these studies suggest a change in the performance of the vaccine CDC will publish this information in peer-reviewed journals and likely bring it to the attention of ACIP.  This is what has occurred since 2006 when the first relatively large mumps outbreaks were reported among people who had received 2 prior doses of MMR.

### E.  Mumps Work Group and 3rd dose of MMR

Information on mumps outbreaks and vaccine effectiveness were presented to ACIP on several occasions after the 2006 and 2009-2010 outbreaks.  At that time, it was uncertain whether a 3rd dose of MMR would be effective in limiting the size of outbreaks occurring among people who had already received 2 doses of MMR.  To assist state and local health departments in responding to mumps outbreaks, CDC issued guidance (not a recommendation per se) on use of a 3rd dose of MMR vaccine in the 2012 *Manual for the Surveillance of Vaccine-Preventable Diseases.*[82]  The guidance was based on limited data and provided criteria for health departments regarding when to consider use of a third dose in specifically identified target populations.  When a revised MMR ACIP statement was published in 2013 it stated that "data are insufficient to recommend for or against the use of a third dose of MMR vaccine for mumps outbreak control."[83]

Because of the continued occurrence of mumps outbreaks in highly vaccinated populations, a mumps vaccine Work Group was established in early 2017.  The Work Group held biweekly conference calls during 2017 to review relevant data on mumps surveillance and outbreak investigations, and available data on the effectiveness and safety of a 3rd dose of MMR.  The publication of the 2017 CDC study demonstrating the benefit of a 3rd dose during an outbreak (Cardemil 2017) was influential in these discussions.

At their October 2017 meeting ACIP discussed and then unanimously passed the following recommendation:

> Persons previously vaccinated with 2 doses of a mumps virus–containing vaccine who are identified by public health authorities as being part of a group or population at increased risk for acquiring mumps because of an outbreak should receive a third dose of a mumps virus–containing vaccine to improve protection against mumps disease and related complications.[84]

ACIP did not recommend a 3rd dose of MMR for routine use in the general population.  ACIP concluded that the available evidence suggests that the current 2-dose MMR schedule provides sufficient protection for persons not involved in a mumps outbreak.  This issue will continue to be monitored.

---

[82] See www.cdc.gov/vaccines/pubs/surv-manual/index.html.
[83] McLean HQ, et al, *MMWR* 2013;62(RR-4).
[84] Marin M et al, *MMWR* 2018;67(1):33-8.

28

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Report by William L. Atkinson, MD, MPH
Re: United States of America *ex rel* v. Merck & Co., Inc.
June 2018

### F.  How outbreak findings affect CDC's decision to purchase MMR

I have never been involved with CDC's purchase of MMR.  However, prior to October 2017, mumps outbreak investigations did not result in any change in ACIP recommendations for use of MMR.  During my tenure at CDC and as a participant in ACIP, there was never any discussion of ceasing or discontinuing the purchase of MMR as a result of the outbreaks that have occurred since 2006.

## VIII.  History of purchasing MMR and the VFC Program

I have never been involved with the CDC's contracting for or purchasing of MMR.  However, CDC's decisions to purchase MMR for use in the VFC program are based entirely on the ACIP's recommendations and its placement of the vaccine on the VFC list, not on estimates of vaccine effectiveness.  The CDC purchases sufficient MMR to supply the number of ACIP-recommended doses to the VFC population.  I am not aware of any consideration of discontinuing MMR purchases because of recent mumps outbreaks, or studies of vaccine effectiveness.  On the contrary, as noted above, the CDC will likely purchase more MMR for use by the VFC program as a result of the ACIP's recommendation for use of a 3rd MMR dose during outbreaks.

## IX.  Cost effectiveness and cost savings

The economic value of vaccines can be calculated in several ways.  For MMR vaccine, the most common way is to conduct a cost-benefit analysis where the cost of the vaccination program is compared to the direct and indirect cost benefit.  Published studies have estimated that $7 to $14 are saved for every dollar spent on monovalent mumps or MMR vaccines.[85] Another published study estimated that more than $1.5 billion (in 2001 dollars) in costs are averted annually by vaccinating against mumps, with a savings of $3,614 per case prevented per year.[86]


_William Atkinson_ (signature)
_____
William L. Atkinson, MD, MPH

Dated:   June 12, 2018

---

[85] Peltola H. et al, Mumps and Rubella Eliminated From Finland, *J Am Med Assoc* 2000;284:2643-2647; Slater P.E., et al, The control of Mumps in Israel, *Eur J Epidemiol* 1999;15:765-767.
[86] See Zhou F, et al, Economic Evaluation of the 7-Vaccine Routine Childhood Immunization Schedule in the United States, 2001, *Arch Pediatr Adolesc Med* 2005;159:1136-1144.

29

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ATTACHMENT 1

**November 2017**

CURRICULUM VITAE
**WILLIAM L. ATKINSON**

| | |
|---|---|
| **Current Position** | Associate Director for Immunization Education<br>Immunization Action Coalition<br>Saint Paul, Minnesota |
| **Address:** | 600 W. Wall Street<br>Harrisonville, Missouri 64701<br>Telephone (678) 787-4313<br>Email: wlatkinson01@gmail.com |
| **Education:** | BA  1975  Psychology<br>University of Missouri-Kansas City<br>Kansas City, Missouri<br><br>MD  1977<br>University of Missouri-Kansas City School of Medicine<br>Kansas City, Missouri<br><br>Masters of Public Health 1986 (Epidemiology)<br>School of Public Health and Tropical Medicine<br>Tulane University<br>New Orleans, Louisiana |

**Postgraduate Training:**

| | |
|---|---|
| 1983 - 1986 | General Preventive Medicine Residency<br>School of Public Health and Tropical Medicine<br>Tulane University<br>New Orleans, Louisiana |
| 1983 - 1985 | Epidemic Intelligence Service Officer<br>Centers for Disease Control and Prevention<br>Division of Field Services<br>Duty Station:  Louisiana Office of Preventive and Public Health Services<br>Disease Control Division<br>New Orleans, Louisiana |
| 1981 - 1983 | Fellowship in Infectious Diseases<br>University of California - Irvine Medical Center<br>Irvine, California |
| 1978 - 1981 | Resident in Internal Medicine<br>Kern Medical Center<br>Bakersfield, California |
| 1980 - 1981 | Chief Medical Resident<br>Kern Medical Center<br>Bakersfield, California |

William L. Atkinson, M.D., M.P.H. -- Page 2

**Certification:** American Board of Internal Medicine
Certificate No. 82907, September 1985

American Board of General Preventive Medicine
Certificate No. 50449, January 1988

**Licensure:** Georgia No. 032514

**Positions Held:**

2012-present    Associate Director for Immunization Education
Immunization Action Coalition (a 501(c)(3) nonprofit organization)
Saint Paul, Minnesota

**Responsible for the development and maintenance of technical vaccine materials available to both vaccine providers and the public on the Immunization Action Coalition website (www.immunize.org); provides presentations to medical audiences on vaccine topics as requested.**

1995-2012    Medical Epidemiologist and Training Team Leader
Education, Information, and Partnership Branch
Immunization Services Division
National Center for Immunization and Respiratory Diseases (NCIRD)
Centers for Disease Control and Prevention
Atlanta, Georgia

**Responsible for the development of technical and training materials for immunization providers, and for conducting training on vaccine preventable diseases for NCIRD.**

**CDC lead for the *General Recommendations on Immunization* and Harmonized Child and Adolescent Immunization Schedule Work Groups for the Advisory Committee on Immunization Practices (ACIP). Member of the Meningococcal, Pertussis, Zoster and Pneumococcal Work Groups.**

1989-1994    Medical Epidemiologist
Surveillance, Investigations and Research Office
National Immunization Program
Centers for Disease Control and Prevention

**Responsible for national measles surveillance, measles outbreak investigation, and technical consultation for measles vaccine for the National Immunization Program at the Centers for Disease Control and Prevention, Atlanta, Georgia.**

1986-1989    Assistant Professor
Department of Biostatistics and Epidemiology
School of Public Health and Tropical Medicine
Tulane University Medical Center
New Orleans, Louisiana

William L. Atkinson, M.D., M.P.H. -- Page 3

1985-1989    Chief Medical Officer
             AIDS Surveillance and Investigation Program
             Epidemiology Section
             Louisiana Department of Health and Hospitals
             New Orleans, Louisiana

**Research Experience:**
1989-1995    Measles epidemiology, vaccines, human immunodeficiency virus
1985-1989    AIDS/HIV Epidemiology, Louisiana

1987-1988    HTLV-I Seroepidemiology, Louisiana

1985         Oral Cholera Vaccine Trial
             Phase III Field Trial
             International Centre for Diarrhoeal Diseases Research
             Dhaka, Bangladesh

1981-1983    Investigation of Heavy-Chain Immunoglobulin Responses in Coccidioidomycosis
             Veteran's Administration Medical Center
             Long Beach, California

1980-1981    Coccidioidomycosis Vaccine Project
             Phase III Field Trial
             Bakersfield, California

**Appointments:**
1995-2012    Liaison Member
             Immunization Action Coalition
             Saint Paul, Minnesota

1989-1994    National Coalition for Adult Immunization
             Measles-Mumps-Rubella Action Group

1986-1989    Ad-hoc Committee on AIDS
             Louisiana State Medical Society
             New Orleans, Louisiana

1986-1989    Clinical Assistant Professor
             Tulane University School of Medicine
             New Orleans, Louisiana

1988-1989    Graduate School Faculty
             Tulane University
             New Orleans, Louisiana

1989-2005    Adjunct Assistant Professor
             Department of Epidemiology
             School of Public Health and Tropical Medicine
             Tulane University
             New Orleans, Louisiana

William L. Atkinson, M.D., M.P.H. -- Page 4


1989-2012    Commissioned Officer (Captain 06)
             United States Public Health Service
             Call to Active Duty July 3, 1989; Retired July 1, 2012

**Honors and Awards:**
             Delta Omega Honorary Public Health Society
             Eta (New Orleans) Chapter
             Elected May 1988

             Excellence in Teaching Award
             School of Public Health and Tropical Medicine
             Tulane University
             New Orleans, Louisiana
             May 1989

             Achievement Medal
             United States Public Health Service
             December 1990
             *In recognition of exceptional accomplishments, innovativeness, and proficiency in measles prevention and control activities, teaching, research, and supervision.*

             Commendation Medal
             United States Public Health Service
             December 1991
             *For sustained superior efforts to assure supplies of vaccinia immune globulin in the United States and establish PHS recommendations for use of vaccinia vaccine.*

             Foreign Duty Award
             United States Public Health Service
             February 1992
             *For sustained performance of duty while on assignment to the International Centre for Diarrheal Research, Dhaka, Bangladesh, January through April 1985.*

             Commendation Medal
             United States Public Health Service
             October 1994
             *For sustained superior efforts to reach PHS immunization goals for the nation by consistently demonstrating proficiency and innovativeness in the nationwide training of public health providers.*

             First Prize, Teleconference Category
             1995 Gold Screen Award (corecipient)
             National Association of Government Communicators, October 1995
             *For outstanding achievement in the production of the videoconference Epidemiology and Prevention of Vaccine-Preventable Diseases@.*

             Philip R. Horne Award
             Highest award given to an employee of the National Immunization Program of the Centers for Disease Control and Prevention
             April 1996
             *For significant contributions to the health of the Nation's children and the advancement of the mission of the National Immunization Program.*

Golden Bear Award
State of California
April 1996
*For significant contributions to improving immunization levels among the children of California.*

Group Honor Award for Communication Services (corecipient)
Centers for Disease Control and Prevention
June 1996
*For the combined efforts of the National Immunization Program and the Public Health Practices Program Office staff in providing professional training to support the President's Childhood Immunization Initiative.*

Third Place, Teleconference Category
1996 Gold Screen Award (corecipient)
National Association of Government Communicators
December 1996
*For outstanding achievement in the production of the videoconference Vaccines for International Travel.*

First Prize, Teleconference Category
1997 Gold Screen Award (corecipient)
National Association of Government Communicators
August 1997
*For outstanding achievement in the production of the videoconference Surveillance of Vaccine-Preventable Diseases.*

William Watson Medal of Excellence
The highest award given to an employee of the Centers for Disease Control and Prevention
June 2001
*For exceptional leadership, initiative, and success in a dedicated public health career*

Excellence in Health Communication Award
CDC Health Communicator Roundtable
October 2001

Unit Commendation
United States Public Health Service
July 2002
*For activities related to development of training materials, exercises, and management for Smallpox Response Team Training.*

Excellence in Distance Learning Teaching Award
United States Distance Learning Association
April 2003

Distinguished Service Medal
United States Public Health Service
December 2012
*For extraordinary leadership critical to advancing national vaccine policy*

William L. Atkinson, M.D., M.P.H. -- Page 6

**Consultancies:**
> Temporary Advisor, World Health Organization
> Socialist Republic of Vietnam
> November 1990
> *Provided training to Provincial health workers on poliomyelitis epidemiology, surveillance, and the global poliomyelitis eradication program.*

> Temporary Advisor, World Health Organization
> Socialist Republic of Vietnam
> January 1991
> *Assisted the Ministry of Health in development of a National Plan for the eradication of poliomyelitis in Vietnam.*

**Presentations:**
Presenter for more than 100 immunization training courses and more than 600 invited lectures on vaccine-preventable disease topics throughout the United States (1989-present).

Presenter, writer and producer for 125 national satellite broadcasts and webcasts on multiple vaccine-preventable disease topics (1995-2012).

**Publications:**
Author or coauthor of 52 publications and book chapters primarily relating to measles and other vaccine-preventable diseases.

Contributor to the American Academy of Pediatrics *Red Book*, Plotkin and Orenstein textbook *Vaccines*, and CDC text *Health Information for International Travel*.

Principal writer and editor for 12 editions (1995-2012) of *Epidemiology and Prevention of Vaccine-Preventable Diseases* (commonly known at the "Pink Book"), a textbook used to supplement National Center for Immunization and Respiratory Diseases vaccine training programs.

Author or coauthor of 15 articles published in *Morbidity and Mortality Weekly Report* (MMWR), including the 2002, 2006 and 2011 revisions of the *General Recommendations on Immunization: Recommendations of the Advisory Committee on Immunization Practices*.

Contributor for an "Ask The Experts" column for a bi-annual immunization newsletter (Needle Tips, published by the Immunization Action Coalition, Saint. Paul, MN), 1997-2012.

Author or coauthor of 35 papers presented at professional and scientific meetings.

Bibliography available on request.

ATTACHMENT 2

**Additional Documents Reviewed**

| |
|---|
| CDC. Current trends mumps — United States, 1980-1983. *MMWR*. 1983; 32(42):545-7. |
| CDC. Mumps — United States, 1983-1984. *MMWR*. 1984; 33(38):533-5. |
| CDC. Mumps outbreak — New Jersey. *MMWR*. 1984; 33(29):421-2,427-30. |
| CDC. Current trends mumps — United States, 1984-1985. *MMWR*. 1986; 35(13):216-9. |
| CDC. Epidemiologic notes and reports mumps — United States, 1985-1986. *MMWR*. 1987; 36(10):151-5. |
| CDC. Mumps outbreaks on university campuses — Illinois, Wisconsin, South Dakota. *MMWR*. 1987; 36(30):503-5. |
| CDC. Epidemiologic notes and reports mumps in the workplace — Chicago. *MMWR*. 1988; 37(35):533-8. |
| CDC. Current trends mumps — United States, 1985-1988. *MMWR*. 1989; 38(7):101-5. |
| CDC. Recommendations of the Immunization Practices Advisory Committee mumps prevention. *MMWR*. 1989; 38(22):388-92,397-400. |
| CDC. Mumps surveillance — United States, 1988-1993. *MMWR*. 1995; 44(SS-3):1-14. |
| CDC. Measles, mumps, and rubella — vaccine use and strategies for elimination of measles, rubella, and congenital rubella syndrome and control of mumps; recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR*. 1998; 47(RR-8):1-57. |
| CDC. Mumps Epidemic — United Kingdom, 2004-2005. *MMWR*. February 24, 2006:55(07):173-75. |
| CDC. Mumps outbreak at a summer camp — New York, 2005. *MMWR*. 2006; 55(07):175-7. |
| CDC. Mumps epidemic — Iowa, 2006. *MMWR*. 2006; 55(13):366-8. |
| CDC. Exposure to mumps during air travel — United States, April 2006. *MMWR*. 2006; 55(14):401-2. |
| CDC. Update: multistate outbreak of mumps — United States, January 1-May 2, 2006. *MMWR*. 2006; 55(20):559-63. |
| CDC. Brief report: update: mumps activity — United States, January 1-October 7, 2006. *MMWR*. 2006; 55(42):1152-3. |
| CDC. Notice to readers: updated recommendations of the Advisory Committee on Immunization Practices (ACIP) for the Control and Elimination of Mumps. *MMWR*. 2006; 55(22):629-30. |
| CDC. Updated recommendations for isolation of persons with mumps. *MMWR*. 2008; 57(40):1103-5. |
| CDC. Mumps outbreak — New York, New Jersey, Quebec, 2009. *MMWR*. 2009; 58(45):1270-4. |
| CDC. Update: mumps outbreak — New York and New Jersey, June 2009–January 2010. *MMWR*. 2010; 59(05):125-9. |
| CDC. Mumps outbreak on a university campus – California, 2011. *MMWR*. 2012 Dec 7;61(48):986-989. |
| CDC. Prevention of measles, rubella, congenital rubella syndrome, and mumps, 2013: Summary recommendations of the Advisory Committee on Immunization Practices (ACIP) *MMWR*. June 14, 2013;62(4):1-34. |
| Albertson JP, Clegg WJ, Reid HD, Arbise BS, Pryde J, Vaid A, Thompson-Brown R, Echols F. Mumps outbreak at a university and recommendation for a third dose of measles-mumps-rubella vaccine – Illinois, 2015-2016. *MMWR*. 2016 Jul 29;65(29):731-734 |

Cortese MM, Jordan HT, Curns AT, Quinlan PA, Ens KA, Denning PM, Dayan GH. Mumps vaccine performance among university students during a mumps outbreak. CID 2008;46:1172-1180.

Date AA, Kyaw MH, Rue AM, Klahn J, Obrecht L, Krohn, Rowland J, Rubin S, Safranek TJ, Bellini WJ, Dayan GH. Long-term persistence of mumps antibody after receipt of 2 measles-mumps-rubella (MMR) vaccinations and antibody response after a third MMR vaccination among a university population. JID 2008;197:1662-1668.

Dayan G, Rubin S. Mumps outbreaks in vaccinated populations: Are available mumps vaccines effective enough to prevent outbreaks? CID 2008;47:1458-1467.

Dayan GH, Quinlisk PA, Parker AA, Barskey AE, Harris ML, Hill Schwartz JM, Hunt K, Finley CG, Leschinsky DP, O'Keefe AL, Clayton J, Kightlinger LK, Goldstein ST, Stokely SK, Redd SB, Rota PA, Rota J, Bi D, Roush SW, Bridges CB, Santibanez TA, Parashar U, Bellini WJ, Seward JF. Recent resurgence of mumps in the United States. N Engl J Med. 2008; 358:1580–9.

Hilleman MR, Weibel RE, Buynak EB, Stokes J Jr, Whitman JE Jr. Live attenuated mumps-virus vaccine. IV. Protective efficacy as measured in a field evaluation. N Eng J Med 1967:276:252-258.

Kim-Farley R, Bart S, Stetler H, Orenstein W, Bart K, Sullivan K, Halpin T, Sirotkin B Clinical mumps vaccine efficacy. Am J Epidemiology 1985;121:593-597.

Lewnard Joseph A., Grad Yonaton H. Vaccine waning and mumps re-emergence in the United States. Sci Transl Med. 2018 Mar 21;10(433).

Nelson GE, Aguon A, Valencia E, Oliva R, Guerrero ML, Reyes R, Lizama A, Diras D, Mathew A, Camacho J, Monforte MN, Chen TH, Mahamud A, Kutty PK, Hickman C, Bellini WJ, Seward JF, Gallagher K, Fiebelkorn AP. Epidemiology of a mumps outbreak in a highly vaccinated island population and use of a third dose of measles-mumps-rubella vaccine for outbreak control—Guam 2009 to 2010. Pediatr Infect Dis J. 2013; 32(4):374-80.

Deposition Transcript and Exhibits of Alan W. Sims

Deposition Transcript and Exhibits of Barbara Kuter, Ph.D. (February 9, 2018)

Deposition Transcript and Exhibits of Mark Pallansch, Ph.D.

Record of the Meeting of the ACIP, February 10-11, 2005

Record of the Meeting of the ACIP, June 29-30, 2005

Record of the Meeting of the ACIP, October 26-27, 2005

Record of the Meeting of the ACIP, February 21-22, 2006

Record of the Meeting of the ACIP, June 29-30, 2006

Record of the Meeting of the ACIP, October 25-26, 2006

Record of the Meeting of the ACIP, February 21-22, 2007

Record of the Meeting of the ACIP, June 27-28, 2007

Record of the Meeting of the ACIP, October 24-25, 2007

Record of the Meeting of the ACIP, February 27-28, 2008

Record of the Meeting of the ACIP, June 25-26, 2008

Record of the Meeting of the ACIP, October 22-23, 2008

Record of the Meeting of the ACIP, February 25-26, 2009

Record of the Meeting of the ACIP, July 29, 2009

Record of the Meeting of the ACIP, October 21-22, 2009

Record of the Meeting of the ACIP, February 24-25, 2010

| |
|---|
| Record of the Meeting of the ACIP, June 23-24, 2010 |
| Record of the Meeting of the ACIP, August 5, 2010 |
| Record of the Meeting of the ACIP, October 27-28, 2010 |
| Record of the Meeting of the ACIP, February 23-24, 2011 |
| Record of the Meeting of the ACIP, June 22-23, 2011 |
| Record of the Meeting of the ACIP, October 25-26, 2011 |
| Record of the Meeting of the ACIP, February 22-23, 2012 |
| Record of the Meeting of the ACIP, June 20-21, 2012 |
| Record of the Meeting of the ACIP, October 24-25, 2012 |
| Record of the Meeting of the ACIP, February 20-21, 2013 |
| Record of the Meeting of the ACIP, June 19-20, 2013 |
| Record of the Meeting of the ACIP, October 23-24, 2013 |
| Record of the Meeting of the ACIP, February 26-27, 2014 |
| Record of the Meeting of the ACIP, June 25-26, 2014 |
| Record of the Meeting of the ACIP, August 13, 2014 |
| Record of the Meeting of the ACIP, October 29-30, 2014 |
| Record of the Meeting of the ACIP, February 26, 2015 |
| Record of the Meeting of the ACIP, June 24-25, 2015 |
| Record of the Meeting of the ACIP, October 21, 2015 |
| Record of the Meeting of the ACIP, February 24, 2016 |
| Record of the Meeting of the ACIP, June 22-23, 2016 |
| *United States of America et al. v. Merck & Co.*, No. 2:10-cv-04374-CDJ (E.D. Pa.), Amended Complaint for Violations of the Federal False Claims Act |

# ATTACHMENT 3

| Mumps Cases and Deaths Reported and Prevented, 1968-2017 | | | | | | |
|---|---|---|---|---|---|---|
| Year | Cases Reported* | Cases Prevented** | Deaths Reported | Deaths Prevented | | |
| 1968 | 152209 | 10135 | 25 | 14 | | |
| 1969 | 90918 | 71426 | 22 | 17 | | |
| 1970 | 104953 | 57391 | 16 | 23 | | |
| 1971 | 124939 | 37405 | 15 | 24 | | |
| 1972 | 74215 | 88129 | 16 | 23 | | |
| 1973 | 69612 | 92732 | 12 | 27 | | |
| 1974 | 59128 | 103216 | 6 | 33 | | |
| 1975 | 59647 | 102697 | 8 | 31 | | |
| 1976 | 38492 | 123852 | 8 | 31 | | |
| 1977 | 21436 | 140908 | 5 | 34 | | |
| 1978 | 16817 | 145527 | 3 | 36 | | |
| 1979 | 14255 | 148089 | 2 | 37 | | |
| 1980 | 8576 | 153768 | 2 | 37 | | |
| 1981 | 4941 | 157403 | 1 | 38 | | |
| 1982 | 5270 | 157074 | 2 | 37 | | |
| 1983 | 3355 | 158989 | 2 | 37 | | |
| 1984 | 3021 | 159323 | 1 | 38 | | |
| 1985 | 2982 | 159362 | 0 | 39 | | |
| 1986 | 7790 | 154554 | 0 | 39 | | |
| 1987 | 12848 | 149496 | 2 | 37 | | |
| 1988 | 4866 | 157478 | 2 | 37 | | |
| 1989 | 5712 | 156632 | 3 | 36 | | |
| 1990 | 5292 | 157052 | 1 | 38 | | |
| 1991 | 4264 | 158080 | 1 | 38 | | |
| 1992 | 2572 | 159772 | 0 | 39 | | |
| 1993 | 1692 | 160652 | 0 | 39 | | |
| 1994 | 1537 | 160807 | 0 | 39 | | |
| 1995 | 906 | 161438 | 0 | 39 | | |
| 1996 | 751 | 161593 | 1 | 38 | | |
| 1997 | 683 | 161661 | 0 | 39 | | |
| 1998 | 666 | 161678 | 1 | 38 | | |
| 1999 | 387 | 161957 | 1 | 38 | | |
| 2000 | 338 | 162006 | 2 | 37 | | |
| 2001 | 266 | 162078 | 0 | 39 | | |
| 2002 | 270 | 162074 | 1 | 38 | | |
| 2003 | 231 | 162113 | 0 | 39 | | |
| 2004 | 258 | 162086 | 0 | 39 | | |
| 2005 | 314 | 162030 | 0 | 39 | | |
| 2006 | 6584 | 155760 | 1 | 38 | | |
| 2007 | 800 | 161544 | 0 | 39 | | |
| 2008 | 454 | 161890 | 2 | 37 | | |
| 2009 | 1991 | 160353 | 2 | 37 | | |
| 2010 | 2612 | 159732 | 1 | 38 | | |
| 2011 | 404 | 161940 | | | | |
| 2012 | 229 | 162115 | | | | |
| 2013 | 584 | 161760 | | | | |
| 2014 | 1223 | 161121 | | | | |
| 2015 | 1329 | 161015 | | | | |
| 2016*** | 5311 | 157033 | | | | |
| 2017*** | 6369 | 155975 | | | | |
| | | | | | | |
| Total | | 7182901 | | 1510 | (1968 - 2010) | |
| Since 2000 | | 2892625 | | 420 | (2000 - 2010) | |
| | | | | | | |
| *Cases officially reported to CDC as published in annual summaries of notifiable diseases | | | | | | |
| **Average annual number of cases and deaths before vaccine availability (162,344, and 39) minus year total. | | | | | | |
| Source: Roush SW et al. JAMA. 2007;298(18):2155-2163 | | | | | | |
| ***2016 and 2917 totals are provisional. | | | | | | |
| Death data are from the National Center for Health Statistics Mortality Report for the respective year. | | | | | | |
| Deaths prevented = 39 minus the number of deaths reported in that year. | | | | | | |

# EXHIBIT 7

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant. | Civil Action No. 10-4374 (CDJ) |
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION <br><br><br> THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | Master File No. 12-3555 (CDJ) |

## REPORT OF DR. EUGENE SHAPIRO

# TABLE OF CONTENTS

I.      QUALIFICATIONS/EXPERIENCE ................................................................. 2

II.     ASSIGNMENT ............................................................................................... 3

III.    SUMMARY OF OPINIONS ............................................................................ 4

IV.     BACKGROUND .............................................................................................. 4

        A.      Nature of Mumps Disease ..................................................................... 4

        B.      Purpose of Vaccination ......................................................................... 6

        C.      Regulation of Vaccines in the United States ......................................... 8

        D.      Mumps Vaccines in the United States ................................................... 8

        E.      The ACIP Recommendations on Mumps Vaccination .......................... 9

        F.      The Resurgence of Mumps in the United States And Possible Causes ................. 9

V.      FINDINGS ...................................................................................................... 11

        A.      Merck's Mumps Vaccine Does Not Provide Sufficient Protection
                to Prevent Continued Outbreaks ......................................................... 11

        B.      The Resurgence of Mumps Cases and of Outbreaks in the United States
                Is a Significant Public Health Concern ................................................ 16

**Appx1397**

## I.    QUALIFICATIONS/EXPERIENCE

My name is Eugene Shapiro.  I am a Professor of Pediatrics, Epidemiology and Investigative Medicine at Yale University.  I received a Bachelor of Arts from Yale in 1970 and a Doctor of Medicine from the University of California, San Francisco School of Medicine, in 1976.  I completed a residency in pediatrics at Children's Hospital of Pittsburgh in 1979 and a two-year fellowship in pediatric infectious diseases at Children's Hospital of Pittsburgh in 1981. I completed another two-year fellowship in clinical epidemiology as a member of the Robert Wood Johnson Clinical Scholars Program at Yale in 1983.

I have been on the faculty at Yale since 1983, where I see patients, teach courses, and conduct research.  In addition to my teaching responsibilities, I am also the Vice Chair for Research of Yale's Department of Pediatrics, the Deputy Director of Yale's PhD Program in Investigative Medicine, and Co-Director of Education and Director of Child Health Research for Yale's Center for Clinical Investigation.

I maintain board certifications in both Pediatrics and Pediatric Infectious Diseases.  I served a six-year term, including two as Chair, as a member of the Infectious Diseases sub-board of the American Board of Pediatrics.  I have written over 250 publications, including 150 in peer-reviewed journals, most of which are studies related to vaccines.  I have been the principal investigator of numerous clinical studies, a number of which have been funded by R01 grants from the National Institutes of Health (NIH).  I have also received funding from private foundations and from industry, including from Merck Laboratories.

I have served as a consultant to the World Health Organization, for both the Department of Vaccines and Biologicals and for the Acute Respiratory Infections Control Programme, and Chair of the Advisory Group for the Epidemiology Branch of the National Institute of Child

2

**Appx1398**

Health and Human Development.  I have also served as a Special Advisor to the Food and Drug Administration's Vaccine Advisory Committee.  Additionally, I have been the Chair of the Data Safety and Monitoring Boards for numerous clinical trials, including clinical trials of the efficacy of vaccines, many of which were, or are currently, funded by the NIH.

I have served as a reviewer for grant proposals and awards for the Netherlands Organisation for Health Research and Development, the Department of Health of the United Kingdom, the University of Amsterdam, the Czech Health Research Council and the Karolinska Institute.  In 2014, I received the Stanley A. Plotkin Lectureship in Vaccinology Award for career achievement for research in vaccinology.  In 2017, I received the Pediatric Diseases Society Distinguished Physician Award for "an extensive and distinguished career in pediatric infectious diseases."

I have served as an expert witness hundreds of times on issues related to vaccines and infectious diseases.  A listing of the matters for which I have given deposition or trial testimony in the past five years is attached as Appendix A.  A copy of my current *curriculum vitae,* which includes my publications, is attached as Appendix B.

## II.    ASSIGNMENT

I have been retained by Relators and Private Plaintiffs in the above-referenced actions.  I have been asked by Relators and Private Plaintiffs to provide my expert opinion on the incidence of mumps in the United States and whether Merck's mumps-containing vaccines, MMR II and ProQuad, provide sufficient protection against mumps to prevent continued mumps cases and outbreaks.  In rendering my opinions herein, I have reviewed certain documents produced and testimony taken in these cases as well as publicly available information and academic literature. Attached in Appendix C is a list of the materials I considered or relied upon in reaching my

3

conclusions.  Relators and Private Plaintiffs are compensating me for my work on this matter at an hourly rate of $500 ($600 per hour for testimony).  My compensation does not depend on the outcome of this litigation or my conclusions.

## III.    SUMMARY OF OPINIONS

The summary of my opinions is as follows:

1.    Merck's mumps vaccine does not provide sufficient protection to prevent continued mumps cases and outbreaks in the United States.

2.    The resurgence of mumps cases and outbreaks in the United States is a significant public health concern.

3.    A new mumps vaccine is necessary if we wish to control mumps in the United States.

## IV.    BACKGROUND

### A.    Nature of Mumps Disease

Mumps is a highly contagious disease caused by an RNA virus in the Paramyxoviridae family.  It is a systemic illness characterized by swelling of the parotid salivary glands, known as parotitis.  Mumps is spread via droplets of saliva or mucus from the mouth, throat, or nose of an infected person.  This often occurs when an infected person talks, coughs or sneezes, but the disease can also be spread when an infected person touches surfaces or items without washing their hands and another person touches the contaminated object and rubs their nose or mouth. The incubation period is typically 16 to 18 days, but cases can occur from 12 to 25 days after exposure.   There is no cure for mumps; treatment focuses on relief of symptoms.[1]

---

[1]  *See generally* Plotkin, Plotkin's Vaccines, Ch. 40: Mumps Vaccines (Elsevier 7th Ed. 2017); World Health Organization, Mumps, http://www.who.int/biologicals/areas/vaccines/mmr/mumps/en/; Centers for Disease Control and Prevention, Epidemiology and Prevention of Vaccine-Preventable Diseases, Ch. 15: Mumps, 247-260 (Washington D.C. Public Health Foundation 13th Ed. 2015).

4

For children who contract the disease, the most common complications include meningitis, sometimes associated with encephalitis.  Adults with the disease may have more serious complications than children, including arthritis, inflammation of the breasts or ovaries, pancreatitis, thyroiditis, myocarditis, thrombocytopenia, encephalitis, glomerulonephritis, cerebellar ataxia, and either temporary or permanent hearing impairment.  Some studies have observed an increase in miscarriages among women who developed mumps during the first trimester of pregnancy.  Orchitis, painful inflammation of one or both of the testicles, frequently occurs in post pubescent males.  Roughly half of patients with orchitis experience testicular atrophy and in rare cases it can lead to sterility.[2]

Up to one third of persons infected with mumps are asymptomatic, but they still may transmit the virus.  This presents challenges to estimation of the incidence of mumps and to controlling outbreaks.  Further complicating the issue is the fact that other viruses – including influenza A virus, Coxsackie viruses, parainfluenza viruses 1, 2, and 3, Epstein-Barr virus, and adenovirus – can also cause parotitis.  As a result, laboratory testing is critical for confirming mumps cases.  However, mumps can also be difficult to diagnose in highly immunized populations because the immunoglobulin M antibody response that is often used to confirm the diagnosis may not occur or may be present only transiently in persons who had previously received the vaccine but subsequently contract mumps.

---

[2]  *See generally* Plotkin, Plotkin's Vaccines, Ch. 40: Mumps Vaccines (Elsevier 7th Ed. 2017); World Health Organization, Mumps, http://www.who.int/biologicals/areas/vaccines/mmr/mumps/en/; Centers for Disease Control and Prevention, Epidemiology and Prevention of Vaccine-Preventable Diseases, Ch. 15: Mumps, 247-260 (Washington D.C. Public Health Foundation 13th Ed. 2015).

**B.      Purpose of Vaccination**

Vaccines have been, by many measures, the most significant, impactful and cost-effective medical intervention to improve public health in the modern era.  The reduction in both mortality and morbidity from vaccine-preventable diseases, such as smallpox, polio, measles, *Haemophilus influenzae* type b, pneumococcus, varicella and others has been enormous.  The goal of a vaccine against an infectious agent like mumps can be divided into different domains: the goal from the perspective of the individual who receives the vaccine (the vaccinee), and the goal from the perspective of the public health of the population of which the vaccinees are members.

For the individual, the role of the vaccine is to induce immunity to the infectious agent, usually by inducing antibodies (though for some infectious agents, cell-mediated immunity may also be important), which either will prevent infection (ideally) or will mitigate the severity of the disease caused by the infection, if it occurs.  From a public health perspective, the purpose is not only to achieve those results for individual vaccinees, but also to increase the proportion of immune individuals in the population.  If the proportion of the population that is immune is high enough, it could result in "herd immunity," because not only would the incidence of infection be substantially reduced in vaccinees, but transmission of the infection in the entire population could also be interrupted.  In effect, unimmunized persons would also be protected from the infection, since if they were not exposed to the infectious agent because of reduced incidence of disease and decreased transmission in the population, they too would not suffer the effects of an infection (and they would not transmit it to others).

For infectious agents for which humans are the only host, it may be possible to eradicate the infectious agent from the world (as has happened with smallpox virus, and is nearing for

6

polio virus).  For other infections, the level of immunity in the population may be sufficient to reduce the incidence of infection in a country such that endemic transmission of the infection is eliminated, with cases of disease occurring only very rarely, typically in unimmunized individuals who are exposed to cases imported from other countries.

An excellent example of this is the recent epidemiology of measles in the United States. Cases of measles are very rare and generally occur only in sporadic outbreaks among groups with few or no vaccinees (*e.g.*, the Amish).  Typically, a susceptible person is exposed to measles in a place where the virus is circulating (*e.g.*, a foreign country).  That person then travels to the United States, develops measles and becomes an imported index case of the infection.  If the traveler with measles is in contact only with persons who are immune, no one else will develop measles and there will be no outbreak.  However, if the infected traveler is in contact with persons most of whom are not immune, then cases of the infection may rapidly develop and spread among other susceptible persons in the group (either among those who are unimmunized or among those whose immunity has waned), and an "outbreak" will ensue.

To achieve the desired effects of a vaccine such as mumps vaccine, it is important for the vaccine to be safe, potent and effective, and for the immunity induced by the vaccine to be long-lasting.  In addition, it is important for uptake of the vaccine in the population to be high so that the proportion of people in the population that is immune is sufficient to achieve and to maintain herd immunity.  For a vaccine against a virus like mumps, duration of vaccine-induced immunity is important, not only to maintain herd immunity, but also because the disease tends to be more severe in both adolescents and adults than in younger children, sometimes causing painful orchitis or oophoritis, meningitis, encephalitis, infertility, deafness and, rarely, even death.  Thus,

7

since the vaccine is administered in early childhood, it is especially important that immunity is long-lasting.

### C.    Regulation of Vaccines in the United States

In the United States, two government agencies are primarily charged with overseeing the licensing of vaccines and the monitoring of vaccine-preventable diseases. The Food and Drug Administration (FDA) oversees licensure-related testing of a vaccine for safety and effectiveness. It also reviews data from pivotal clinical trials to assure that the vaccine is efficacious. After a vaccine is approved, the Centers for Disease Control (CDC) is the primary agency that monitors the epidemiology of the infection in the population, including investigating unexpected outbreaks of disease that occur as well as possible unexpected adverse side effects. Other entities, both government [e.g., the Advisory Committee on Immunization Practices (ACIP)] and non-government (e.g., the Committee on Infectious Diseases of the American Academy of Pediatrics and the American Academy of Family Practitioners), formulate recommendations for vaccine policy (i.e., recommended timing of immunizations).

### D.    Mumps Vaccines in the United States

Since 1967, Merck has been the only vaccine manufacturer licensed to sell a mumps-containing vaccine in the United States. In 1967, Merck obtained a license for the first United States mumps vaccine, Mumpsvax. In 1971, Merck obtained a license for a combination measles, mumps and rubella vaccine called MMR. The next year, Merck obtained a license for an updated combination measles, mumps and rubella vaccine, containing a new strain of the rubella vaccine, called MMR II. In 2005, Merck obtained a license for a combined measles, mumps, rubella and varicella vaccine called ProQuad. In 2009, Merck discontinued its

8

monovalent mumps vaccine, leaving MMR II and ProQuad as the only mumps vaccines licensed for sale in the United States today.[3]

### E.    The ACIP Recommendations on Mumps Vaccination

In 1977, the ACIP recommended one dose of mumps vaccine for all children 12 months or older.  In response to multiple measles outbreaks in the 1980s, including a significant 1986 outbreak, the ACIP recommended routine immunization with two doses of MMR II for children, with the first dose being administered between 12 and 15 months of age and the second dose administered between ages four and six years.  The ACIP formally recommended a two-dose mumps vaccination policy for school-aged children in 2006.  In 2017, the ACIP recommended a third dose of mumps vaccine for persons previously vaccinated with two doses who are identified by public health authorities as being part of a group or population at increased risk for acquiring mumps because of an outbreak.[4]

### F.    The Resurgence of Mumps in the United States And Possible Causes

Starting in 1971, after the licensure of Mumpsvax, reported incidence of mumps in the United States decreased annually with few exceptions until 1986.  In 1986 and 1987, there was a marked increase in cases of mumps with 7,790 and 12,848 cases reported, respectively. Subsequently, and coinciding with the ACIP recommendation of a second dose of MMR II in

---

[3]  *See* Centers for Disease Control and Prevention, "Prevention of Measles, Rubella, Congenital Rubella Syndrome, and Mumps, of 2013: Summary Recommendations of the Advisory Committee of Immunization Practices (ACIP)," *Morbidity and Mortality Weekly Report*, 2013 June 14; 62(RR04):1-34.

[4]  *See* Centers for Disease Control and Prevention, "Recommendation of the Advisory Committee on Immunization Practices for Use of a Third Dose of Mumps Virus-Containing Vaccine In Persons at Increased Risk for Mumps During an Outbreak," *Morbidity and Mortality Weekly Report*, 2018 Jan 12;67(1):33–38.

1989, the incidence of reported cases of mumps trended downwards once more. From 1995 to 2005, there were fewer than a thousand reported cases of mumps per year.[5]

However, in the winter of 2006, a large-scale mumps outbreak occurred in the Midwest, with over 6,500 reported cases. It was the largest recorded mumps outbreak in the United States in roughly twenty years. Most of the cases occurred in college students and in most of the colleges affected, > 90% of the students had received two doses of mumps vaccine. Another group of outbreaks of mumps that affected more than 3,500 people occurred in 2009 and in 2010 in Guam, New York and New Jersey, in addition to more than 1,000 cases of mumps that were reported elsewhere in the country. In the New York and the New Jersey outbreaks, 89% of adolescents (the group with the highest proportion of cases) who contracted mumps had received two doses of mumps vaccine. In the Guam outbreak, the highest attack rate was among school-aged children, and in that group, 93% of those affected had received two doses of mumps vaccine.[6]

From 2010 to 2015, there were more than 23 outbreaks of at least 20 cases of mumps reported across 18 states. Eighteen of these outbreaks occurred at universities, and in half of them more than 85% of those affected had received two doses of mumps vaccine. In 2016 and 2017, there were roughly 12,000 reported cases of mumps in 48 states, far surpassing the number of reported cases of mumps in 2006 and the neighboring years.[7]

---

[5] *See* Centers for Disease Control and Prevention, <u>Epidemiology and Prevention of Vaccine-Preventable Diseases</u>, Appendix E (Washington D.C. Public Health Foundation 13th Ed. 2015).

[6] Barskey, "Mumps outbreak in Orthodox Jewish communities in the United States," *New England Journal of Medicine*, 2012 Nov 1;367(18):1704-13; Nelson, "Epidemiology of a Mumps Outbreak in a Highly Vaccinated Island Population and Use of a Third Dose of Measles-Mumps-Rubella Vaccine for Outbreak Control—Guam 2009 to 2010," *Pediatric Infectious Disease Journal*, 2013 Apr;32(4):374-80.

[7] Marin, "Current Mumps Vaccination Recommendations and Epidemiology in the United States," Presentation to ACIP on February 23, 2017; Centers for Disease Control and Prevention, "2016 Annual Tables of Infectious

The resurgence of mumps has been investigated by, among others, the CDC's Division of Viral Diseases, the ACIP, and state health agencies in an effort to understand why the outbreaks are occurring in highly vaccinated populations.  It also has been investigated and written about by numerous academics.  As a result of these investigations, a number of theories as to the causes of this resurgence in mumps have been put forward, including (as discussed below) insufficient memory B cell response, antigenic drift of the virus and waning immunity.

## V.    FINDINGS

### A.    Merck's Mumps Vaccine Does Not Provide Sufficient Protection to Prevent Continued Outbreaks

Following approval of Merck's mumps vaccine in 1967, there was a substantial and sustained decrease in the incidence of mumps.  However, beginning in the late 1980s there were a number of outbreaks of mumps in highly vaccinated groups.  These outbreaks occurred primarily in secondary schools and in colleges, sometimes in groups in which as many as 95% of the students had received a dose of mumps vaccine.  Because of outbreaks of measles in similar populations, in 1989 the ACIP recommended a routine second dose of measles vaccine at 4-5 years of age, but suggested that it be administered as the combined measles, mumps, rubella (MMR) vaccine, also stating, "Mumps revaccination is particularly important."  Subsequently, the annual incidence of mumps in the United States dropped to the lowest levels since surveillance began (< 300 cases/year from 2001 to 2005).  However, although measles in the

---

Disease Data," *National Notifiable Diseases Surveillance System*, 2017, https://www.cdc.gov/nndss/infectious-tables.html; Centers for Disease Control and Prevention, "National Notifiable Diseases Surveillance System, Weekly Tables of Infectious Disease Data," *National Notifiable Diseases Surveillance System*, 2018, https://www.cdc.gov/nndss/infectious-tables.html; Centers for Disease Control and Prevention, Epidemiology and Prevention of Vaccine-Preventable Diseases, Appendix E (Washington D.C. Public Health Foundation 13th Ed. 2015); Centers for Disease Control and Prevention, "Mumps Cases and Outbreaks," 2018 Mar 6, https://www.cdc.gov/mumps/outbreaks.html.

Appx1407

United States has continued generally to be well controlled (with only sporadic small outbreaks in isolated communities), since early 2006 there have been numerous, large outbreaks of mumps in the United States, with nearly 15,000 reported mumps cases since 2014.

There is no consensus about the reasons for the resurgence in mumps. There is evidence that the number of memory B cells induced by Merck's mumps vaccine may be relatively low. These are the cells that produce and maintain concentrations of antibodies over time and that respond to re-exposure to the pathogen (mumps) by increasing production of protective antibodies. Vaccinees with low numbers of these cells may not be able either to maintain immunity or to respond with a rapid increase of protective antibodies if, years after their last immunization, they are exposed to mumps, or perhaps, even to another dose of the vaccine.

Another possible explanation for the resurgence of mumps in the United States is that surface antigens of new circulating strains of the virus are sufficiently different from antigens of the vaccine strain such that the antibodies induced by the vaccine are not adequate to provide protection against the heterologous (different) strain of the virus circulating in the community. Most of the strains of mumps that have been implicated in recent outbreaks have been genotype G, a different type than the Jeryl Lynn strain (genotype A) from which Merck's mumps vaccine is formulated.

Another important feature of the outbreaks is that the length of time since receipt of the second dose of the mumps vaccine was directly correlated with the attack rate of mumps. For example, during the large outbreak of mumps at the University of Iowa in 2016 through 2017, the attack rate per 1000 population was 1.6, 3.9, 11.3 and 17.6 for those who received the second

12

dose of mumps vaccine 0-2 years, 3-12 years, 13-15 years or 16-23 years earlier, respectively.[8]

Students who had received the second dose of mumps vaccine 13-15 years earlier had a risk of

contracting mumps that was 7 times higher than of those who had received the second dose of

mumps vaccine < 2 years earlier.  Persons who had received the second dose of mumps vaccine

> 16 years earlier had a risk of contracting mumps that was 11 times higher than of those who

had received the second dose of mumps vaccine < 2 years earlier.  These results are consistent

with findings in other outbreaks of mumps and further suggest that waning immunity is playing

an important role in these outbreaks.

Whatever the reason for the outbreaks, they have been occurring with markedly increased

frequency, are occurring nationwide in highly vaccinated populations, and have become a major

public health problem.  In 2013 there were 584 reported cases of mumps; in 2014 there were

1,223 reported cases; in 2015 there were 1,329 reported cases; in 2016 there were 6,369 reported

cases; and in 2017 there were 5,629 reported cases, though reporting is not yet complete.[9]

The CDC performed a survey of reported cases of mumps that occurred from January

2016 through June 2017 in 52 of its 57 reporting jurisdictions.  With 98% of those jurisdictions

responding, they found that there were 9,200 cases (median age 21 years) reported from 150

---

[8]  Cardemil, "Effectiveness of a Third Dose of MMR Vaccine for Mumps Outbreak Control," *New England Journal of Medicine*, 2017 Sep 7;377(10):947-956.

[9]  Centers for Disease Control and Prevention, <u>Epidemiology and Prevention of Vaccine-Preventable Diseases,</u> Appendix E (Washington D.C. Public Health Foundation 13th Ed. 2015); Centers for Disease Control and Prevention, "Summary of Notifiable Infectious Diseases and Conditions – United States, 2014," *Morbidity and Mortality Weekly Report*, 2016 Oct 14;63(54):31; Centers for Disease Control and Prevention, "Summary of Notifiable Infectious Diseases and Conditions – United States, 2015," *Morbidity and Mortality Weekly Report*, 2017 Aug 11;64(53):32; Centers for Disease Control and Prevention, "2016 Annual Tables of Infectious Disease Data," *National Notifiable Diseases Surveillance System*, 2017, https://www.cdc.gov/nndss/infectious-tables.html; Centers for Disease Control and Prevention, "National Notifiable Diseases Surveillance System, Weekly Tables of Infectious Disease Data," *National Notifiable Diseases Surveillance System*, 2018, https://www.cdc.gov/nndss/infectious-tables.html; Centers for Disease Control and Prevention, "Mumps Cases and Outbreaks," 2018 Mar 6, https://www.cdc.gov/mumps/outbreaks.html.

outbreaks, which occurred in more than three-quarters of the 52 jurisdictions.  Half of the outbreaks were comprised of fewer than 10 cases, indicating that this is not a problem that occurred in only a few selected settings.  Indeed, outbreaks occurred not only in universities (which accounted for the largest outbreaks), but also in communities and in schools other than universities.[10]

Of course, these are only clinically apparent reported cases.  It is well recognized that a substantial number of cases of mumps are either subclinical (*i.e.*, the person is not symptomatic enough to seek medical care) or are not reported.  Moreover, it is likely that at least some persons with subclinical infections are able to transmit the mumps virus to others, which would tend to perpetuate outbreaks.

The other remarkable feature of the outbreaks is that in more than half of the outbreaks, those who developed mumps had received two or more doses of mumps vaccine, and in many outbreaks more than three-quarters of infected patients had received two doses of the vaccine.  Indeed, in the large recent outbreak at the University of Iowa, before the outbreak, 98% of the students had received two doses of the vaccine.

Estimates of the effectiveness of two doses of the vaccine during outbreaks have ranged from 53% to 95%, with an effectiveness of $\leq$ 88% in half of the outbreaks.  Of course, if persons with subclinical infections were included, the estimates of the vaccine's effectiveness in outbreaks would be even lower.  The resurgence of outbreaks has caused many to question the current understanding of how well Merck's mumps vaccine actually protects against disease.  The FDA has pointed to the 2006 outbreak, with its high attack rate among recipients of two

---

[10]  *See* Marin, "Update on Mumps Epidemiology, United States," Presentation to ACIP on October 25, 2017.

doses of the vaccine, as an indication of "lower vaccine efficacy than previously estimated."[11] The median age of persons who developed mumps also is notable. Before the vaccine was introduced, the highest incidence of mumps was in young children. Now, most cases of mumps are occurring in young adults. This is of special concern because serious complications of mumps are more common in adults than in young children.

The inadequacy of two doses of Merck's mumps vaccine is further evidenced by the recent (late 2017) decision of the ACIP to recommend administration of a third dose of mumps vaccine during outbreaks of mumps. However, the benefit of even a third dose of the vaccine was limited. Recipients of the third dose of the vaccine, most of which were administered after the outbreak began, still contracted mumps at a high rate. For example, in the outbreak at the University of Iowa, although the overall attack rate was lower among students who had received three doses of the vaccine (6.7 cases per thousand persons) than among those who had received 2 doses (14.5 cases per thousand persons), the attack rate among recipients of three doses of

---

[11] *See* FDA, Determining the Safety and Efficacy of Vaccines to Protect Against Viruses that Infect the Central Nervous System, Biologics Research Projects, https://www.fda.gov/BiologicsBloodVaccines/ScienceResearch/BiologicsResearchAreas/ucm127315.htm ("In 2006 the US experienced its largest mumps outbreak in 20 years. Multiple independently performed outbreak investigations found that between 70% and 99% of cases had received the recommended 2 doses of mumps-containing vaccine, indicating lower vaccine efficacy than previously estimated."). *See also* Cortese, "Mumps Vaccine Performance among University Students during a Mumps Outbreak, " *Clinical Infectious Diseases*, 2008 April 15;46(8):1172-80 ("Therefore, as was true for the 2006 US resurgence in general, the large size of the outbreak at this institution was unexpected and raised questions about the effectiveness of mumps protection from 2 doses of MMR vaccine."); Dayan, "Mumps Outbreaks in Vaccinated Populations: Are Available Mumps Vaccines Effective Enough to Prevent Outbreaks?," *Vaccines*, 2008 Dec 1;47(11):1458-1467 ("[T]he recent resurgence of mumps in the United States, where outbreaks have occurred in the context of high 2-dose vaccination coverage, raised the question of whether available mumps vaccines are sufficiently effective to prevent outbreaks and achieve disease elimination."); Brunell, Philip, "The Effectiveness of Evaluating Mumps Vaccine Effectiveness," *Clinical Infectious Diseases*, 2007 August 15;45(4):467–469 ("The disappointing performance of mumps vaccine during the recent outbreak has resulted in a reexamination of its efficacy."); Date, "Long-Term Persistence of Mumps Antibody after Receipt of 2 Measles-Mumps-Rubella (MMR) Vaccinations and Antibody Response after a Third MMR Vaccination among a University Population," *The Journal of Infectious Diseases*, 2008 June 15;197(12):1662-68 ("High attack rates among highly vaccinated young adults during this outbreak raised concerns regarding the mumps vaccine failure.").

mumps vaccine was still very high—substantially higher than the overall annual attack rate of <1 per 100,000 persons that was sustained from the mid-1990s through 2004.[12]

### B.    The Resurgence of Mumps Cases and of Outbreaks in the United States Is a Significant Public Health Concern

Outbreaks can serve as sentinel events that provide important information about the level of immunity in the population and about the effectiveness of a vaccine over time.  Understanding why outbreaks are occurring might also provide insights into what needs to be done to protect not only individuals but also the health of the population, by being able to take measures to assure that the proportion of immune individuals is high enough to maintain herd immunity

The consequences of an imperfect vaccine on patients is well illustrated in studies of complications of mumps, even in the modern era, during outbreaks of mumps, making it clear that such outbreaks are not trivial.  This is particularly true when, as is the case now, those affected are mostly adults who have higher rates of complications from the infection.  Indeed, that is why a vaccine for mumps was developed in the first place.

For example, investigators who studied complications of mumps in the United Kingdom (where routine administration of 2 doses of the Jeryl Lynn strain of mumps vaccine is recommended), using data from enhanced surveillance, reported that during outbreaks in 2004-2005, 2.9% of patients with mumps had been hospitalized, 6.1% had orchitis, 0.3% had meningitis, and 0.25% had pancreatitis.[13]  Other studies have found that up to 1 in 1000 patients

---

[12]  Cardemil, "Effectiveness of a Third Dose of MMR Vaccine for Mumps Outbreak Control," *New England Journal of Medicine*, 2017 Sep 7;377(10):947-956.

[13]  *See* Yung, "Mumps Complications and Effects of Mumps Vaccination, England and Wales, 2002-2006," *Emerging Infectious Disease*, 2011 April;17(4):661-7.

with mumps develop deafness, which may be permanent.[14]  Investigators found a similar

proportion of people with serious complications of mumps in recent outbreaks in the United

States.  For example, in a report of the large outbreak in 2006 in the United States, among about

4,000 persons with documented infection with mumps, 5% had a serious complication and 2%

were hospitalized.[15]  Complications included encephalitis, orchitis, oophoritis, meningitis,

pancreatitis, mastitis and deafness.

The seriousness of the resurgence of mumps in the United States is reflected in the

recognition by many prominent vaccine experts, such as Stanley Plotkin, that there is a need for a

new vaccine for mumps:

> We need a new mumps vaccine.  I come to that conclusion because of the
> numerous examples we have that mumps is resurgent in older previously
> vaccinated adolescents, particularly when they come together in groups in to
> which mumps virus is introduced.  . . .  The [CDC] attributed the resurgence of
> mumps in the United States to the accumulation of susceptible adolescents from
> rural areas in crowded circumstances such as colleges, with the introduction of
> mumps virus from outside.  However, more recent outbreaks have occurred in less
> rural areas and it is evident that vaccine failure plays a big role in them.  . . .  In
> view of all the above, I would argue as others have, that a new vaccine is needed.
> . . .  Although the practical difficulties are considerable, so is the cost of continued
> outbreaks of mumps.[16]

---

[14]  *See* Hashimoto, "An Office-Based Prospective Study of Deafness in Mumps," *Pediatric Infectious Disease Journal*, 2009 March 1;28(3):173–5.

[15]  *See* Dayan, "Recent Resurgence of Mumps in the United States," *New England Journal of Medicine*, 2008 Apr 10; 358(15):1580-9.

[16]  Plotkin, "Commentary: Mumps Vaccines: Do We Need a New One?," *The Pediatric Infectious Disease Journal*, 2013 Apr;32(4):381-2.  *See also* Rubin, "Emerging Mumps Infection," *The Pediatric Infectious Disease Journal*, 2016 Jul;35(7):799-801 ("[I]t is clear that other approaches to improve vaccine effectiveness need to be pursued. Among these, development of new vaccines must be considered."); Whitaker, "Measles and mumps outbreaks in the United States: Think globally, vaccinate locally," *Vaccine*, 2014 Aug 20;32(37):4703-4 ("For mumps, we can advocate that not only do we need better vaccine coverage, we also need better vaccines."); Latner, "Remembering Mumps," *PLOS Pathogens*, 2015 May 7;1(5):1-4 ("A more effective mumps vaccine that provides lifelong immunity is certainly desirable, but before scientifically grounded improvements can be made, it will be essential to better understand which parameters of immunity are required for protection and why the immune response to mumps is characteristically weak."); Sabbe, "The resurgence of mumps and pertussis," *Human Vaccines and Immunotherapeutics*, 2016 Apr 2;12(4):955-9 ("However, in recent years, many countries including the United States . . . have been confronted with a resurgence of mumps and pertussis, despite high vaccination coverage for

17

The government has also recognized this problem. At the beginning of each decade, the United States Department of Health and Human Services has issued "ambitious, yet achievable . . . 10-year national objectives for improving the health of all Americans." In 2000, the specific goal for the number of cases of mumps in the United States, issued in the "Healthy People 2010" report, was zero cases of mumps. Clearly, that did not happen. The target goal for number of annual cases of mumps at the end of the decade for "Healthy People 2020," issued in 2010 is 500 cases. This is remarkable since this number actually is higher than the number of reported cases in the baseline year (2008), and is one of the only (if not the only) infectious disease for which the target "goal" for number of cases of disease was actually higher than the number of cases at baseline. This is another example of the recognition, clearly borne out by the actual number of cases of mumps being reported, that use of the current vaccine is not likely to lead to a sustained decrease in the number of cases of mumps in the United States.

The government has recently taken numerous other steps in an effort to address the resurgence of mumps, further reflecting the seriousness of this problem. The Department of Defense, in its announcement of funding opportunities, has added "[i]nvestigation of revaccination strategies and identification of correlates of protection for currently available vaccines (especially mumps)" as one of its priorities.[17] The ACIP created a working group devoted exclusively to the study of the resurgence of mumps and of ways to address the problem.

---

both vaccines. . . . Additional research of the immunological mechanisms is clearly needed to support the development of possible new and more immunological vaccines against mumps and pertussis."); Dayan, "Mumps Outbreaks in Vaccinated Populations: Are Available Mumps Vaccines Effective Enough to Prevent Outbreaks?," *Vaccines*, 2008 Dec 1;47(11):1458-1467 ("Our findings indicate the need for more-effective mumps vaccines and/or for review of current vaccination policies to prevent future outbreaks.").

[17] *See, e.g.,* Department of Defense, Program Announcement, Defense Health Program Overview of Funding Opportunity, Funding Opportunity No. W81XWH-17-PRMRP-CTA, at 55 (identifying mumps-related funding under "Emerging Infectious Diseases").