No. 23-3089

IN THE

# United States Court of Appeals for the Third Circuit

IN RE: MERCK MUMPS VACCINE LITIGATION

CHATOM PRIMARY CARE, P.C., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; ET AL.,
*Plaintiffs-Appellees*,

v.

MERCK & CO., INC.,
*Defendant-Appellant*.

On Interlocutory Appeal from the United States District Court
for the Eastern District of Pennsylvania
No. 2:12-cv-3555-CFK, Judge Chad F. Kenney

**JOINT APPENDIX
REDACTED VOLUME 9, PP. 2315-2764.**

ROBINS KAPLAN LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
(212) 980-7400

SPECTOR ROSEMAN & KODROFF PC
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
(212) 496-0300

*Interim Co-Lead Counsel for Plaintiffs-Appellees*

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600

MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
(215) 963-5000

Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
(410) 244-7400

*Counsel for Defendant-Appellant
Merck & Co., Inc.*

# TABLE OF CONTENTS

**Page**

## REDACTED VOL. 1, PP. 1-98

Defendant Merck's Notice of Appeal, dated November 17, 2023 (ECF 371) .............................................................................Appx1

Order of the Honorable Chad F. Kenney, dated July 27, 2023 (ECF 357) ..............................................................................................Appx3

Memorandum Opinion of the Honorable Chad F. Kenney, dated July 27, 2023 (ECF 356)..............................................................Appx5

Redacted Memorandum Opinion of the Honorable Chad F. Kenney, dated July 27, 2023 (ECF 361) ..................................................Appx50

Order of the Honorable Chad F. Kenney Granting Merck's Motion for Interlocutory Appeal, dated October 10, 2023 (ECF 370) .................Appx95

## REDACTED VOL. 2, PP. 99-544

U.S. District Court Docket Entries ................................................Appx99

Order of the Honorable Chad F. Kenney, Case 2:10-cv-04374-CFK, dated July 27, 2023 (ECF 351) ..............................................Appx140

Memorandum Opinion of the Honorable Chad F. Kenney, Case 2:10-cv-04374-CFK, dated July 27, 2023 (ECF 350) ............................Appx142

Transcript of Proceedings held before the Honorable Chad F. Kenney on January 24, 2023 (ECF 344) ................................Appx180

Merck's Presentation Used During Proceedings held before the Honorable Chad F. Kenney on January 24, 2023 (ECF 346).................Appx284

Order Denying Relators' Motion to De-Designate and Unseal Portions of the Deposition of Dr. David Kessler, dated May 16, 2019 (ECF 253).......................................................................Appx297

## TABLE OF CONTENTS—Continued

**Page**

Transcript of Proceedings held before Magistrate Judge Lynne A. Sitarski on April 22, 2019 (ECF 247)......................................................Appx305

Merck's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment, dated January 10, 2020 (ECF 274) ....................................................................................................Appx384

Declaration of Lisa C. Dykstra in Support of Merck's Motion for Summary Judgment, dated January 10, 2020 (ECF 275).......................Appx405

Exhibit 1 to Dykstra Declaration—Chapter "Mumps Vaccines" in the book Vaccines...............................................................................Appx413

Exhibit 2 to Dykstra Declaration—Excerpts from the expert report of Gary L. Freed, M.D., MPH.......................................................Appx446

Exhibit 3 to Dykstra Declaration—World Health Organization, Weekly epidemiological record, dated February 16, 2006...................Appx449

Exhibit 4 to Dykstra Declaration—Morbidity and Mortality Weekly Report ("MMWR") Recommendations and Reports, Prevention of Measles, Rubella, Congenital Rubella Syndrome, and Mumps, 2013 Summary Recommendations of the Advisory Committee on Immunization Practices (ACIP), dated June 14, 2013....................................................................................................Appx462

Exhibit 5 to Dykstra Declaration—ACIP's Vaccine Recommendations and Guidelines—MMR Vaccine Recommendations, reviewed November 21, 2014...............................Appx503

Exhibit 6 to Dykstra Declaration—CDC webpage Mumps For Healthcare Providers, reviewed March 15, 2019 ................................Appx506

Exhibit 7 to Dykstra Declaration—CDC webpage Mumps Vaccination, reviewed March 8, 2019...................................................Appx511

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 8 to Dykstra Declaration—FDA in Brief: FDA reiterates the importance of vaccines such as the Measles, Mumps, and Rubella (MMR) vaccine, dated September 6, 2009 ..........................................................................................Appx515

Exhibit 9 to Dykstra Declaration—PeterMarks, M.D., Ph.D., FDA, statement on confidence in MMR vaccine, dated April 22, 2019...............................................................................Appx518

Exhibit 10 to Dykstra Declaration—MMR II package insert ...............Appx522

Exhibit 11 to Dykstra Declaration—Excerpts of Plaintiffs' Amended Objections and Responses to Merck's First and Second Sets of Interrogatories, dated August 17, 2017........................Appx534

**REDACTED VOL. 3, PP. 545-964**

Exhibit 12 to Dykstra Declaration—Excerpts from deposition of GlaxoSmithKline ("GSK") taken January 4, 2018 ...........................Appx545

Exhibit 13 to Dykstra Declaration—Excerpts from deposition of Chatom Primary Care, P.C. taken October 27, 2016 .......................Appx571

Exhibit 14 to Dykstra Declaration—Excerpts from the deposition of Andrew Klein, M.D. taken December 19, 2016..............Appx578

Exhibit 15 to Dykstra Declaration—Excerpts from the deposition of John Ivan Sutter, M.D. taken November 10, 2016 ..........................................................................................Appx587

Exhibit 16 to Dykstra Declaration—Document titled "History of GSK's Priorix Development," dated December 12, 2001, bates stamped GSK-MMR-01394–GSK-MMR-0013952.....................Appx601

Exhibit 17 to Dykstra Declaration—FDA document titled "Vaccine Product Approval Process," dated December 9, 2019 ..........Appx614

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 18 to Dykstra Declaration—GSK's webpage titled "Our Vaccines," dated December 16, 2019 ..................................................... Appx617

Exhibit 19 to Dykstra Declaration—CDC's webpage titled "Vaccine Testing and the Approval Process," dated December 9, 2019 ................................................................................................... Appx626

Exhibit 20 to Dykstra Declaration—CBER letter to GSK (then SmithKline Beecham Pharmaceuticals), dated July 25, 1997, bates stamped GSK-MMR-IND-0000001 ............................................. Appx630

Exhibit 21 to Dykstra Declaration—Document tiled "Chronology of GSK's MMR Development," dated November 19, 2014, bates stamped GSK-MMR-0017805–GSK-MMR-0017812 ................................................................................................ Appx634

Exhibit 22 to Dykstra Declaration—CBER letter to GSK (then SmithKline Beecham Pharmaceuticals), dated September 2, 1997, bates stamped GSK-MMR-IND-0000004–GSK-MMR-IND-0000007 .......................................................................................... Appx643

Exhibit 23 to Dykstra Declaration—CBER letter to GSK (then SmithKline Beecham Pharmaceuticals), dated March 2, 1998, bates stamped GSK-MMR-IND-0000234–GSK-MMR-IND-0000245 ................................................................................................ Appx648

Exhibit 24 to Dykstra Declaration—CBER letter to GSK (then SmithKline Beecham Pharmaceuticals), dated June 10, 1998, bates stamped GSK-MMR-IND-0001556–GSK-MMR-IND-0001557 ................................................................................................ Appx661

Exhibit 25 to Dykstra Declaration—FDA's Guidance for Industry IND Meetings for Human Drugs and Biologics, May 2001 ................................................................................................... Appx664

# TABLE OF CONTENTS—Continued

<b><u>Page</u></b>

Exhibit 26 to Dykstra Declaration—GSK's LVV meeting minutes from March 30, 1999, bates stamped GSK-MMR-0007419–GSK-MMR-0007442 ..................................................Appx678

Exhibit 27 to Dykstra Declaration—GSK's LVV meeting minutes from June 20, 1999, bates stamped GSK-MMR-0002751–GSK-MMR-0002769 ...........................................Appx703

Exhibit 28 to Dykstra Declaration—GSK's COVDEV meeting minutes from October 26, 1999, bates stamped GSK-MMR-0002316–GSK-MMR-0002321 ...........................................Appx723

Exhibit 29 to Dykstra Declaration—GSK's LVV meeting minutes from April 6, 2000 bates stamped GSK-MMR-0002363–GSK-MMR-0002365 ...........................................Appx730

Exhibit 30 to Dykstra Declaration—GSK's LVV meeting minutes from April 4, 2000, bates stamped GSK-MMR-0003560–GSK-MMR-0003589 ...........................................Appx734

Exhibit 31 to Dykstra Declaration—GSK's LVV meeting minutes from December 11, 2000, bates stamped GSK-MMR-0002532–GSK-MMR-0002561 ...........................................Appx765

Exhibit 32 to Dykstra Declaration—GSK employee Barbara Howe's performance planning from January 2001, bates stamped GSK-MMR-0034863–GSK-MMR-0034870 ..........................Appx796

Exhibit 33 to Dykstra Declaration—GSK's LVV project highlights from March 2002, bates stamped GSK-MMR-0005881–GSK-MMR-000589 ...........................................Appx805

Exhibit 34 to Dykstra Declaration—GSK's LVV project team minutes from March 2, 2002, bates stamped GSK-MMR-0005880 (cover email) and GSK-MMR-0005919–GSK-MMR-0005966 (attached project team minutes) ...............................Appx825

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 35 to Dykstra Declaration—GSK Letter to FDA, dated February 26, 2003, bates stamped GSK-MMR-IND-0015154–GSK-MMR-IND-0015159 ....................................................Appx875

Exhibit 36 to Dykstra Declaration—GSK's USDEV meeting minutes from June 17, 2003, bates stamped GSK-MMR-0107829–GSK-MMR-0107845 ...........................................Appx882

Exhibit 37 to Dykstra Declaration—GSK CLIRA briefing document from April 14, 2008, bates stamped GSK-MMR-0056536–GSK-MMR-0056559 ...........................................Appx900

Exhibit 38 to Dykstra Declaration—Internal GSK email chain, dated April 5, 2005, bates stamped GSK-MMR-0008618–GSK-MMR-0008622 ................................................................Appx925

Exhibit 39 to Dykstra Declaration—MMWR Weekly, Notice to Readers: Licensure of a Combined Live Attenuated Measles, Mumps, Rubella and Varicella Vaccine, dated December 2, 2005....................................................................................Appx931

Exhibit 40 to Dykstra Declaration—MMWR Weekly, Update: Recommendations from the Advisory Committee on Immunization Practices (ACIP) Regarding Administration of Combination MMRV Vaccine, dated March 14, 2008 .......................Appx936

Exhibit 41 to Dykstra Declaration—ACIP Vaccines for Children Program—Resolution No. 06/09-3 Vaccines to Prevent Measles, Mumps, Rubella, and Varicella, dated June 25, 2009..................................................................................Appx941

Exhibit 42 to Dykstra Declaration—GSK Clinical Study Report, Immunogenicity of GlaxoSmithKline Biologicals' MMRV vaccine vs. ProQuad, Study No. 110078, updated June 3, 2010, bates stamped MRK-KRA-00086998–MRK-KRA00087014 ......................................................................Appx945

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 43 to Dykstra Declaration—N. Klein et al., Immunogenicity and Safety of GSK Biologicals' MMRV Vaccine Versus ProQuad when Co-administered with Hepatitis A and Pneumococcal Conjugate Vaccines to Children Aged 12-14 Months, bates stamped MRK-KRA00089420 ................................Appx963

## REDACTED VOL. 4, PP. 965-1264

Exhibit 44 to Dykstra Declaration—GSK presentation titled MMRV 054 immunogenicity results and implications for Varicella and MMRV global vaccine development, dated October 6, 2009, bates stamped GSK-MMR-0030060–GSK-MMR-0030100 ....................................................................Appx965

Exhibit 45 to Dykstra Declaration—GSK's minutes of Priorix Type C meeting from October 8, 2010, bates stamped GSK-MMR-IND-0019649–GSK-MMR-IND-0019655.............................Appx1007

Exhibit 46 to Dykstra Declaration—GSK document titled US Commercial Justification to proceed with the MMR Clinical Development Plan for GSK, bates stamped GSK-MMR-0028006–GSK-MMR-0028012.........................................................Appx1015

Exhibit 47 to Dykstra Declaration—Internal GSK email chain, dated April 8, 2015, bates stamped GSK-MMR-0017848–GSK-MMR-0017849.......................................................................Appx1023

Plaintiffs' Responses to Merck's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment Motion, dated February 10, 2020 (ECF 277) .....................................................Appx1026

Plaintiffs' Additional Disputed Material Facts in Opposition to Merck's Summary Judgment Motion, dated February 11, 2020 (ECF 285)................................................................................Appx1061

# TABLE OF CONTENTS—Continued

**Page**

Declaration of John A. Macoretta in Support of Plaintiffs' Opposition to Merck's Motion for Summary Judgment, dated February 10, 2020 (ECF 278) ..............................................................Appx1127

Exhibit 1 to Macoretta Declaration—Consolidated Amended Complaint ......................................................................................Appx1136

Exhibit 2 to Macoretta Declaration—ACIP recommendations for 3rd dose ...............................................................................Appx1199

Exhibit 3 to Macoretta Declaration—Memo re neutralizing antibody test vs. efficacy and effectiveness 9/10/99 ..........................Appx1205

Exhibit 4 to Macoretta Declaration—Kessler deposition excerpts ........................................................................................Appx1252

**VOL. 5, PP. 1265-1414**

Exhibit 4 to Macoretta Declaration—Kessler deposition excerpts (*Cont'd from Volume 4*) ........................................................Appx1265

Exhibit 5 to Macoretta Declaration—Arvin report .............................Appx1272

Exhibit 6 to Macoretta Declaration—Atkinson report ........................Appx1352

Exhibit 7 to Macoretta Declaration—Shapiro report ..........................Appx1395

**REDACTED VOL. 6, PP. 1415-1864**

Exhibit 7 to Macoretta Declaration—Shapiro report (*Cont'd from Volume 5*) .................................................................................Appx1415

Exhibit 8 to Macoretta Declaration—Pallansch deposition excerpts ........................................................................................Appx1417

Exhibit 9 to Macoretta Declaration—Nichols deposition excerpts ........................................................................................Appx1422

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 10 to Macoretta Declaration—Email from William Bellini to Don Latner re seed grant—letter of intent, dated July 29, 2010 ................................................................................. Appx1425

Exhibit 11 to Macoretta Declaration—Arvin deposition excerpts ................................................................................. Appx1434

Exhibit 12 to Macoretta Declaration—Temte deposition excerpts ................................................................................. Appx1443

Exhibit 13 to Macoretta Declaration—Musey deposition excerpts ................................................................................. Appx1446

Exhibit 14 to Macoretta Declaration—Donald deposition excerpts ................................................................................. Appx1450

Exhibit 15 to Macoretta Declaration—Excerpt of Merck sales data showing Sutter purchases ........................................... Appx1461

Exhibit 16 to Macoretta Declaration—Cohen deposition excerpts ................................................................................. Appx1464

Exhibit 17 to Macoretta Declaration—USDEV Objectives Presentation 2004, bates stamped GSK-MMR-0048890–GSK-MMR-0048937 .............................................................. Appx1489

Exhibit 18 to Macoretta Declaration—Copmann report ................... Appx 1538

Exhibit 19 to Macoretta Declaration—FDA Conversation—Priorix IND submission 8/14/97, bates stamped GSK-MMR-IND-0047012–GSK-MMR-IND-0047014 ........................................ Appx1649

Exhibit 20 to Macoretta Declaration—FDA Conversation—Priorix IND submission, Dec. 2nd CDI Meeting 12/18/97, bates stamped       GSK-MMR-IND-0047687–GSK-MMR-IND-0047689 ................................................................................. Appx1653

ix

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 21 to Macoretta Declaration—FDA Conversation Resolve Clin Hold 5/19/98, bates stamped GSK-MMR-IND-0047730–GSK-MMR-IND-0047733 .................................................Appx1657

Exhibit 22 to Macoretta Declaration—FDA Conversation—Priorix IND—Request for Additional Information 6/16/98, bates stamped GSK-MMR-IND-0047766–GSK-MMR-IND-0047769..............................................................................................Appx1662

Exhibit 23 to Macoretta Declaration—Email—FDA, CBER Meeting with SmithKline Beecham 7/13/98, bates stamped GSK-MMR-IND-0047780–GSK-MMR-IND-0047782 .....................Appx1667

Exhibit 24 to Macoretta Declaration—SKB to FDA Additional information on serological assays 2/11/99, bates stamped GSK-MMR-IND-0002263–GSK-MMR-IND-0002328...............................Appx1671

Exhibit 25 to Macoretta Declaration—FDA Comment Letter, dated March 31, 1999, bates stamped GSK-MMR-0238172–GSK-MMR-0238179 ........................................................................Appx1738

Exhibit 26 to Macoretta Declaration—GSK Response to FDA Letter re SKB BB-IND 7229 7/21/1999, bates stamped GSK-MMR-IND-0012425–GSK-MMR-IND-0012558..............................Appx1747

**REDACTED VOL. 7, PP. 1865-2078**

Exhibit 26 to Macoretta Declaration—GSK Response to FDA Letter re SKB BB-IND 7229 7/21/1999, bates stamped GSK-MMR-IND-0012425–GSK-MMR-IND-0012558 (*Cont'd from Volume 6*)...........................................................................Appx1865

Exhibit 27 to Macoretta Declaration—A Statistical Evaluation of the PRIORIX Safety Database, bates stamped GSK-MMR-IND-0008415–GSK-MMR-IND-0008700..........................................Appx1882

## TABLE OF CONTENTS—Continued

<u>**Page**</u>

<u>REDACTED VOL. 8, PP. 2079-2314</u>

Exhibit 27 to Macoretta Declaration—A Statistical Evaluation of the PRIORIX Safety Database, bates stamped GSK-MMR-IND-0008415–GSK-MMR-IND-0008700    (*Cont'd from Volume 7*)............................................................................Appx2079

Exhibit 28 to Macoretta Declaration—Monthly Report 03/00, bates stamped GSK-MMR-0132149–GSK-MMR-0132158...............Appx2169

Exhibit 29 to Macoretta Declaration—Priorix NPV analysis 2004, bates stamped GSK-MMR-0032950–GSK-MMR-0032952................................................................................Appx2180

Exhibit 30 to Macoretta Declaration—Priorix Commercial Strategy, bates stamped GSK-MMR-0033405–GSK-MMR-0033407................................................................................Appx2184

Exhibit 31 to Macoretta Declaration—CODEV Meeting 02/00, bates stamped GSK-MMR-0002907–GSK-MMR-0002915...............Appx2188

Exhibit 32 to Macoretta Declaration—CBER wants 2nd supplier email 05/10, bates stamped GSK-MMR-0033402–GSK-MMR-0033403 ..........................................................Appx2198

Exhibit 33 to Macoretta Declaration—Preliminary CBER Response to Questions in Briefing Package 4/25/12, filename "GSK-MMR-IND-0029256 AEO," bates stamped GSK-MMR-IND-0029256–GSK-MMR-IND-0029263 ........................................Appx2201

Exhibit 34 to Macoretta Declaration—Type C Meeting Briefing Document, bates stamped GSK-MMR-IND-0047987–GSK-MMR-IND-0048098 ..........................................................Appx 2210

# TABLE OF CONTENTS—Continued

**Page**

## REDACTED VOL. 9, PP. 2315-2764

Exhibit 34 to Macoretta Declaration—Type C Meeting Briefing Document, bates GSK-MMR-IND-0047987–GSK-MMR-IND-0048098 (*Cont'd from Volume 8*) ...............................................Appx 2315

Exhibit 35 to Macoretta Declaration—HHS to SKB removing Clinical Hold 6/10/98, bates stamped GSK-MMR-IND-0001556–GSK-MMR-IND-0001557 .....................................................Appx2323

Exhibit 36 to Macoretta Declaration—PRIOrix IND—Discussion regarding neutralization assay data to validate ELISA, dated November 3, 1998, bates stamped GSK-MMR-IND-0002235–GSK-MMR-IND-0002238 .........................................Appx2326

Exhibit 37 to Macoretta Declaration—Serological Method Validation Package Serial 0300, bates stamped GSK-MMR-IND-0048337–GSK-MMR-IND- 0048395 .......................................Appx 2331

Exhibit 38 to Macoretta Declaration—CBER wants PRN emails 04/11, bates stamped GSK-MMR-0033555–GSK-MMR-0033557 ..................................................................................Appx2391

Exhibit 39 to Macoretta Declaration—Kessler report.........................Appx2395

## REDACTED VOL. 10, PP. 2765-3214

Exhibit 39 to Macoretta Declaration—Kessler report (*Cont'd from Volume 9*) ......................................................................Appx2765

## REDACTED VOL. 11, PP. 3215-3354

Exhibit 39 to Macoretta Declaration—Kessler report (*Cont'd from Volume 10*) ...................................................................Appx3215

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 40 to Macoretta Declaration—MMRV PT minutes 04/09, bates stamped GSK-MMR-0139217–GSK-MMR-0139219.............................................................................Appx3327

Exhibit 41 to Macoretta Declaration—CBER Feedback on MMR Phill US Program: Implications for the CDP 3/25/11, bates stamped GSK-MMR-0358790–GSK-MMR-0358820...............Appx3331

**REDACTED VOL. 12, PP. 3355-3489**

Exhibit 41 to Macoretta Declaration—CBER Feedback on MMR Phill US Program: Implications for the CDP 3/25/11, bates stamped GSK-MMR-0358790–GSK-MMR-0358820 (*Cont'd from Volume 11*).......................................................Appx3355

Exhibit 42 to Macoretta Declaration—FDA/Sponsor Final Meeting Summary 1/18/12, bates stamped GSK-MMR-IND-0028982–GSK-MMR-IND-0028996 ....................................Appx3363

Exhibit 43 to Macoretta Declaration—Status emails 05/15, bates stamped GSK-MMR-0202523–GSK-MMR-0202525...............Appx3379

Exhibit 44 to Macoretta Declaration—Development Status PPT 05/15, bates stamped GSK-MMR-0353359–GSK-MMR-0353389.............................................................................Appx3383

Exhibit 45 to Macoretta Declaration—CDC MMRV Minutes 03/15, bates stamped GSK-MMR-0157661–GSK-MMR-0157662.............................................................................Appx3415

Exhibit 46 to Macoretta Declaration—MMR positioning PPT 06/17, bates stamped GSK-MMR-0092611–GSK-MMR-0092639.............................................................................Appx3418

Exhibit 47 to Macoretta Declaration—Priorix Mkt analysis, bates stamped GSK-MMR-0023989–GSK-MMR-0023993...............Appx3448

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 48 to Macoretta Declaration—US MMR Comm. Evaluation, bates stamped GSK-MMR-0120409–GSK-MMR-0120413 ..................................................................................Appx3454

Exhibit 49 to Macoretta Declaration—Email lawsuit implications for Priorix 09/14, bates stamped GSK-MMR-0170372–GSK-MMR-0170374 ..........................................Appx3460

Exhibit 50 to Macoretta Declaration—Emails on our lawsuits, bates GSK-MMR-0098659–GSK-MMR-0098660 ............................Appx 3464

Exhibit 51 to Macoretta Declaration—ProQuad Original Application, bates stamped MRK-CHA00158126–MRK-CHA00158176 ..................................................................................Appx3467

**VOL. 13, PP. 3490-3664**

Exhibit 51 to Macoretta Declaration—ProQuad Original Application, bates stamped MRK-CHA00158126–MRK-CHA00158176 (*Cont'd from Volume 12*) ...........................................Appx3490

Exhibit 52 to Macoretta Declaration—Troncoso deposition excerpts ..............................................................................................Appx3522

Exhibit 53 to Macoretta Declaration—Malone report.........................Appx3527

Exhibit 54 to Macoretta Declaration—Durbin report .........................Appx3618

**REDACTED VOL. 14, PP. 3665-4114**

Exhibit 54 to Macoretta Declaration (*Cont'd from Volume 13*)—Durbin report ...........................................................Appx3665

Exhibit 55 to Macoretta Declaration—Pasetti expert report ...............Appx3698

Exhibit 56 to Macoretta Declaration—Priorix, Combined Measles, Mumps and Rubella Live (Attenuated) Viral Vaccine,

# TABLE OF CONTENTS—Continued

**Page**

bates stamped GSK-MMR-IND-0019450–GSK-MMR-IND-0019476...................................................................................Appx3763

Exhibit 57 to Macoretta Declaration—Durbin deposition excerpts ...............................................................................Appx3791

Exhibit 59 to Macoretta Declaration—Rationale for the MMRII End Expiry Clinical Studies, bates stamped MRK-CHA01893680–MRK-CHA01893730.................................................Appx3796

Exhibit 60 to Macoretta Declaration—The Pediatric Infectious Disease Journal 9/9/99, bates stamped MRK-CHA00088592–MRK-CHA00088593 ........................................................................Appx3848

Exhibit 61 to Macoretta Declaration—HHS to SKB re clinical hold on study 9/2/97, bates stamped GSK-MMR-IND-0000004–GSK-MMR-IND-0000007 ..............................................................Appx3851

Exhibit 62 to Macoretta Declaration—Klein curriculum vitae ...........Appx3856

Exhibit 63 to Macoretta Declaration—Klein deposition excerpts ...............................................................................Appx3859

Exhibit 64 to Macoretta Declaration—Sutter curriculum vitae ..........Appx3875

Exhibit 65 to Macoretta Declaration—Donald curriculum vitae ..........................................................................................Appx3879

Exhibit 66 to Macoretta Declaration—McGuire report ......................Appx3883

Exhibit 67 to Macoretta Declaration—Development Safety Update report 5 12/2/15, bates stamped GSK-MMR-IND-0045740–GSK-MMR-IND-0045873 .................................................Appx4030

# TABLE OF CONTENTS—Continued

**Page**

## REDACTED VOL. 15, PP. 4115-4475

Exhibit 67 to Macoretta Declaration—Development Safety Update report 5 12/2/15, bates stamped GSK-MMR-IND-0045740–GSK-MMR-IND-0045873 (*Cont'd from Volume 14*).........Appx4115

Exhibit 68 to Macoretta Declaration—GSK FDA Briefing 3/03, bates stamped GSK-MMR-0000162–GSK-MMR-0000227...............Appx4165

Exhibit 69 to Macoretta Declaration —MMR/V Vaccines in the US Market GSK Market Entry PPT 6/30/11, bates stamped MRK-CHA00090552–MRK-CHA00090552_00028 .........................Appx4232

Exhibit 70 to Macoretta Declaration—MMR/V—US Competitive Gap Assessment Overview PPT 3/12/12, bates stamped MRK-CHA00096569–MRK-CHA00096592 .......................Appx4261

Exhibit 71 to Macoretta Declaration—Email from Beringer to Chirgwin re SB's MMR Vaccine in Germany 3/11/98, bates stamped MRK-CHA00422304–MRK-CHA00422306 .......................Appx4286

Exhibit 72 to Macoretta Declaration—CRRC Development Projects report 6/17/03, bates stamped MRK-CHA00190427–MRK-CHA00190513 ........................................................................Appx4290

Exhibit 73 to Macoretta Declaration—2nd Head-to-Head Trial Agenda PPT, bates stamped MRK-CHA00553594–MRK-CHA00553594_00016........................................................Appx4378

Exhibit 74 to Macoretta Declaration—Comp Intel GSK MMRV Vaccines Final Report 19 December 2011, bates stamped MRK-CHA00270441–MRK-CHA00270441x_00089 .......................Appx4395

## VOL. 16, PP. 4476-4564

Exhibit 74 to Macoretta Declaration—Comp Intel GSK MMRV Vaccines Final Report 19 December 2011, bates stamped

## TABLE OF CONTENTS—Continued

**Page**

MRK-CHA00270441–MRK-CHA00270441x_00089  (*Cont'd from Volume 15*) ..................................................................Appx4476

Exhibit 75 to Macoretta Declaration—CLINICAL STUDY REPORT 3/6/03, bates stamped MRK-CHA00045593–MRK-CHA00045708 ..................................................................Appx4485

### REDACTED VOL. 17, PP. 4565-4781

Exhibit 75 to Macoretta Declaration—CLINICAL STUDY REPORT 3/6/03, bates stamped MRK-CHA00045593–MRK-CHA00045708 (*Cont'd from Volume 16*) ...........................................Appx4565

Exhibit 76 to Macoretta Declaration—Memo—Preliminary Analysis of Mumps Neutralization Assay Data from 006, bates stamped MRK-CHA01447368–MRK-CHA01447381 ......................Appx4602

Exhibit 77 to Macoretta Declaration—MMR Strategy PPT 02/10, bates stamped GSK-MMR-0023439–GSK-MMR-0023497 ................................................................................Appx4617

Exhibit 78 to Macoretta Declaration—MMR and MMRV PPT 10/08, bates stamped GSK-MMR-0118444–GSK-MMR-0118458 ................................................................................Appx4677

Exhibit 79 to Macoretta Declaration—Transcript of GSK Vaccines Investor event 9/2019 ..........................................Appx4693

Exhibit 80 to Macoretta Declaration—CDTF "Why Take a Chance?" 02/98, bates stamped MRK-CHA00666494–MRK-CHA00666596 ..................................................................Appx4732

### VOL. 18, PP. 4782-5014

Exhibit 80 to Macoretta Declaration—CDTF "Why Take a Chance?" 02/98, bates stamped MRK-CHA00666494–MRK-CHA00666596 (*Cont'd from Volume 17*) ...........................................Appx4782

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 81 to Macoretta Declaration—Defense Action Plan
TPAC BACKGROUND from CDTF 06/99, bates stamped
MRK-CHA00285276–MRK-CHA00285296 .....................................Appx4836

Exhibit 82 to Macoretta Declaration—Memo re New Stabilizer
for MMR II 7/26/02, bates stamped MRK-CHA00207690–
MRK-CHA00207735 ..........................................................................Appx4858

Exhibit 83 to Macoretta Declaration—Walters Memo re
Statement of Interest 11/00, bates stamped MRK-
CHA00325472–MRK-CHA00325491 ..............................................Appx4905

Exhibit 84 to Macoretta Declaration—Summary of the
11/15/00 CDOC Meeting, bates stamped MRK-CHA01727942
–MRK-CHA01727951 .......................................................................Appx4926

Exhibit 85 to Macoretta Declaration—Memo re Vaccine
Biometrics Research Highlights 11/00, bates stamped MRK-
CHA00582932–MRK-CHA00582937 ..............................................Appx4937

Exhibit 86 to Macoretta Declaration—Report following up
CBER communications 1996-98 re mumps expiry spec, bates
stamped MRK-CHA00019225–MRK-CHA00019245 .......................Appx4944

Exhibit 87 to Macoretta Declaration—T-PAC Review
Background Package PPT 10/02, bates stamped MRK-
CHA00281084–MRK-CHA00281121 ..............................................Appx4966

Exhibit 88 to Macoretta Declaration—End Expiry study status
& Regulatory implications PPT 10/11/02, bates stamped MRK-
CHA00040705–MRK-CHA00040705_00029 ...................................Appx5005

## VOL. 19, PP. 5015-5464

Exhibit 88 to Macoretta Declaration—End Expiry study status
& Regulatory implications PPT 10/11/02, bates stamped MRK-

# TABLE OF CONTENTS—Continued

CHA00040705–MRK-CHA00040705_00029 (*Cont'd from Volume 18*)................................................................Appx5015

Exhibit 89 to Macoretta Declaration—Email re draft CRRC document for review 9/30/2002, bates stamped MRK-CHA01582137–MRK-CHA01582139................................Appx5035

Exhibit 90 to Macoretta Declaration—Email re MMRII Background package for CRRC 10/2/02, bates stamped MRK-CHA00615147–MRK-CHA00615174................................Appx5039

Exhibit 91 to Macoretta Declaration—Mumps Expiry—Label PPT, bates stamped MRK-CHA00086318–MRK-CHA00086318_00003 ........................................................Appx5070

Exhibit 92 to Macoretta Declaration—M-M-R®II Mumps Expiry Mumps Potency Claim in Label PPT, bates stamped MRK-CHA00334863–MRK-CHA00334868 ..................................Appx5074

Exhibit 93 to Macoretta Declaration—Email re Mumps expiry trial 3/8/98, bates stamped MRK-CHA00095320–MRK-CHA00095321....................................................Appx5081

Exhibit 94 to Macoretta Declaration—Pasetti deposition excerpts ............................................................Appx5084

Exhibit 95 to Macoretta Declaration—HHS to Merck response to 6/24/98 IND amendment 9/8/98, bates stamped MRK-CHA00001467–MRK-CHA00001469................................Appx5094

Exhibit 96 to Macoretta Declaration—Memo from Manal Morsy to Henreitta Ukwu subject: BB-IND 1016: Summary of discussion with Dr. Kathryn Carbone and Ms. Luba Vujcic (CBER) regarding the Mumps neutralization assay, dated Feb. 8, 2000, bates stamped MRK-CHA00001255–MRK-CHA00001257 ....................................................Appx5098

# TABLE OF CONTENTS—Continued

Exhibit 97 to Macoretta Declaration—Internal Merck memo subject: Mumps neutralization meeting minutes, dated Sept. 16, 1999, bates stamped MRK-CHA00020425–MRK-CHA00020427 ................................................................................ Appx5102

Exhibit 98 to Macoretta Declaration—CBER Background 11/99, bates MRK-CHA00020635–MRK-CHA00020642 ................ Appx5106

Exhibit 99 to Macoretta Declaration—Email re MMR and MMRV highlights 10/10/1999, bates stamped MRK-CHA01898773–MRK-CHA01898776 ................................................ Appx5115

Exhibit 100 to Macoretta Declaration—Krah deposition excerpts ............................................................................................ Appx5120

Exhibit 101 to Macoretta Declaration—Mumps Neutralization Assay Development, bates stamped MRK-CHA00336905–MRK-CHA00336918 ........................................................................ Appx5137

Exhibit 102 to Macoretta Declaration—Minutes from the CAS meeting: August 16, 1999–9/6/99, bates stamped MRK-CHA00015686–MRK-CHA00015689 ................................................ Appx5152

Exhibit 103 to Macoretta Declaration—Memo re Mumps Neutralization Assay Meeting Minutes 9/29/99, bates stamped MRK-CHA00020428–MRK-CHA00020429 .................................... Appx5157

Exhibit 104 to Macoretta Declaration—MMR II End Expiry Trial PPT, bates stamped MRK-CHA00025315–MRK-CHA00025315_00007 ........................................................................ Appx5160

Exhibit 105 to Macoretta Declaration—Email and attachments, Backgrounder for CAS 6/20/00, bates stamped MRK-CHA00026466–MRK-CHA00026489 ................................................ Appx5168

# TABLE OF CONTENTS—Continued

Exhibit 106 to Macoretta Declaration—Backgrounder for MMR II Clinical Development Plan, bates stamped MRK-CHA00048747–MRK-CHA00048760 .................................................Appx5194

Exhibit 107 to Macoretta Declaration—Draft Memo re DMC Background Package for Program Update 8/12/02, bates stamped MRK-CHA00247555–MRK-CHA00247563 .......................Appx5209

Exhibit 108 to Macoretta Declaration—MMR/V Global Franchise Book 2016-2020, bates stamped MRK-CHA01061158–MRK-CHA01061223 .................................................Appx5219

Exhibit 109 to Macoretta Declaration—The MMR II Competitive Defense Task Force report, bates stamped MRK-CHA00186793–MRK-CHA00186795 .................................................Appx5286

Exhibit 110 to Macoretta Declaration—Email re SB in Our Backyard 7/1/98, bates stamped MRK-CHA00095281–MRK-CHA00095282 .................................................................................Appx5290

Exhibit 111 to Macoretta Declaration—Memo re Monthly Highlights for October 1998 10/30/98, bates stamped MRK-CHA00273313–MRK-CHA00273314 .................................................Appx5293

Exhibit 112 to Macoretta Declaration—Merck email re draft CRRC document for review 9/30/2002, bates stamped MRK-CHA01508932–MRK-CHA01508934 .................................................Appx5296

Exhibit 113 to Macoretta Declaration—CRRC 007 PPT 10/8/02, bates stamped MRK-CHA00025831–MRK-CHA00025831_00034 .......................................................................Appx5300

Exhibit 114 to Macoretta Declaration—MMR II CRRC PPT 10/8/02, bates stamped MRK-CHA00021133–MRK-CHA00021167 .................................................................................Appx5335

xxi

## TABLE OF CONTENTS—Continued

Exhibit 115 to Macoretta Declaration—Voicemail meeting summary re: end expiry, bates stamped MRK-CHA00020421–MRK-CHA00020422 ........................................................................Appx5371

Exhibit 116 to Macoretta Declaration—Memo re Minutes: M-M-R®II Post CDOC meeting 12/23/99, bates stamped MRK-CHA00020412–MRK-CHA00020414.................................................Appx5374

Exhibit 117 to Macoretta Declaration—Memo re Options and proposed path forward for the Mumps Expiry Trial, bates stamped MRK-CHA00086292–MRK-CHA00086293 .......................Appx5378

Exhibit 118 to Macoretta Declaration—Merck MMR II drug insert, bates stamped MRK-CHA00757060–MRK-CHA00757063 ....................................................................................Appx5381

Exhibit 119 to Macoretta Declaration—MMR II label 4/1999, bates stamped MRK-CHA01449029–MRK-CHA01449040..............Appx5386

Exhibit 121 to Macoretta Declaration—Stannard deposition excerpts ................................................................................................Appx5399

Exhibit 122 to Macoretta Declaration—Memo re Historical Review and Confirmation of Mumps Potency Targets 4/2011, bates stamped MRK-CHA01456760–MRK-CHA01456760..............Appx5402

Exhibit 124 to Macoretta Declaration—HHS Warning Letter to Merck 2/9/01, bates stamped MRK-CHA00209399–MRK-CHA00209409 ....................................................................................Appx5404

Exhibit 126 to Macoretta Declaration—Memo re Team Biologics Close Out—Form FDA 483 10/11/00, bates stamped MRK-CHA00071265–MRK-CHA00071271 .....................................Appx5416

Exhibit 127 to Macoretta Declaration—Summary: Work-in-progress as of sept. 19, 1999 - Vaccine Programs, bates stamped MRK-CHA00198876–MRK-CHA00198891 ....................................Appx5424

**TABLE OF CONTENTS—Continued**

Page

Exhibit 128 to Macoretta Declaration—Email—Mumps end-expiry 2/26/01, bates stamped MRK-CHA00549510–MRK-CHA00549535 ....................................................................Appx5441

**VOL. 20, PP. 5465-5914**

Exhibit 128 to Macoretta Declaration—Email—Mumps end-expiry 2/26/01, bates stamped MRK-CHA00549510–MRK-CHA00549535 (*Cont'd from Volume 19*) ............................Appx5465

Exhibit 129 to Macoretta Declaration—Email re Mumps update 3/5/01, bates stamped MRK-CHA00616007–MRK-CHA00616010 ...............................................................Appx5504

Exhibit 130 to Macoretta Declaration—Response to FDA 483 Observation 3 Analysis of Mumps Stability Data, bates stamped MRK-CHA00086295–MRK-CHA00086297 ....................................Appx5509

Exhibit 131 to Macoretta Declaration—Draft response to FDA 483 Observation 3, bates stamped MRK-CHA00562230–MRK-CHA00562241 ........................................................Appx5513

Exhibit 132 to Macoretta Declaration—Merck response to Warning Letter 3/8/2001, bates stamped MRK-CHA01537603–MRK-CHA01537611 ........................................................Appx5526

Exhibit 133 to Macoretta Declaration—Draft response to FDA 483 Observation 3 ..................................................................Appx5536

Exhibit 134 to Macoretta Declaration—Margolskee deposition excerpts .................................................................................Appx5557

Exhibit 135 to Macoretta Declaration—Memo re Executive summary CBER/Merck meeting 4/4/2001, bates stamped MRK-CHA01649955–MRK-CHA01649956 ....................................Appx5567

# TABLE OF CONTENTS—Continued

Exhibit 136 to Macoretta Declaration—Memo re Minutes, Meeting with CBER on 4/4/01 Re: Stability 4/9/01, bates stamped MRK-CHA00049238–MRK-CHA00049240 ......................Appx5570

Exhibit 137 to Macoretta Declaration—Email re CRRC Agenda—22JANUARY02 1/21/02, bates stamped MRK-CHA00561350–MRK-CHA00561355 ................................................Appx5574

Exhibit 138 to Macoretta Declaration—Memo re MMR II Mumps End Expiry label change—filing strategy 8/2/01, bates stamped MRK-CHA00247149–MRK-CHA00247152 ......................Appx5581

Exhibit 139 to Macoretta Declaration—Email re MMR Mumps Expiry Dating 9/5/2002, bates stamped MRK-CHA01562819–MRK-CHA01562820 .........................................................Appx5586

Exhibit 140 to Macoretta Declaration—Memo re Preparations for the Mumps Stability—CBER discussion 3/19/0, bates stamped MRK-CHA00019430–MRK-CHA00019432 ......................Appx5589

Exhibit 141 to Macoretta Declaration—Email from Bennett to Antonello re MMR Mumps Expiry Dating 9/5/02, bates stamped MRK-CHA00780325–MRK-CHA00780326 ......................Appx5593

Exhibit 142 to Macoretta Declaration—Memo re Mumps End Expiry study issues 9/27/02, bates stamped MRK-CHA00019246–MRK-CHA00019267 ................................................Appx5596

Exhibit 143 to Macoretta Declaration—Email re Prep for CBER discussion on mumps stability/expiry 3/14/01, bates stamped MRK-CHA00562218–MRK-CHA00562219 ......................Appx5619

Exhibit 144 to Macoretta Declaration—Summary of the 12/20/00 CRRC Meeting, bates stamped MRK-CHA01727952–MRK-CHA01727970 .........................................................Appx5622

## TABLE OF CONTENTS—Continued

Exhibit 145 to Macoretta Declaration—Bennett memo re Stability 10/00, bates stamped MRK-CHA00562292–MRK-CHA00562299 ..................................................................Appx5642

Exhibit 146 to Macoretta Declaration—Email re Specification for MMR Range 12/5/2012, bates stamped MRK-CHA01579943–MRK-CHA01579945 ...............................Appx5651

Exhibit 147 to Macoretta Declaration—Email re Timing for analysis of mumps neutralization assay data 4/10/02, bates stamped MRK-CHA00561310–MRK-CHA00561312 ......................Appx5655

Exhibit 148 to Macoretta Declaration—Redacted Assay Program charts, bates stamped MRK-CHA00440797–MRK-CHA00440811 ..................................................................Appx5659

Exhibit 149 to Macoretta Declaration—Memo re CBER teleconference 12/7/01, bates stamped MRK-CHA00019434–MRK-CHA00019437 .........................................................Appx5675

Exhibit 150 to Macoretta Declaration—Draft summary of call re CBER data concerns, bates stamped MRK-CHA00024596–MRK-CHA00024599 .........................................................Appx5680

Exhibit 151 to Macoretta Declaration—Consultation with Fairweather on Vaccine Stability 12/14/00, bates stamped MRK-CHA00590949–MRK-CHA00590958 .....................................Appx5685

Exhibit 152 to Macoretta Declaration—Email from Rubinstein to Krah titled "Do you need any help?" 1/17/03, bates stamped MRK-CHA00051640–MRK-CHA00051642 .....................................Appx5696

Exhibit 153 to Macoretta Declaration—CRRC 007 PPT 10/8/2002, "MRK-CHA00027726," bates stamped MRK-CHA00027726–MRK-CHA00027726_00029...................................Appx5700

## TABLE OF CONTENTS—Continued

Exhibit 154 to Macoretta Declaration—Morsy deposition excerpts .................................................................................Appx5730

Exhibit 155 to Macoretta Declaration—Shaw memo to Krah re Monthly report for August, 2000 8/23/00, bates stamped MRK-CHA00016632–MRK-CHA00016635 .................................................Appx5733

Exhibit 156 to Macoretta Declaration—Virus & Cell Biology Research Procedure 12/18/00, bates stamped MRK-CHA00002189–MRK-CHA00002198 .................................................Appx5738

Exhibit 157 to Macoretta Declaration—Merck Response to FDA Request for Information, dated Nov. 17, 2004, bates stamped MRK-CHA00126963–MRK-CHA00126971 .......................Appx5749

Exhibit 158 to Macoretta Declaration—Distribution of 6-week Mumps Titers Using Wild-type ELISA, bates stamped MRK-CHA00561418–MRK-CHA00561421 .................................................Appx5759

Exhibit 159 to Macoretta Declaration—Email—Draft document Mumps cutoff for CBER submission 5/7/02, bates stamped MRK-CHA00544296–MRK-CHA00544296 .......................Appx5764

Exhibit 160 to Macoretta Declaration—HHS questions 10/99, bates stamped MRK-CHA00761482–MRK-CHA00761484..............Appx5766

Exhibit 161 to Macoretta Declaration—Merck response to FDA Request for Information 11/15/06, bates stamped MRK-CHA00000393–MRK-CHA00000409 .................................................Appx5770

Exhibit 162 to Macoretta Declaration—Response to FDA Request for Info (Mumps Cutoff Document) June 10, 2002, bates stamped MRK-CHA00761628–MRK-CHA00761702..............Appx5788

Exhibit 163 to Macoretta Declaration—Merck Response to FDA Request for Information 4/13/05, bates stamped MRK-CHA00000315–MRK-CHA00000360 .................................................Appx5864

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 164 to Macoretta Declaration—Krahling deposition excerpts ................................................................Appx5911

### VOL. 21, PP. 5915-6364

Exhibit 164 to Macoretta Declaration—Krahling deposition excerpts (*Cont'd from Volume 20*) ...................................Appx5915

Exhibit 165 to Macoretta Declaration—Wlochowski deposition excerpts ................................................................Appx5930

Exhibit 166 to Macoretta Declaration—Stark expert report .............. Appx5952

Exhibit 167 to Macoretta Declaration—Redacted 2007 schedule 12/23/07, bates stamped MRK-CHA00489903–MRK-CHA00490080 ................................................................Appx5982

Exhibit 168 to Macoretta Declaration—Memo re Review of mumps AIGENT neutralization data 8/1/01, bates stamped MRK-CHA00026864–MRK-CHA00026864 ...................................Appx6161

Exhibit 169 to Macoretta Declaration—Assay chart 2001, bates stamped MRK-CHA00050333–MRK-CHA00050342 ......................Appx6163

Exhibit 170 to Macoretta Declaration—Email re Serum sample request MTA w/ CBER & manuscript 8/24/11, bates stamped MRK-CHA00030994–MRK-CHA00030998 ...................................Appx6174

Exhibit 171 to Macoretta Declaration—Email from Krah to Shaw re Update on mumps Nt 8/15/00, bates stamped MRK-CHA00068546–MRK-CHA00068546................................................Appx6180

Exhibit 172 to Macoretta Declaration—TO DO LIST 8-26-00, filename "MRK-CHA00273243," bates stamped MRK-CHA00273243–MRK-CHA00273244................................................Appx6182

# TABLE OF CONTENTS—Continued

Exhibit 173 to Macoretta Declaration—Email from Emini to Krah re Update on Mumps Nt Studies 3/30/00, bates stamped MRK-CHA00336323–MRK-CHA00336325 ....................................Appx6185

Exhibit 174 to Macoretta Declaration—Email—Info on efficacy at potency below release 2/01, bates stamped MRK-CHA00549462–MRK-CHA00549463................................................Appx6189

Exhibit 175 to Macoretta Declaration—11/18/98 CDOC meeting, bates stamped MRK-CHA01731773–MRK-CHA01732028 ..................................................................Appx6192

## REDACTED VOL. 22, PP. 6365-6814

Exhibit 175 to Macoretta Declaration—11/18/98 CDOC meeting, bates stamped MRK-CHA01731773–MRK-CHA01732028 (*Cont'd from Volume 21*) ...........................................Appx6365

Exhibit 176 to Macoretta Declaration—Email re Comparing Mumps WT ELISA and AAIGENT Assay 7/3/04, bates stamped MRK-CHA00791315–MRK-CHA00791319 ......................Appx6449

Exhibit 177 to Macoretta Declaration—Memo re Study KM—248 Questionable ELISA Results 11/1/01, bates stamped MRK-CHA00760670–MRK-CHA00760672................................................Appx6455

Exhibit 178 to Macoretta Declaration—Interchangeability of MMR II and other brands, particularly Priorix, bates stamped MRK-CHA00013730–MRK-CHA00013731 ....................................Appx6459

Exhibit 179 to Macoretta Declaration—Antonello deposition excerpts ...............................................................................Appx6462

Exhibit 181 to Macoretta Declaration—Schodel deposition excerpts ...............................................................................Appx6478

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 182 to Macoretta Declaration—Atkinson deposition excerpts ..............................................................................Appx6485

Exhibit 183 to Macoretta Declaration—Calcott expert report ............Appx6488

Exhibit 184 to Macoretta Declaration—CDAB MMR meeting 08/11, bates stamped GSK-MMR-0195819–GSK-MMR-0195842...........................................................................................Appx6606

Exhibit 185 to Macoretta Declaration—Olsen Notebook, bates stamped MRK-CHA00667718–MRK-CHA00667760 .......................Appx6631

Exhibit 186 to Macoretta Declaration—MMR II End Expiry Trial PPT 9/1/15, bates stamped MRK-CHA00020420–MRK-CHA00020420_00004 .........................................................................Appx6675

Exhibit 187 to Macoretta Declaration—Merck MMR II drug insert, bates stamped MRK-CHA00757072–MRK-CHA00757076 ...............................................................................Appx6680

Exhibit 188 to Macoretta Declaration—Merck MMR II drug insert, bates stamped MRK-CHA00757100–MRK-CHA00757103 ...............................................................................Appx6686

Exhibit 189 to Macoretta Declaration—MMR II Label 10/2015, bates stamped MRK-CHA01449260–MRK-CHA01449270..............Appx6691

Exhibit 190 to Macoretta Declaration—ProQuad Label 8/2005, bates stamped MRK-CHA00177125–MRK-CHA00177136..............Appx6703

Exhibit 191 to Macoretta Declaration—ProQuad label 2005, bates stamped MRK-CHA01449181–MRK-CHA01449182..............Appx6716

Exhibit 192 to Macoretta Declaration—Email—MMR CDTF Issues—Agenda for April 16th Meeting 4/15/98, bates stamped MRK-CHA00014679–MRK-CHA00014679 .....................................Appx6719

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 194 to Macoretta Declaration—Email PRIOrix, Resolution of Clinical Hold, with Serology Commitments 5/28/98, bates stamped GSK-MMR-IND-0047759–GSK-MMR-IND-0047761 (AEO) ..................................................................Appx6721

Exhibit 195 to Macoretta Declaration—Critical Development Issues Meeting Request—PRIOrix 9/30/97, bates stamped GSK-MMR-IND-0047563–GSK-MMR-IND-0047653 (AEO) .........Appx6725

**REDACTED VOL. 23, PP. 6815-7035**

Exhibit 195 to Macoretta Declaration—Critical Development Issues Meeting Request—PRIOrix 9/30/97, bates stamped GSK-MMR-IND-0047563–GSK-MMR-IND-0047653 (AEO) (*Cont'd from Volume 22*)....................................................Appx6815

Exhibit 196 to Macoretta Declaration—MMRV Assumptions 04/05, bates stamped GSK-MMR-0008618–GSK-MMR-0008622...............................................................................Appx6817

Exhibit 197 to Macoretta Declaration—MMR Status Update 08/15, bates stamped GSK-MMR-0166681–GSK-MMR-0166683...............................................................................Appx6823

Exhibit 198 to Macoretta Declaration—Sims deposition excerpts ...........................................................................Appx6827

Exhibit 199 to Macoretta Declaration—CLIRA PPT 05/10 "GSK-MMR-0233649," bates stamped GSK-MMR-0233649–GSK-MMR-0233707 .........................................................Appx6830

Exhibit 200 to Macoretta Declaration—Impact of Vaccine Supply Disruptions PPT June 2008, bates stamped MRK-CHA00087356–MRK-CHA00087385 ...............................Appx6890

Exhibit 201 to Macoretta Declaration—FDA Conversation— PRIOrix IND submission, Clinical Hold 10/16/97, bates

## TABLE OF CONTENTS—Continued

stamped GSK-MMR-IND-0047657–GSK-MMR-IND-0047660 (AEO)................................................................Appx6921

Exhibit 202 to Macoretta Declaration—SKB Resp to Continuation of Clinical Hold 2/6/98, bates stamped GSK-MMR-IND-0000018–GSK-MMR-IND-0000200 (AEO)...................Appx6926

## REDACTED VOL. 24, PP. 7036-7264

Exhibit 202 to Macoretta Declaration—SKB Resp to Continuation of Clinical Hold 2/6/98, bates stamped GSK-MMR-IND-0000018–GSK-MMR-IND-0000200 (AEO) (*Cont'd from Volume 23*)........................................................Appx7036

Exhibit 203 to Macoretta Declaration—FDA Conversation—PRIOrix IND—Clinical Hold, Serology Issues 4/17/98, bates stamped GSK-MMR-IND-0047710–GSK-MMR-IND-0047713 (AEO)................................................................Appx7110

Exhibit 204 to Macoretta Declaration—GSK Response to FDA Letter re SKB BB-IND 7229 1/25/01, bates stamped GSK-MMR-IND-0014686–GSK-MMR-IND-0014718 (AEO)...................Appx7115

Exhibit 205 to Macoretta Declaration—Draft CLIRA MMR mtg summary 04/08, bates stamped GSK-MMR-0118967–GSK-MMR-0118992.........................................................Appx7149

Exhibit 206 to Macoretta Declaration—The Vaccine Research Strategic Plan 2004 Vaccine TARC PPT 3/12/04, bates stamped MRK-CHA00084920–MRK-CHA00084955 .....................................Appx7176

Exhibit 207 to Macoretta Declaration—GSK-CDC meeting re MMR Phase II 3/12/2015, bates stamped GSK-MMR-0261594–GSK-MMR-0261612.........................................................Appx7213

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 208 to Macoretta Declaration—GSK presentation titled "Serological Assays for MMR US," bates stamped GSK-MMR-007480–GSK-MMR-0074814 .................................................. Appx7233

Exhibit 209 to Macoretta Declaration—Redacted executive summary, bates stamped MRK-CHA00551830–MRK-CHA00551858 .................................................................................. Appx7248

## VOL. 25, PP. 7265-7714

Exhibit 209 to Macoretta Declaration—Redacted executive summary, bates stamped MRK-CHA00551830–MRK-CHA00551858 (*Cont'd from Volume 24*) ........................................... Appx7265

Exhibit 210 to Macoretta Declaration—TPAC BACKGROUND Prepared by Project Team 01/00, bates stamped MRK-CHA00575892–MRK-CHA00575906 ...................... Appx7278

Exhibit 211 to Macoretta Declaration—CDOC Critical Activities 1/18/00, bates stamped MRK-CHA01719139–MRK-CHA01719314 ..................................................................... Appx7294

Exhibit 212 to Macoretta Declaration—Redacted Staub curriculum vitae, bates stamped MRK-CHA00527025–MRK-CHA00527026 ..................................................................... Appx7471

Exhibit 213 to Macoretta Declaration—MEETING PROCEEDINGS: Team Issues Tarrytown 1999 Accomplishments, bates stamped MRK-CHA00285430–MRK-CHA00285440 ........................................................ Appx7474

Exhibit 214 to Macoretta Declaration—CDOC Critical Activities 7/13/99, bates stamped MRK-CHA01718123–MRK-CHA01718285 ..................................................................... Appx7486

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 215 to Macoretta Declaration—MVD & Global Commercial Overview and 5yr Plan 11/12, bates stamped MRK-CHA00472315–MRK-CHA00472355 ....................................Appx7650

Exhibit 216 to Macoretta Declaration—Update on Mumps Expiry PPT, bates stamped MRK-CHA00019085–MRK-CHA00019085_020 ............................................................Appx7692

Exhibit 217 to Macoretta Declaration—Email re call with Baylor Re VARIVAX and MMR II 11/16/98, bates stamped MRK-CHA00095065–MRK-CHA00095065 ....................................Appx7713

**REDACTED VOL. 26, PP. 7715-8164**

Exhibit 218 to Macoretta Declaration—Draft/summary of meeting: 8/17/99 (M. Morsy) Subject: MMR II CDTF, bates stamped MRK-CHA00198869–MRK-CHA00198870 ......................Appx7715

Exhibit 219 to Macoretta Declaration—Email re Summary of FDA Inspection; MMR II IND 1016 8/7/0, bates stamped MRK-CHA00052249–MRK-CHA00052253 ....................................Appx7718

Exhibit 220 to Macoretta Declaration—Memo re Line Extension for MMR II, dated July 3, 2002, bates stamped MRK-CHA00407295–MRK-CHA00407298 ....................................Appx7724

Exhibit 221 to Macoretta Declaration—Industry overview report, bates stamped MRK-CHA00084900–MRK-CHA00084919 ....................................................................Appx7729

Exhibit 222 to Macoretta Declaration—Building On Our Success Vaccine Franchise 12/10, bates stamped MRK-CHA00952822–MRK-CHA00952860 ................................Appx7750

Exhibit 223 to Macoretta Declaration—2011 Pediatric A Franchise Profit Plan Kickoff 6/23/10, bates stamped MRK-CHA01063090–MRK-CHA01063120 ................................Appx7790

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 224 to Macoretta Declaration—Vaccine Contracting
Strategy Draft Team Meeting PPT 5/3/07, bates stamped MRK-
CHA00931221–MRK-CHA00931235 ................................................Appx7822

Exhibit 225 to Macoretta Declaration—Heads Up for MRL
Regulatory Issues PPT, bates stamped MRK-CHA00185985–
MRK-CHA00186038 .........................................................................Appx7838

Exhibit 226 to Macoretta Declaration—Unnamed Merck
document beginning with "Mike, From my perspective the
highest priority is ensuring compliance...," bates stamped
MRK-CHA01649892- MRK-CHA01649893 ....................................Appx7893

Exhibit 227 to Macoretta Declaration—483 Response
10/24/02, bates stamped MRK-CHA00784030–MRK-
CHA00784046 ...................................................................................Appx7896

Exhibit 228 to Macoretta Declaration—The 2002 Vaccine
Research Strategic Plan (2002 Vaccine RPRC) May 22, 2002,
bates stamped MRK-CHA00290551- MRK-CHA00290645 .............Appx7914

Exhibit 229 to Macoretta Declaration—CBER letter to Merck
re AIGENT and ELISA 10/27/2000, bates stamped MRK-
CHA00001231–MRK-CHA00001236 ...............................................Appx8010

Exhibit 230 to Macoretta Declaration—Summary of 10/08
CDC MMR/V meeting, bates stamped GSK-MMR-0127565–
GSK-MMR-0127566 .........................................................................Appx8017

Exhibit 231 to Macoretta Declaration—Memo re Mumps
Neutralization Assay Meeting Minutes 9/29/99, bates stamped
MRK-CHA01897739–MRK-CHA01897741 .....................................Appx8020

Exhibit 232 to Macoretta Declaration—Email—In light of the
stability monitoring discussion for mumps 11/4/02, bates
stamped MRK-CHA00501762–MRK-CHA00501765 .......................Appx8024

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 233 to Macoretta Declaration—MEASLES Review of Findings and Path Forward—R. McKee 6/02, bates stamped MRK-CHA00494158–MRK-CHA00494161 ....................................Appx8029

Exhibit 234 to Macoretta Declaration—CDOC Critical Activities 10/12/99, bates stamped MRK-CHA01718799–MRK-CHA01718971 ..........................................................................Appx8034

**REDACTED VOL. 27, PP. 8165-8614**

Exhibit 234 to Macoretta Declaration—CDOC Critical Activities 10/12/99, bates stamped MRK-CHA01718799–MRK-CHA01718971 (*Cont'd from Volume 26*)................................Appx8165

Exhibit 235 to Macoretta Declaration—Email re GSK MMRV 6/1/04, bates stamped MRK-CHA00553400–MRK-CHA00553400 ...................................................................................Appx8208

Exhibit 236 to Macoretta Declaration—CDOC Critical Activities 1/15/98, bates stamped MRK-CHA01715116–MRK-CHA01715303 ...................................................................................Appx8210

Exhibit 237 to Macoretta Declaration—MMR II Stability Investigation Summary Report 4/19/99, bates stamped MRK-CHA00049011–MRK-CHA00049050................................Appx8399

Exhibit 238 to Macoretta Declaration—Supplemental Biologics License Application 1/29/04, bates stamped MRK-CHA00135652–MRK-CHA00135653................................Appx8440

Exhibit 239 to Macoretta Declaration—HHS to Merck approving request to sBLA 12/6/07, bates stamped MRK-CHA00141976–MRK-CHA00141977................................Appx8443

Exhibit 240 to Macoretta Declaration—Email re Validation protocol for AIGENT assay 10/30/2000, bates stamped MRK-CHA00759836–MRK-CHA00759839................................Appx8446

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 241 to Macoretta Declaration—handwritten list of "plates thrown out," bates stamped MRK-CHA00055013–MRK-CHA00055013 ........................................................................Appx8451

Exhibit 242 to Macoretta Declaration—Kessler Exhibit 3..................Appx8453

Exhibit 243 to Macoretta Declaration—MMR II Label 10/2000, bates stamped MRK-CHA00757064–MRK-CHA00757067..............Appx8496

Exhibit 244 to Macoretta Declaration—GSK submission of mumps PRN data to CBER 2/2007, bates stamped GSK-MMR-IND-0048396–GSK-MMR-IND-0048595 .........................................Appx8501

**REDACTED VOL. 28, PP. 8615-8900**

Exhibit 244 to Macoretta Declaration—GSK submission of mumps PRN data to CBER 2/2007, bates stamped GSK-MMR-IND-0048396–GSK-MMR-IND-0048595   (*Cont'd   from   Volume 27*) ............................................................................Appx8615

Exhibit 245 to Macoretta Declaration—DOJ to Merck re MMR II Vaccine Investigation 2/25/11, bates stamped MRK-CHA0002441–MRK-CHA0002681 ....................................................Appx8702

**REDACTED VOL. 29, PP. 8901-9064**

Exhibit 245 to Macoretta Declaration—DOJ to Merck re MMR II Vaccine Investigation 2/25/11, bates stamped MRK-CHA0002441–MRK-CHA0002681 (*Cont'd from Volume 28*) ..........Appx8901

Exhibit 246 to Macoretta Declaration—Clin. Proj. Team Minutes 05/12, bates stamped GSK-MMR-0120690–GSK-MMR-0120697 .....................................................................................Appx8944

Exhibit 247 to Macoretta Declaration—MMRV Serology Strategy 10/06, bates stamped GSK-MMR-0124176–GSK-MMR-0124189 .....................................................................................Appx8953

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 248 to Macoretta Declaration—MMRV Clinical Dev. Plan 11/06, bates stamped GSK-MMR-0124203–GSK-MMR-0124263..............................................................................................Appx8968

Exhibit 249 to Macoretta Declaration—FDA Response to MMR-II File 3/12/01, bates stamped MRK-CHA00017036–MRK-CHA00017115 ..........................................................................Appx9030

**REDACTED VOL. 30, PP. 9065-9408**

Exhibit 249 to Macoretta Declaration—FDA Response to MMR-II File 3/12/01, bates stamped MRK-CHA00017036–MRK-CHA00017115 (*Cont'd from Volume 29*)................................Appx9065

Exhibit 250 to Macoretta Declaration—Minutes from January 19, 1999 Meeting, bates stamped MRK-CHA00200264–MRK-CHA00200270 ...................................................................................Appx9111

Exhibit 251 to Macoretta Declaration—Draft PROPOSED NEW STABILIZER FOR M-M-R®II Prepared by M-M-R II PDT, dated July 12, 2002, bates stamped MRK-CHA00239179–MRK-CHA00239199 ................................................Appx9119

Exhibit 252 to Macoretta Declaration—Chart—Outstanding Issues/risks for ProQuad CTD Submission and Licensure, bates stamped MRK-CHA00544510–MRK-CHA00544511 .......................Appx9141

Exhibit 253 to Macoretta Declaration—MMR II Mumps Expiry Mumps Potency Claim in Label PPT, bates stamped MRK-CHA00562323–MRK-CHA00562323_00006...................................Appx9144

Exhibit 254 to Macoretta Declaration—CBER letter to Merck re end expiry 9/8/1998, bates stamped MRK-CHA01620351–MRK-CHA01620353 ..........................................................................Appx9151

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 255 to Macoretta Declaration—GSK record of conversation with CBER 10/20/1999, bates stamped GSK-MMR-0003481–GSK-MMR-0003482.................................................Appx9155

Exhibit 256 to Macoretta Declaration—GSK request to CBER for critical development meeting 10/2/1998, bates stamped GSK-MMR-IND-0002123–GSK-MMR-IND-0002169 .....................Appx9158

Exhibit 257 to Macoretta Declaration—Preliminary CBER Response to Questions in Briefing Package 12/15/2011, bates stamped          GSK-MMR-IND-0028959–GSK-MMR-IND-0028968..........................................................................................Appx9206

Exhibit 258 to Macoretta Declaration—CDOC Critical Activities 12/11/00, bates stamped MRK-CHA01721668–MRK-CHA01721851 ..........................................................Appx9217

Exhibit 259 to Macoretta Declaration—GSK Request to CBER for teleconference 2/18/98 bates stamped GSK-MMR-IND-0000201–GSK-MMR-IND-0000205 ..................................Appx9402

Exhibit 260 to Macoretta Declaration—GSK letter to CBER re modified mumps PRN 9/2011, bates stamped GSK-MMR-IND-0022162–GSK-MMR-IND-0022163.........................................Appx9408

## REDACTED VOL. 31, PP. 9409-9514

Exhibit 260 to Macoretta Declaration—GSK letter to CBER re modified mumps PRN 9/2011, bates stamped GSK-MMR-IND-0022162–GSK-MMR-IND-0022163 (*Cont'd from Volume 30*)..........................................................................Appx9409

Exhibit 261 to Macoretta Declaration—PPD Letter authorizing GSK use of ELISA 9/12/2011, bates stamped GSK-MMR-IND-0022165–GSK-MMR-IND-0022166.........................................Appx9411

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 262 to Macoretta Declaration—Mumps serology strategy in support of Phase III Priorix development, bates stamped        GSK-MMR-IND-0022180–GSK-MMR-IND-0022186..............................................................................................Appx9414

**REDACTED VOL. 32, PP. 9515-9964**

Exhibit 262 to Macoretta Declaration—Mumps serology strategy in support of Phase III Priorix development, bates stamped        GSK-MMR-IND-0022180–GSK-MMR-IND-0022186 (*Cont'd from Volume 31*)......................................................Appx9415

Exhibit 263 to Macoretta Declaration—Merck sBLA submission to lower mumps end expiry to 4.1, bates stamped MRK-CHA00000032–MRK-CHA00000139 ....................................Appx9422

Exhibit 264 to Macoretta Declaration—TPAC Presentation Product Development Plan for Varicella—Containing Vaccines 9/19/1999, bates stamped MRK-CHA00286492–MRK-CHA00286526 ...................................................................................Appx9531

Exhibit 265 to Macoretta Declaration—MMR status update 08/15, bates stamped GSK-MMR-0091480–GSK-MMR-0091483..............................................................................................Appx9567

Exhibit 266 to Macoretta Declaration—VMC Charter and Kickoff 7/1999, bates stamped MRK-CHA01614561–MRK-CHA01614665 ...................................................................................Appx9572

Exhibit 267 to Macoretta Declaration—Protocol 007: AIGENT Assay Issues Impact on Study Criteria 10/1/2002, bates stamped MRK-CHA01649759–MRK-CHA01649780 ......................Appx9678

Exhibit 268 to Macoretta Declaration—Email re Manufacturing Changes—Mumps—Draft Document for Mumps Assessment 6/25/2008, bates stamped MRK-CHA00351591–MRK-CHA00351616 ...................................................................................Appx9701

# TABLE OF CONTENTS—Continued

**Page**

Exhibit 269 to Macoretta Declaration—BPDR 3/5/2001, bates stamped MRK-CHA00754239–MRK-CHA00754244 ...................... Appx9728

Exhibit 270 to Macoretta Declaration—BPDR 4/20/2001, bates stamped MRK-CHA00754233–MRK-CHA00754238 ...................... Appx9735

Exhibit 271 to Macoretta Declaration—GSK submission of Priorix IND 7/25/1997, bates stamped GSK-MMR-0000001– GSK-MMR-0000003 ........................................................... Appx9742

Exhibit 272 to Macoretta Declaration—Email re Priorix history summary 12/18/200, bates stamped GSK-MMR-0013941– GSK-MMR-0013952 ........................................................... Appx9746

Exhibit 274 to Macoretta Declaration—Martin deposition excerpts ................................................................................ Appx9759

Corrected Additional Disputed Material Facts in Opposition to Merck's Motion for Summary Judgment (ECF 295) ........................... Appx9764

Declaration of John A. Macoretta in Support of Plaintiffs' Corrected Memorandum in Opposition to Merck's MSJ (ECF 295) ..................... Appx9824

Exhibit 58A to Macoretta Declaration—Corrected Yagodich deposition excerpts ......................................................... Appx9833

Exhibit 120A to Macoretta Declaration—Corrected Burlington deposition excerpts ......................................................... Appx9841

Exhibit 123A to Macoretta Declaration—Corrected Bramble deposition excerpts ......................................................... Appx9847

Exhibit 125A to Macoretta Declaration—Corrected Bennett deposition excerpts ......................................................... Appx9854

Exhibit 180A to Macoretta Declaration—Corrected Kuter 30(b)(6) deposition excerpts ............................................. Appx9860

## TABLE OF CONTENTS—Continued

**Page**

Exhibit 193A to Macoretta Declaration—Corrected Grad expert report excerpts...........................................................................Appx9866

Exhibit 273A to Macoretta Declaration—Corrected Reynolds deposition excerpts ...............................................................................Appx9920

Exhibit 275 to Macoretta Declaration—Sutter deposition excerpts ...........................................................................................Appx9929

Exhibit 276 to Macoretta Declaration—Email from S. Olsen to H. Matthews re: Head to head results, bates stamped MRK-KRA010626382–MRK-KRA00626384...............................................Appx9934

Exhibit 277 to Macoretta Declaration—MMR-II Package insert, revised 9/2019..........................................................................Appx9937

Exhibit 278 to Macoretta Declaration—Dekleva deposition excerpts ..............................................................................................Appx9948

Exhibit 279 to Macoretta Declaration—FDA letter approving a change in labeling protocol, dated December 8, 2007, bates stamped MRK-KRA01519087–MRK-KRA01519088 ......................Appx9954

Exhibit 280 to Macoretta Declaration—Merck's ProQuad Original License Application, dated August 27, 2004, bates stamped MRK-KRA00157572–MRK-KRA00157573 ......................Appx9956

Exhibit 281 to Macoretta Declaration—Email transmitting Merck's submission to the DOJ, dated April 10, 2012, bates stamped MRK-KRA0002549-MRK-KRA002575..............................Appx9958

## REDACTED VOL. 33, PP. 9965-10137

Exhibit 281 to Macoretta Declaration—Email transmitting Merck's submission to the DOJ, dated April 10, 2012, bates stamped MRK-KRA0002549–MRK-KRA002575 (*Cont'd from Volume 32*) ...................................................................................Appx9965

## TABLE OF CONTENTS—Continued

**Page**

Merck's Response to Plaintiffs' Corrected Additional Disputed Material Facts, dated March 10, 2020 (ECF 301) ................................Appx9985

Declaration of Lisa C. Dykstra in Support Merck's Reply (ECF 303) .........................................................................................................Appx10053

    Exhibit 48 to Dykstra Declaration—Cohen deposition excerpts ......Appx10056

    Exhibit 49 to Dykstra Declaration—Copmann deposition excerpts ............................................................................................Appx10061

    Exhibit 50 to Dykstra Declaration—Sutter deposition excerpts .......Appx10066

    Exhibit 51 to Dykstra Declaration—Summary of Payments, Sutter Deposition Exhibit No. 7, bates stamped CPC001468-CPC001497 ........................................................................................Appx10071

Plaintiffs' Presentation Used During Motion for Summary Judgment Hearing, dated January 31, 2023 (ECF 375)......................Appx10102

## **DOCUMENT FILED UNDER SEAL**
## **(APPX2315-2322)**

Exhibit 34 to Macoretta Declaration—Type C Meeting Briefing Document, bates stamped GSK-MMR-IND-0047987–GSK-MMR-IND-0048098 (*Cont'd from Volume 8*)

**<u>DOCUMENT FILED UNDER SEAL</u>**
**<u>(APPX2323-2325)</u>**

Exhibit 35 to Macoretta Declaration—HHS to SKB removing Clinical Hold
6/10/98, bates stamped GSK-MMR-IND-0001556–GSK-MMR-IND-0001557

## **DOCUMENT FILED UNDER SEAL**
## **(APPX2326-2330)**

Exhibit 36 to Macoretta Declaration—PRIOrix IND—Discussion regarding neutralization assay data to validate ELISA, dated November 3, 1998, bates stamped GSK-MMR-IND-0002235–GSK-MMR-IND-0002238

## <u>DOCUMENT FILED UNDER SEAL</u>
## <u>(APPX2331-2390)</u>

Exhibit 37 to Macoretta Declaration—Serological Method Validation Package
Serial 0300, bates stamped GSK-MMR-IND-0048337–GSK-MMR-IND- 0048395

## <u>DOCUMENT FILED UNDER SEAL</u>
## <u>(APPX2391-2394)</u>

Exhibit 38 to Macoretta Declaration—CBER wants PRN emails 04/11, bates stamped GSK-MMR-0033555–GSK-MMR-0033557

# **DOCUMENT FILED UNDER SEAL (APPX2395-2764)**

Exhibit 39 to Macoretta Declaration—Kessler report