No. 23-3089

In The

# United States Court of Appeals for the Third Circuit

In re: Merck Mumps Vaccine Litigation

Chatom Primary Care, P.C., individually and on behalf of all others similarly situated; et al.,
*Plaintiffs-Appellees*,

v.

Merck & Co., Inc.,
*Defendant-Appellant*.

On Interlocutory Appeal from the United States District Court
for the Eastern District of Pennsylvania
No. 2:12-cv-3555-CFK, Judge Chad F. Kenney

**JOINT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE**

Kellie Lerner
Robins Kaplan LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
(212) 980-7400
klerner@robinskaplan.com

John A. Macoretta
Spector Roseman & Kodroff PC
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
(212) 496-0300
jmacoretta@srkattorneys.com

*Interim Co-Lead Counsel for Plaintiffs-Appellees*

February 19, 2024

Neal Kumar Katyal
Jessica L. Ellsworth
Michael J. West
Kristina Alekseyeva*
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com

*\* Admitted only in New York; practice supervised by principals of the firm admitted in D.C.*

*Counsel for Defendant-Appellant*

*Additional counsel listed on next page*

Jonathan Edelman
Laura Song
ROBINS KAPLAN LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
(212) 980-7400
jedelman@robinskaplan.com
lsong@robinskaplan.com

Jeffrey L. Kodroff
Diana Zinser
SPECTOR ROSEMAN & KODROFF PC
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
(212) 496-0300
jkodroff@srkattorneys.com
dzinser@srkattorneys.com

*Interim Co-Lead Counsel for Plaintiffs-Appellees*

Lisa C. Dykstra
R. Brendan Fee
Zachary M. Johns
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
lisa.dykstra@morganlewis.com
brendan.fee@morganlewis.com
zachary.johns@morganlewis.com

Dino S. Sangiamo
Sally W. Bryan
Kathleen Hardway
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
(410) 244-7400
DSSangiamo@Venable.com
SRBryan@Venable.com
KSHardway@Venable.com

*Counsel for Defendant-Appellant*

Defendant-Appellant Merck & Co., Inc., and Plaintiffs-Appellees respectfully and jointly move for modification of the briefing schedule to extend the due date for Plaintiffs' response brief to March 8, 2024, and the due date for Merck's reply brief to April 12, 2024.

1. Under the current briefing schedule, Plaintiffs' response brief is due Friday, February 23, 2024, and Merck's reply brief is due Friday, March 15, 2024.

2. The proposed modified briefing schedule would extend the due date for Plaintiffs' response brief by 14 days, to Friday, March 8, 2024, and Merck's due date for its reply brief by an additional 14 days, to Friday, April 12, 2024. This motion is the first request for an extension of time in this appeal.

3. Good cause exists for an extension. Lead counsel for Merck, Neal Kumar Katyal and Jessica L. Ellsworth of Hogan Lovells US LLP, have three oral arguments scheduled in the United States Supreme Court over the course of four weeks in February and March (one on February 28, one on March 18, and one on March 26). These arguments, and the preparation for these arguments, overlap with the current 21-day window for Merck to reply to Plaintiffs' response brief. The proposed extensions will better allow counsel to adequately brief the important and complex issues involved in this case.

For the foregoing reasons, the parties jointly request that this Court find that good cause exists for extending the briefing schedule and grant the motion for a modified briefing schedule.

| | |
|---|---|
| February 19, 2024 | Respectfully submitted, |
| /s/ John A. Macoretta<br>John A. Macoretta<br>Jeffrey L. Kodroff<br>Diana Zinser<br>SPECTOR ROSEMAN & KODROFF PC<br>Two Commerce Square<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>(212) 496-0300<br>jmacoretta@srkattorneys.com<br><br>Kellie Lerner<br>Jonathan Edelman<br>Laura Song<br>ROBINS KAPLAN LLP<br>1325 Avenue of the Americas, Suite 2601<br>New York, NY 10019<br>(212) 980-7400<br>klerner@robinskaplan.com<br><br>*Interim Co-Lead Counsel for Plaintiffs-Appellees* | /s/ Jessica L. Ellsworth<br>Neal Kumar Katyal<br>Jessica L. Ellsworth<br>Michael J. West<br>Kristina Alekseyeva*<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>(202) 637-5600<br>jessica.ellsworth@hoganlovells.com<br><br>Lisa C. Dykstra<br>R. Brendan Fee<br>Zachary M. Johns<br>MORGAN, LEWIS & BOCKIUS LLP<br>2222 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-5000<br><br>Dino S. Sangiamo<br>Sally W. Bryan<br>Kathleen Hardway<br>VENABLE LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore, MD 21202<br>(410) 244-7400<br><br>*\* Admitted only in New York; practice supervised by principals of the firm admitted in D.C.*<br><br>*Counsel for Defendant-Appellant* |

# CERTIFICATE OF COMPLIANCE

1.  This motion complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 252 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

2.  This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.


February 19, 2024                    /s/ Jessica L. Ellsworth
                                     Jessica L. Ellsworth

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on February 19, 2024. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

| | |
|---|---|
| February 19, 2024 | /s/ Jessica L. Ellsworth<br>Jessica L. Ellsworth |