OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 22, 2024

| | |
|---|---|
| Kristina Alekseyeva, Esq. | John A. Macoretta, Esq. |
| Robert L. Begleiter, Esq. | Hamsa A. Mahendranathan, Esq. |
| William G. Caldes, Esq. | Brian D. Penny, Esq. |
| Jacklyn DeMar, Esq. | Kevin P. Roddy, Esq. |
| Lisa C. Dykstra, Esq. | Margaret E. Rodgers Schmidt, Esq. |
| Jonathan Edelman, Esq. | Dino S. Sangiamo, Esq. |
| Jessica L. Ellsworth, Esq. | Kathleen R. Scanlan, Esq. |
| R. Brendan Fee, Esq. | Gordon Schnell, Esq. |
| Mary Ann Geppert, Esq. | Eric W. Sitarchuk, Esq. |
| Rebecca J. Hillyer, Esq. | Elizabeth D. Soltan, Esq. |
| Zachary M. Johns, Esq. | Laura Song, Esq. |
| Neal K. Katyal, Esq. | Danielle D. Stempel, Esq. |
| Jeffrey F. Keller, Esq. | Craig A. Thompson, Esq. |
| Jeffrey L. Kodroff, Esq. | Michael J. West, Esq. |
| Marlene Koury, Esq. | Diana J. Zinser, Esq. |
| Kellie Lerner, Esq. | |

RE: In re: Merck Mumps Vaccine Antitrust Litigation/
Stephen Krahling, et al v. Merck & Co Inc
Case Number: 23-3089/ 23-2553
District Court Case Number: 2-12-cv-03555/ 2-10-cv-04374

Dear Counsel:

The parties having submitted a voluminous appendix, and the Court reminding the parties of their obligation under 3d Cir. L.A.R. 30.3 and the fact that these appeals are scheduled for submission during the week of July 8, 2024, it is hereby ordered that no later than May 28, 2024 at noon, the parties shall submit a single letter that identifies the pages of the appendix that each party believe that the Court must review to decide the issues presented in these appeals.

RE: In re: Merck Mumps Vaccine Antitrust Litigation/
Stephen Krahling, et al v. Merck & Co Inc
Case Number: 23-3089/ 23-2553
District Court Case Number: 2-12-cv-03555/ 2-10-cv-04374

**If after receiving the letter the Court determines that a condensed version of the Appendix is required, the Clerk will notify the parties.**

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:

Ashley Ritz
Calendar Clerk
267-299-4947